WILLIAM E. KOVACIC
General Counsel

BARBARA ANTHONY
Director, Northeast Region

CAROLE A. PAYNTER
ELVIA P. GASTELO
Federal Trade Commission
One Bowling Green, Suite 318
New York, New York 10004
(212) 607-2813; 2811
Attorneys for Plaintiff



FILED
IN CLERKS OFFICE
2004 NOV -2  P 1:51
U.S. DISTRICT COURT
DISTRICT OF MASS.

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. |
| BETTER BUDGET FINANCIAL SERVICES, INC., JOHN COLON, JR., and JULIE FABRIZIO-COLON, | )<br>) 04 12326 WGY<br>) |
| Defendants. | )<br>) |

### PLAINTIFF'S MOTION TO FILE PAPERS UNDER SEAL TEMPORARILY

Plaintiff, the Federal Trade Commission, hereby moves *ex parte* for an order to file under seal the entire file and docket in this matter, including its Complaint, *Ex Parte* Motion for Temporary Restraining Order with Asset Freeze, Appointment of Temporary Receiver, and Order to Show Cause Why a Permanent Receiver Should Not be Appointed and Why a Permanent Injunction Should Not Issue, and all papers in support thereof, including this motion on this date. Placing these documents on the public record at this time, or in any way identifying

the parties and the relief requested, would not be in the public interest for the reasons described in the Memorandum filed in support of this motion. The proposed Order Temporarily Sealing File, also filed with this Motion, is designed to prevent the Defendants from having the opportunity to destroy documents or dissipate assets prior to service of a Temporary Restraining Order. The proposed Order Temporarily Sealing File also filed with this motion will allow Plaintiff sufficient time to effect service of all pleadings and any orders granted by this Court.

Date: November 1, 2004

                    Respectfully submitted,

                    WILLIAM E. KOVACIC
                    General Counsel

                    BARBARA ANTHONY
                    Regional Director
                    Northeast Region

                    CAROLE A. PAYNTER
                    ELVIA P. GASTELO
                    Attorneys for Plaintiff
                    Federal Trade Commission
                    Northeast Region
                    1 Bowling Green, Suite 318
                    New York, NY 10004
                    Telephone: (212) 607-2813
                    Facsimile: (212) 607-2822