WILLIAM E. KOVACIC
General Counsel

BARBARA ANTHONY
Director, Northeast Region

CAROLE A. PAYNTER
ELVIA P. GASTELO
Federal Trade Commission
One Bowling Green, Suite 318
New York, New York 10004
(212) 607-2813; 2811
Attorneys for Plaintiff



## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| BETTER BUDGET FINANCIAL SERVICES, INC., JOHN COLON, JR., and JULIE FABRIZIO-COLON, | ) 04 12326 WGY |
| Defendants. | ) |

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION
### TO FILE PAPERS TEMPORARILY UNDER SEAL

Plaintiff Federal Trade Commission has applied for an order placing its Complaint, its motion for *Ex Parte* Temporary Restraining Order, and all papers submitted in support thereof, including this motion on this date, under seal. Plaintiff makes this motion because premature public knowledge of this proceeding could substantially frustrate the purposes of the relief sought.

As evidenced more fully in the Plaintiff's Memorandum in Support of Plaintiff's Application for an Emergency *Ex Parte* Temporary Restraining Order, along with the supporting exhibits, Defendants have engaged in a course of fraudulent conduct in the sale of debt settlement services, in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

Neither the Defendants nor any other member of the general public has been made aware of the filing of this action. If this case were filed and docketed as a matter of public record, there is a likelihood that Defendants would dissipate assets and destroy documents, thus causing irreparable harm to the Plaintiff's ability to obtain effective final relief in the form of restitution for consumers or disgorgement of Defendants' ill-gotten gains. *See* Declaration of Plaintiff's Counsel in Support of Ex Parte Motion for Temporary Restraining Order and Motion to File Papers under Seal Pursuant to Fed.R.Civ.P. 65(b)(2).

Date: November 1, 2004

Respectfully submitted,

WILLIAM E. KOVACIC
General Counsel

BARBARA ANTHONY
Regional Director
Northeast Region

CAROLE A. PAYNTER
ELVIA P. GASTELO
Attorneys for Plaintiff
Federal Trade Commission
Northeast Region
1 Bowling Green, Suite 318
New York, NY 10004
Telephone: (212) 607-2813
Facsimile: (212) 607-2822