WILLIAM E. KOVACIC
General Counsel

BARBARA ANTHONY
Director, Northeast Region

CAROLE A. PAYNTER
ELVIA P. GASTELO
Federal Trade Commission
One Bowling Green, Suite 318
New York, New York 10004
(212) 607-2813; 2811
Attorneys for Plaintiff

FILED
IN CLERKS OFFICE

2004 NOV -2  P 1:51

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| BETTER BUDGET FINANCIAL SERVICES, INC., ) | |
| JOHN COLON, JR., and JULIE FABRIZIO-COLON, ) | |
| ) | 04 12326 WGY |
| Defendants. ) | |

## ORDER TEMPORARILY SEALING FILE

Upon consideration of the *ex parte* motion of Plaintiff Federal Trade Commission requesting to file, under seal, the accompanying documents, including all motions, memoranda of law, exhibits filed in support thereof, and all orders entered, and being otherwise advised,

**IT IS HEREBY ORDERED** that the entire file in this matter, including the docket, this Order and any other Order granted by the Court, shall be sealed for five (5) days from the date

hereof, or until Plaintiff notifies the Clerk of Court that there is no longer a need to keep the pleadings under seal, whichever comes first.

**SO ORDERED,** this 3 day of Nov., 2004

_____
UNITED STATES DISTRICT COURT JUDGE
by the Court
Elizabeth Smith
Deputy Clerk