WILLIAM E. KOVACIC
General Counsel

BARBARA ANTHONY
Director, Northeast Region

CAROLE A. PAYNTER
ELVIA P. GASTELO
Federal Trade Commission
One Bowling Green, Suite 318
New York, New York 10004
(212) 607-2813; 2811
Attorneys for Plaintiff

FILED
IN CLERKS OFFICE

2004 NOV -2  P 2: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FEDERAL TRADE COMMISSION, )
)
Plaintiff, )
)          04 12326 WGY
v. )
)  Civ No.
BETTER BUDGET FINANCIAL SERVICES, INC., )
JOHN COLON, JR., and JULIE FABRIZIO-COLON, )
)
Defendants. )
)

**PLAINTIFF FEDERAL TRADE COMMISSION'S APPLICATION FOR
PROPOSED TEMPORARY RECEIVER, HERNAN SERRANO, Jr.**

Plaintiff, the Federal Trade Commission, pursuant to its Memorandum of Law and Points and Authorities in Support of *Ex Parte* Motion for Temporary Restraining Order Freezing Assets, Appointing a Temporary Receiver, and Other Equitable Relief, respectfully submits the name of Hernan Serrano, Jr., MBA, CMC, who is Director of Corporate Recovery and Insolvency Services at Weinick Sanders Leventhal & Co., ("WSL") 1375 Broadway, New York,

*Young, C.J.*
*Allowed*
*by the Court*
*[signature] deputy clerk*

NY 10018-7010 as a candidate for the Court to consider for appointment as temporary receiver in the above-captioned matter.

1. Mr. Serrano has expressed a willingness to serve as temporary receiver and is well qualified to serve in this regard. He is experienced in all phases of domestic and foreign trustee services and has coordinated the liquidation of both domestic and foreign companies and their subsidiaries. His areas of specialty include creditor committee consulting, bankruptcy consulting, claims administration, related trustee services, advising troubled companies, receiverships, fraud investigations and litigation support.

2. Mr. Serrano was appointed receiver in *FTC v. World Interactive Gaming Corp., et. al*, Cv-98-5115 (J.S.) (E.D.N.Y. 1998). In his capacity as receiver, he managed frozen assets of $750,000. In addition, he was able to increase the receivership estate by $68,000 by taking possession of and selling a luxury automobile vehicle that one of the defendants had purchased with corporate funds.

3. Prior to joining WSL, Mr. Serrano was a Senior Manager at the accounting firm of Mahoney Cohen and in years prior, Mr. Serrano was a manager with Kahn/FTI Consulting, where he specialized in bankruptcy and trustee services and participated in several FTC matters in which Kahn/FTI played a role. For instance, he acted as receiver in *FTC v. Trans-Asian Communications, Inc.*, No. 97 Civ. 5764 (S.D.N.Y. 1997), as financial advisor to the receiver in *FTC v. Student Aid, Inc.*, No. 96 Civ. 6548 (S.D.N.Y. 1996), *FTC v. Metropolitan Communications Corp.*, No. 94 Civ. 0142 (S.D.N.Y. 1995), and *FTC v. Fighting Back, Inc.*, No. 98 Civ. 1461 (S.D.N.Y. 1998).

4. The instant case, like those cited above, involves Federal Trade Commission law

and procedures applicable to consumer fraud, as well as the preservation of company records, and the identification and preservation of defendants' company and personal assets to be used for redress to consumers. Plaintiff believes that the expertise Mr. Serrano has acquired in previous cases, as well as his extensive trustee experience, makes him a uniquely qualified candidate to serve as receiver in this matter.

5. A copy of Mr. Serrano's *curriculum vitae* is attached.

Date: November 1, 2004

Respectfully submitted,
WILLIAM E. KOVACIC
General Counsel

BARBARA ANTHONY
Regional Director
Northeast Region

CAROLE A. PAYNTER
ELVIA P. GASTELO
Attorneys for Plaintiff
Federal Trade Commission
Northeast Region
One Bowling Green, Suite 318
New York, NY 10004
Telephone: (212) 607-2813; 2811
Facsimile: (212) 607-2822

3

# Profile

### Hernan Serrano, MBA, CMC

*Area of Specialization:*   *Bankruptcy, Insolvency and Forensic Accounting*

**Hernan Serrano,** is the Director of Corporate Recovery and Insolvency Services at Weinick Sanders Leventhal & Co. ("WSL"), specializing in creditor committee consulting, bankruptcy consulting, claims administration, related trustee services, advising troubled companies, receiverships, fraud investigations, litigation support and expert testimony.

Some of the cases he has been involved in include: Everyday Convenience Stores, Coleco Industries Inc., Ames Department Stores, Inc., Roadhouse Grill, Caribbean Petroleum Corp. (Gulf Oil), K Chemical Corp., Buddy L. Toys, Inc., Nationwide Digital Data Corp., Kent International Inc., Sterling Optical Corp., Drizzle Inc., Lois USA Advertising, Barrier Motor Fuel Corp and Starter Corp.

Mr. Serrano is experienced in all phases of U.S. and foreign trustee services. He has assisted in the collection of millions of dollars of assets, the development and implementation of numerous reorganization plans, management involvement with the valuation and liquidation of inventory, real estate and other assets, employee management, orchestrating and implementing 'KERP" plans, the negotiation and settlement of objections and preference actions and distributions to thousands of trade and bondholder creditors. In addition, he has coordinated the liquidation of domestic and foreign subsidiaries.

Prior to joining WSL, Mr. Serrano was a Director with Mahoney Cohen and a manager with Kahn/FTI Consulting, where he specialized in bankruptcy and trustee services. Prior to joining Kahn/FTI Consulting, Mr. Serrano was a member of the New York Special Services practice of Arthur Andersen & Co.

Mr. Serrano began his career with Arthur Andersen & Co. after graduating from Adelphi University with a Masters Degree in Finance. He is also a Certified Management Consultant (CMC) and is a member of the Institute of Management Consultants, the American Bankruptcy Institute, New York State Society of Accountants, and the Association of Insolvency Accountants. In addition, Mr. Serrano is a founding board member of the Long Island Chapter of the Turnaround Management Association (TMA) and a founding board member of LATIN (Latino Turnaround & Insolvency Network).

Among his charitable activities, Mr. Serrano has participated on various Boards of Directors including those of the Make-A-Wish Foundation (both New York City and Long Island Chapters). He is also an associated member and Committee Chairman of the Puerto Rican Bar Association of New York.