## XXVII. DURATION OF TEMPORARY RESTRAINING ORDER

**IT IS FURTHER ORDERED** that the Temporary Restraining Order granted herein

shall expire on _Nov. 10_, 2004, at _9:00_ o'clock _p_.m., unless within such time,

the Order, for good cause shown, is extended for an additional period not to exceed ten (10) days,

or unless it is further extended pursuant to Federal Rule of Civil Procedure 65.

## XXVIII.  ORDER TO SHOW CAUSE RE: PERMANENT RECEIVER AND  PRELIMINARY INJUNCTION

**IT IS FURTHER ORDERED**, pursuant to Federal Rule of Civil Procedure 65(b), that

each of the Defendants shall appear before this Court on the _10_ day of _November_,

2004, at _9_ o'clock _p_.m., at the United States courthouse located at

_US District Court_, Room _18_, to show cause, if there is any, why this

Court should not appoint a Permanent Receiver for the Receivership Defendants and enter a

preliminary injunction, pending final ruling on the Complaint against the Defendants, enjoining

the Defendants from further violations of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a),

continuing the freeze of their assets, and imposing such additional relief as may be appropriate.

## XXIV.  RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for

all purposes.

**SO ORDERED**, this _3_ day of _November_, 2004, at _a_ .m.

_William D. Young_
UNITED STATES DISTRICT COURT JUDGE

37