WILLIAM E. KOVACIC
General Counsel

BARBARA ANTHONY
Director, Northeast Region

CAROLE A. PAYNTER
ELVIA P. GASTELO
Federal Trade Commission
One Bowling Green, Suite 318
New York, New York 10004
(212) 607-2813; 2811
Attorneys for Plaintiff



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BETTER BUDGET FINANCIAL SERVICES, INC., ) <br> JOHN COLON, JR., and JULIE FABRIZIO-COLON, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. <br><br> 04-12326 (WGY) |

### PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO UNSEAL FILE

Plaintiff, Federal Trade Commission, hereby moves for an order to unseal the file in this matter. By Order dated November 3, 2004, the file in this matter was sealed for five (5) days, or until Plaintiff notified the Clerk of the Court that there was no longer a need to keep the pleadings under seal, whichever comes first.

By this Motion, Plaintiff hereby notifies the Clerk and the Court that there no longer

exists a need to keep the file sealed because Defendants have been served with the pleadings. Plaintiff therefore requests that the file in this matter be unsealed and made a matter of public record.

Date: November 4, 2004

> Respectfully submitted,
>
> WILLIAM E. KOVACIC
> General Counsel
>
> BARBARA ANTHONY
> Regional Director
> Northeast Region
>
> _____
> CAROLE A. PAYNTER
> ELVIA P. GASTELO
> Attorneys for Plaintiff
> Federal Trade Commission
> Northeast Region
> 1 Bowling Green, Suite 318
> New York, NY 10004
> Telephone: (212) 607-2813
> Facsimile: (212) 607-2822