WILLIAM E. KOVACIC
General Counsel

BARBARA ANTHONY
Director, Northeast Region

CAROLE A. PAYNTER
ELVIA GASTELO
Federal Trade Commission

One Bowling Green, Suite 318

New York, New York 10004
(212) 607-2813; 2811
Attorneys for Plaintiff



## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **CIVIL ACTION NO.** 04-12326 (WGY) ) ) |
| BETTER BUDGET FINANCIAL SERVICES, INC., JOHN COLON, JR., and JULIE FABRIZIO-COLON, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the following documents:

1.    **(Proposed) Order Unsealing File;**

2.    **Plaintiff FTC's Motion to Unseal File;**

were served on all Defendants, at their residence and at their principal place of business:

Better Budget Financial Services, Inc.
800 Cummings Center, Suite 152R
Beverly, MA 01915

John Colon and Julie Fabrizio Colon
4 Conifer Way
Beverly, MA 012915

by overnight mail, on November 4, 2004.

Thomas A. Cohn