MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC

Boston
Washington
Reston
New York
Stamford
Los Angeles
London

One Financial Center
Boston, Massachusetts 02111
617 542 6000
617 542 2241 fax
www.mintz.com

# Fax Cover Sheet

**DATE:** November 5, 2004

**FROM:** Suzanne Renaud

*Direct Dial*   617 348 1786
srenaud@mintz.com

**TO:**

| NAME | COMPANY | BUSINESS # | FAX # |
|---|---|---|---|
| Chief Judge William G. Young | United States District Court | | (617) 748-9096 and (617) 748-9142 |

**MESSAGE:**
Please disregard earlier facsimile.

We are sending a total of 2 pages, including this cover sheet.

Please call us at 617.348.4966, if you experience any problems.

STATEMENT OF CONFIDENTIALITY
THE INFORMATION CONTAINED IN THIS FAX IS INTENDED FOR THE EXCLUSIVE USE OF THE ADDRESSEE AND MAY CONTAIN CONFIDENTIAL OR PRIVILEGED INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY FORM OR DISSEMINATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF THIS FAX WAS SENT IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY PHONE.

MINTZ LEVIN  | Boston
COHN FERRIS  | Washington
GLOVSKY AND  | Reston
POPEO PC     | New York
             | Stamford
             | Los Angeles
             | London

One Financial Center
Boston, Massachusetts 02111
617 542 6000
617 542 2241 fax
www.mintz.com

Suzanne Renaud

Direct dial 617 348 1786

November 5, 2004

VIA FACSIMILE

Chief Judge William G. Young
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02110

Re:   **Federal Trade Commission v. Better Budget Financial Services, Inc., 04-12326 (NGY)**

Dear Chief Judge Young:

We represent the receiver in the above-captioned matter. Presently, the receiver's report is to be filed Monday, November 8, 2004. We seek an extension of time until Wednesday, November 10, 2004, to file the report.

Thank you for your consideration to this matter.

Sincerely,

Suzanne Renaud

SR:nb

LIT 1487263v1