UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BETTER BUDGET FINANCIAL SERVICES, INC., JOHN COLON, JR., and JULIE FABRIZIO-COLON, <br><br> Defendants. | Civil Action No. 04-12326 (WGY) |

## NOTICE OF APPEARANCE

Suzanne Renaud of Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC, respectfully enters her appearance as counsel for Hernan Serrano, Jr., the temporary receiver in this matter.

Dated: November 8, 2004

Suzanne Renaud, BBO # 655558
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 8th day of November, 2004, served a true copy of the above document by overnight mail on counsel for the defendant: Christian Pedersen, Esq., Metaxas, Norman & Pidgeon, LLP, 900 Cummings Center, Beverly, MA 01915.

Breton Leone-Quick

LIT 1487888v1