UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-12326 (WGY) |
| ) | |
| BETTER BUDGET FINANCIAL ) | |
| SERVICES, INC., JOHN COLON, JR., ) | |
| and JULIE FABRIZIO-COLON, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF SETH R. GOLDMAN

Pursuant to Local Rule 83.5.3(b), I, Breton Leone-Quick, as counsel for Hernan Serrano, Jr., the temporary receiver in the above-captioned matter, respectfully move this Court for the admission *pro hac vice* of Seth R. Goldman of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. in this matter, and in support state as follows:

1.  I am an attorney at law duly admitted to practice before the United States District Court for the District of Massachusetts and am a member in good standing of the bar of this Commonwealth.

2.  I am an attorney at the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., and I have filed an appearance as counsel representing the temporary receiver, Hernan Serrano, Jr., in this matter.

3.  Seth R. Goldman is an attorney with the firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., 666 Third Avenue, New York, NY 10117, and serves

along with me as counsel for Hernan Serrano, Jr. in this matter. Mr. Goldman is familiar with the facts surrounding this dispute.

4.    Further, as set forth in the accompanying Local Rule 83.5.3(b) Certification submitted herewith: (1) Mr. Goldman is a member in good standing in every jurisdiction in which he is admitted to practice; (2) there are no disciplinary proceedings pending against him; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Hernan Serrano, Jr. respectfully requests, through his counsel, that this Court admit Seth R. Goldman *pro hac vice*, as set forth in the attached Proposed Order.

Respectfully submitted,

**Hernan Serrano, Jr., Temporary Receiver,**

By his Attorneys,

_____
Suzanne Renaud, BBO # 655558
Breton Leone-Quick, BBO # 655571
Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111
Phone: (617) 542-6000
Fax: (617) 542-2242

CERTIFICATE OF SERVICE

    I hereby certify that I have on this 8th day of November, 2004, served a true copy of the above document by overnight mail on counsel for the defendant: Christian Pedersen, Esq., Metaxas, Norman & Pidgeon, LLP, 900 Cummings Center, Beverly, MA 01915.

/s/ Breton Leone-Quick
Breton Leone-Quick

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BETTER BUDGET FINANCIAL<br>SERVICES, INC., JOHN COLON, JR.,<br>and JULIE FABRIZIO-COLON,<br><br>Defendants. | Civil Action No. 04-12326 (WGY) |

### CERTIFICATE PURSUANT TO LOCAL RULE 83.5.3(b)

Pursuant to Local Rule 83.5.3(b), I hereby certify this 8th day of November, 2004 that:

1. I am an attorney at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., which represents the Plaintiff Federal Trade Commission.

2. I am admitted to practice in the States of New York and New Jersey and am a member in good standing of both the New York bar and the New Jersey Bar.

3. I am also a member in good standing of the bar of the United States District Courts for the Southern and Eastern Districts of New York and the bar of the United States District Court for the District of New Jersey.

4. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the facts and circumstances in the above matter.

7. I am familiar with the Local Rules of this Court.

I certify under penalty of perjury that the foregoing is true and correct.

Seth Goldman /by BJP/
Seth R. Goldman

LIT 1487876v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BETTER BUDGET FINANCIAL SERVICES, INC., JOHN COLON, JR., and JULIE FABRIZIO-COLON,<br><br>Defendants. | Civ. No. 04-12326 (WGY) |

## ORDER

AND NOW, this _____ day of _____, 2004, on consideration of the Motion For Admission *Pro Hac Vice* of Seth R. Goldman as counsel on behalf of the Hernan Serrano, Jr., the temporary receiver in this matter, and for good cause shown, it is hereby ORDERED: that the Motion for Admission *Pro Hac Vice* of Seth R. Goldman on behalf of Hernan Serrano, Jr., the temporary receiver, is GRANTED.

BY THE COURT:

_____

LIT 1487879v1