UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
|         Plaintiff, | ) |
| v. | ) |
| BETTER BUDGET FINANCIAL SERVICES, INC., JOHN COLON, JR. and JULIE FABRIZIO-COLON, | ) CIVIL ACTION NO. 04-12326 (WGY) |
|         Defendants. | ) |

## NOTICE OF APPEARANCE FOR ATTORNEY CHRISTIAN H. PEDERSEN

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the defendants Better Budget Financial Services, Inc., John Colon, Jr., and Julie Fabrizio-Colon.

Respectfully submitted,

BETTER BUDGET FINANCIAL
SERVICES, INC., JOHN COLON, JR.,
and JULIE FABRIZIO-COLON

By their attorney,

_____
Christian H. Pedersen (BBO #644016)
METAXAS, NORMAN & PIDGEON, LLP
900 Cummings Center, Suite 207T
Beverly, MA 01915
978-927-8000 (p)
978-922-6464 (f)

Dated: November ___, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail by hand

Date: _____