UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>         Plaintiff, )<br>v. )<br>)<br>BETTER BUDGET FINANCIAL SERVICES, )<br>INC., JOHN COLON, JR. and JULIE )<br>FABRIZIO-COLON, )<br>)<br>         Defendants. )<br>) | CIVIL ACTION NO. 04-12326 (WGY) |

**DEFENDANTS' EMERGENCY MOTION FOR LEAVE FOR
ATTORNEYS IAN D. VOLNER AND THEODORE W. ATKINSON TO APPEAR
*PRO HAC VICE* PURSUANT TO LR 83.5.3(b)**

NOW COME the defendants, Better Budget Financial Services, Inc., John Colon, Jr., and Julie Fabrizio-Colon (collectively "the Defendants"), and move for leave for Attorneys Ian D. Volner, Esq. and Theodore W. Atkinson, Esq. of Venable, LLP, 575 7th Street, NW, Washington, DC 20004-1601, to plead and practice *pro hac vice* in the above-entitled action.

In support of this motion, the Defendants attach the Local Rule Certifications for Attorneys Volner and Atkinson and state as follows:

1. The instant action relates entirely to alleged violations of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a). Among other things, the FTC seeks relief against the Defendants in the form of an injunction and other monetary remedies.

2. Attorneys Volner and Atkinson have considerable experience in matters involving the FTC Act and have acted as counsel for the Defendants prior to the maintenance of this action. The Defendants believe that the skill and experience of Attorneys Volner and Atkinson are an indispensable component of their defense in these proceedings.

3. As set forth in the attached certificates, Attorneys Volner and Atkinson are in good standing in every jurisdiction in which they are admitted to practice and there are no disciplinary proceedings pending against them. Attorneys Volner and Atkinson are also familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. The instant motion is accompanied by the appearance of local counsel, Christian H. Pedersen, who is a member in good standing of the United States District Court for the District of Massachusetts and the State Bar of Massachusetts.

5. Emergency relief is required inasmuch as a preliminary injunction hearing is scheduled before this Court on Wednesday, November 10, 2004.

WHEREFORE, the Defendants request that this Court allow Attorneys Ian D. Volner and Theodore W. Atkinson to practice and plead *pro hac vice* in the above-entitled action.

Respectfully submitted,

BETTER BUDGET FINANCIAL
SERVICES, INC., JOHN COLON, JR.,
and JULIE FABRIZIO-COLON

By their attorney,

Christian H. Pedersen (BBO #644016)
METAXAS, NORMAN & PIDGEON, LLP
900 Cummings Center, Suite 207T
Beverly, MA 01915
978-927-8000 (p)
978-922-6464 (f)

Dated: November 9, 2004
G:\Better Budget Financial Services\FTC\Documents\Motion (pro hac) 11-6-04.doc

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail by hand

Date: _____