UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BETTER BUDGET FINANCIAL SERVICES, INC., JOHN COLON, JR. and JULIE FABRIZIO-COLON, | ) CIVIL ACTION NO. 04-12326 (WGY) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATION OF ATTORNEY IAN D. VOLNER
## PURSUANT TO LR 83.5.3(b)

I, Ian D. Volner, am a partner in the law firm of Venable, LLP, and hereby certify and state that: (1) I am a member of the bar in good standing in the State of New York and the District of Columbia; (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Ian D. Volner
DC Bar No. 117309
VENABLE, LLP
575 7th Street, N.W.
Washington, DC 20004-1601
(202) 344-4814 (p)
(202) 344-8300 (f)

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail by hand.

Dated: 11/9/04

Dated: November 8, 2004

DC1\188275