UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BETTER BUDGET FINANCIAL SERVICES, INC., JOHN COLON, JR. and JULIE FABRIZIO-COLON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-12326 (WGY)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION OF ATTORNEY THEODORE W. ATKINSON PURSUANT TO LR 83.5.3(b)

I, Theodore W. Atkinson, am an associate in the law firm of Venable, LLP, and hereby certify and state that: (1) I am a member of the bar in good standing in the Commonwealth of Virginia and the District of Columbia; (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Theodore W. Atkinson
(Va. State Bar No. 39010
D.C. Bar No. 458963)
VENABLE, LLP
575 7th Street, N.W.
Washington, DC 20004-1601
(202) 344-4814 (p)
(202) 344-8300 (f)

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail by hand-
Date: _____

Dated: November ___, 2004

G:\Better Budget Financial Services\FTC\Documents\Certificate (LR 83.5.3) 11-6-04.doc