UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>             Plaintiff,<br>v.<br><br>BETTER BUDGET FINANCIAL SERVICES, INC., JOHN COLON, JR. and JULIE FABRIZIO-COLON,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-12326 (WGY) |

## COUNSEL'S CERTIFICATION PURSUANT TO LR 7.1(A)(2)

I, Christian H. Pedersen, am counsel for the defendants, Better Budget Financial Services, Inc., John Colon, Jr., and Julie Fabrizio-Colon, and hereby certify that on Monday, November 8, 2004, I conferred with counsel for the plaintiff, Carole A. Paynter, in an attempt to resolve or narrow the issue that is the subject of the attached Emergency Motion for Leave For Attorneys Ian D. Volner and Theodore W. Atkinson to Appear *Pro Hac Vice* Pursuant to LR 83.5.3(b).

Respectfully submitted,

BETTER BUDGET FINANCIAL
SERVICES, INC., JOHN COLON, JR.,
and JULIE FABRIZIO-COLON

By their attorney,

_____
Christian H. Pedersen (BBO #644016)
METAXAS, NORMAN & PIDGEON, LLP
900 Cummings Center, Suite 207T
Beverly, MA 01915
978-927-8000 (p)
978-922-6464 (f)

Dated: November ___, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail by hand.
Date: _____