UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
FEDERAL TRADE COMMISSION,       )
        Plaintiff               )
                                )
                                )   Civ. No. 04-12326(WGY)
vs.                             )
                                )
BETTER BUDGET FINANCIAL SERVICES, INC., )
JOHN COLON, JR. and JULIE FABRIZIO-COLON, )
        Defendants              )
_____)
```

## COUNSEL'S CERTIFICATION PURSUANT TO LR 7.1(A)(2)

I, Christian H. Pedersen, am counsel for the defendants, Better Budget Financial Services, Inc., John Colon, Jr., and Julie Fabrizio-Colon, and hereby certify that on Tuesday, November 9, 2004, I, along with co-counsel, Theodore W. Atkinson, conferred with counsel for the plaintiff, Carole A. Paynter, in an attempt to resolve or narrow the issue that is the subject of the attached Cross-Motion Pursuant to Fed. R. Civ. Proc. 60 to Clarify the *Ex Parte* Temporary Restraining Order.

Respectfully submitted,

BETTER BUDGET FINANCIAL
SERVICES, INC., JOHN COLON, JR.,
and JULIE FABRIZIO-COLON

By their attorney,

_____
Christian H. Pedersen (BBO #644016)
METAXAS, NORMAN & PIDGEON, LLP
900 Cummings Center, Suite 207T
Beverly, MA 01915
978-927-8000 (p)
978-922-6464 (f)

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail by hand

Date: 11/10/04

Dated: November 10, 2004