UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| BETTER BUDGET FINANCIAL SERVICES, | ) CIVIL ACTION NO. 04-12326 (WGY) |
| INC., JOHN COLON, JR. and JULIE | ) |
| FABRIZIO-COLON, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF JOHN COLON, JR.

I, John Colon, Jr., declare as follows:

1. I am the President and Chief Executive Officer of Better Budget Financial Services, Inc. ("Better Budget"). I am over eighteen (18) years of age and am competent to testify as to the statements made in this declaration. Unless otherwise stated, I have personal knowledge of the acts stated below, and if sworn as a witness, I would testify to those facts.

2. Better Budget is organized under the laws of Massachusetts and was incorporated on August 21, 2000. My wife, Julie Fabrizio-Colon, and I started Better Budget from scratch with an initial investment of $10,000 and with ourselves as the only employees of the company. For several years, Better Budget operated out of our home. By June 2004, Better Budget grew to 41 employees.

3. Better Budget is in the business of debt settlement. Our business is directed to helping clients who have difficulty paying off unsecured debt by contacting creditors on behalf of our clients and negotiating a settlement of the unsecured debt.

4. I have reviewed the FTC's Complaint and discussed its allegations with my counsel, and I understand that the FTC is alleging that Better Budget did not satisfy client debts, did not satisfy client's debts to the extent promised, and did not contact clients' creditors. These allegations are just not true.

5. Clients contact Better Budget from a toll-free number found in Better Budget's website advertising. Better Budget's websites, betterbudget.net and termidebt.net, provide customers with comprehensive information regarding Better Budget's services. Once the receiver shut down Better Budget's server, I was unable to access any of Better Budget's websites. However, I have reviewed Better Budget's websites attached as Exhibit C to the FTC's motion for an *ex parte* temporary restraining order.

6. Every page of the websites state that clients can "save 50%* on your unsecured debt," and each time that statement is displayed it is accompanied by a disclaimer: "Based on the average negotiated settlements experienced by Better Budget's clients. Individual results may vary." In addition, the websites contain a number of statements included to provide potential clients with realistic understanding of how Better Budget's process works. For example, the websites state that "Better Budget is not advocating that you stop paying your creditors. We do not encourage you to default on any payments that you have with your creditors. When a payment to a creditor is late, there are negative consequences to your credit score." (FTC Motion, Exh. PX-1, Exh. C thereto.) Indeed, the contract that clients sign requires clients to initial statements that are also meant to provide clients with an understanding of what services Better Budget

2

offers. For example, clients are required to acknowledge that Better Budget "will use its best efforts to minimize creditor communications directly to you." (*Id.*)

7. Better Budget has serviced approximately 9,900 clients since Better Budget began in 2000. Upon information and belief, approximately 99% of Better Budget's clients either successfully had debts settled or made no complaint regarding the services provided by Better Budget. Upon information and belief, Better Budget contacted the creditors of substantially all of the clients who were enrolled with Better Budget. At present, we state "upon information and belief" only because we are unable to access Better Budget's proprietary database, Credit Soft. The database contains important information such as the clients' names and account numbers, the date they applied with Better Budget, their creditors and existing debt balances at the time they joined, notes regarding account activities (including contact with creditors), the amount of fees they paid, and other information. Substantially all of the information held by Better Budget about clients' accounts are maintained in the Credit Soft database. We were permitted access to the database by the Receiver only beginning yesterday, November 9, 2004. Given the volume of information to be searched, it was not possible to confirm my belief regarding client servicing and satisfaction.

8. I have also reviewed the preliminary report of the Receiver in this case. I understand from the report that the Receiver has identified certain "inter-company loans" between Better Budget and Unimark amounting to $50,000. Upon information and belief, this loan has been repaid by Unimark with funds provided by an investor, Robert Nekoroski in late October. Moreover, this $50,000 is but a small part of the

approximately $750,000 invested in Unimark and which the Receiver does not identify as having any connection with Better Budget.

9. The damage that Better Budget and their 33 employees would suffer in the event the receivership and asset freeze remains in place would be devastating. Better Budget has approximately 3,000 customers which remain enrolled in the program and who are relying on Better Budget to service their accounts. Those customers, if serviced, can and will generate revenues that could be utilized to pay any judgment that the FTC may obtain in this action.

10. Further, without the lifting of the asset freeze against my personal funds, I am not going to be able to pay for even the most basic life necessities for my family or myself.

11. To date, my wife and I have cooperated fully with the Receiver and his counsel, including all requests for interviews, documents, and information. We have also provided both the FTC and the Receiver with all of the financial disclosures, tax statements, deeds, and other required disclosures called for in the Order.

12. Better Budget has not destroyed or altered any documents and actually has an interest in preserving this information inasmuch as it believes that much of what is contained in its files will rebut the FTC's allegations of fraud.

13. Neither my wife nor I have any offshore accounts or any real property or other assets in foreign countries. In fact, as with Better Budget, all personal funds are kept in two local banks which have already been disclosed to the FTC and the Receiver. The only real property owned by my wife and I is located in Beverly, Massachusetts, and

4

the deeds for the properties were included among the information I have already provide to the FTC and the Receiver.

Executed this 10th day of November, 2004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ John Colon, Jr.*

John Colon, Jr.

G:\Better Budget Financial Services\FTC\Documents\Declaration of John Colon (PI)_.doc