

UNITES STATES DISTRICT COURT

DIRSTRICT OF MASSACHUSETTS

Civ No. 04-12326 (WGY)

Federal Trade Commission

      Plaintiff

v.

Better Budget Financial Services, Inc.,

John Colon, Jr., and Julie Fabrizio-Colon

      Defendants

ANSWER TO *EX PARTE* TEMPORARY RESTRAINING ORDER

Eastern Bank, served with an Ex-Parte Temporary Restraining Order in the names of Better Budget Financial Services, Inc., John Colon, Jr., and Julie Fabrizio-Colon, in the above-entitled matter, says that at the time of service of the Order upon Eastern Bank on November 4, 2004, it had in its possession no goods, effects, or assets in the names of the defendants.

Signed under the penalties of perjury by Shiela Devonshire, Assistant Vice President of Eastern Bank, this 8th day of November 2004.

*[signature]*

### Certificate of Service

I, Shiela Devonshire, hereby certify that I this date served a copy of the within Answer upon the Court-Appointed Temporary Receiver by mailing a copy of the same postage prepaid to Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., Chrysler Center, 666 Third Avenue, New York, N.Y. 10017 and to the Plaintiff by mailing a copy of the same postage prepaid to Carole A. Paynter and Elvia P. Gastelo, Federal Trade Commission, One Bowling Green, Suite 318, New York, N.Y. 10004.

Date: November 8, 2004

*[signature]*