```
                                                                  1


 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                       Civil Action
 3                                     No. 04-12326-WGY

 4
     * * * * * * * * * * * * * * * * *
 5                                   *
     FEDERAL TRADE COMMISSION,       *
 6                                   *
             Plaintiff,              *
 7                                   *
     v.                              * STATUS CONFERENCE
 8                                   *
     BETTER BUDGET FINANCIAL SERVICES,*
 9   INC., JOHN COLON, JR. and JULIE *
     FABRIZIO-COLON,                 *
10                                   *
             Defendants.             *
11                                   *
     * * * * * * * * * * * * * * * * *
12              BEFORE:  The Honorable William G. Young,
                         District Judge
13


14
     APPEARANCES:
15
              CAROLE A. PAYNTER and ELVIA P. GASTELO,
16      Attorneys, Federal Trade Commission, One Bowling
        Green, Suite 318, New York, New York 10004, on
17      behalf of the Plaintiff

18            METAXAS, NORMAN & PIDGEON, LLP (By
        Christian H. Pedersen, Esq.), 900 Cummings Center,
19      Suite 207T, Beverly, Massachusetts 01915, on
        behalf of the Defendants
20           - and -
              VENABLE, LLP (By Theodore W. Atkinson, Esq.
21      and Ian D. Volner, Esq.), 575 7th Street, N.W.,
        Washington, D.C. 20004-1601, on behalf of the
22      Defendants


23

24                                     1 Courthouse Way
                                       Boston, Massachusetts
25
                                       November 10, 2004
```

```
                                                              2


   1             A P P E A R A N C E S:  (Cont'd)

   2

   3             MINTZ, LEVIN, COHN, FERRIS, GLOVSKY &
         POPEO, PC (By Suzanne L. Renaud, Esq.), One
   4     Financial Center, Boston, Massachusetts 02111 on
         behalf of the Receiver, Hernan Serrano, Jr.
   5

   6             MINTZ, LEVIN, COHN, FERRIS, GLOVSKY &
         POPEO, PC (By Peter B. Zlotnick, Esq. and Seth
   7     Goldman, Esq.), Chrysler Center, 666 Third Avenue,
         New York,  New York 10017, on behalf of the
   8     Receiver, Hernan Serrano, Jr.

   9

  10

  11

  12

  13

  14

  15

  16

  17

  18

  19

  20

  21

  22

  23

  24

  25
```