AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Massachusetts_____

Federal Trade Commission

**SUMMONS IN A CIVIL ACTION**

V.

Better Budget Financial Services, Inc., John Colon, Jr., and Julie Fabrizio-Colon

CASE NUMBER:

04 12326 WGY

TO: (Name and address of Defendant)

John Colon, Jr.
4 Conifer Way
Beverly, MA 01915-1271

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carole A. Paynter
Federal Trade Commission
Northeast Region
1 Bowling Green, Suite 318
New York, NY 10004

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   11-2-04

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | November 4, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Peter B. Zlotnick | Attorney for Receiver |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
   800 Cummings Center, Suite 152R
   Beverly, MA 01915

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/1/2004
                Date

Signature of Server

Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.
666 Third Avenue
NY, NY. 10017
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.