UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BETTER BUDGET FINANCIAL SERVICES, INC;<br>JOHN COLON, JR., and JULIE FABRIZIO-COLON,<br><br>　　　　Defendants. | Civil Action No.: 04-12326(WGY) |

**PLAINTIFF FEDERAL TRADE COMMISSION'S ASSENTED - TO MOTION
TO EXTEND THE DEADLINE FOR FILING A DISPOSITIVE MOTION.**

　　The Plaintiff, Federal Trade Commission, hereby moves to extend the deadline for filing dispositive motions, set forth in the Scheduling Order entered by this Court on December 9, 2004 ("Scheduling Order").  Pursuant to the Scheduling Order, any dispositive motion must be filed by January 21, 2005, and the Federal Trade Commission respectfully requests that the due date be rescheduled to February 8, 2005.  Defendants, Better Budget Financial Services, Inc., John Colon, Jr. and Julie Fabrizio-Colon (the Defendants) have assented to this motion.

　　As grounds for this motion the Federal Trade Commission states as follows:

　　1.　　Discovery in this case is scheduled to close on January 21, 2005 and the matter is scheduled to be placed on the Court's trial calendar in March 2005, to be heard as soon as a date becomes available.  The parties have been proceeding with discovery in accordance with the Scheduling Order, in addition to each side continuing to conduct its own investigations in preparation for trial.  Plaintiff intends to make a summary judgment motion which it believes will fully resolve this matter without the need for a trial.

2. On Monday December 27, 2004, counsel discussed a briefing schedule for this dispositive motion, using the current due date of January 21, 2005 and jointly concluded that maintaining the motion due date of January 21 will not give either side adequate time to respond to the other side's papers. This is due in part to the fact that Plaintiff is not scheduled to produce documents in response to defendants' document request before January 7, 2005 and certain records subpoenaed by defendants' counsel from the Temporary Receiver will be received at approximately this same time. Furthermore, the defendants' counsel has a pending motion in another matter that is scheduled to be served at the same time that a response to the Plaintiff's motion would be due under the current schedule. After some discussion, the parties agreed that extending the date for dispositive motions from January 21, 2005 to February 8, 2005 would be appropriate.

3. None of the parties will be prejudiced by the extension of the Scheduling Order deadline, nor do we believe that the trial schedule date of March 2005 will be impacted.

4. The Defendants have given their assent to this motion.

**WHEREFORE,** the Federal Trade Commission respectfully requests that, in the interests of justice, the date for dispositive motions as set forth in the Scheduling Order be rescheduled from January 21, 2005 to February 8, 2005, as set forth above.

Respectfully submitted,
Federal Trade Commission
By its attorneys,

s:\Carole A. Paynter
CAROLE A. PAYNTER
ELVIA P. GASTELO
Federal Trade Commission
One Bowling Green, S. 318
New York, NY 10004
(212)607-2813 (p)
(212) 607-2822 (f)

Dated: December 28, 2004

Assented to:

BETTER BUDGET FINANCIAL SERVICES, INC.,
JOHN COLON and JULIE FABRIZIO- COLON
by their attorneys:

s:\ Ian D. Volner
Ian D. Volner (*pro hac vice*)
Theodore W. Atkinson (*pro hac vice*)
VENABLE, LLP
575 7th Street, N.W.
Washington, DC  20004-1601
(202) 344-4814 (p)
(202) 344-8300 (f)

Christian H. Pedersen (BBO #644016)
METAXAS, NORMAN & PIDGEON, LLP
900 Cummings Center, Suite 207T
Beverly, MA  01915
978-927-800 (ph)
978-922-6464 (fax)

**Certificate of Service**

The undersigned certifies that a true and correct copy of the foregoing Notice of Deposition was served via regular mail on December 28, 2004 to:

>Ian D. Volner (*pro hac vice*)
>Theodore W. Atkinson (*pro hac vice*)
>Venable, LLP
>575 7th Street, N.W.
>Washington, DC  20004-1601
>(Counsel for Defendants)

>Christian H. Pedersen (BBO #644016)
>Metaxas, Norman & Pidgeon, LLP
>900 Cummings Center
>Beverly MA, 01915
>(Counsel for Defendants)

>Peter B. Zlotnick, Esq.
>Seth Goldstein, Esq.
>Mintz Levin Cohn Ferris
>  Glovsky and Popeo, PC
>666 Third Avenue
>New York, NY 10017
>(Counsel for Receiver)