UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FEDERAL TRADE COMMISSION,   )
                            )
         Plaintiff,         )
                            )
    v.                      )   Civ. No. 04-12326 (WGY)
                            )
BETTER BUDGET FINANCIAL SERVICES, INC., )
JOHN COLON, JR., and JULIE FABRIZIO-COLON, )
                            )
         Defendants.        )

**MOTION OF CUMMINGS PROPERTIES, LLC TO INTERVENE**

Pursuant to Federal Rule of Civil Procedure 7(b)(1), Cummings Properties, LLC ("CPL"), not a party to this action, hereby moves as follows:

1. To intervene in this action pursuant to Federal Rule of Civil Procedure 24(a)(2), on the ground that certain property in which CPL has a secured interest is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest.

2. For an adjudication that CPL should not be compelled to turn over certain security deposits held by CPL pursuant to the *Ex Parte* Temporary Restraining Order entered on November 3, 2004, as amended (the "TRO"), on the ground that such security deposits are not assets of the receivership estate subject to the TRO.

3. For an order requiring the receiver to pay from the receivership estate rent due under two commercial leases between defendants and CPL, on the ground that defendants are in arrears for rent due under those leases.

Accompanying this Motion are CPL's Rule 7.1(a)(2) Certification, Memorandum in Support hereof and Disclosure Statement.

### REQUEST FOR ORAL ARGUMENT

Cummings Properties, LLC requests that the Court schedule a hearing on this motion.

Date:   December 30, 2004

Respectfully submitted,

*/s/ Susan F. Brand*
Susan F. Brand, BBO# 054100
200 West Cummings Park
Woburn, MA  01801
(781) 935-8000

M:\LEGAL\ESCOBAR\!BETTERBUDGETNOTICEOFMOTIONANDMOTION.DOC