UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BETTER BUDGET FINANCIAL SERVICES, INC.,<br>JOHN COLON, JR., and JULIE FABRIZIO-COLON,<br><br>Defendants. | Civ. No. 04-12326 (WGY) |

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to United States District Court Local Rule 7.1(a)(2), I, Susan F. Brand, hereby certify that Cummings Properties, LLC, through its attorneys, has conferred with counsel for the temporary receiver appointed in this proceeding and has attempted in good faith to resolve or narrow the issues raised in the enclosed Motion of Cummings Properties, LLC to Intervene.

Dated:   December 31, 2004

Susan F. Brand, BBO# 054100
200 West Cummings Park
Woburn, MA  01801
(781) 935-8000

M:\LEGAL\ESCOBAR\!BETTERBUDGETRULE7.1CERT.DO