## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>BETTER BUDGET FINANCIAL SERVICES, INC.,<br>JOHN COLON, JR., and JULIE FABRIZIO-COLON,<br><br>   Defendants. | Civ. No. 04-12326 (WGY) |

### DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a) and United States District Court Local Rule 7.3(A), Cummings Properties, LLC hereby states, through its attorney, that it is owned by Cummings Holdings Trust, a Massachusetts business trust, organized under the laws of the Commonwealth of Massachusetts, with a principal place of business at 200 West Cummings Park, Woburn, Massachusetts 01801.

Dated: December 31, 2004

Susan F. Brand, BBO# 054100
200 West Cummings Park
Woburn, MA 01801
(781) 935-8000

M:\LEGAL\ESCOBAR\!BETTERBUDGETDISCLOSURESTATEMENT.DOC