UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BETTER BUDGET FINANCIAL SERVICES, INC.,<br>JOHN COLON, JR., and JULIE FABRIZIO-COLON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 04-12326 (WGY)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The undersigned hereby submits her appearance on behalf of Cummings Properties, LLC, an intervenor in this action.

Dated: December 31, 2004

CUMMINGS PROPERTIES, LLC
By its attorney,

*Susan Brand /ce*

Susan F. Brand, BBO# 054100
200 West Cummings Park
Woburn, MA 01801
781-935-8000

\\CPL-FP\ACCOUNTING\LEGAL\ESCOBAR\!BETTERBUDGETNOTICEOFAPPEARANCESFB.DOC