UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-12326 (WGY) |
| ) | |
| BETTER BUDGET FINANCIAL SERVICES, INC., ) | |
| JOHN COLON, JR., and JULIE FABRIZIO-COLON, ) | FILING FEE PAID: |
| ) | RECEIPT # |
| Defendants. ) | AMOUNT $ |
| ) | BY DPTY CLK |
| | DATE |

**MOTION FOR ADMISSION TO PRACTICE**
*PRO HAC VICE*

I, Susan F. Brand, a member in good standing of the bars of the Commonwealth of Massachusetts and United States District Court for the District of Massachusetts, hereby move for the admission, *pro hac vice*, of Paul E. Escobar, to represent Cummings Properties, LLC, which is seeking to intervene in this action.

The required fee of $50 is submitted herewith.

Dated:   December 30, 2004         CUMMINGS PROPERTIES, LLC
                                   By its attorney,

                                   _____
                                   Susan F. Brand, BBO# 054100
                                   200 West Cummings Park
                                   Woburn, MA 01801
                                   (781) 935-8000

\\CPL-FP\ACCOUNTING\LEGAL\ESCOBAR\!BETTERBUDGETPROHACVICEMOT.DOC