# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 04-12326 (WGY) |
| BETTER BUDGET FINANCIAL SERVICES, INC., JOHN COLON, JR., and JULIE FABRIZIO-COLON, | ) |
| Defendants. | ) |

## CERTIFICATE OF GOOD STANDING
### IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Paul E. Escobar, hereby certify that:

1.    I am a member in good standing of the bars of the Commonwealth of Massachusetts, the Commonwealth of Pennsylvania, the State of New Jersey, the State of California and the United States District Courts for the District of New Jersey and Eastern District of Pennsylvania.

2.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: December 31, 2004

Paul E. Escobar, BBO# 649332
200 West Cummings Park
Woburn, MA  01801
(781) 935-8000

M:\LEGAL\ESCOBAR\BETTERBUDGETCERTOFGOODSTANDINGPEE.DOC