UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ No. 04-12326 (WGY) |
| BETTER BUDGET FINANCIAL SERVICES, INC., JOHN COLON, JR., and JULIE FABRIZIO-COLON, | ) | |
| Defendants. | ) | |

**ASSENTED TO MOTION OF THE RECEIVER AND THE FEDERAL TRADE COMMISSION TO EXTEND THEIR TIME TO FILE AN OPPOSITION TO CUMMINGS PROPERTIES, LLC'S MOTION TO INTERVENE**

Hernan Serrano, Jr., the court appointed Receiver in the above-referenced action (the "Receiver") and the Federal Trade Commission (the "FTC"), hereby move to extend the deadline for filing their opposition to Cummings Properties, LLC's ("CPL") motion to intervene, which was filed with this Court on December 31, 2004 (the "Motion"). Pursuant to Local Rule 7.1(d), the Receiver and the FTC's opposition papers to the Motion are due January 14, 2005. The Receiver and the FTC respectfully request that the Court adjourn the deadline for their opposition to the Motion to February 4, 2005. CPL has assented to this motion.

As grounds for this motion the Receiver and the FTC state as follows:

1. The parties are engaged in settlement discussions that, if successful, will moot the Motion.

2. None of the parties will be prejudiced by the extension of the Receiver's deadline to respond to the Motion, nor will the trial date of March 2005 will be impacted.

NYC 311034v2

3. CPL has given its assent to this motion.

**WHEREFORE,** the Receiver and the FTC respectfully request that the deadline for their opposition to the Motion be adjourned to February 4, 2005, as set forth above.

Respectfully submitted,

HERNAN SERRANO, JR.

By his attorneys,

_s/Suzanne Renaud_____
Suzanne Renaud (BBO# 655558)
Breton Leone-Quick (BBO #655571)
MINTZ LEVIN COHN FERRIS
  GLOVSKY & POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000


__s/Peter B. Zlotnick_____
Peter B. Zlotnick (*pro hac vice*)
Seth Goldman (*pro hac vice*)
MINTZ LEVIN COHN FERRIS
  GLOVSKY & POPEO, P.C.
The Chrysler Center
666 Third Avenue, 25th Floor
New York , NY 10017
(212) 935-3000

FEDERAL TRADE COMMISSION
By its attorneys,

__s/Carole A. Paynter_____
Carole A. Paynter
Elvia P. Gastello
Federal Trade Commission
One Bowling Green, S. 318
New York, New York 10004
(212) 607-2813

Dated January 14, 2005

NYC 311034v2

Assented To:

CUMMINGS PROPERTIES, LLC

By its attorney,

__s/Susan F. Brand_____
Susan F. Brand, BBO# 054100
200 West Cummings Park
Woburn, MA 01801
(781) 935-8000

                                      SO ORDERED this ___ day of January 2005

                                      _____
                                       William G. Young, U.S.D.J.

NYC 311034v2