IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BETTER BUDGET FINANCIAL SERVICES, INC., )<br>JOHN COLON, JR., and JULIE FABRIZIO-COLON, )<br>)<br>Defendants. )<br>) | Case No. 04-CV-12326 (WGY) |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Rules of this Court, Plaintiff Federal Trade Commission hereby moves this Court to grant summary judgment in favor of Plaintiff and against Defendants on all claims in this lawsuit.

The grounds for Plaintiff's motion are fully set forth in the accompanying Plaintiff's Memorandum in Support of Plaintiff's Motion for Summary Judgment and Plaintiff's Statement of Material Facts as to Which There is no Genuine Issue.

Respectfully submitted,

JOHN D. GRAUBERT
Acting General Counsel

BARBARA ANTHONY
Regional Director

_____
Carole A. Paynter
Elvia P. Gastelo
Theodore Zang
Attorneys for Plaintiff
Federal Trade Commission
One Bowling Green, Suite 318
New York, New York 10004
(212) 607-2813 (phone)
(212) 607-2811 (phone)
(212) 607-2816 (phone)
(212) 606-2822 (facsimile)