**Declaration of Cindy Kapadia**
Pursuant to 28 U.S.C. § 1746

1. My name is Cindy Kapadia. I am employed by the Federal Trade Commission ("FTC") as an investigator in the Northeast Region. My work address is One Bowling Green, Suite 318, New York, NY 10004. My work telephone number is (212) 607-2807.

2. As part of my job, I perform various research and investigative tasks. I have been assigned to work as the lead investigator on the investigation of, and the court proceeding being filed against, Better Budget Financial Services, Inc.

3. This declaration is being submitted in support of the FTC's Motion for Summary Judgment against Better Budget Financial Services, Inc., John Colon and Julie Fabrizio-Colon.

4. During the course of the investigation into Better Budget Financial Services, Inc., I obtained the Certificate of Incorporation of Debt Management Solutions, a certified copy of which is attached hereto as Exhibit A.

5. Since the filing of this action on November 2, 2004, the FTC Consumer Sentinel Complaint Database has received 79 new complaints made by consumers about Better Budget Financial Services, Inc's services. I have reviewed all of these complaints and made an analysis of my findings, which are recorded in a chart, attached hereto as Exhibit B.

6. My analysis of the consumer complaints shows that 100% of these 79 consumers complained that Better Budget Financial Services, Inc. misrepresented their services, including: guaranteeing savings of 50% on the complainant's total debt, contacting creditors for settlements, managing all of the creditors calls, and fulfillment of contractual services. As the chart indicates, these consumers claimed injury that totals approximately $193,987.

7. On November 4, 2004, I was present at the offices of Better Budget Financial Services, Inc., 800 Cummings Center, Beverly MA, to assist in the FTC's review of documents located there, as permitted by the *Ex Parte* Temporary Restraining Order. As lead investigator on this case, I was responsible for organizing myself and a group of employees from the FTC and the Massachusetts Attorney General's Office in our review of documents. I instructed these individuals to review the documents that were lying in or on the desks in the office to see if there were consumer complaints, telephone scripts, or other documents pertinent to the FTC's action that we might wish to have copied. I provided each reviewer with a supply of manila envelopes and instructed them to place any documents they found in the envelope and to label it with the employee's name. These documents were subsequently copied and the originals returned to the possession of the Temporary Receiver.

8. In the course of our review of documents at Better Budget Financial Services' offices, we found copies of correspondence from consumers complaining about Better Budget Financial Services' program. Copies of correspondence obtained from 800 Cummings Center are attached as Exhibit C. I have reviewed this correspondence and have analyzed it, recording my findings in the chart which is attached hereto as Exhibit D. I have concluded that it shows the same issues being complained about as those complaints received by the FTC Consumer Sentinel Complaint Database.

9. I have attached as Exhibit E to this declaration copies of "Complaint Follow-up Log Forms" also obtained from 800 Cummings Center, that reflect customer complaint calls received by Better Budget Financial Services.

10. Since the filing of this action, the FTC has obtained copies of correspondence that customers

of Better Budget Financial Services sent to the Temporary Receiver in December 2004, many of which complain about Better Budget Financial Services' program. I have attached as Exhibit F to this declaration copies of customer correspondence that the FTC obtained from the Temporary Receiver.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury, that the foregoing statement is true and accurate to the best of my knowledge.

Executed On: Jan. 24, 2005

Cindy Kapadia

3