FTC v. Better Budget Financial Services, Inc.

## Better Budget Office Complaints
## Analysis Chart

| No. | Consumer Name | Amount of Retainer Fees Paid | Amount of Admin Fees Paid | Total Amount in Dispute | Guaranteed Savings of 50%+ | Creditors Stopped Contacting | Contract Services Fulfilled | Debt Settled | | Received Refund | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Y | N | Y | N |
| 1 | Kathy Wolfood | Undefined | | | | N | N | | N | | N |
| 2 | Anne M. Hohstein | Undefined | | | | | N | | N | | N |
| 3 | Sharon Millicon | $636.01 | | $636.01 | | N | N | | N | | N |
| 4 | Sanelsa Fox | | | | | N | N | | N | | N |
| 5 | Pat Wilkinson | Undefined | Undefined | Undefined | | N | N | | N | | N |
| 6 | Kenneth D. Adair & Courtney L. Adair | | | | | N | N | | N | | N |
| 7 | Alexis Crumbley | Undefined | $ 29.95 | Undefined | | | N | | N | | N |
| 8* | Debbie Robinson | Undefined | | | | | N | | N | | N |
| 9 | Bruce Lewis | Undefined | | | | N | N | | N | | N |
| 10 | Theodore L. Mason & Judy L. Mason | Undefined | | | | | N | | N | | N |
| 11 | Joyce Duffy | 225.00 | Undefined | Undefined | | | N | | N | | N |
| | Sub Total | $861.01 | $ 29.95 | $636.01 | | | | | | | |
| | Grand Total | $861.01 | $ 29.95 | $636.01 | | | | | | | |

* BBFS/DMS

FTC v. Better Budget Financial Services, Inc.

**Better Budget Office Complaints**
**Analysis Chart**

| No. | Consumer Name | Amount of Retainer Fees Paid | Amount of Admin Fees Paid | Total Amount in Dispute | Guaranteed Savings of 50%+ | Creditors Stopped Contacting | Contract Services Fulfilled | Debt Settled | | Received Refund | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Y | N | Y | N |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

FTC v. Better Budget Financial Services, Inc.

## Better Budget Office Complaints
### Analysis Chart

| No. | Consumer Name | Amount of Retainer Fees Paid | Amount of Admin Fees Paid | Total Amount in Dispute | Guaranteed Savings of 50%+ | Creditors Stopped Contacting | Contract Services Fulfilled | Debt Settled | | Received Refund | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Y | N | Y | N |
| | | | | | | | | Y | N | Y | N |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

FTC v. Better Budget Financial Services, Inc.

**Better Budget Office Complaints**
**Analysis Chart**