MA SOC   Filing Number: 200472282700   Date: 05/21/2004



# The Commonwealth of Massachusetts
## William Francis Galvin

Minimium Fee: $275.00

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## Articles of Organization
(General Laws, Chapter 156B)

Federal Employer Identification Number: 000868530 (must be 9 digits)

### ARTICLE I

The exact name of the business entity is:

DEBT MANAGEMENT SOLUTIONS, INC.

### ARTICLE II

The purpose of the business entity is to engage in the following business activities:

OFFERING DEBT MANAGEMENT AND MORTGAGE SOLUTIONS FOR CONSUMERS TRYING TO AVOID BANKRUPTCY.

### ARTICLE III

State the total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding |
|---|---|---|---|---|
| | | Num of Shares | Total Par Value | Num of Shares |
| CWP | $0.05000 | 3,000 | $150.00 | 3,000 |

### ARTICLE IV

If more than one class of stock is authorized, state a distinguishing designation for each class. Prior to the issuance of any shares of a class, if shares of another class are outstanding, the Business Entity must provide a description of the preferences, voting powers, qualifications, and special or relative rights or privileges of that class and of each other class of which shares are outstanding and of each series then established within any class.

NONE

### ARTICLE V

The restrictions, if any, imposed by the Articles of Organization upon the transfer of shares of stock of any class are:

NONE

### ARTICLE VI

Other lawful provisions, if any, for the conduct and regulation of the business and affairs of the business entity, for its voluntary dissolution, or for limiting, defining, or regulating the powers of the business entity, or of its directors or stockholders, or of any class of stockholders:

NONE

Note: The preceding six (6) articles are considered to be permanent and may ONLY be changed by filing appropriate Articles of Amendment.

### ARTICLE VII

The effective date of organization of the business entity shall be the date approved and filed by the Secretary of the Commonwealth. If a *later* effective date is desired, specify such date which shall not be more than *thirty days* after the date of filing.

**Later Effective Date:**

### ARTICLE VIII

The information contained in Article VIII is not a permanent part of the Articles of Organization

**a. The street address** *(post office boxes are not acceptable)* **of the principal office of the corporation in** *Massachusetts* **is:**

No. and Street:   800 CUMMINGS CENTER SUITE 257-R
City or Town:   BEVERLY         State: MA   Zip: 01915   Country: USA

**b. The name, residential address and post office address of each director and officer of the corporation is as follows:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|
| PRESIDENT | JULIE COLON-FABRIZIO | 4 CONIFER WAY<br>BEVERLY, MA 01915 USA<br>4 CONIFER WAY<br>BEVERLY, MA 01915 USA | Until successor is duly elected |
| TREASURER | JOHN COLON JR. | 4 CONIFER WAY<br>BEVERLY, MA 01915 USA<br>4 CONIFER WAY<br>BEVERLY, MA 01915 USA | Until successor is duly elected |
| CLERK | JOHN COLON JR. | 4 CONIFER WAY<br>BEVERLY, MA 01915 USA<br>4 CONIFER WAY<br>BEVERLY, MA 01915 USA | Until successor is duly elected |
| DIRECTOR | JOHN COLON JR. | 4 CONIFER WAY<br>BEVERLY, MA 01915 USA<br>4 CONIFER WAY<br>BEVERLY, MA 01915 USA | Until successor is duly elected |

**c. The fiscal year (i.e., tax year) of the business entity shall end on the last day of the month of:**
December

**d. The name and business address of the resident agent, if any, of the business entity is:**

| | |
|---|---|
| Name: | CORPORATION SERVICE COMPANY |
| No. and Street: | 84 STATE STREET |
| | 5TH FLOOR |
| City or Town: | BOSTON    State: MA   Zip: 02109   Country: USA |

### ARTICLE IX

By-laws of the business entity have been duly adopted and the president, treasurer, clerk and directors whose names are set forth above, have been duly elected.

**IN WITNESS WHEREOF AND UNDER THE PAINS AND PENALTIES OF PERJURY, I/we, whose signature(s) appear below as incorporator(s) and whose name(s) and business or residential address(es) are beneath each signature do hereby associate with the intention of forming this business entity under the provisions of General Law, Chapter 156B and do hereby sign these Articles of Organization as incorporator(s) this 21 Day of May, 2004.** *(If an existing corporation is acting as incorporator, type in the exact name of the business entity, the state or other jurisdiction where it was incorporated, the name of the person signing on behalf of said business entity and the title he/she holds or other authority by which such action is taken.)*
KELLY HALE, INCORPORATOR, CORPORATION SERVICE COMPANY, 84 STATE STREET, BOSTON, MA 02109

© 2001 - 2004 Commonwealth of Massachusetts
All Rights Reserved

## THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:
May 21, 2004

*[signature]*

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

A TRUE COPY ATTEST
WILLIAM FRANCIS GALVIN
SECRETARY OF THE COMMONWEALTH
DATE 9/8/2004

0-2995-0