# Documents from Receiver

Lisa Lee Lum

| | |
|---|---|
| **From:** | Char Webler [char_webler@hotmail.com] |
| **Sent:** | Saturday, December 11, 2004 4:51 PM |
| **To:** | better budget |
| **Subject:** | FTC claim against BBFS |

Dear sir or madame,
I have attached a statement of my dealings with BBFS. Please read.
Thanks,
Charleen N Webler

My husband and I were clients of BBFS. Today, December 11, 2004, I went online to their website to email a complaint to them, as I have called and sent written correspondence and have received no response. When I went online I came across the "Receiver's Notice to Customers". After reading this notice, I then went to the FTC website and read the release dated November 15, 2004. When I signed up with BBFS, I was told everything that appears in this release. In addition I was told that our credit would appear "negative" in the eyes of creditors during the program, but that that was temporary and they would "refer me to a company that would have my credit back up to an A+ rating in no time." This claim as well as all the claims outlined in the FTC's release, all sounded very attractive so, we entered into the contract with BBFS for a total of 5 creditors in March of 2002 with a claim that we would have these 5 creditors paid off in 3 years. We had to pay them an initial retainer fee of $146.36 to start the services. This did not go to our "special account." While we were accumulating money in our "special bank account" to pay our creditors and fees to BBFS, we did as we were instructed and stopped all payments to our creditors as well as ceased all communication with them. The creditors continued to call and write, even calling my husband at his work and called family members to try to get a hold of us. Additionally we received late charges as well as well over the credit limit charges due to the late charges that accrued every month. When I called BBFS to inquire about the fees I was instructed by BBFS that "when we negotiate with your creditors, we will negotiate on the beginning balance that you entered the program with for each creditor." Eventually after pushing BBFS they "helped" us to settle with ONE of our creditors for 50% of the current balance. When we entered the contract with this specific creditor we only owed $2060.25, at the time of settlement we owed the creditor $2821.05 due to late charges and over the limit fees. We settled for $1408.00 which was paid to the original creditor and still had to pay BBFS their 25% settlement fee which was about $350.00. So the total paid to this creditor was $1750.00. This was far from the 50% settlement that was advertised by BBFS. This was close to the original amount I owed this creditor and my credit was ruined in the process. When I called and spoke to a customer service agent about this I was instructed that they would try to "settle for 25% or less with the next creditor to make up for this settlement." They didn't help us to settle with another creditor. I had been receiving correspondence from all of these creditors. One of them sent me a letter offering a 50% settlement. BBFS had nothing to do with this settlement offer. I took advantage of this offer and settled this debt. When BBFS found out, they insisted that since this creditor was part of the program, I would have to pay them the 25% settlement fee even though they did not work to achieve this 50% settlement offer. This is the last time we settled with any of our creditors. From then on our account began to grow; I would call and ask why other creditors had not been settled with. I was usually told that they would "get right on it." On one occasion I was told that this was "a three year program, and it would take that long to settle with my creditors" although we had more than enough money to settle with our other creditors. When we were considering BBFS in the beginning, one of the questions I asked was if it was okay if we put away extra money into our account and if we could pay off our creditors sooner than the three years. I was assured that this was a good thing to do and that I would not be penalized for settling sooner, but it seemed as if BBFS was going to make us wait the total three years. We continued to receive correspondence from our outstanding creditors; we even

received a letter from an attorney on behalf of one of our creditors threatening us. We patiently waited for our accounts to grow and since we were instructed that the process would take three years, we did not pursue BBFS to settle with our creditors. During this time BBFS continued to collect their $29.95 monthly fee. We would receive an occasional courtesy call or letter asking if we had any questions. We did not have any questions; we just wanted to settle with our creditors. On August 16, 2004, we received a letter stating that if we did not contact them within three days with the amount in our account that our contract would be terminated. We were out of town at the time of the letter and did not receive it in time. We were upset and frustrated with BBFS as this time so we did not respond to this letter. After we received this letter they continued to withdraw their monthly fee from my account. I have called their office and left messages as well as sent a letter for them to stop withdrawing funds, and have not heard from them. At this point my remaining outstanding creditors have "written" or "charged" my debt off as "bad credit."

I know that a judgment has not been passed by the court concerning this matter. I did however want my statement to be heard. I will also file a formal complaint with the FTC. Additionally, I have kept records of all correspondence with BBFS including dates, times and names of customer service representatives that I have spoken with. I also have all my paperwork and correspondence from BBFS as well as my creditors. Please let me know what I need to do from here.
I will be keeping a copy of this statement in case it is needed in the future.

Sincerely
Charleen N Webler
1223 N Eagle Road
Liberty Lake, WA 99019
509-924-3074
char_webler@hotmail.com

**Lisa Lee Lum**

| | |
|---|---|
| **From:** | Frederic Carpentier [fcarpenter12@comcast.net] |
| **Sent:** | Sunday, December 26, 2004 1:30 AM |
| **To:** | better budget |
| **Subject:** | Info Needed |
| **Importance:** | High |
| **Sensitivity:** | Personal |

To whom it may concern,

Please let me know what info you would need from me in your case against
Better Budget Financial. I had enrolled in their program in August of
2003 but then decided to withdraw from it due to their lack of response to my
concerns and needs. I am not sure if I would be entitled to any kind of refunds
at this time but would be satisfied with seeing all of those crooks running this
company going straight to jail.

Sincerely,

Frederic & Jennifer Carpentier
5416 SE Knapp St
Portland, OR. 97206

Tel: (503) 772-0712
Fax: (503) 772-0712
E-mail: teimo@comcast.net

## Lisa Lee Lum

**From:**      JD [chase121396@cableone.net]
**Sent:**      Tuesday, December 28, 2004 11:26 PM
**To:**        better budget
**Subject:**   What do we do??
**Importance:** High

Mr Serrano,

My wife and I signed up with Better Budget May 2,2002 we have paid into an account since then and once a month they (bbfs) took $29.95 out also we have paid alot out in what they called fees for getting the creditors down we started out putting $464.86 a month in to an account since then the only one that they said could not be worked out was our Discover which we are now paying off ourselfs, and 4 other cards in which all but one has been paid off providian I guess what I'm asking is what do we do?
Please help US.

Thank You,

JOHN D AREHART
906 EAST 33RD STREET
TEXARKANA, A.R. 71854

(870) 772-3609

**Lisa Lee Lum**

**From:** Heather_Mark [hmokelley@comcast.net]

**Sent:** Monday, December 27, 2004 9:40 PM

**To:** better budget

Hi,
I just recently noticed that my account that I had set up with BBFS hadn't been touched and
I also received a late payment from one of my creditor that we had an agreement with. I
researched the matter and found this on the web. I am very concerned with this and
wondering what will happen to the other two creditor that have not been dealt with yet?
Please advice me on any suggestions you may have. Will I be paid back all the fees I did
pay to BBFS?
Thanks
Mark O'Kelley
Heather O'Kelley

**FREE Emoticons for your email! <u>Click Here!</u>**



1/3/2005

## Lisa Lee Lum

**From:** DONRACHMACH1@aol.com
**Sent:** Tuesday, December 21, 2004 10:02 PM
**To:** better budget
**Subject:** Inquiry

I am enrolled in the Better Budget program. I was unaware until today about the Federal Trade Commission's Restraining Order. I was under the impression that Better Budget was in the process of negotiating a settlement with my creditors, and have paid the fees.
I am now being taken to court by my creditors. I would like my money back, and what do I do now that I have law firms threatening to garnish my wages and intercept my tax returns?
I am filing a claim with the FTC.
Please advise.
Donald Davis, Jr.
6077 Hubbard Road
Addison, NY 14801

## Lisa Lee Lum

**From:**   Vega, Tina L. [tina@vegalaw.com]
**Sent:**   Tuesday, December 21, 2004 9:55 AM
**To:**     better budget
**Subject:** Receivership

I am (was) a client of Better Budget Financial Services, Inc. since October, 2003. I was just informed of this situation in the crudest of manners. I was served with papers from the Sheriff of my local county. I am being sued by a creditor that was supposed to be taken care of by BBFS. I made a phone call to BBFS immediately after receiving the papers and heard the message, I called the ftc hotline number and got this email address. I am furious with the situation. I am furious with BBFS, don't get me wrong. However, I am also furious with how the receivership has been handled. Did anyone even consider sending out a notice to the clients of BBFS when this occured, notifying them of the situation? I would have appreciated the heads-up. The papers (that I was served with) were filed after the receivership took over BBFS's assets. If I had been given notice, I would have started contacting my creditors immediately. I may have been able to forego the filing of this action. Now, what do I do?

Is there any paperwork I can receive from the FTC to send to my creditors about the situation to give them notice of what is going on? Maybe making it easier for me to work with them under the circumstances?

*Tina L. Vega*

# Lisa Lee Lum

| | |
|---|---|
| **From:** | Tina [luv2tvl69@iwon.com] |
| **Sent:** | Monday, December 20, 2004 8:26 AM |
| **To:** | better budget |
| **Subject:** | better budget financial services |
| **Importance:** | High |

Hello,

I was a client of BBFS. In October I was in the process of working with Erica Murphy regarding a Discover credit card settlement. In our last conversation on or about the 21st she advised me the company they were going through was very flexible. She was supposed to get an offer and payment schedule and advise me of it so I could accept or decline it. Well, I received a letter from her around the 1st of November stating that she made a settlement of $1000 a month for 7 months **which I never accepted**. That would've strapped my account to not be able to accept any other offers. I kept trying to contact them by email, fax and phone but got no response. The phone had a message that stated they would would be closed until next Thursday if you called after hours, and if you called during hours you just sat on hold forever.

