**Better Budget Financial Services, Inc.**
Analysis Chart

| No. | Consumer Name | Amount of Retainer Fees Paid | Amount of Admin Fees Paid | Total Amount in Dispute | Guaranteed Savings of 50%+ | Creditors Stopped Contacting | Contract Services Fulfilled | Debt Settled Y | Debt Settled N | Received Refund Y | Received Refund N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 * | Christina Adkins<br>Complaint date: 12/07/2004<br>Consumer Sentinel | $ 380.00 | $ | $ 380.00 | | | | | N | | N |
| 2 | Sonia Banados<br>Complaint date: 12/09/2004<br>Consumer Sentinel | Undefined | | | | | | | N | | N |
| 3 | Joanne Barbour<br>Complaint date: 11/30/2004<br>Consumer Sentinel | 357.67 | 29.95 | 4,291.32 | Y | N | N | 1 of 5 A/C's | N | | N |
| 4 | John Beaglari<br>Complaint date: 12/03/2004<br>Consumer Sentinel | 2,000.00 | | 2,000.00 | | | N | | N | | N |
| 5 | Ryan Blanchette<br>Complaint date: 12/06/2004<br>Consumer Sentinel | Undefined | | | Y | N | N | | N | | N |
| 6 | Kyle Boltz<br>Complaint date: 12/16/2004<br>Consumer Sentinel | 361.28 | | 996.43 | | N | N | | N | | N |
| | Sub Total | $3,098.95 | $ 29.95 | $7,667.75 | | | | | | | |

* BBFS/DMS

**Better Budget Financial Services, Inc.**
Analysis Chart

| No. | Consumer Name | Amount of Retainer Fees Paid | Amount of Admin Fees Paid | Total Amount in Dispute | Guaranteed Savings of 50%+ | Creditors Stopped Contacting | Contract Services Fulfilled | Debt Settled | | Received Refund | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Y | N | Y | N |
| 7 | Gregory Borden<br>Complaint date: 11/29/2004<br>Consumer Sentinel | Undefined | | | | | N | | N | | N |
| 8 | Terry Brantley<br>Complaint date: 12/17/2004<br>Consumer Sentinel | $41,059.00 | $ | $41,059.00 | | N | N | | N | | N |
| 9 | Jason Brown<br>Complaint date: 12/06/2004<br>Consumer Sentinel | 5,292.00 | | 2,940.00 | | N | N | | N | | N |
| 10 | Christopher Bush<br>Complaint date: 12/06/2004<br>Consumer Sentinel | 14,000.00 | | 900.00 | | N | N | | N | | N |
| 11 | Jason Bush<br>Complaint date: 12/30/2004<br>Consumer Sentinel | 1,206.51 | | 1,206.51 | | | N | | N | | N |
| 12 | Robert Cashen<br>Complaint date: 11/17/2004<br>Consumer Sentinel | 350.00 | 29.95 | | | | N | | N | | N |
| | Sub Total | $61,907.51 | $29.95 | $46,105.51 | | | | | | | |

# Better Budget Financial Services, Inc.
## Analysis Chart

| No. | Consumer Name | Amount of Retainer Fees Paid | Amount of Admin Fees Paid | Total Amount in Dispute | Guaranteed Savings of 50%+ | Creditors Stopped Contacting | Contract Services Fulfilled | Debt Settled | | Received Refund | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Y | N | Y | N |
| 13 | Charlie Cerrano<br>Complaint date: 11/29/2004<br>Consumer Sentinel | $ 1,500.00 | $ | $ 4,000.00 | | | N | | N | | N |
| 14 | Daniel Crouch<br>Complaint date: 11/24/2004<br>Consumer Sentinel | 3,375.55 | | 3,375.55 | | N | N | | N | | N |
| 15 | Tina Dabella<br>Complaint date: 11/22/2004<br>Consumer Sentinel | 834.25 | | 834.25 | | | N | | N | | N |
| 16 | Mark Daisley<br>Complaint date: 12/12/2004<br>Consumer Sentinel | 330.00 | | 420.00 | Y | | N | | N | | N |
| 17 | Donald Davis, Jr.<br>Complaint date: 12/22/2004<br>Consumer Sentinel | 551.24 | | 1,390.66 | | N | N | | N | | N |
| 18 | Keith Devin<br>Complaint date: 11/15/2004<br>Consumer Sentinel | 3,500.00 | | 3,500.00 | | N | N | | N | | N |
| | Sub Total | $10,091.04 | | $13,520.46 | | | | | | | |

