## Declaration of Peter C. Dykstra
## Pursuant to 28 U.S.C. § 1746

1. My name is Peter C. Dykstra. I am employed by the Federal Trade Commission ("FTC") as a computer support specialist in the Litigation Support Branch. My business address is 600 Pennsylvania Avenue, N.W., Washington, DC, 20580.

2. My duties and responsibilities include the providing of computer support and assistance to attorneys and other staff in the FTC's Bureau of Consumer Protection ("BCP") who are involved in the litigation of FTC cases. This involves, among other things (1) downloading to FTC network drives computer data from business entities who are defendants in BCP cases, and (2) analysis of the data in response to requests from BCP attorneys.

3. Among my duties, I have been assigned to assist in the analysis of data obtained by the FTC in the matter of *FTC v. Better Budget Financial Services, Inc.* (BBFS). In this declaration, I set forth the results of my analysis.

4. The data I have been asked to analyze was contained in a Microsoft SQL database named CSDATA7BBFS.mdf. On information and belief, it was acquired by my co-worker James Whitelaw at the business premises of BBFS in November 2004. This database consisted of 273 data tables that contained records pertaining to transactional and customer service activity between BBFS and its customers. I reviewed the many tables within this database and observed that certain tables contained data that identified consumers that had a business relationship with BBFS, showed payments made by consumers to BBFS and indicated the status of accounts. These tables were named "Clients," "ClientCred," "Payments" and "Receipts." Using the export function within

Microsoft SQL, I exported these tables to a Microsoft Access database that I created to allow me to perform the data analysis.

5. I have attached as Exhibit A analysis of the length of time that a consumer had an active account with BBFS. In the "Clients" table, there are data fields labeled "DateStart" and "DateClose" which seem to indicate when an account was opened and subsequently closed. I was asked to calculate the elapsed time in months that consumers were active in the program. To do this, I created two additional data fields in the "Clients" table, "ElapsedDays" and "ElapsedMonths." I then populated the "ElapsedDays" field by running an update query to subtract "DateStart" from "DateClose" to determine the number of days a consumer had an active account. I then populated the "ElapsedMonths" field by running an update query that divided "ElapsedDays" by 30 (I decided to use an average of 30 days to a month) to determine the number of months a consumer had an active account. I then ran a counting query to group the months in ascending order and count the number of accounts closed per month.

6. I have attached as Exhibit B analysis of consumers that had an entry of "Completed Program" in the "Note" field of the "Clients" table. This query showed that 224 consumers out of a total of 9,981 consumers had an indication in the data that they had completed the program.

7. I have attached as Exhibit C analysis of receipt of payment by BBFS from consumers. The table "Receipts" contained fields labeled "Amount" showing the amount paid by the consumer and "PaymentType" showing the manner of that payment. I ran a counting query to group by "PaymentType" in ascending order and sum the "Amount" field to

come up with totals by payment type. The overall totals showed 23,327 payments received by BBFS for a total dollar amount of $11,978,249.18.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury, that the foregoing statement is true and accurate to the best of my knowledge.

Executed On: January 25, 2005          _____
                                              Peter C. Dykstra