On 11/2 the BBFS fee of $834.25 for this settlement was deducted from my account without my authorization along with the $29.95 regular monthly fee . And when I tried to contact them again I happened to come across an article online stating their assests were frozen by the FTC. Well, needless to say I never accepted this offer and they took my $834.25 that I would like returned. The settlement never went through and basically I feel ripped off. Honestly up until my dealing with Erica Murphy I never had any problems with BBFS, but I feel that her dealings with me were less than honest. I was waiting for her phone call of the Discover offer for payments and she never did contact me and just took my money and accepted a settlement that she never discussed with me.

I've left messages for BBFS and the lawyers Kelly Lucas & Pacifico that was working the settlements for them and got no response. I also sent registered return receipt letters to both of them and never got response. I then contacted the FTC contact number listed and explained the situation and they gave me a file #042-3140 on the matter. Basically I just want my $834.25 back.

Thank you,
Tina DaBella

**Add Smileys to your IMs & Emails!**
Get 10,000 FREE smileys at Smiley Central!
Copyright © 2004 SmileyCentral.com

## Lisa Lee Lum

**From:**    BaniGMU4@aol.com
**Sent:**    Tuesday, December 14, 2004 7:47 PM
**To:**       better budget
**Subject:** account?

I was paying Better Budget $29.99/month to help consolidate my debts and pay them off.  I have been working with Better Budget since January of this year.  One of my three accounts has been settled.  I am now receiving phone calls from the other creditors or their collection agencies demanding payment on these accounts.  These accounts I am told are still accruing interest even though I have entered in to a contract with Better Budget to pay them off and have not used them in almost 2 years.  Could someone please reply with what the next step should be. I am aware of the receivership, but not sure where my accounts fall in it all.  Please respond Thank you Gina Urbani

**Lisa Lee Lum**

| | |
|---|---|
| **From:** | Kimberly Albright [albrightkim@hotmail.com] |
| **Sent:** | Tuesday, December 14, 2004 5:21 PM |
| **To:** | better budget |
| **Subject:** | BBF: Recommendations |

Dear Mr. Serrano:

Thank you for the information provided on the website.  I was a customer of BBF and am quite concerned.  I certainly do not want my credit situation to get any worse and need to take action.

Unfortunately, BBF was not making the calls they said they were and my accounts went to collection agencies.  I have contacted a couple in my area and they only work with the credit card companies, not the collection agencies. Are you recommending any companies to the former clients of BBF?
A company that is willing to take over the mess BBF created?

Also, please make sure I am on the list to receive any further information regarding what the FTC is doing or any lawsuits.  I definitely need to file a claim.

Sincerely,

Kimberly Albright
1480 Larkin Street, #2
San Francisco, CA 94109
albrightkim@hotmail.com

1

## Lisa Lee Lum

| | |
|---|---|
| **From:** | Edholm, Carl [carl.edholm@clevermethod.com] |
| **Sent:** | Tuesday, December 14, 2004 4:37 PM |
| **To:** | better budget |
| **Subject:** | Information |

Hernan,

I have been with BBFS for over a year and recently learned of the FTC intervention.

Please send me any information regarding what I can get back as far as money is concerned. Not only did I lose the monthly fees and charges for the one settlement they did take care of...the late fees and interest accrued on the remaining cards is enormous.

Thank you for your time,

Carl Edholm


**Carl Edholm : clevermethod, Inc.**
**New Media Designer** :: www.clevermethod.com
300 Gleed Ave., East Aurora, NY 14052
office: 716.805.1065 x255 :: mobile: 716.228.7545
Buffalo, NY Macromedia User Group :: Assistant Manager :: www.bmmug.org

Page 1 of 1

**Lisa Lee Lum**

**From:** Dianne Williams [dwilliams@tedglasrud.com]

**Sent:** Monday, December 13, 2004 8:49 AM

**To:** better budget

HOW AND WHEN WILL THE RECIPIENTS BE NOTIFIED.
MY SON LOST QUITE A BIT OF MONEY THROUGH THIS COMPANY.
WE ARE AWARE OF THE FREEZE.
WHAT WE WANT TO KNOW IS IF OR WHEN WE MAY GET SOME OF OUR MONEY BACK?

## Lisa Lee Lum

**From:**    COP4MPD@aol.com
**Sent:**    Thursday, December 09, 2004 3:09 PM
**To:**      better budget
**Subject:** account 8415942

we contacted DMS in mid october and my checking account was drafted 631.00 (account # 84154942 Central State bank in Alabama) on 10-31 or 11-1-2004 no services was preformed I am requesting a full refund ASAP of the 631.00. I have spoke with Carole the attorney representing the FTC and was told to contact you via email or by phone, I would appreciate a reply to this email asap.

                                          Lieutenant Baird Pickett
                                          Montevallo Police Department
                                          Montevallo Al 35115

Baird & Tami Pickett
179 Lucky Lane
Montevallo, Al 35115
205-665-5123
205-965-9223

we have closed our checking account

1/3/2005                                                                           14

**Lisa Lee Lum**

| | |
|---|---|
| **From:** | Deborah Casey [dcasey@cbmr.com] |
| **Sent:** | Thursday, December 09, 2004 1:38 PM |
| **To:** | better budget |
| **Subject:** | RE: Client of BBFS |

It is good to hear from someone finally!  Thank you!

Yes, they did nothing for me since my final payment in August 2004.  So, three months fees at $29.95 each month in Sept., Oct., and Nov. of 2004 were taken out of my checking account up to and including the last one on Nov. 3, 2004.  (total=$89.95)

Can I get that amount back?

Sincerely,

Deborah Casey

-----Original Message-----
From: better budget [mailto:betterbudget@wslco.com]
Sent: Thursday, December 09, 2004 11:34 AM
To: Deborah Casey
Subject: RE: Client of BBFS


Please note that as of November 3rd, not additional fees have been withdrawn from customer accounts.

Am I correct in my understanding that although you had cancelled your contract with BBFS a few months prior, the withdrawals continued?


Hernan Serrano, Receiver


From: Deborah Casey [mailto:dcasey@cbmr.com]
Sent: Thursday, December 02, 2004 2:57 PM
To: better budget
Subject: Client of BBFS

Hello,

I am a client of Better Budget Financial Services and I am extremely concerned with the phone message I just received when I called their number.
I have tried repeatedly to close down my open file with them when I paid off all of my debts two months ago.  They are still taking their fee out of my checking account in the amount of $29.95 each month.  How can I stop this?!

Please, please help.

Thanks,

Deborah Casey
Crested Butte Mountain Resort
Marketing/Public Relations Asst.
dcasey@cbmr.com
970-349-2221
www.skicb.com

## Lisa Lee Lum

**From:**      PKP525@aol.com
**Sent:**      Wednesday, December 08, 2004 8:00 PM
**To:**        better budget
**Subject:** (no subject)

My name is Patrick Plumb and I was/am a client of Better Budget Financial Services. Today (12/08/04) I discovered that on November 3, 2004, the Federal Trade Commission filed a complaint against Better Budget Financial Services with Defrauding Debit-burden Consumers. The TFC has asked the court "to award consumer redress to the victims of this scam."

I would like to know more information about this case and if I will personally be compensated from this action. I have paid a monthly fee in the amount of $29.95 since June of 2003 until October of 2004 totaling $479.20. Furthermore, I have paid settlement fees of at least $753.51.

Now I am in the process of contacting my creditors to make arrangements for payments because I do not want to get sued by them. Some of the creditors I have already contacted are requesting at least a 10% payment of the outstanding balance due ASAP. Which I do not have at this time.

I appreciate any information you can provide me on this case and if there is a chance I will be compensated for all the fees I have paid Better Budget Financial Services.

Thank you,

Patrick Plumb

**Lisa Lee Lum**

| | |
|---|---|
| **From:** | Andrea Davis [atdavis1 @sbcglobal.net] |
| **Sent:** | Tuesday, December 07, 2004 3:30 PM |
| **To:** | better budget |
| **Subject:** | DEBT MANAGEMENT SOLUTIONS |

What is the next step in correcting this horrible injustice that thousands of innocent, unsuspecting, vunerable people have suffered due to the underhandedness of several slimy people?

I am totall outraged and only found out about this after referring one of my creditors to DMS to discuss my case.  I am not only embarrased but angry and almost heart broken that someone would take advantage of people in this way.

Not only is my current credit rating in worse shape than it was but now I must deal solely with these demanding and rude creditors alone.

**Lisa Lee Lum**

| | |
|---|---|
| **From:** | Amanda Smith [amandas@actionmailpresort.com] |
| **Sent:** | Monday, December 06, 2004 1:46 PM |
| **To:** | better budget |
| **Subject:** | Better Budget |

I am writing to ask about the Better Budget situation. Are there any lawsuits pending? Is there a case that I can join to re-coop some of my losses? Are there any steps that I need to take at this time? Please let me know what to do. Thanks!

Amanda Smith
BBFS Client

**Lisa Lee Lum**

| | |
|---|---|
| **From:** | vladimir alfaro [valfaro64@yahoo.com] |
| **Sent:** | Thursday, December 02, 2004 1:00 PM |
| **To:** | better budget |
| **Subject:** | My Account with Better Budget |

Would you please send me the name and contact of the new person who is handling the
accounts of Better Budget.  I am getting many calls from a creditor who is making demands
that I cannot make at this time.
What are my rights now?  Please help!