**Better Budget Financial Services, Inc.**
**Analysis Chart**

| No. | Consumer Name | Amount of Retainer Fees Paid | Amount of Admin Fees Paid | Total Amount in Dispute | Guaranteed Savings of 50%+ | Creditors Stopped Contacting | Contract Services Fulfilled | Debt Settled Y | Debt Settled N | Received Refund Y | Received Refund N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | Jessica Dorris<br>Complaint date: 11/29/2004<br>Consumer Sentinel | $ 900.00 | $ | $ 900.00 | | N | N | | N | | N |
| 20 * | Joyce Dukelow<br>Complaint date: 12/09/2004<br>Consumer Sentinel | 529.00 | | 20,000.00 | | | N | | N | | N |
| 21 | Joseph Earle<br>Complaint date: 11/29/2004<br>Consumer Sentinel | Undefined | | | | N | N | | N | | N |
| 22 | Carl Edholm<br>Complaint date: 11/26/2004<br>Consumer Sentinel | 350.00 | | 2,500.00 | | | N | | N | | N |
| 23 | Anissa Esquina<br>Complaint date: 11/16/2004<br>Consumer Sentinel | 1,062.86 | 29.95 | 1,062.86 | | N | N | | N | | N |
| | Sub Total | $2,841.86 | $29.95 | $24.462.86 | | | | | | | |

\* BBFS/DMS

**Better Budget Financial Services, Inc.**
Analysis Chart

| No. | Consumer Name | Amount of Retainer Fees Paid | Amount of Admin Fees Paid | Total Amount in Dispute | Guaranteed Savings of 50%+ | Creditors Stopped Contacting | Contract Services Fulfilled | Debt Settled Y | Debt Settled N | Received Refund Y | Received Refund N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | Karen Fraley<br>Complaint date: 01/03/2005<br>Consumer Sentinel | Info about BBFS | | | | | | | | | |
| 25 | Larry Giantonio<br>Complaint date: 11/29/2004<br>Consumer Sentinel | $ 389.35 | $ | $ 389.35 | | N | N | | N | | N |
| 26 | Susan Grant<br>Complaint date: 12/28/2004<br>Consumer Sentinel | 300.00 | 290.00 | 700.00 | | | N | | N | | N |
| 27 | Jaquela Griglen/Godfrey<br>Complaint date: 01/03/2005<br>Consumer Sentinel | 1,138.89 | | 2,399.17 | | N | N | | N | | N |
| 28 | Chad Gulley<br>Complaint date: 11/18/2004<br>Consumer Sentinel | 300.00 | 29.95 | 3.959.00 | | | N | | N | | N |
| 29 | Oneta Guiao<br>Complaint date: 12/03/.2004<br>Consumer Sentinel | 500.00 | 29.95 | 1,346.51 | | | N | 1 of 3 A/C's | N | | N |
| | Sub Total | $2,628.24 | $349.90 | $8,794.03 | | | | | | | |

**Better Budget Financial Services, Inc.**
**Analysis Chart**

| No. | Consumer Name | Amount of Retainer Fees Paid | Amount of Admin Fees Paid | Total Amount in Dispute | Guaranteed Savings of 50%+ | Creditors Stopped Contacting | Contract Services Fulfilled | Debt Settled Y | Debt Settled N | Received Refund Y | Received Refund N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Dorothy Hancock<br>Complaint date: 12/13/2004<br>Consumer Sentinel | $ 3,738.48 | $ 29.95 | $ | Y | N | N | | N | | N |
| 31 | Gaziul Haque<br>Complaint date: 11/29/2004<br>Consumer Sentinel | 837.39 | 29.95 | | Y | N | N | | N | | N |
| 32 | Rachid Hassen<br>Complaint date: 12/03/2004<br>Comsumer Sentinel | 5,000.00 | | 5,000.00 | | N | N | | N | | N |
| 33 | Rachel Hassett<br>Complaint date: 12/09/2004<br>Consumer Sentinel | 500.00 | | 500.00 | | N | N | | N | | N |
| 34 | James Hejdul<br>Complaint date: 12/08/2004<br>Consumer Sentinel | 3,951.12 | 29.95 | | | N | N | 1 of 3 A/C's | N | | N |
| 35 | Jillian Hergott<br>Complaint date: 11/19/2004<br>Consumer Sentinel | 300.00 | 29.00 | 300.00 | | N | N | | N | | N |
| | Sub Total | $14,326.99 | $118.85 | $5,800.00 | | | | | | | |