Thank you.

Vladimir Alfaro

_____

Do you Yahoo!?
Meet the all-new My Yahoo! - Try it today!
http://my.yahoo.com



**Lisa Lee Lum**

**From:**    Super Ooooo [oyuki@verizon.net]
**Sent:**    Friday, December 31, 2004 12:54 AM
**To:**      better budget
**Subject:** oyuki lopez

I'm in shock on how I had to receive this information.
I never received notice of any of this.
I have been sued and now in Default.
please give me more information on what I am to do.
I would also like to receive a file on my account.

oyuki lopez
3627 E. Ocean Blvd #5
Long Beach Ca 90803
602-318-1022

**Lisa Lee Lum**

| | |
|---|---|
| **From:** | Duvaljason@cs.com |
| **Sent:** | Thursday, December 02, 2004 1:41 PM |
| **To:** | better budget |
| **Subject:** | What happened?  (VERY IMPORTANT!!!) |

What happened to cause the receivership to take over?  What will happen to the current clients?  Am I still under the protection of Better Budget?  Am I on my own to face the "wolves"?

PLEASE REPLY PROMPTLY!!!  I have collectors calling and harrassing me at work!

I really need to hear from somebody soon.

Sincerely,
     Jason Duval

1

3

**Lisa Lee Lum**

| | |
|---|---|
| **From:** | Daniel DeLaPaz [daniel.delapaz@zurichna.com] |
| **Sent:** | Thursday, December 02, 2004 9:55 AM |
| **To:** | better budget |
| **Subject:** | Question |

Being a client of Better Budget, this is very hard to take in and hear of all this.. Are
clients going to be suing better budget or will there be any debt relief to help out?

Dan DeLaPaz


****************** PLEASE NOTE ****************** This E-Mail/telefax message and any
documents accompanying this transmission may contain privileged and/or confidential
information and is intended solely for the addressee(s) named above.  If you are not the
intended addressee/recipient, you are hereby notified that any use of, disclosure,
copying, distribution, or reliance on the contents of this E-Mail/telefax information is
strictly prohibited and may result in legal action against you. Please reply to the sender
advising of the error in transmission and immediately delete/destroy the message and any
accompanying documents.  Thank you.

1

**Lisa Lee Lum**

| | |
|---|---|
| **From:** | Deborah Casey [dcasey@cbmr.com] |
| **Sent:** | Thursday, December 02, 2004 2:57 PM |
| **To:** | better budget |
| **Subject:** | Client of BBFS |

Hello,

I am a client of Better Budget Financial Services and I am extremely concerned with the
phone message I just received when I called their number.
I have tried repeatedly to close down my open file with them when I paid off all of my
debts two months ago.  They are still taking their fee out of my checking account in the
amount of $29.95 each month.  How can I stop this?!

Please, please help.

Thanks,

Deborah Casey
Crested Butte Mountain Resort
Marketing/Public Relations Asst.
dcasey@cbmr.com
970-349-2221
www.skicb.com

The information contained in this e-mail message is private and confidential information
intended only for the use of the individual or entity to whom it is addressed.  If the
reader of this e-mail message is not the intended recipient you are notified any
disclosure, dissemination, distribution, copying or the taking of any action based upon
the information contained in this message is strictly prohibited.

4

**Lisa Lee Lum**

| | |
|---|---|
| **From:** | kaye pacpaco [kgaye29@yahoo.com] |
| **Sent:** | Thursday, December 02, 2004 4:42 PM |
| **To:** | better budget |
| **Subject:** | credits (creditors) |

Good day,

I am one of the customer or member) of debt management solution  and now is no longer exist...i just want to know if how can i still get the fees that i send them or can i still get it? and  am i free to look for another one (financial institutions) to help me in my financial status?? please hope you could help me with this matter..

thank you in advance

Respectfully yours,
Ms. Pacpaco

_____

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

**Lisa Lee Lum**

**From:** eechevarria@bankofny.com
**Sent:** Monday, December 06, 2004 10:18 AM
**To:** better budget

Hi,

I tried to fax some information to Better Budget Client Services area and the fax was not going thru.  I called to see if anything was wrong with the fax line and a recording came on saying that it was currently closed.

My question is why was I not notified since I am a client and I am currently making payments into an account that has a settlement with one of my debt collectors.

Please e-mail me and let me know what is going on.

Thank you.

The information in this e-mail, and any attachment therein, is confidential and for use by the addressee only. If you are not the intended recipient, please return the e-mail to the sender and delete it from your computer. Although the Bank of New York attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result of viruses.

**Lisa Lee Lum**

**From:**       Jaquette, Melissa K [jaquettemk@upmc.edu]
**Sent:**       Tuesday, December 07, 2004 11:37 AM
**To:**         better budget
**Subject:**    ??????

I have a contrast with Better Budget Financing and just now found out that they are shut down. Please inform me as to what I should do with my accounts that were being handled by them????

Melissa K. Jaquette
Lead Transcriptionist
Radiology Transcription
(412) 647-3519

**Lisa Lee Lum**

| | |
|---|---|
| **From:** | JO SNDER [jsn3937622@yahoo.com] |
| **Sent:** | Tuesday, December 07, 2004 11:21 PM |
| **To:** | better budget |
| **Subject:** | Jocelyn Snider |

I applied for debt consolidation program with Debt Management Solutions in October 2004.
On Nov. 2, 2004, they debited my account in the amount of $784.46.
However, on November 3, 2004, they had a restraining order with FTC. How could i have my money back?

Thank you.

_____

Do you Yahoo!?
Read only the mail you want - Yahoo! Mail SpamGuard.
http://promotions.yahoo.com/new_mail

## Lisa Lee Lum

**From:** David Ensign [dltran@pop.ctctel.com]
**Sent:** Monday, December 06, 2004 11:56 AM
**To:** better budget
**Subject:** accounts

We just found out today that Better Budget has been closed. What do we do now with our accounts we had set up for you to pay?  Please advise .  Why were we not notified when this took place? I will be waiting for a reply.  David Ensign
dltran@pop.ctctel.com

**Lisa Lee Lum**

| | |
|---|---|
| **From:** | ernestck@usa.net |
| **Sent:** | Thursday, December 09, 2004 3:41 PM |
| **To:** | better budget |
| **Subject:** | How status? Budget Financial |
| | |
| **Importance:** | High |

To whom it may concern,
I, Ernest Tse, is a customer of Better Budget Financial Services Inc.
I here request a detail information about the inoperating status of the company.

Regards,
Ernest Tse

**Lisa Lee Lum**

| | |
|---|---|
| **From:** | Hoyt Foster Jr [hoytfosterjr@hotmail.com] |
| **Sent:** | Thursday, December 09, 2004 4:20 PM |
| **To:** | better budget |
| **Subject:** | RE: Debt management solutions |

From: Hoyt Foster Jr <hoytfosterjr@hotmail.com>
To: betterbudget@wflco.com
Subject: Debt Management Solutions
Sent: Friday, December 3, 2004 1:58 PM
I called the number I have for Debt Management Solutions and discovered that they have
dissappeared and were actually "Better Budget". I am in quite a fix and need to know who
and what I am really dealing with in that I had never heard of Better Budget till today.
Please let me know what is happening and where I could call to get a real person to talk
with. Thank you.

Hoyt Foster
hoytfosterjr@hotmail.com

1

16

**Lisa Lee Lum**

| | |
|---|---|
| **From:** | Wjasam314@aol.com |
| **Sent:** | Friday, December 10, 2004 8:33 AM |
| **To:** | better budget |
| **Subject:** | What to do? |

To whom it may concern:

We need to find out the last two credit cards we still owe on.  Can you send this information?  If not, how can we get that information.  We had paid off three credit cards and I do not know who the remaining two are.  If you can help us out, it would be greatly appreciated.  We would like to settle this debt as soon as possible.

Thank you for your time.

Jason and Samantha Wisnewski
Styker, OH  formerly from DeWitt, MI

Lisa Lee Lum

**From:**     vladimir alfaro [valfaro64@yahoo.com]
**Sent:**     Friday, December 10, 2004 11:33 AM
**To:**       better budget
**Subject:**  RE: My account with Better Budget

Mr. Serrano,

Thank you for your prompt response. I have been going over the records that I provided
Better Budget, but it appears that I may have misplaced the application and the credit
accounts I had with them. Is it possible to get a copy of the application I sent them?
Please let me know what information I would need to provide you.

Thank you veyr much for your time an trouble.

Vladimir Alfaro
--- better budget <betterbudget@wslco.com> wrote:

> The offices of BBFS are currently not operating due to an action
> brought by the FTC.
>
> If you like, you can contact the FTC Hotline (212
> 510-6080) for further
> information.
>
> Customers are encouraged to contact their creditors directly.
>
>
> Hernan Serrano, Receiver
>
>
>
> -----Original Message-----
> From: vladimir alfaro [mailto:valfaro64@yahoo.com]
> Sent: Thursday, December 02, 2004 11:48 AM
> To: better budget
> Subject: My account with Better Budget
>
> Dear Sir/Madam:
>
> I understand that the company that was supposed to be negotiating for
> me with respect to my debts were not representing me as they claimed.
> Can you provide me with copies of the accounts that Better Budget was
> supposed to handle for me?  Please let me know if you have aphone
> number so I can speak to a live agent.
>
> Thank you very much!
>
> Vladimir Alfaro
>
>
>
>
>
> _____
> Do you Yahoo!?
> The all-new My Yahoo! - Get yours free!
> http://my.yahoo.com
>
>
>
> _____
> This message (and any associated files) is intended only for the use

1

18

**Lisa Lee Lum**

**From:** Jane Funt [jdf723@msn.com]
**Sent:** Friday, December 10, 2004 10:32 PM
**To:** better budget
**Subject:** My Contract with Better Budget Fin'l Services

Hello,
I just finished reading the notice on the above stated webside. They helped me pay up my American Express and Discover Cards in one year. I am still putting away money towards my Chase credit card to pay off.