**Better Budget Financial Services, Inc.**
Analysis Chart

| No. | Consumer Name | Amount of Retainer Fees Paid | Amount of Admin Fees Paid | Total Amount in Dispute | Guaranteed Savings of 50%+ | Creditors Stopped Contacting | Contract Services Fulfilled | Debt Settled | | Received Refund | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Y | N | Y | N |
| 36 | Robert Hewitt<br>Complaint date: 11/30/2004<br>Consumer Sentinel | $ 4,900.00 | $ | $ 4,900.00 | | N | N | | N | | N |
| 37 | James Hughes<br>Complaint date: 12/01/2004<br>Comsumer Sentinel | 399.50 | 29.95 | 399.50 | Y | | N | | N | | N |
| 38 | Amit Khera<br>Complaint date: 11/22/2004<br>Consumer Sentinel | 254.83 | 29.95 | 1,490.00 | Y | N | N | 1 of 5 A/C's | N | | N |
| 39 | Howard Lacambra<br>Complaint date: 12/29/2004<br>Consumer Sentinel | 1,700.00 | | 1,700.00 | | N | N | | N | | N |
| 40 | Carmelina Laride<br>Complaint date: 12/06/2004<br>Consumer Sentinel | Undefined | | | | N | N | | N | | N |
| 41 | William Law<br>Complaint date: 01/03/2005<br>Consumer Sentinel | 239.70 | 39.95 | | | N | N | | N | | N |
| | Sub Total | $7,494.03 | $99.85 | $8,489.50 | | | | | | | |

**Better Budget Financial Services, Inc.**
Analysis Chart

| No. | Consumer Name | Amount of Retainer Fees Paid | Amount of Admin Fees Paid | Total Amount in Dispute | Guaranteed Savings of 50%+ | Creditors Stopped Contacting | Contract Services Fulfilled | Debt Settled Y | Debt Settled N | Received Refund Y | Received Refund N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | Teresa Lewis Complaint date: 11/02/2004 Consumer Sentinel | $ 540.00 | $ 29.95 | $ | | N | N | | N | | N |
| 43 * | Cheryl Long Complaint date: 12/09/2004 Consumer Sentinel | 324.00 | | 324.00 | | | N | | N | | N |
| 44 | William Lyons Complaint date: 12/02/2004 Consumer Sentinel | 641.08 | | 641.08 | | N | N | | N | | N |
| 45 | Ray Madrigal Complaint date: 12/01/2004 Consumer Sentinel | 460.00 | | 460.00 | Y | N | N | | N | | N |
| 46 | David Claude Mathes Complaint date: 12/09/2004 Consumer Sentinel | 1,591.42 | 658.90 | 7,248.50 | Y | N | N | 7 of 12 A/C's | N | | N |
| 47 | Ardetta McDougal Complaint date: 12/06/2004 Consumer Sentinel | 253.00 | 29.95 | 369.00 | Y | N | N | | N | | N |
| | Sub Total | $3,809.50 | $718.80 | $9,042.58 | | | | | | | |