I didn't realize that they where violating the FTC laws and they did inform me that I was doing anything wrong.

What do I do know?

Since they falsely represented me can I fill out a form to be reimburst for funds they charged me for there so called services?

Thank you for any help you can give me.
Jane D Funt

19

## Lisa Lee Lum

**From:**    John R. Anders [jjcountrycrafts@adelphia.net]
**Sent:**    Wednesday, December 15, 2004 9:01 PM
**To:**      better budget
**Subject:** What am I to do?

I in good faith used the Better Budget Financial Services and now I do not know what to do.

Can you help me?

**Lisa Lee Lum**

**From:** Andrea J Daly [andrea_j_daly@uhc.com]
**Sent:** Thursday, December 16, 2004 2:09 PM
**To:** better budget

*I am currently enrolled in  BBFS and have spoken to Carole Paynter regarding the situation with BBFS*
*I still have not recvd any written documentation.  Carole had advised if I had not recvd anything within the follow few weeks after we spoke to contact her or you I have recently moved -if anything has been sent out or is forth coming I do have my mail frwd'd to my new address- but for your records my new address is*
*Andrea J. Daly*
*2749 Route 32*
*Kingston, NY 12401*
*also at this time is there any new information I as a customer of BBFS be aware of ?*
*Thank You*
*Andrea J. Daly*

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

**Lisa Lee Lum**

---

**From:**    Sheila Montes [sheilam0923@sbcglobal.net]
**Sent:**    Saturday, December 18, 2004 12:25 PM
**To:**      better budget
**Subject:** Walter & Sheila Montes

After making a phone call to BBFS, as I do every 2 to 3 months just to find out how things are going with the creditors we owe.  I found out of this lawsuit.  We were just about finish with BBFS's program this Feb. 2005. (which would be 36 months).  Where do we go from here?  Please help us!!!! thanks Sheila & Walter Montes

## Lisa Lee Lum

**From:** susan esthera [susanesthera@yahoo.com]
**Sent:** Tuesday, December 21, 2004 4:05 AM
**To:** better budget
**Subject:** Re: RECEIVER'S NOTICE TO CUSTOMERS

Hello Hernan,

I just came across your letter about Better Budget Financial online. I was aware of the FTC freezing up the company and it's accounts when it happened last month. I was actually in the process of settling one of my final debts and never heard back from them on my messages. Then I found the FTC site and to my surprise saw the article about BBF.

My business with BBF was not perfect but I did check my credit report and called all my creditors. Every creditor I paid through them was accurate on my credit report except for one, which I cleared up on my own.

I am assuming that I was one of the lucky few.
My only concern are the fees (monthly, and settlement fees) they charged me and how the courts are handling it all. If they are going to be giving something back to the people who were overcharged in settlements or for their monthly fees. Should I bother getting in touch with anyone on it because everything else seems to be fine?

I also put a "stop payment" to anything coming into my bank account from BBF when I heard the news, and plan to get a new account after Jan 1st.

I understand you're probably overwhelmed with emails in regards to this and I don't expect a response because I'm sure, my little concern isn't close to some of the others that are out there. But if you do have the time to respond, I thank you in advance.

Susan Celia

---

Do you Yahoo!?
Yahoo! Mail - Easier than ever with enhanced search. Learn more.

1/3/2005                                                                                                    28

# Lisa Lee Lum

**From:** Cercone, Lou [lcercone@stl-inc.com]
**Sent:** Tuesday, December 21, 2004 11:23 AM
**To:** better budget
**Subject:** Process and Rights

Dear Mr. Serrano

I have just been informed of your capacity as Court-appointed Receiver for Better Budget Financial services.

I was client of BBFS from June 30, 2003 to October 21, 2004.

I supposedly settled three accounts for which I have letters of confirmation of agreements for settlement with these creditors.

I have a letter of completion from BBFS dated October 21, 2004.

My questions are: (1) Are these letters of agreement still valid as I have paid the settlement amounts owed?
        (2) Can these creditors come back and demand further payment in light of the charges against BBFS
since my                    payments to them were before this action?

        (3) Do I have any legal rights concern these matters?
        (4) If you cannot comment on these items who can I contact?

Thank you

Louis Cercone
3397 Route 6 Apt 2
Middletown, New York 10940
Telephone: 845-344-6290
e-mail: lcercone@hvc.rr.com

Confidentiality Notice: The information contained in this message is
intended only for the use of the addressee, and may be confidential
and/or privileged. If the reader of this message is not the intended
recipient, or the employee or agent responsible to deliver it to the
intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited.
If you have received this communication in error, please notify the
sender immediately.

1/3/2005

30

## Lisa Lee Lum

**From:** BaniGMU4@aol.com
**Sent:** Tuesday, December 21, 2004 10:18 PM
**To:** better budget
**Subject:** Re: account?

I have been paying Better Budget $29.99/month for one year. I understand things happen, but the contract has been broken, and I feel I am entitled to at least half of the fees I have paid for the minimal service I received. Is that possible?

**Lisa Lee Lum**

| | |
|---|---|
| **From:** | Miguel Cintron [miguel.stina@sbcglobal.net] |
| **Sent:** | Thursday, December 23, 2004 12:22 AM |
| **To:** | better budget |
| **Subject:** | My Better Budget Account |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Mr. Serrano,

I have many concerns dealing with the Better Budget Situation. Furthermore, after listing to the message on the FTC recording I am only left to wonder where all my hard-earned money has gone. I would like to recieve additional information on this matter and as many updates as possible.

Additionally, all of my credit cards have gone to collection agencies and beyond and I do not know what steps to take to reach these creditors. I understand that i need to negotiate on my behalf from now on, however I cannot find who (creditor) is handling my account. Is there any way I could get information on how to go about handling my current situation.

If possible, I would like a telephone call back at (562) 889-4073 or (951) 279-9065. If not, email is suffice.

Thank you,
Christina Maria Heise

**Lisa Lee Lum**

| | |
|---|---|
| **From:** | a w [raevanik@yahoo.com] |
| **Sent:** | Thursday, December 23, 2004 8:31 AM |
| **To:** | better budget |
| **Subject:** | Notice to customers |

Hi.  My name is April Wright and I have just seen this notice at www.bbfs1.com about the law suit.  It says you have contacted banks to let them know to stop payments (at least as far as I can understand it) but it is still coming out of my account and has been for some time.  One I'd like to know if this means I'm getting any of my money back and two, would you please be sure to contact my bank to stop further payments.
Thank You
April Wright

Do you Yahoo!?
The all-new My Yahoo! – What will yours do?

1/3/2005                                                                                      34

**Lisa Lee Lum**

| | |
|---|---|
| **From:** | FAZAL BUKHARI [fab718@yahoo.com] |
| **Sent:** | Thursday, December 23, 2004 1:19 PM |
| **To:** | better budget |
| **Subject:** | re: debt consolidation with better budget |

Respectful Sir,

My name is Fazal A. Bukhari and i was a client of Better Budget. I did a consolidation for my two Sears and Fleet Credit Card and my file number is 218410508 with better budget. I out of the blue checked the website and found out that Federal Trade Commission has placed a restraining order. I would really appreciate if you can please keep me upto date with any action or if i am eligible for any reimbursement. Please add me into your email list.

Thank You
Fazal Bukhari

Do you Yahoo!?
Yahoo! Mail - now with 250MB free storage. Learn more.

1/3/2005                                                                                   35

**Lisa Lee Lum**

---

**From:**      Harold Hart [hhart99@sbcglobal.net]
**Sent:**      Friday, December 24, 2004 6:27 PM
**To:**        better budget
**Subject:** BBFS Customer

Mr. Serrano,

My wife and I found out  about the situation with BBFS earlier this month and I located the notification on the website today. I will await your reply to learn what next steps we may take to recover damages as a result of the action the FTC has taken against BBFS.

Regards,
Harold L. Hart

**Lisa Lee Lum**

---

| | |
|---|---|
| **From:** | Kristina Sheetz [Kris@chbadv.com] |
| **Sent:** | Monday, December 27, 2004 1:05 PM |
| **To:** | better budget |
| **Subject:** | Kristina M. Sheetz |

My Account (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) with you started July 2003.

Will I be reimbursed For the $423.00 and the monthly $19.95 or will legal action need to be taken place? Please contact me immediately.

Kristina Sheetz

## Lisa Lee Lum

**From:** Gayle Eakin [gte_3@yahoo.com]
**Sent:** Tuesday, December 28, 2004 11:17 AM
**To:** better budget
**Cc:** Gayle Eakin
**Subject:** My account with you

I tried calling the # I have for Better Budget and was told to call a hotline or e-mail you at this address. I received a letter from Discover Card and I really need o discuss it with you. Sincerely, Jimmy F. Eakin 2986 County Rd. 17 Scottsboro, AL 35768

PROUD TO BE A GRANNY, A DALE EARNHARDT FAN (FOREVER) AND AN ADDICTED CHATTER...HAVE A GREAT DAY!!!!