* BBFS/DMS

**Better Budget Financial Services, Inc.**
**Analysis Chart**

| No. | Consumer Name | Amount of Retainer Fees Paid | Amount of Admin Fees Paid | Total Amount in Dispute | Guaranteed Savings of 50%+ | Creditors Stopped Contacting | Contract Services Fulfilled | Debt Settled | | Received Refund | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Y | N | Y | N |
| 48 | Jeremiah Meek<br>Complaint date: 12/13/2004<br>Consumer Sentinel | $ 580.00 | $ | $ 580.00 | | N | N | | N | | N |
| 49 | Judy Neff<br>Complaint date: 12/29/2004<br>Consumer Sentinel | 356.81 | 419.30 | 5,483.73 | Y | N | N | 1 of 6 A/C's | N | | N |
| 50 | Kevin Nelson<br>Complaint date: 12/02/2004<br>Consumer Sentinel | Undefined | | 1,000.00 | | N | N | | N | | N |
| 51 | Roy Okamoto<br>Complaint date: 11/29/2004<br>Consumer Sentinel | Undefined | | | | N | N | | N | | N |
| 52 | Paul Palluto<br>Complaint date: 12/06/2004<br>Consumer Sentinel | 594.00 | 29.95 | 4,267.96 | Y | N | N | | N | | N |
| 53 | Donald Paveloff<br>Complaint date: 11/22/2004<br>Consumer Sentinel | 17,500.00 | | 23,468.00 | | N | N | | N | | N |
| | Sub Total | $19,030.81 | $449.25 | $34,799.69 | | | | | | | |

**Better Budget Financial Services, Inc.**
Analysis Chart

| No. | Consumer Name | Amount of Retainer Fees Paid | Amount of Admin Fees Paid | Total Amount in Dispute | Guaranteed Savings of 50%+ | Creditors Stopped Contacting | Contract Services Fulfilled | Debt Settled | | Received Refund | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Y | N | Y | N |
| 54 | Jennifer Presson<br>Complaint date: 11/23/2004<br>Consumer Sentinel | Undefined | | | | N | N | | N | | N |
| 55 | Linda (lu) Prickett<br>Complaint date: 11/23/2004<br>Consumer Sentinel | Undefined | | | | N | N | | N | | N |
| 56 | Jennifer Rego<br>Complaint date: 12/09/2004<br>Consumer Sentinel | 354.00 | 509.15 | 1,350.00 | Y | N | N | 3 of 7 A/C's | N | | N |
| 57 | Dianna Rios<br>Complaint date: 11/22/2004<br>Consumer Sentinel | 1,900.00 | | | Y | N | N | 1 of Several A/C's | N | | N |
| 58 | Tara Rivera<br>Complaint date: 12/07/2004<br>Consumer Sentinel | 279.65 | 39.95 | | Y | N | N | 1 of Several A/C's | N | | N |
| 59 | Michelle Ross<br>Complaint date: 12/09/2004<br>Consumer Sentinel | Undefined | | | Y | N | N | | N | | N |
| | Sub Total | $2,533.65 | $549.10 | $1,350.00 | | | | | | | |

**Better Budget Financial Services, Inc.**
Analysis Chart

| No. | Consumer Name | Amount of Retainer Fees Paid | Amount of Admin Fees Paid | Total Amount in Dispute | Guaranteed Savings of 50%+ | Creditors Stopped Contacting | Contract Services Fulfilled | Debt Settled Y | Debt Settled N | Received Refund Y | Received Refund N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | Amy Sandrus<br>Complaint date: 11/19/2004<br>Consumer Sentinel | $ 510.00 | $ | $ 510.00 | | | N | | N | | N |
| 61 | Angelo Scelso<br>Complaint date: 12/21/2004<br>Consumer Sentinel | Undefined | | | Y | N | N | | N | | N |
| 62 | James Scheid<br>Complaint date: 12/22/2004<br>Consumer Sentinel | 2,000.00 | | 4,000.00 | | N | N | | N | | N |
| 63 | Silvia Serna<br>Complaint date: 12/21/2004<br>Consumer Sentinel | 238.00 | | 238.00 | | N | N | | N | | N |
| 64 | Jonathon Shea<br>Complaint date: 12/03/2004<br>Consumer Sentinel | 292.18 | 29.95 | 3,861.00 | | N | N | | N | | N |
| 65 | Tammie Sims<br>Complaint date: 12/06/2004<br>Consumer Sentinel | 1,752.00 | | 6,000.00 | | N | N | | N | | N |
| | Sub Total | $4,792.18 | $29.95 | $14,609.00 | | | | | | | |