Do you Yahoo!?
Dress up your holiday email, Hollywood style. Learn more.

## Lisa Lee Lum

**From:**   Holly Meyer [hollymeyer2@yahoo.com]
**Sent:**   Tuesday, December 28, 2004 11:39 AM
**To:**     better budget
**Subject:** My Debt

I was a client of Better Budget.  I was given a two year time frame in which I would consolidate my debt.  During this time I have made monthly payments to Better Budget.  Where is my money?  Additionally, how am I to work out my differences with creditors now?

Kindly respond.

Holly Meyer

Do you Yahoo!?
The all-new My Yahoo! – Get yours free!

**Lisa Lee Lum**

| | |
|---|---|
| **From:** | JD [chase121396@cableone.net] |
| **Sent:** | Wednesday, December 29, 2004 9:04 AM |
| **To:** | better budget |
| **Subject:** | WHAT TO DO ? |
| **Importance:** | High |

DO WE NEED TO GET OUR OWN LAWYER?
AND I WILL CLOSE MY ACCOUNT AND START PAYING ON THEM MYSELF.

JOHN D AREHART
906 EAST 33RD STREET
TEXARKANA, AR 71854

## Lisa Lee Lum

**From:**    Joane Tagliamonte [jtagliamonte@cmhcm.org]
**Sent:**    Wednesday, December 29, 2004 9:08 AM
**To:**    better budget
**Subject:** inquiry into notice to customers

Dear BBFS,

I just visited your website and saw the receiver's notice to customers. Could you please explain it to me in easier terms?  I am not exactly sure how I am supposed to work with my creditors.  Is there going to be any resolution to this problem or am I just on my own now?  Will I be refunded any of the fees that I paid considering that I have to deal with my creditors now?

Joane Tagliamonte

## Lisa Lee Lum

**From:** Roxanne & Jerry [bearbutt@sandyvalley.net]
**Sent:** Saturday, January 01, 2005 6:27 AM
**To:** better budget
**Subject:** BETTER BUDGET CLIENT

 Dear Sir, I am a costumer of Better Budget. I was dumb founded when I discovered on my own what had happened.
Please send me any forms that need be filled out. I have all my records of dealing with Better Budget.
 Due to the holiday I cannot reach my creditors. I know that one of them is $3,000 more than submitted.
 Roxanne Collin
 POBox 19835
 Jean, NV. 89019



---

**FREE New Year Emoticons for your email!**  <u>Click Here!</u>

 

## Lisa Lee Lum

**From:** RobbieVulcan@aol.com
**Sent:** Saturday, January 01, 2005 10:48 AM
**To:** better budget
**Subject:** victims rights

my name is Robert c Hewitt,I have all my paperwork from this program,if needed

1/3/2005

## Lisa Lee Lum

**From:**    Jbchjchevy@aol.com
**Sent:**    Tuesday, December 28, 2004 8:20 PM
**To:**    better budget
**Subject:** my account

I WAS SHOCKED TO FIND THIS OUT!!!! I HAVE BEEN A CLIENT FOR ABOUT 10 MONTHS. I CAN'T
BELIEVE SOMEONE COULDN'T LET THIER CLIENTS KNOW ABOUT THIS. PLEASE KEEP ME INFORMED
ABOUT THIS. STILL NOT SURE WHAT OR HOW I AM SUPPOSE TO GET MYSELF BACK ON TRACK
NOW.

JIM PEEL
JBCHJCHEVY@AOL.COM

**Lisa Lee Lum**

**From:**          TIGGERVAUSE@aol.com
**Sent:**          Thursday, December 16, 2004 4:10 PM
**To:**            better budget

Hi,

I was enrolled with a program through Debt Management Soulutions, I called the number
today and it says they are in receivership and to contact you.  Could you please let me
know what this means?

**Lisa Lee Lum**

**From:** alicia_litvinczuk@timeinc.com
**Sent:** Thursday, December 16, 2004 3:17 PM
**To:** better budget

Is there any way to know for sure that the account was paid?

**Lisa Lee Lum**

**From:**     PKP525@aol.com
**Sent:**     Friday, December 31, 2004 12:28 PM
**To:**       better budget
**Subject:** Re: (no subject)

In a message dated 12/27/04 9:05:49 AM Central Standard Time, betterbudget@wslco.com writes:

> with Defrauding Debit-burden Consumers. The TFC has asked the court "to award consumer redress to the
> victims of this scam."

Thank you for responding!

# Documents
# from
# BBFS' Offices

*HOLIE 3227*
*★ very important ★*

**Tiffany Confer**

---

**From:**   kathy wolford [kathyw_28@hotmail.com]
**Sent:**   Wednesday, November 03, 2004 2:30 PM
**To:**     Tiffany Confer
**Subject:** RE: DMS - Your Account


TIFFANY,

ME  AND MY HUSBAND IS  SO MAD WE COULD BITE A NAIL SLAP  IN TO,

FROM THE DAY WE STARTED   WITH YOUR COMPANY OUR LIFE HAS WENT TO HELL.

WE WANT OUT TODAY ,,, THANKS FOR TRYING TO HELP ME.. BUT WE ARE THREW, WE
WANT KNOW MORE PART OF YOUR COMPANY.

SO WHAT EVER I SIGHNED  THROW IT AWAY, CAUSE I WILL GET OUT, IF I HAVE TO
CALL BETTER BUSINESS BUR. ON YOUR COMPANY FOR TAKEING US  ON A BAD RI DE,
AND FOR ALL THE  LIES THAT WAS TOLD TO US,

I DO WANT  ALL MY MONEY BACK , YOUR COMPANY DID NOTHING FOR US. SO WE
OWE YOU NOTHING,

AND FOR THE . LIES THAT WAS TOLD TO US,

YOUR COMPANY TOLD US THEY WOULD HANDLE THE CALLS FROM DAY ONE AND
NOW THEY TELL US NOT TO ANSWER  THEM. AND WE WOULDNT BE SUIED?????

GUESS AGAIN .. I HAVE A LAWYER CALLING ME AND MY NEIGHBORS,,, ASKING FOR
10,000 DOLLORS TO DAY,. OUR HE WILL SEE US IN COURT,

HE, DONT WANT KNOW SETTLEMENT, NO MONTHLEY PAYMENT. WE WAS TALKED TO
LIKE A DOG, AND BE LITTLED MORE THEN YOU WOULD EVER KNOW,. AND WE
WOULDNT ANSWERD IT BUT LIKE I SAID THIS  MAN  IS  FINDING  MY NEIGHBORS
PHONE NUMBERS AND CALLING THEM TO  GET THEM TO  CALL US. HOW MUCH MORE
DO U THINK WE ARE GOING TO TAKE,,

HE  IS EVEN  SAYING IS IS GOING GARNASHE MY HUSBAND  PAY CHECKS.

IF HE WAS TO CALL MY HUSBAND JOB ,,, MY HUSBAND WOULD  DIE OF
EMBARSEMENT

. AND I WONT  HAVE THAT HAPPEN TO HIM,,, AND YES I DO BELEAVE THIS MAN
WOULD DO THAT BECAUSE HE DON'T CARE TO CALL MY NEIGHBORS, AND  MY
FAMILEY AND TO PRETEND  HE IS ONE OF THEM  TO GET ME ON THE PHONE.....


11/3/2004

PB - 048

421 NW 84th Street
Lincoln, NE 68528
October 21, 2004

Better Budget Financial Services
800 Cummings Center Suite 152-R
Beverly, MA 01915
Toll: 1-866-922-BBFS(2237)
Office: (978) 922-6115
Fax: (978) 922-6937

RE: Close Account 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

To Whom it May Concern,

I contacted BBFS in August to terminate my program with you.  It has not met my
expectations.  After rereading the contract, I realize that when something looks to good to
be true, it is, I should have understood that there was a reason for all of the disclaimers.  .

I was told during the phone call to drop you a Fax at my convenience.  After rereading
the contract, I realized that I must notify you in writing to terminate.  Please consider this
notice (sent by FAX) my termination.  My savings account has been closed.

Regards

Anne M. Hohnstein

( 466-94·5697 )

**Sharon Millican**
20767 CR 309, ABILENE, TEXAS 79601
PHONE & FAX® 325-548-2212
CELLULAR PHONE: (325) 665-4178

October 19, 2004

Better Budget Financial Services
800 Cummings Center
Suite 260-T
Beverly, MA. 01915
FAX: 978-922-6937

Re: Closing of Account

Ladies and Gentlemen:

This letter shall formally serve to inform and instruct you to promptly close any account that I may have with your company effective on this date.

Your office has failed miserably in every respect in following through with its promises to assist me in reaching a settlement on my various credit card debts. I have had nothing but trouble as a result of your company's ineptitude in these matters. Your company has grossly misrepresented its services from the start and, in fact, I have already been blind-sided by one law suit from a company that you were supposedly negotiating with on my behalf. Today, I am being harassed by another collection service on another account that your company was supposed to be handling.

Your company has saved me no money whatsoever and, in fact, your gross misconduct and fraudulent business practices are continuing to cost me more money each day.

I hereby strictly demand a full refund of my initial payment of $636.01 immediately.