**Better Budget Financial Services, Inc.**
Analysis Chart

| No. | Consumer Name | Amount of Retainer Fees Paid | Amount of Admin Fees Paid | Total Amount in Dispute | Guaranteed Savings of 50%+ | Creditors Stopped Contacting | Contract Services Fulfilled | Debt Settled Y | Debt Settled N | Received Refund Y | Received Refund N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | Jon Sutherland<br>Complaint date: 12/23/2004<br>Consumer Sentinel | $ 275.00 | $ 329.45 | $ 711.11 | Y | N | N | | N | | N |
| 67 | Patricia Teles<br>Complaint date: 11/30/2004<br>Consumer Sentinel | Undefined | | | | N | N | | N | | N |
| 68 | Dawn Tiffin<br>Complaint date: 11/30/2004<br>Consumer Sentinel | 245.94 | 29.95 | | Y | N | N | | N | | N |
| 69 | Aristotle Torres<br>Complaint date: 12/09/2004<br>Consumer Sentinel | 245.04 | 30.00 | 245.04 | Y | N | N | | N | | N |
| 70 | Katherine Trombini<br>Complaint date: 12/29/2004<br>Consumer Sentinel | 330.00 | 329.45 | 1,699.00 | Y | N | N | 1 of 2 A/C's | N | | N |
| 71 | Cindy Valencia<br>Complaint date: 12/16/2004<br>Consumer Sentinel | 853.00 | | 1,200.00 | | N | N | | N | | N |
| | Sub Total | $1,948.98 | $718,85 | $3,855.15 | | | | | | | |

**Better Budget Financial Services, Inc.**
Analysis Chart

| No. | Consumer Name | Amount of Retainer Fees Paid | Amount of Admin Fees Paid | Total Amount in Dispute | Guaranteed Savings of 50%+ | Creditors Stopped Contacting | Contract Services Fulfilled | Debt Settled Y | Debt Settled N | Received Refund Y | Received Refund N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | Carol Vandelaar  Complaint date: 11/22/2004  Consumer Sentinel | $ 550.00 | $ | $ | | N | N | 3 of Several A/C's | N | | N |
| 73 * | Doreen Vause  Complaint date: 12/20/2004  Consumer Sentinel | 392.00 | | 431.98 | | N | N | | N | | N |
| 74 | Suhail Velez  Complaint date: 12/02/2004  Consumer Sentinel | 8,000.00 | | 8,000.00 | | N | N | | N | | N |
| 75 | D. Michael Watkins  Complaint date: 11/30/2004  Consumer Sentinel | 1,214.04 | 179.70 | 4,120.69 | Y | N | N | 2 of 4 A/C's | N | | N |
| 76 | Charleen Webler  Complaint date: 12/14/2004  Consumer Sentinel | Undefined | | | Y | N | N | | N | | N |
| 77 | Patricia Whitworth  Complaint date: 11/17/2004  Consumer Sentinel | 634.52 | 29.95 | 634.52 | | N | N | | N | | N |
| | Sub Total | $ 10,790.56 | $ 209.65 | $ 13,187.19 | | | | | | | |

\* BBFS/DMS

**Better Budget Financial Services, Inc.**

Analysis Chart

| No. | Consumer Name | Amount of Retainer Fees Paid | Amount of Admin Fees Paid | Total Amount in Dispute | Guaranteed Savings of 50%+ | Creditors Stopped Contacting | Contract Services Fulfilled | Debt Settled | | Received Refund | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Y | N | Y | N |
| 78 * | Richard Willett Complaint date: 11/22/2004 Consumer Sentinel | $2,132.04 | | $ 814.68 | Y | N | N | | N | | N |
| 79 | Judith Worsham Complaint date: 12/08/2004 Consumer Sentinel | 1,489.11 | | 1,489.11 | | N | N | | N | | N |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | Subtotal | $3,621.15 | | $2,303.79 | | | | | | | |
| | Grand Totals | $148,915.45 | $3,334.05 | $193,987.51 | | | | | | | |

* BBFS/DMS