Sincerely,

*Sharon Millican*

Sharon Millican

**MAILED BY FAX & FEDERAL EXPRESS – RECEIPT CONFIRMED**

10/19/2004  06:05PM

Oct-28-04

**Sandra Fox**
**957 Kent Ave #3**
**Brooklyn, NY 11205**
File #547934643

CSO
12-19-03

Dear Client Services,

I am writing to you today to terminate my contract with your company Better Budget Financial Services. I have been a client for 11 months, and have not found your representation of my debit's satisfactory. There has been numerous times when I have contacted customer service to settle my accounts, with the reply of "we will get back to you". Once again, I would call back to follow up and no results. This run-around with your company has lead me into further debit, and two law suits that are pending against me. NO ONE has asked me to fax any of the legal notices, or to contact me on how the arising situation is being handled. With this misrepresentation of your company, and my client history of repeatedly getting the run-around. I can no longer afford the financial hardship that I face with the results your company is not providing for me. I have been informed that my account does not owe a existing balance. I want my account terminated immediately! Please notify me ASAP when this account has been terminated via mail.

Thank you,

*735 401669*

This letter is to officially quit the program with you. I don't feel that I got my original fee worth and it has cost me more money in late fees and overage charges. For the fee I paid I could have done the negotiating myself and got just as far. Please cancel me from the program and take no more monthly fees from my account. It has cost me too much for this lesson.

Sincerely,
Pat Wilkinson.

10/29/2004   03:48PM

P.O. Box 1044
Liberty Hill, TX  78642
512-778-6465
512-778-6471 Fax

October 11, 2004

Better Budget Financial Services
800 CUMMINGS CENTER
SUITE 152-R
BEVERLY, MA 01915

Dear Sir or Madam:

Please accept this letter as my cancellation of my services with Better Budget Financial Services.

I have been very displeased with the service I have received since signing up.  I spoke with Joseph on Friday, October 8, 2004, whom acted very rude and aggravated that he had to speak to me.  When I ask a question about the fees he told me to read my contracts.  The process as a whole has been very frustrating for us.  Our representative left during the sign up and no one every real took over the process, this was partially my fault.

Sincerely,

*Kenneth D Adair / Adair*

Kenneth D Adair & Courtney L. Adair

## REQUEST FOR TERMINATION

Date: _11/03/04_

Client Name: _Alexis Crumbley    BBFS_          File No: _06358 9104_

**Reason for Termination:**

_clnt sent term letter - tried to save her and she_
_never returned call - forgot to give rgce term lttr_

Does client owe money?: _NO_          If so how much?: $_____

What is money owed for?: _____

Employee name: _Tiffany_

Employee Signature: _Tiffany Cnfu_

Alexis Crumbley
1240 Morrison Ave Apt. 5D
Bronx, NY 10472


October 13, 2004

Better Budget Financial Services
800 Cummings Center Suite 152-R
Beverly, MA 01915


Re: File #063589104

To whom it may concern:

This letter is to inform you that I no longer want your services. I do not owe your company any fees. Please as of the above date terminate any and all correspondence with me and/or any of my creditors. I should not see any more deductions of the $29.95 fee from your company taken out of my bank account. This letter will be sent via fax, express mail and certified mail today.


Very truly yours,

Alexis Crumbley

To whom it may concern that I
Debbie Robinson what you to Cancel
my account today with Debt management
Solutions, I haven't had any progress
with this program the bill collection
are willing to work with me.


Debbie Robinson
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

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
DCL
2-25-04

## REQUEST FOR TERMINATION

Date: 11/1/04

Client Name: BRUCE LEWIS                    File No: 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

**Reason for Termination:**

PROGRAM NOT WORKING FOR Them - Getting

Sued & CAN'T DO The PAYments.

Does client owe money?: N/O    If so how much?: $_____

What is money owed for?: _____

Employee name: FLORence Dou

Employee Signature: Florence LDau



October 31, 2004


Better Budget Financial Services
800 Cummings Center
Suite 257-R
Beverly, MA  01915

Fax #978-922-6937


RE:  Theodore L. Mason
     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

     Judy L. Mason
     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


To Whom It May Concern,

Please let this letter serve as 15 day written notice that we are terminating the contract
signed on July 20, 2003.  We have been forced to file Chapter 13.  Therefore, your
services are no longer needed.


Respectfully,



Judy Mason

**Douglas Ross**

| | |
|---|---|
| **From:** | joyce hamann [decou22@yahoo.com] |
| **Sent:** | Friday, August 06, 2004 4:56 PM |
| **To:** | Diana Vlaun; Douglas Ross |
| **Subject:** | Did you receive my Fax? |

Hi:

This morning I faxed over two of my three cc statements for August, did you receive them?  BofA always shows up later in the week.

I noticed the balance on these two cards is getting higher and higher. I'm worried on the cc with the $8,000. balance will end up over $20,000 by the time we get to it.  Can someone explain to me how my monthly deposit of $225 is going to remedy this situation?
How does all this work, while they still charge me the finance charge and late charges and the balance gets out of control?

I'm trippin',

Joyce Duffy

8/6/2004

Do you Yahoo!?
Yahoo! Mail Address AutoComplete - You start. We finish.

# Consumer Complaints - - Follow Up Form

# Complaint Follow Up Form

Date: 10/04/04

Client Name: Cheryl Williams    File No: 552 06 5155
[^Steven]

Rep Name: Tiffany

## Reason for Complaint:

Creditors calling: ○

Received summons/arbitration: ☒ see below ☒

Unreturned phone calls: ○

Credit issue: ○

Has funds/requesting settlement: ○

Not understanding our fees (retainer, admin, settlements): ○

Does not understand the program, felt they were mislead: ○

Administration fee issue: ○

Other: ○
Please explain: Client received summons on her
Discover acct w/ Callister + Reynolds;
Client has already set up a mo.
pmnt and signed a consent judgement.
First 2 pmnts were made fine to
law office

Follow up Date: _____

Has complaint been resolved:    Yes        No

Please Explain: _____
_____
_____
_____

Rep Name: _____

PB - 050

# Complaint Follow Up Form

Date: 10/01/04

Client Name: Marie Selko                    File No: 594 24 6826
Rep Name: Tiff

Reason for Complaint:

| | |
|---|---|
| Creditors calling: | O |
| Received summons/arbitration: | O |
| Unreturned phone calls: | O |
| Credit issue: | O |
| Has funds/requesting settlement: | O |
| Not understanding our fees (retainer, admin, settlements): | O |
| Does not understand the program, felt they were mislead: | O |
| Administration fee issue: | O |
| | ✓ |

Other:
Please explain: emu set up sif w/ wrong acct #... caused clnt numerous bounces in personal cking acct

Follow up Date: _____

Has complaint been resolved:        Yes            No

Please Explain: _____
_____
_____
_____
_____

Rep Name: _____

PB - 051

# Complaint Follow Up Form

Date: 10|07|04

Client Name: Marlu@Angel- Lutella     File No: 349 90 6136
Rep Name: Tiffany

## Reason for Complaint:

| | |
|---|---|
| Creditors calling: | O |
| Received summons/arbitration: | O |
| Unreturned phone calls: | O |
| Credit issue: | O |
| Has funds/requesting settlement: | O |
| Not understanding our fees (retainer, admin, settlements): | O |
| Does not understand the program, felt they were mislead: | O |
| Administration fee issue: | O |

Other: ⊗
Please explain: Client has to appear in court
and has a job that is
difficult to get time off
from... a little annoyed that
we couldn't go for her or
she couldn't do it over the phone

Follow up Date: _____

Has complaint been resolved:     Yes          No

Please Explain: _____
_____
_____
_____
_____

Rep Name: _____

PB - 056

# Complaint Follow Up Form

Date: 10/14

Client Name: Kathy laciofano          File No: 0782627193

Rep Name: Tiff

## Reason for Complaint:

Creditors calling: Chase                                    ✓

Received summons/arbitration:                              ○

Unreturned phone calls:                                    ○

Credit issue:                                              ○

Has funds/requesting settlement:                          ○

Not understanding our fees (retainer, admin, settlements): ○

Does not understand the program, felt they were mislead:  ○

Administration fee issue:                                  ○

Other:                                                    ○
Please explain: don't bother trying to contact; rep handling acct is nasty

Follow up Date: _____

Has complaint been resolved:          Yes            No

Please Explain: _____
_____
_____
_____
_____

Rep Name: _____

PB - 058

# Complaint Follow Up Form

Date: _10|12_____

Client Name: _Dirk Sloan_____         File No:_____
Rep Name: _____Tiff_____

Reason for Complaint:

Creditors calling:                                                            ○
Received summons/arbitration:                                                 ○
Unreturned phone calls:                                                       ○
Credit issue:                                                                 ○
Has funds/requesting settlement:                                              ○
Not understanding our fees (retainer, admin, settlements):                    ○
Does not understand the program, felt they were mislead:                      ○
Administration fee issue:                                                     ○

                                                                              ✓

Other:
Please explain: _bank one acct suppose to_
_be sifted... now w/_
_mann bracken for arb_
_____
_____

Follow up Date: _____

Has complaint been resolved:          Yes                    No

Please Explain:      _____
                     _____
                     _____
                     _____
                     _____

Rep Name:      _____

PB - 059

# **Complaint Follow Up Form**

Date: _22 Octo~_

Client Name: _Kathy Murphy_          File No: _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_
Rep Name: ____LCH____

Reason for Complaint:

_JC Penny_

Creditors calling:                                                                        ●

Received summons/arbitration:                                                ○

Unreturned phone calls:                                                          ○

Credit issue:                                                                              ○

Has funds/requesting settlement:                                           ○

Not understanding our fees (retainer, admin, settlements):      ○

Does not understand the program, felt they were mislead:      ○

Administration fee issue:                                                         ○

Other:                                                                                       ○
Please explain: _____
_____
_____
_____
_____

Follow up Date: _____

Has complaint been resolved:              Yes                    No

Please Explain: _____
_____
_____
_____

Rep Name: _____

TR - 136

# **Complaint Follow Up Form**

Date: _21 Oct 04_

Client Name: _Aubryo Travis_    File No: _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_
Rep Name: ___LCH___

Reason for Complaint:

_Household_

Creditors calling:                                                      ⊕

Received summons/arbitration:                                          ○

Unreturned phone calls:                                                ○

Credit issue:                                                          ○

Has funds/requesting settlement:                                       ○

Not understanding our fees (retainer, admin, settlements):             ○

Does not understand the program, felt they were mislead:               ○

Administration fee issue:                                              ○

Other:                                                                 ○
Please explain: _____
                _____
                _____
                _____
                _____

Follow up Date: _____

Has complaint been resolved:        Yes            No

Please Explain: _____
                _____
                _____
                _____
                _____

Rep Name: _____

TR - 137

# **Complaint Follow Up Form**

Date: _21 Oct 04_

Client Name: _Susan Colia_                File No: _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_

Rep Name: ___LCH_____

Reason for Complaint:

| | |
|---|---|
| Creditors calling: | O |
| Received summons/arbitration: | O |
| Unreturned phone calls: | O |
| Credit issue: | O |
| Has funds/requesting settlement: _Discover_ | ● |
| Not understanding our fees (retainer, admin, settlements): | O |
| Does not understand the program, felt they were mislead: | O |
| Administration fee issue: | O |
| Other: | O |

Please explain: _____
_____
_____
_____

Follow up Date: _____

Has complaint been resolved:        Yes                No

Please Explain: _____
_____
_____
_____

Rep Name: _____

TR - 138

# **Complaint Follow Up Form**

Date: _20 Oct 04_

Client Name: _Leonila Gomez_          File No: _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_
Rep Name: ___LCH___

Reason for Complaint:

Creditors calling:                                                            ○

Received summons/arbitration:                                   ○

Unreturned phone calls:                                             ○

Credit issue:                                                              ○

Has funds/requesting settlement:                               ●

Not understanding our fees (retainer, admin, settlements):   ○

Does not understand the program, felt they were mislead:    ○

Administration fee issue:                                            ○

Other:                                                                       ○
Please explain:     _____
                         _____
                         _____
                         _____
                         _____

Follow up Date: _____

Has complaint been resolved:          Yes             No

Please Explain:     _____
                         _____
                         _____
                         _____

   Rep Name:     _____

# **Complaint Follow Up Form**

Date: _2OOct04_

Client Name: _Timothy Krolczyk_ File No: _371 - 96 - 9393_
Rep Name: ___LCH___

Reason for Complaint:

Creditors calling:                                                          O

Received summons/arbitration:                                    O

Unreturned phone calls:                                             O

Credit issue:                                                             O

Has funds/requesting settlement:                                ●

Not understanding our fees (retainer, admin, settlements):   O

Does not understand the program, felt they were mislead:    O

Administration fee issue:                                           O


Other:                                                                    O
Please explain:     _____
                           _____
                           _____
                           _____
                           _____


Follow up Date: _____

Has complaint been resolved:          Yes                No

Please Explain:     _____
                           _____
                           _____
                           _____
                           _____

Rep Name:     _____

TR - 140

# Complaint Follow Up Form

Date: _20 Oct 04_

Client Name: _Kristian Bichler_          File No: _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_

Rep Name: ___LCH___

Reason for Complaint:

| | |
|---|---|
| Creditors calling: | O |
| Received summons/arbitration: | O |
| Unreturned phone calls: | O |
| Credit issue: | O |
| Has funds/requesting settlement: | ● |
| Not understanding our fees (retainer, admin, settlements): | O |
| Does not understand the program, felt they were mislead: | O |
| Administration fee issue: | O |
| | |
| Other: | O |

Please explain: _____

_____

_____

_____

_____

Follow up Date: _____

Has complaint been resolved:          Yes          No

Please Explain: _____

_____

_____

_____

Rep Name: _____

TR - 141

# **Complaint Follow Up Form**

Date: _19 Oct 04_

Client Name: _Gina Marip_          File No: _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_

Rep Name: ___LCH___

Reason for Complaint:

Creditors calling:                                                          O

Received summons/arbitration:                                              ●

Unreturned phone calls:                                                    O

Credit issue:                                                              O

Has funds/requesting settlement:                                           O

Not understanding our fees (retainer, admin, settlements):                 O

Does not understand the program, felt they were mislead:                   O

Administration fee issue:                                                  O

Other:                                                                     O
Please explain: _____
                _____
                _____
                _____
                _____

Follow up Date: _____

Has complaint been resolved:          Yes                    No

Please Explain: _____
                _____
                _____
                _____
                _____

Rep Name: _____

TR - 142

# **Complaint Follow Up Form**

Date: _18 Oct 04_

Client Name: _Ryan Blanchette_          File No: _390 -86 -2982_
Rep Name: ___LCH_____

Reason for Complaint:

Creditors calling:                                                           O

Received summons/arbitration:                                      O

Unreturned phone calls:                                              O

Credit issue:                                                               O

Has funds/requesting settlement:            _Sears_           ●

Not understanding our fees (retainer, admin, settlements):   O

Does not understand the program, felt they were mislead:    O

Administration fee issue:                                             O


Other:                                                                       O
Please explain:     _____
                    _____
                    _____
                    _____
                    _____

Follow up Date: _____

Has complaint been resolved:         Yes            No

Please Explain:     _____
                    _____
                    _____
                    _____
                    _____

Rep Name:     _____

TR - 143

# Complaint Follow Up Form

Date: _18 Oct 04_

Client Name: _Rodney Mushoro_          File No: _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_

Rep Name: ___LCH___

Reason for Complaint:

Creditors calling:                                                    O

Received summons/arbitration:          *going to crt*          ●
                                       *and their*
Unreturned phone calls:                *scared*                 O

Credit issue:                                                         O

Has funds/requesting settlement:                                     O

Not understanding our fees (retainer, admin, settlements):          O

Does not understand the program, felt they were mislead:            O

Administration fee issue:                                            O


Other:                                                               O
Please explain: _____
                _____
                _____
                _____
                _____


Follow up Date: _____

Has complaint been resolved:          Yes               No

Please Explain: _____
                _____
                _____
                _____
                _____

Rep Name: _____

# **Complaint Follow Up Form**

Date: _/ 8 Oct 04_

Client Name: _Kathy Reynolds_     File No: _509 56 - 1712_
Rep Name: ___LCH_

## Reason for Complaint:

Creditors calling:                                                          ○

Received summons/arbitration:                                  ◉

Unreturned phone calls:                                             ○

Credit issue:                                                                 ○

Has funds/requesting settlement:                              ○

Not understanding our fees (retainer, admin, settlements):    ○

Does not understand the program, felt they were mislead:      ○

Administration fee issue:                                            ○

Other:                                                                          ○
Please explain: _____
_____
_____
_____

Follow up Date: _____

Has complaint been resolved:          Yes                No

Please Explain: _____
_____
_____
_____

Rep Name: _____

TR - 145

# **Complaint Follow Up Form**

Date: _15 Oct_

Client Name: _Kevin Haft_        File No: _450 - 59 - 0589_
Rep Name: ___LCH_____

Reason for Complaint:

Creditors calling:                                                    O

Received summons/arbitration:                                         O

Unreturned phone calls:                                               O

Credit issue:                                                         O

Has funds/requesting settlement:                                      O

Not understanding our fees (retainer, admin, settlements):            O

Does not understand the program, felt they were mislead:             O

Administration fee issue:                                             O

Other:                                                                O
Please explain: _____
                _____
                _____
                _____
                _____

Follow up Date: _____

Has complaint been resolved:          Yes          No

Please Explain: _____
                _____
                _____
                _____
                _____

Rep Name: _____

# **Complaint Follow Up Form**

Date: _15 Oct 04_

Client Name: _William Habicht_    File No: _213 - 90 - 8183_

Rep Name: ___LCH_____

Reason for Complaint:

Creditors calling:                                              _BOA_                        ●

Received summons/arbitration:                                                              ○

Unreturned phone calls:                                                                      ○

Credit issue:                                                                                 ○

Has funds/requesting settlement:                                                           ○

Not understanding our fees (retainer, admin, settlements):                          ○

Does not understand the program, felt they were mislead:                             ○

Administration fee issue:                                                                   ○

Other:                                                                                        ○
Please explain:    _____
                   _____
                   _____
                   _____
                   _____

Follow up Date: _____

Has complaint been resolved:          Yes              No

Please Explain:    _____
                   _____
                   _____
                   _____
                   _____

Rep Name:    _____

TR - 147

# **Complaint Follow Up Form**

Date: _14 Oct 04_

Client Name: _Debra Green_          File No: _512-67-5-467_

Rep Name: ____LCH_____

Reason for Complaint:

| | | |
|---|---|---|
| Creditors calling: | _ARS_ | ● |
| Received summons/arbitration: | | ○ |
| Unreturned phone calls: | | ○ |
| Credit issue: | | ○ |
| Has funds/requesting settlement: | | ○ |
| Not understanding our fees (retainer, admin, settlements): | | ○ |
| Does not understand the program, felt they were mislead: | | ○ |
| Administration fee issue: | | ○ |

Other:                                                      ○
Please explain: _____
_____
_____
_____
_____

Follow up Date: _____

Has complaint been resolved:          Yes                    No

Please Explain: _____
_____
_____
_____
_____

Rep Name: _____

# Complaint Follow Up Form

Date: _14 October_

Client Name: _Michael Gottschling_    File No: _362.74.7259_
Rep Name: ___LCH___

Reason for Complaint:

| | |
|---|---|
| Creditors calling: | ● _Sears_ |
| Received summons/arbitration: | ○ |
| Unreturned phone calls: | ○ |
| Credit issue: | ○ |
| Has funds/requesting settlement: | ○ |
| Not understanding our fees (retainer, admin, settlements): | ○ |
| Does not understand the program, felt they were mislead: | ○ |
| Administration fee issue: | ○ |

Other:                                                          ○
Please explain: _____
_____
_____
_____
_____

Follow up Date: _____

Has complaint been resolved:        Yes            No

Please Explain: _____
_____
_____
_____
_____

Rep Name: _____

TR - 149

# Complaint Follow Up Form

Date: *14 Oct 04*

Client Name: *Calvin McDonald*      File No: *5-18-19-9358*
Rep Name: ____LCH_____

Reason for Complaint:

Creditors calling:                                                      ●

Received summons/arbitration:                                 O

Unreturned phone calls:                                          O

Credit issue:                                                          O

Has funds/requesting settlement:                             ●

Not understanding our fees (retainer, admin, settlements):   O

Does not understand the program, felt they were mislead:   O

Administration fee issue:                        *fixed*        ●

Other:                                                                  O
Please explain:    _____
                   _____
                   _____
                   _____
                   _____

Follow up Date: _____

Has complaint been resolved:          Yes            No

Please Explain:    _____
                   _____
                   _____
                   _____

Rep Name:     _____

# Complaint Follow Up Form

Date: *13 Oct 04*

Client Name: *Oyuki Lopez*                File No: *# 258 - 94 - 4285*
Rep Name: *LCH*

## Reason for Complaint:

| | |
|---|---|
| Creditors calling: | O |
| Received summons/arbitration: | ● |
| Unreturned phone calls: | O |
| Credit issue: | O |
| Has funds/requesting settlement: | O |
| Not understanding our fees (retainer, admin, settlements): | O |
| Does not understand the program, felt they were mislead: | O |
| Administration fee issue: | O |
| | |
| Other: | O |

Please explain: _____
_____
_____
_____
_____

Follow up Date: _____

Has complaint been resolved:        Yes                No

Please Explain: _____
_____
_____
_____
_____

Rep Name: _____

TR - 151

# Complaint Follow Up Form

Date: _13 Oct 04_

Client Name: _Suresh Susarla_    File No: _414 _ 87 0804_

Rep Name: ___LCH_____

## Reason for Complaint:

Creditors calling:

Received summons/arbitration:    ○

Unreturned phone calls:    ○

Credit issue:    ○

Has funds/requesting settlement:    _citibank_    ●

Not understanding our fees (retainer, admin, settlements):    ○

Does not understand the program, felt they were mislead:    ○

Administration fee issue:    ○

Other:    ○
Please explain:    _____
_____
_____
_____

Follow up Date: _____

Has complaint been resolved:    Yes    No

Please Explain:    _____
_____
_____
_____

Rep Name:    _____

TR - 152

# **Complaint Follow Up Form**

Date: _13 Oct 04_

Client Name: _Leohila Gomez_    File No: _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_

Rep Name: ___LCH_____

Reason for Complaint:

Creditors calling:                                             ●

Received summons/arbitration:                                 ○

Unreturned phone calls:                                        ○

Credit issue:                                                  ○

Has funds/requesting settlement:                               ○

Not understanding our fees (retainer, admin, settlements):     ○

Does not understand the program, felt they were mislead:       ○

Administration fee issue:                                      ○

Other:                                                         ○
Please explain: _____
                _____
                _____
                _____

Follow up Date: _____

Has complaint been resolved:          Yes          No

Please Explain: _____
                _____
                _____
                _____

Rep Name: _____

TR - 153

# Complaint Follow Up Form

Date: _13 Oct 04_

Client Name: _Marcy Kruz_        File No: _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_
Rep Name: ___LCH___

Reason for Complaint:

Creditors calling:                                              _Disc_          ●

Received summons/arbitration:                                                   ○

Unreturned phone calls:                                                         ○

Credit issue:                                                                   ○

Has funds/requesting settlement:                                                ○

Not understanding our fees (retainer, admin, settlements):                      ○

Does not understand the program, felt they were mislead:                        ○

Administration fee issue:                                                       ○

Other:                                                                          ○
Please explain:    _____
                   _____
                   _____
                   _____
                   _____

Follow up Date: _____

Has complaint been resolved:          Yes              No

Please Explain:    _____
                   _____
                   _____
                   _____
                   _____

Rep Name:    _____

TR - 154

# **Complaint Follow Up Form**

Date: _12 Oct 04_

Client Name: _Nikki Show_          File No: _552 - 99 - 2469_
Rep Name: ___LCH_____

## Reason for Complaint:

Creditors calling:                                                ●

Received summons/arbitration:                                     ○

Unreturned phone calls:                                           ○

Credit issue:                                                     ○

Has funds/requesting settlement:                                  ○

Not understanding our fees (retainer, admin, settlements):        ○

Does not understand the program, felt they were mislead:          ○

Administration fee issue:                                         ○


Other:                                                            ○
Please explain: _____
_____
_____
_____
_____

Follow up Date: _____

Has complaint been resolved:          Yes                No

Please Explain: _____
_____
_____
_____
_____

Rep Name: _____

TR - 155

# **Complaint Follow Up Form**

Date: _12 Oct 04_

Client Name: _Diare Waterman_    File No: _459 - 86 - 93 80_

Rep Name: ___LCH_____

Reason for Complaint:

Creditors calling:                                                                    ○

Received summons/arbitration:              _M BNA_                    ◉

Unreturned phone calls:                                                        ○

Credit issue:                                                                          ○

Has funds/requesting settlement:                                          ○

Not understanding our fees (retainer, admin, settlements):    ○

Does not understand the program, felt they were mislead:     ○

Administration fee issue:                                                       ○

Other:                                                                                  ○
Please explain:        _____
                               _____
                               _____
                               _____

Follow up Date: _____

Has complaint been resolved:           Yes                    No

Please Explain:        _____
                               _____
                               _____
                               _____

Rep Name:        _____

# **Complaint Follow Up Form**

Date: _12 Oct 04_

Client Name: _Daniel Gorkos_    File No: _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_
Rep Name: ___LCH_____

Reason for Complaint:

| | | |
|---|---|---|
| Creditors calling: | _Arrow Fncle_ | ● |
| Received summons/arbitration: | | ○ |
| Unreturned phone calls: | | ○ |
| Credit issue: | | ○ |
| Has funds/requesting settlement: | | ○ |
| Not understanding our fees (retainer, admin, settlements): | | ○ |
| Does not understand the program, felt they were mislead: | | ○ |
| Administration fee issue: | | ○ |
| Other: | | ○ |

Please explain: _____
_____
_____
_____
_____

Follow up Date: _____

Has complaint been resolved:        Yes            No

Please Explain: _____
_____
_____
_____
_____

Rep Name: _____

TR - 157

# **Complaint Follow Up Form**

Date: _12 Oct 04_

Client Name: _April Lanier_          File No: _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_
Rep Name: ___LCH___

Reason for Complaint:

                                               Citibank

Creditors calling: ●

Received summons/arbitration: ○

Unreturned phone calls: ○

Credit issue: ○

Has funds/requesting settlement: ○

Not understanding our fees (retainer, admin, settlements): ○

Does not understand the program, felt they were mislead: ○

Administration fee issue: ○

Other: ○
Please explain: _____
_____
_____
_____

Follow up Date: _____

Has complaint been resolved:          Yes          No

Please Explain: _____
_____
_____
_____

Rep Name: _____

TR - 158

# **Complaint Follow Up Form**

Date: _12 Oct 04_

Client Name: _Lisa Ojeda_          File No: _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_
Rep Name: ___LCH___

Reason for Complaint:

Creditors calling:                                                    O

Received summons/arbitration:                                         O

Unreturned phone calls:                                               O

Credit issue:                                                         O

Has funds/requesting settlement:                                      ●

Not understanding our fees (retainer, admin, settlements):            O

Does not understand the program, felt they were mislead:              O

Administration fee issue:                                             ●

Other:                                                                O
Please explain:     _____
                    _____
                    _____
                    _____
                    _____

Follow up Date: _____

Has complaint been resolved:          Yes               No

Please Explain:     _____
                    _____
                    _____
                    _____

Rep Name:     _____

TR - 159

# <u>Complaint Follow Up Form</u>

Date: _10/28/04_

Client Name: _Doreen Vause_          File No: _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_

Rep Name:  Helen Gifford

Reason for Complaint:

| | |
|---|---|
| Creditors calling: | ● |
| Received summons/arbitration: | ○ |
| Unreturned phone calls: | ○ |
| Credit issue: | ○ |
| Has funds/requesting settlement: | ○ |
| Not understanding our fees (retainer, admin, settlements): | ○ |
| Does not understand the program, felt they were mislead: | ○ |
| Administration fee issue: | ○ |

Other:                                              ○
Please explain: _____
_____
_____
_____
_____

Follow up Date: _____

Has complaint been resolved:          Yes                No

Please Explain: _____
_____
_____
_____
_____

Rep Name: _____

TR - 160