## COUNT ELAPSED MONTHS CLIENT TABLE

NOTE: An explanation of 0 and 1 values in Elapsed Months.
A value of 0 covers the range of minus 6 through 15 days.
A value of 1 covers the range of 16 through 45 days.
This is due to rounding to the nearest whole number.

| TOTAL RECORDS | TOTAL ELAPSED MONTHS IS NOT NULL ( 0 through 41 ) | |
|---|---|---|
| 9981 | 7242 | |
| ElapsedMonths | CountOfElapsedMonths | |
| NULL | 2739 | |
| 0 | 302 | |
| 1 | 348 | |
| 2 | 435 | |
| 3 | 448 | |
| 4 | 503 | |
| 5 | 505 | |
| 6 | 551 | |
| 7 | 519 | |
| 8 | 469 | |
| 9 | 410 | |
| 10 | 409 | |
| 11 | 333 | |
| 12 | 290 | |
| 13 | 256 | |
| 14 | 241 | |
| 15 | 166 | |
| 16 | 170 | |
| 17 | 125 | |
| 18 | 128 | |
| 19 | 97 | |
| 20 | 80 | |
| 21 | 66 | |
| 22 | 54 | |
| 23 | 51 | |
| 24 | 41 | |
| 25 | 39 | |
| 26 | 42 | |
| 27 | 29 | |
| 28 | 27 | |
| 29 | 19 | |
| 30 | 16 | |
| 31 | 13 | |
| 32 | 10 | |
| 33 | 8 | |
| 34 | 6 | |
| 35 | 10 | |
| 36 | 8 | |
| 37 | 5 | |
| 38 | 4 | |
| 39 | 3 | |
| 40 | 3 | |
| 41 | 3 | |

| BBFS CLIENTS WITH "COMPLETED PROGRAM" IN NOTE FIELD - CLIENTS TABLE | | | | |
|---|---|---|---|---|
| **COUNT OF CLIENT** | | | | |
| **224** | | | | |
| **ClientID** | **DateStart** | **DateClose** | **Note** | **StatementNote** |
| 18 | 28-Apr-01 | 20-Sep-02 | Total Debt: $15,292 COMPLETED PROGRAM | Fee To Date: $290.00 |
| 39 | 25-Apr-01 | 27-Feb-04 | Total Debt: $7,013 COMPLETED PROGRAM | 50% |
| 95 | 07-Jun-01 | 06-May-04 | 11,537.00 CLIENT COMPLETED PROGRAM | 50% |
| 96 | 03-Apr-01 | 18-Feb-03 | Total Debt: 11,391. *****CLIENT COMPLETED PROGRAM****** | 50% |
| 121 | 20-Mar-01 | 13-Jul-04 | {\rtf1\ansi\ansicpg1252\deff0\deflang1033{\fonttbl{\f0\fnil\fcharset0 Arial;}} {\colortbl ;\red0\green0\blue0;\red0\green0\blue128;} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\cf1\fs17 7/13/2004 10:34:18 AM KGE: \cf2\b CLIENT COMPLETED PRO | 50% |
| 164 | 08-Feb-01 | 18-Feb-03 | 34645.00 *****************CLINT COMPLETED PROGRAM****************** | 50% |
| 175 | 31-Jan-01 | 13-Mar-04 | Total Debt: $28,980 CLIENT COMPLETED PROGRAM | 50% |
| 240 | 19-Jun-01 | 08-Jun-04 | Total Debt: 6094.08. COMPLETED PROGRAM | 50% |
| 255 | 22-Jun-01 | 24-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0\deflang1033{\fonttbl{\f0\fnil\fcharset0 Arial;}} {\colortbl ;\red0\green0\blue0;\red0\green0\blue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17 9/24/2004 11:03:37 AM KGE: \cf2\b NO TRANS TO KILL \p | 50% |
| 260 | 29-Jun-01 | 29-Mar-04 | Total Debt: $13,932 CLIENT COMPLETED PROGRAM | |
| 291 | 09-Jul-01 | 09-Jun-04 | 61,217 JUNIPER ******COMPLETED PROGRAM****** | 50% |
| 294 | 11-Jul-01 | 11-Mar-04 | Total Debt: $27,600 CLIENT COMPLETED PROGRAM | 50% |
| 298 | 12-Jul-01 | 12-Dec-02 | Total Debt: $8,038. COMPLETED PROGRAM | 50% |

| | | | | |
|---|---|---|---|---|
| | | | {\rtf1\ansi\ansicpg1252\deff0\deflang1033{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}}<br>{\colortbl ;\red0\green0\blue0;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17 8/2/2004 4:43:54 PM | |
| 311 | 16-Jul-01 | 02-Aug-04 | KGE: \cf0\b KILLED A | 50% |
| 328 | 19-Jul-01 | 10-Jun-04 | 18,677.00 ***********CLIENT COMPLETED PROGRAM************* | 50% |
| 422 | 14-Aug-01 | 23-Dec-03 | 23080.29 CLIENT COMPLETED PROGRAM | 50% |
| | | | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 9/30/2004 | |
| 447 | 22-Aug-01 | 30-Sep-04 | 2:36:35 PM K | 50% |
| 467 | 25-Aug-01 | 10-Apr-03 | Total Debt: $7,912. CLIENT COMPLETED PROGRAM | $3,956.00 |
| 523 | 11-Sep-01 | 30-Jun-03 | 44,610.00 ****CLIENT COMPLETED PROGRAM**** | 50% |
| 539 | 24-Sep-01 | 07-Feb-03 | 40,941.00 CLIENT COMPLETED PROGRAM | 50% |
| | | | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}}<br>{\colortbl ;\red0\green0\blue0;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 6/25/2004 5:37:16 PM KGE: \cf0 KILLED ALL | |
| 540 | 24-Sep-01 | 03-Sep-04 | T | 50% |
| 547 | 24-Sep-01 | 24-Apr-03 | 31,468.00 *****CLIENT COMPLETED PROGRAM!!!**** | 50% |
| | | | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}}<br>{\colortbl ;\red0\green0\blue0;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 9/24/2004 5:22:06 PM KGE: \cf0\b CLIENT | |
| 578 | 27-Sep-01 | 24-Sep-04 | COM | 50% |
| 583 | 01-Oct-01 | 18-Jun-03 | 42,904.00 ***CLIENT COMPLETED PROGRAM*** | 50% |

**FTC Exhibit B - Completed Program**

| | | | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}} {\colortbl ;\red0\green0\blue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\b\fs17\lang1033 CLIENT COMPLETED PROGRAM |
|---|---|---|---|
| 586 | 08-Oct-01 | 24-Sep-04 | \par } | Fee To Date: $477.27 |
| 592 | 03-Oct-01 | 12-Jan-04 | 36,843.00 CLIENT COMPLETED PROGRAM | 50% |
| 602 | 04-Oct-01 | 14-May-04 | 14,432 CLIENT COMPLETED PROGRAM | 50% |
| 646 | 24-Oct-01 | 02-Jun-04 | $11,052.25 CLIENT COMPLETED PROGRAM | 50% |
| 657 | 25-Oct-01 | 06-May-04 | 89,005.00 CLNT COMPLETED PROGRAM credited $1136.26 for retainer | 50% |
| 660 | 25-Oct-01 | 03-Jan-03 | Total Debt: $45,208 CLNT COMPLETED PROGRAM | 50% |
| 663 | 31-Oct-01 | 19-Sep-02 | 41,032.00 CLIENT COMPLETED PROGRAM, RETAINER FEE REFUNDED | 50% |
| 673 | 31-Oct-01 | 30-May-03 | 39267.00 CLIENT COMPLETED PROGRAM  03/31/03 | 50% |
| 676 | 31-Oct-01 | 01-May-03 | $10325.00 ******CLIENT COMPLETED PROGRAM****** | 50% |
| 700 | 06-Nov-01 | 10-Sep-03 | total debt:$39,667 clnt completed program | 50% |
| 806 | 27-Nov-01 | 29-Jan-03 | total debt:$18,381 CLIENT COMPLETED PROGRAM | |
| 815 | 03-Dec-01 | 21-Jun-04 | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcha rset0 Arial;}} {\colortbl ;\red0\green0\blue0;} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 6/21/2004 2:47:20 PM KGE: \cf0 CLIENT COMPLETED PROGRAM \par \fs17 Total Debt: $43,068 KC | Fee To Date: $548.99 |
| 884 | 18-Dec-01 | 22-Jan-03 | $63,551. **CLIENT COMPLETED PROGRAM** | 50% |
| 890 | 19-Dec-01 | 23-Jun-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 6/24/2004 3:42:08 PM KGE: \cf0 KILLED ALL T | 50% |
| 989 | 17-Jan-02 | 27-Dec-02 | 27032.79 ***CLNT COMPLETED PROGRAM | 55% |
| 999 | 15-Jan-02 | 21-Mar-03 | 9350.00 CLIENT COMPLETED PROGRAM | 50% |

| | | | | |
|---|---|---|---|---|
| 1005 | 15-Jan-02 | 10-Dec-03 | 13102.20 CLIENT COMPLETED PROGRAM | 50% |
| 1038 | 23-Jan-02 | 20-Oct-03 | 8619.03 CLIENT COMPLETED PROGRAM | 50% |
| 1076 | 29-Jan-02 | 08-Mar-04 | 7851.18 CLIENT COMPLETED PROGRAM | 50% |
| 1113 | 11-Feb-02 | 30-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0\defla ng1033{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17 9/30/2004 8:12:49 P | 50% |
| 1115 | 12-Feb-02 | 19-Nov-02 | 9422.22 CLIENT COMPLETED PROGRAM | 50% |
| 1272 | 04-Mar-02 | 16-Aug-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 8/16/2004 8:13:02 PM K | 50% |
| 1321 | 07-Mar-02 | 09-Jan-04 | 39002.46 CLNT COMPLETED PROGRAM | 50% |
| 1336 | 07-Mar-02 | 21-May-04 | 5810.12 CLIENT COMPLETED PROGRAM | 50% |
| 1423 | 14-Mar-02 | 25-Nov-02 | 32771.12 CLIENT COMPLETED PROGRAM | 50% |
| 1459 | 19-Mar-02 | 18-Aug-04 | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcha rset0 Arial;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 8/18/2004 5:41:05 PM KGE: \cf2\b CLIENT COMPLETED PROGRAM \par \cf0 | 50% |
| 1477 | 25-Mar-02 | 07-Mar-03 | 13432.84 CLIENT COMPLETED PROGRAM | 50% |

| | | | | |
|---|---|---|---|---|
| 1527 | 29-Mar-02 | 16-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 9/16/2004 1:54:59 PM K | 50% |
| 1557 | 02-Apr-02 | 11-Jul-03 | 20156.00 CLIENT COMPLETED PROGRAM | 50% |
| 1601 | 11-Apr-02 | 23-Apr-04 | 10071.52 CLNT COMPLETED PROGRAM | 50% |
| 1622 | 15-Apr-02 | 22-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 8/23/2004 3:37:11 PM K | 50% |
| 1669 | 19-Apr-02 | 14-Jul-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 MS Sans Serif;}} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\ f0\fs17\lang1033 15085.63 sif providen nafs  fdo \par \par EMU  CAP1 7/9 \par \par \par **CLIENT HAS COMPLETED PRO | 50% |
| 1697 | 22-Apr-02 | 06-Jun-03 | 19642.00 CLIENT COMPLETED PROGRAM | 50% |
| 1708 | 23-Apr-02 | 01-Mar-04 | 91492.67 CLIENT COMPLETED PROGRAM. | 50% |
| 1714 | 23-Apr-02 | 05-Mar-04 | 10354.53 CLIENT HAS COMPLETED PROGRAM | 50% |
| 1764 | 29-Apr-02 | 03-Sep-03 | 5950.75 CLIENT COMPLETED PROGRAM | 50% |

| | | | | |
|---|---|---|---|---|
| | | | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 9/8/2004 6:12:06 PM KGE: \cf2\b CLIENT COMPLETED PROGRAM | |
| 1770 | 30-Apr-02 | 08-Sep-04 | \par KILLED | 50% |
| 1776 | 30-Apr-02 | 18-Feb-03 | 12295.51 client completed program | 50% |
| 1788 | 30-Apr-02 | 02-Oct-03 | 9711.09 CLIENT COMPLETED PROGRAM | 50% |
| 1849 | 30-Apr-02 | 10-Mar-04 | 13145.01 CLIENT COMPLETED PROGRAM | 50% |
| 1870 | 17-May-02 | 09-Mar-04 | 48,649.88 CLIENT COMPLETED PROGRAM | 50% |
| 1873 | 02-May-02 | 06-Apr-04 | 20050.27 ***CLIENT COMPLETED PROGRAM*** | 50% |
| | | | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\cf1\fs17\lang1033 7/21/2004 1:59:20 PM KGE: \cf2\b CLIENT COMPLETED PROGRAM | |
| 1891 | 06-May-02 | 21-Jul-04 | \par \cf0\ | 50% |
| 1903 | 09-May-02 | 05-Jan-04 | 9171.00 CLIENT COMPLETED PROGRAM | 50% |
| | | | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 8/27/2004 12:09:26 PM KGE: \cf2\b CLIENT COMPLETED PROGRAM \par KILL | |
| 1937 | 15-May-02 | 27-Aug-04 | | 50% |
| 1940 | 15-May-02 | 03-Feb-04 | 10983.98 CLIENT COMPLETED PROGRAM | 50% |
| 1994 | 28-May-02 | 29-Apr-04 | 27530.00 *****CLIENT COMPLETED PROGRAM****** | 50% |
| 2045 | 31-May-02 | 11-Mar-04 | 26390.27 CLIENT COMPLETED PROGRAM | 50% |
| 2062 | 10-Jun-02 | 07-May-04 | 7299.26 CLIENT COMPLETED PROGRAM   ***OWES $0.00*** | 50% |
| 2097 | 18-Jun-02 | 05-Dec-03 | 23577.38 CLNT HAS COMPLETED PROGRAM | 50% |

| | | | | |
|---|---|---|---|---|
| 2101 | 18-Jun-02 | 25-Mar-04 | 27807.51  ****CLIENT COMPLETED PROGRAM*** | 50% |
| 2169 | 28-Jun-02 | 16-Jul-04 | {\rtf1\ansi\ansicpg1252\deff0\defla ng1033{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\ cf1\fs17 7/16/2004 8:47:51 A | 50% |
| 2172 | 28-Jun-02 | 20-May-04 | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcha rset0 Arial;}} {\colortbl ;\red0\green0\blue0;} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 6/15/2004 2:34:08 PM KGE: \cf0 KILLED ALL TRANS IN ACH \par \fs17 18761.74 COMPLETED PROG | 50% |
| 2183 | 01-Jul-02 | 27-Nov-02 | 13227.09 CLIENT COMPLETED PROGRAM | 50% |
| 2217 | 02-Jul-02 | 18-Apr-03 | 57606.86 ****CLIENT COMPLETED PROGRAM**** | 50% |
| 2272 | 18-Jul-02 | 06-Aug-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 8/6/2004 10:54:19 AM K | 50% |
| 2316 | 29-Jul-02 | 10-Jun-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 6/11/2004 10:56:17 AM KGE: \cf2\b KILLED ALL TRANS IN ACH | 50% |

| | | | | |
|---|---|---|---|---|
| 2321 | 29-Jul-02 | 04-Oct-04 | {\rtf1\ansi\ansicpg1252\deff0\defla ng1033{\fonttbl{\f0\fnil\fcharset0 Arial;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17 10/4/2004 2:43:50 PM KGE: \cf2\b CLIENT COMPLETED PROG | 50% |
| 2346 | 30-Jul-02 | 11-Feb-03 | 16075.03 CLIENT COMPLETED PROGRAM | 50% |
| 2392 | 31-Jul-02 | 23-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 9/23/2004 3:07:17 PM K | 50% |
| 2405 | 02-Aug-02 | 05-May-04 | 50.000.00 CLNT COMPLETED PROGRAM | 50% |
| 2435 | 16-Aug-02 | 17-Apr-03 | 10348.62 ***NO LONGER CLNT ******CLNT COMPLETED PROGRAM ** | 50% |
| 2437 | 16-Aug-02 | 10-Sep-03 | 17269.99 CLIENT COMPLETED PROGRAM | 50% |
| 2460 | 20-Aug-02 | 16-Oct-03 | 12189.05 CLIENT COMPLETED PROGRAM | 50% |
| 2648 | 06-Sep-02 | 31-Mar-04 | 29568.37 CLEITN COMPLETED PROGRAM | 50% |
| 2667 | 13-Sep-02 | 31-Dec-03 | 14688.04 CLIENT COMPLETED PROGRAM | 50% |
| 2672 | 13-Sep-02 | 01-May-03 | 4459.50 ****CLIENT COMPLETED PROGRAM**** | 50% |
| 2705 | 19-Sep-02 | 29-Dec-03 | 6237.99 CLIENT COMPLETED PROGRAM | 50% |
| 2811 | 30-Sep-02 | 05-May-04 | 29,845.85 CLIENT COMPLETED PROGRAM | 50% |
| 2826 | 30-Sep-02 | | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcha rset0 MS Sans Serif;}} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\ f0\fs17\lang1033 15373.89 MBNA TGA 3/11 \par \par CLIENT COMPLETED PROGRAM \par } | 50% |
| 2867 | 30-Sep-02 | 28-May-04 | 8137.65 CLIENT COMPLETED PROGRAM | 50% |
| 2879 | 30-Sep-02 | 30-Mar-04 | 47900.36 CLIENT COMPLETED PROGRAM | 50% |

FTC Exhibit B - Completed Program

| | | | | |
|---|---|---|---|---|
| 2904 | 30-Sep-02 | 29-Mar-04 | 44051.09 CLIENT COMPLETED PROGRAM | 50% |
| 2940 | 04-Oct-02 | 25-Mar-04 | 3312.70 CLIENT COMPLETED PROGRAM | 50% |
| 2947 | 07-Oct-02 | 22-Apr-03 | 14,508.97 ****CLIENT COMPLETED PROGRAM**** | 50% |
| 2965 | 10-Oct-02 | 17-Sep-03 | 9182.40 COMPLETED PROGRAM | 50% |
| 2980 | 11-Oct-02 | 23-Mar-04 | 20000 CLNT COMPLETED PROGRAM | 50% |
| 2998 | 15-Oct-02 | 16-Apr-04 | 5245.77 CLIENT COMPLETED PROGRAM | 50% |
| 3004 | 15-Oct-02 | 01-May-03 | 22189.80 CLIENT COMPLETED PROGRAM | 50% |
| 3092 | 30-Oct-02 | 16-Sep-03 | 7454.06 CLNT COMPLETED PROGRAM | 50% |
| 3101 | 30-Oct-02 | 12-Apr-04 | 11283.47 CLIENT COMPLETED PROGRAM | 50% |
| 3109 | 31-Oct-02 | 18-Aug-04 | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 8/18/2004 4:47:01 PM KGE: \cf2\b CLIENT COMPLETED PROGRAM \par \cf0\ | 50% |
| 3231 | 31-Oct-02 | 17-Jul-04 | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\cf1\fs17\lang1033 7/17/2004 10:18:13 AM KGE: \cf0 CLIENT COMPLETED PROGRAM \par KILLED | 50% |
| 3240 | 31-Oct-02 | 27-Dec-02 | 10190.13 COMPLETED PROGRAM | 50% |
| 3272 | 31-Oct-02 | 10-Aug-04 | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 8/10/2004 12:16:10 PM KGE: \cf2\b CLIENT COMPLETED PROGRAM \par KILL | 50% |

| | | | | |
|---|---|---|---|---|
| | | | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\cf1\fs17\lang1033 7/23/2004 5:47:31 PM KGE: \cf2\b CLIENT COMPLETED PROGRAM  MAY 2004 | |
| 3352 | 15-Nov-02 | 23-Jul-04 | | 50% |
| 3465 | 29-Nov-02 | 11-May-04 | 15075.07 CLNT COMPLETED PROGRAM | 50% |
| | | | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 8/24/2004 12:06:51 PM KGE: \cf2\b CLIENT COMPLETED PROGRAM \par KILL | |
| 3485 | 30-Nov-02 | 24-Aug-04 | | 50% |
| | | | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 8/13/2004 9:28:56 AM K | |
| 3529 | 30-Nov-02 | 02-Sep-04 | | 50% |
| | | | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 10/21/2004 12:25:26 PM | |
| 3633 | 13-Dec-02 | 21-Oct-04 | | 50% |

FTC Exhibit B - Completed Program

| | | | | |
|---|---|---|---|---|
| 3654 | 20-Dec-02 | 16-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 9/16/2004 12:06:28 PM KGE: \cf2\b CLIENT COMPLETED PROGRA | 50% |
| 3664 | 23-Dec-02 | 09-Mar-04 | 9,746.33 CLIENT COMPLETED PROGRAM | 50% |
| 3681 | 20-Dec-02 | 03-Oct-03 | 34532.00 CLIENT COMPLETED PROGRAM | 50% |
| 3715 | 27-Dec-02 | 13-Jul-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 MS Sans Serif;}} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\ f0\fs17\lang1033 8771.30 TGA ALL ACCOUNTS \par \par BANKING INFO FOR SIF WITH FIRST RES \par ACCOUNT# 888034916 \par | 50% |
| 3733 | 31-Dec-02 | 11-Mar-04 | 10112.68 ****CLIENT COMPLETED PROGRAM***** | 50% |
| 3734 | 31-Dec-02 | 30-Aug-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 MS Sans Serif;}} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\ f0\fs17\lang1033 6442.00 CAPITAL ONE   WE NEED CC ACCT #'S ??      ???   CLIENT COMPLETED PROGRAM!!!!!!!!!!! \par } | 50% |
| 3831 | 31-Dec-02 | 09-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 9/9/2004 6:44:04 PM KG | 50% |
| 3851 | 03-Jan-03 | 17-Nov-03 | 12567.86 CLIENT COMPLETED PROGRAM | 50% |
| 3922 | 20-Jan-03 | 20-Apr-04 | 22947.47 CLIENT COMPLETED PROGRAM | 50% |

| | | | | |
|---|---|---|---|---|
| 3931 | 20-Jan-03 | 21-Jun-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\cf1\fs17\lang1033 6/22/2004 1:47:12 PM ALO: \cf0 KILLED ALL T | 50% |
| 3990 | 24-Jan-03 | 20-Oct-04 | {\rtf1\ansi\ansicpg1252\deff0\deflang1033{\fonttbl{\f0\fnil\fcharset0 Arial;}} {\colortbl ;\red0\green0\blue0;\red0\green0\blue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17 10/20/2004 1:54:22 PM KGE: \cf2\b Per client's letter: | 50% |
| 4011 | 30-Jan-03 | 19-Dec-03 | 18017.00 COMPLETED PROGRAM | 50% |
| 4049 | 31-Jan-03 | 22-Jun-04 | {\rtf1\ansi\ansicpg1252\deff0\deflang1033{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\cf1\fs17 6/22/2004 1:49:56 PM ALO: \cf0 killed al | 50% |
| 4059 | 31-Jan-03 | 11-Sep-03 | 9918.94 *****CLIENT COMPLETED PROGRAM***** | 50% |
| 4135 | 31-Jan-03 | 22-Mar-04 | 11168.23 CLIENT COMPLETED PROGRAM | 50% |
| 4145 | 31-Jan-03 | 25-Mar-04 | 17810.56 CLIENT COMPLETED PROGRAM | 50% |
| 4177 | 03-Feb-03 | 05-May-04 | 9803.99 CLNT COMPLETED PROGRAM | 50% |
| 4179 | 03-Feb-03 | 04-Oct-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\blue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 10/4/2004 4:21:53 PM K | 50% |
| 4192 | 06-Feb-03 | 21-May-04 | 7606.28 CLIENT COMPLETED PROGRAM | 50% |
| 4278 | 20-Feb-03 | 19-Feb-04 | 9089.03 CLIENT COMPLETED PROGRAM | 50% |

| | | | | |
|---|---|---|---|---|
| 4289 | 21-Feb-03 | 20-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0\defla ng1033{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind\uc1\pard\ cf1\fs17 9/20/2004 4:41:15 P | 50% |
| 4302 | 21-Feb-03 | 20-Nov-03 | 25923.57 CLIENT COMPLETED PROGRAM | 50% |
| 4352 | 28-Feb-03 | 08-Mar-04 | 13762.16 CLIENT COMPLETED PROGRAM | 50% |
| 4358 | 28-Feb-03 | 28-Apr-04 | 24630.22 CLIENT COMPLETED PROGRAM | 50% |
| 4359 | 28-Feb-03 | 21-Jan-04 | 5449.00 CLIENT COMPLETED PROGRAM | 50% |
| 4393 | 28-Feb-03 | 14-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0\defla ng1033{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17 9/14/2004 2:05:33 P | 50% |
| 4440 | 28-Feb-03 | 16-Jul-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 7/16/2004 10:13:44 AM | 50% |
| 4460 | 28-Feb-03 | 16-Aug-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 8/16/2004 8:15:28 PM K | 50% |

FTC Exhibit B - Completed Program

| | | | | |
|---|---|---|---|---|
| | | | {\rtf1\ansi\ansicpg1252\deff0\defla ng1033{\fonttbl{\f0\fnil\fcharset0 Arial;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\ cf1\fs16 TCO 09/30/04 \cf2\b CLIENT COMPLETED | |
| 4621 | 27-Mar-03 | 30-Sep-04 | PROGRAM; KILLED A | 50% |
| | | | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 6/18/2004 1:44:36 PM KGE: \cf0 KILLED ALL | |
| 4646 | 29-Mar-03 | 18-Jun-04 | T | 50% |
| | | | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 10/28/2004 | |
| 4761 | 27-Mar-03 | 28-Oct-04 | 2:34:11 PM | 50% |
| | | | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcha rset0 Arial;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 9/2/2004 1:35:39 PM KGE: \cf2\b CLIENT COMPLETED PROGRAM | |
| 4825 | 11-Apr-03 | 02-Sep-04 | \par \cf0\b | 50% |
| | | | {\rtf1\ansi\ansicpg1252\deff0\defla ng1033{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red255\green 0\blue0;\red0\green0\blue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ | |
| 4832 | 11-Apr-03 | 13-Aug-04 | cf1\fs1 | 50% |

FTC Exhibit B - Completed Program

| | | | | |
|---|---|---|---|---|
| 4880 | 18-Apr-03 | 03-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 9/3/2004 9:11:44 AM KG | 50% |
| 4900 | 20-Apr-03 | 09-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 9/9/2004 8:30:32 PM KG | 50% |
| 4975 | 28-Apr-03 | 14-May-04 | 30701.66 clnt completed program | 50% |
| 4984 | 23-Apr-03 | 05-May-04 | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}}<br>{\colortbl ;\red0\green0\blue0;}<br>{\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\cf1\fs17\lang1033 22337.99 COMPLETED PROGRAM<br>\par KILLED ALL TRANS IN ACH<br>\par } | 50% |
| 4985 | 29-Apr-03 | 09-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 9/9/2004 6:46:21 PM KG | 50% |
| 5005 | 30-Apr-03 | 01-Apr-04 | 25649.36 CHASE MFE 2/18/04**clnt completed program** | 50% |

| | | | | |
|---|---|---|---|---|
| 5019 | 28-Apr-03 | 02-Nov-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 11/2/2004 12:06:11 PM | 50% |
| 5080 | 30-Apr-03 | 15-Jun-04 | {\rtf1\ansi\ansicpg1252\deff0\deflang1033{\fonttbl{\f0\fnil\fcharset0 Arial;}}<br>{\colortbl ;\red0\green0\blue0;}<br>{\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\cf1\fs17 6/15/2004 12:26:30 PM KGE: \cf0 CLIENT COMPLETED PROGRAM<br>\par KILLED ALL T | 50% |
| 5153 | 30-Apr-03 | 05-Jul-04 | {\rtf1\ansi\ansicpg1252\deff0\deflang1033{\fonttbl{\f0\fnil\fcharset0 MS Sans Serif;}}<br>{\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\f0\fs17 CLIENT COMPLETED PROGRAMKILLED ALL TRANS IN ACH<br>\par } | 50% |
| 5208 | 08-May-03 | 25-Mar-04 | 26071.93 HWH-LANE BRYANT 1/04- client completed program | 50% |
| 5231 | 14-May-03 | 08-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0\deflang1033{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17 9/8/2004 6:06:48 PM | 50% |
| 5273 | 15-May-03 | 05-May-04 | 17574.49 ******CLIENT COMPLETED PROGRAM******** | 50% |
| 5435 | 31-May-03 | 31-Mar-04 | 41,704.48 CLIENT COMPLETED PROGRAM | 50% |
| 5440 | 31-May-03 | 16-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 9/16/2004 6:03:51 PM KGE: \cf2\b CLIENT COMPLETED PROGRAM | 50% |

FTC Exhibit B - Completed Program

| | | | | |
|---|---|---|---|---|
| 5450 | 31-May-03 | 06-May-04 | 22572.50 ***************CLIENT COMPLETED PROGRAM********** | 50% |
| 5530 | 04-Jun-03 | 13-Mar-04 | 18990.26 CLIENT COMPLETED PROGRAM | 50% |
| 5557 | 13-Jun-03 | 04-Oct-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\blue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 10/4/2004 3:37:35 PM K | 50% |
| 5568 | 13-Jun-03 | 21-Jul-04 | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcharset0 MS Sans Serif;}{\f1\fnil\fcharset0 Arial;}} {\colortbl ;\red0\green0\blue0;\red0\green0\blue128;} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\f0\fs17\lang1033 18830.72 MBNA JCU  4\cf1\f1\fs17 7/ | 50% |
| 5576 | 15-Jun-03 | 04-May-04 | 9100.00 ************CLIENT COMPLETED PROGRAM************ | 50% |
| 5683 | 25-Jun-03 | 08-Oct-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\blue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 10/8/2004 11:04:35 AM | 50% |
| 5724 | 20-Jun-03 | 28-Apr-04 | 14773.20 CLIENT COMPLETED PROGRAM | 50% |
| 5738 | 27-Jun-03 | 25-Mar-04 | 9522.94 CLIENT COMPLETED PROGRAM I will mail letter when sif fees cl | 50% |
| 5838 | 30-Jun-03 | 22-Oct-04 | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}} {\colortbl ;\red0\green0\blue0;\red0\green0\blue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 10/22/2004 12:49:40 PM KGE: \cf2\b CLIENT COMPLETED PROGRAM \par KIL | 50% |

| | | | | |
|---|---|---|---|---|
| 5844 | 25-Jun-03 | 03-May-04 | 5400 CLNT COMPLETED PROGRAM | 50% |
| 5896 | 30-Jun-03 | 05-Mar-04 | 13251.23 CLIENT COMPLETED PROGRAM | 50% |
| 5977 | 15-Jul-03 | 12-Aug-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}}<br>{\colortbl ;\red0\green0\blue0;}<br>{\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\cf1\fs17\lang1033 6/21/2004 11:52:40 AM KGE: \cf0 KILLED ALL | 50% |
| 6103 | 30-Jul-03 | 08-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 9/8/2004 5:06:21 PM KG | 50% |
| 6142 | 31-Jul-03 | 06-May-04 | 32,363.61 CLIENT COMPLETED PROGRAM | 50% |
| 6249 | 31-Jul-03 | 12-Jul-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 8/2/2004 1:51:14 PM KGE: \cf0 KILLED ALL TRANS IN ACH \p | 50% |
| 6260 | 31-Jul-03 | 12-Feb-04 | 40205.00 CLIENT COMPLETED PROGRAM | 50% |
| 6306 | 31-Jul-03 | 25-Oct-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 10/25/2004 3:06:23 PM | 50% |

| | | | | |
|---|---|---|---|---|
| 6319 | 31-Jul-03 | 17-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 9/17/2004 11:56:57 AM | 50% |
| 6362 | 31-Jul-03 | 22-Jun-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;}} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 6/22/2004 1:51:34 PM ALO: \cf0 KILLED ALL T | 50% |
| 6366 | 31-Jul-03 | 17-Jun-04 | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcha rset0 Arial;}} {\colortbl ;\red0\green0\blue0;\red255\green 0\blue0;} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 6/17/2004 5:53:09 PM KGE: \cf2 CLIENT COMPLETED PROGRAM\cf0 \par KIL | 50% |
| 6404 | 02-Aug-03 | 10-Mar-04 | 13815.01 CLIENT COMPLETED PROGRAM | 50% |
| 6405 | 01-Aug-03 | 13-Oct-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 10/13/2004 10:22:29 AM | 50% |
| 6429 | 06-Aug-03 | 04-Oct-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 10/4/2004 12:50:41 PM | 50% |

| | | | | |
|---|---|---|---|---|
| 6430 | 08-Aug-03 | | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 7/14/2004 10:05:44 AM | 50% |
| 6438 | 11-Aug-03 | 31-Aug-04 | {\rtf1\ansi\ansicpg1252\deff0\defla ng1033{\fonttbl{\f0\fnil\fcharset0 Arial;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17 8/31/2004 4:23:23 PM KGE: \cf2\b CLIENT COMPLETED PROG | 50% |
| 6459 | 15-Aug-03 | 19-May-04 | 15500.09 CLIENT COMPLETED PROGRAM | 50% |
| 6470 | 15-Aug-03 | 16-Aug-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red255\green 0\blue0;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 8/16/2004 4:47:02 PM K | 50% |
| 6490 | 15-Aug-03 | 01-Nov-04 | {\rtf1\ansi\ansicpg1252\deff0\defla ng1033{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17 11/1/2004 1:43:37 P | 50% |
| 6564 | 21-Aug-03 | 08-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 9/8/2004 5:07:18 PM KG | 50% |

| | | | | |
|---|---|---|---|---|
| 6601 | 29-Aug-03 | 11-Aug-04 | {\rtf1\ansi\ansicpg1252\deff0\deflang1033{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red255\green0\blue0;\red0\green0\blue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs1 | 50% |
| 6653 | 29-Aug-03 | 27-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\blue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 9/27/2004 4:38:32 PM K | 50% |
| 6660 | 29-Aug-03 | 03-Nov-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\blue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 11/3/2004 9:45:50 AM K | 50% |
| 6737 | 31-Aug-03 | 05-May-04 | 36977 CLIENT COMPLETED PROGRAM | 50% |
| 6795 | 31-Aug-03 | 31-Aug-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\blue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 8/31/2004 11:50:25 AM | 50% |
| 6844 | 05-Sep-03 | 20-May-04 | 13267.26 client completed program | 50% |

| | | | | |
|---|---|---|---|---|
| 6856 | 08-Sep-03 | 08-Oct-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\\*\generator Riched20 5.50.99.2009;}\viewkind\uc1\pard\ cf1\fs17\lang1033 10/8/2004 11:10:57 AM | 50% |
| 6921 | 16-Sep-03 | 21-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0\defla ng1033{\fonttbl{\f0\fnil\fcharset0 Arial;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17 9/21/2004 3:20:55 PM KGE: \cf2\b NO LONGER CLIENT \pa | 50% |
| 6947 | 17-Sep-03 | 23-Jun-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;} {\\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 6/24/2004 3:42:59 PM KGE: \cf0 KILLED ALL T | 50% |
| 6974 | 23-Sep-03 | 30-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 9/30/2004 7:45:28 PM K | 50% |
| 6994 | 26-Sep-03 | 07-Jun-04 | 35765 CLIENT COMPLETED PROGRAM | 50% |
| 7096 | 30-Sep-03 | 26-Aug-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 8/26/2004 3:54:48 PM KGE: \cf2\b CLIENT COMPLETED PROGRAM | 50% |

| 7099 | 30-Sep-03 | 18-Aug-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}}{\colortbl ;\red0\green0\blue0;\red255\green0\blue0;\red0\green0\blue128;}{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 8/25/2004 10:30:34 AM KGE: \cf2 KILL | 50% |
| 7137 | 25-Sep-03 | 19-Aug-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}}{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 8/19/2004 8:36:19 PM KGE: \cf2\b CLIENT COMPLETED PROGRAM | 50% |
| 7220 | 30-Sep-03 | 16-Jul-04 | {\rtf1\ansi\ansicpg1252\deff0\deflang1033{\fonttbl{\f0\fnil\fcharset0 Arial;}}{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}{\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\cf1\fs17 7/16/2004 9:30:03 AM KGE: \cf2\b CLIENT COMPLETED PROG | 50% |
| 7228 | 26-Sep-03 | 27-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0\deflang1033{\fonttbl{\f0\fnil\fcharset0 Arial;}}{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17 9/27/2004 1:19:06 PM KGE: \cf2\b CLIENT COMPLETED PROG | 50% |
| 7400 | 21-Oct-03 | 12-Aug-04 | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}}{\colortbl ;\red0\green0\blue0;}{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 8/12/2004 7:41:07 PM KGE: \cf0\b CLIENT COMPLETED PROGRAM \par KILLED ALL TRANS ACH \pa | 50% |

| | | | | |
|---|---|---|---|---|
| 7435 | 24-Oct-03 | 22-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}\f1\fnil\fcharset0 MS Sans Serif;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind\uc1\pard\cf1\fs17\lang1033 9/22/2004 11:49:58 AM | 50% |
| 7531 | 31-Oct-03 | 20-Oct-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 MS Sans Serif;}}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\f0\fs17\lang1033 CLIENT COMPLETED PROGRAM<br>\par ALL TRANS IN ACH "KILLED"\par } | 50% |
| 7663 | 31-Oct-03 | 16-Jul-04 | {\rtf1\ansi\ansicpg1252\deff0\deflang1033{\fonttbl{\f0\fnil\fcharset0 Arial;}\f1\fnil\fcharset0 MS Sans Serif;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\cf1\fs17 7/16/2004 9:31:57 A | 50% |
| 7688 | 08-Nov-03 | 06-May-04 | 9536.27 CLIENT COMPLETED PROGRAM | 50% |
| 7814 | 28-Nov-03 | 10-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 9/10/2004 11:52:55 AM KGE: \cf2\b CLIENT COMPLETED PROGRA | 50% |
| 7870 | 28-Nov-03 | 28-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}\f1\fnil\fcharset0 MS Sans Serif;}}<br>{\colortbl ;\red0\green0\blue0;\red0\green0\blue128;}<br>{\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 9/28/2004 4:39:26 PM K | 50% |

| | | | | |
|---|---|---|---|---|
| 7882 | 29-Nov-03 | 04-Aug-04 | {\rtf1\ansi\ansicpg1252\deff0\defla ng1033{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17 8/4/2004 5:31:17 PM | 50% |
| 8166 | 30-Dec-03 | 13-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 9/13/2004 7:11:54 PM K | 50% |
| 8279 | 16-Jan-04 | 20-Oct-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 10/20/2004 1:35:05 PM | 50% |
| 8336 | 27-Jan-04 | 24-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 9/24/2004 12:52:26 PM | 50% |
| 8337 | 27-Jan-04 | 07-Sep-04 | {\rtf1\ansi\ansicpg1252\deff0{\fontt bl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ cf1\fs17\lang1033 9/7/2004 12:19:16 PM K | 50% |

FTC Exhibit B - Completed Program

| | | | | |
|---|---|---|---|---|
| 8348 | 26-Jan-04 | 25-Oct-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\blue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 10/25/2004 1:13:57 PM | 50% |
| 8447 | 31-Jan-04 | 05-Aug-04 | {\rtf1\ansi\deff0{\fonttbl{\f0\fnil\fcharset0 MS Sans Serif;}} {\*\generator Riched20 5.50.30.2002;}\viewkind4\uc1\pard\f0\fs17\lang1033 COMPLETED PROGRAM \par } | 50% |
| 8501 | 13-Feb-04 | 10-Aug-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\blue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 8/10/2004 10:02:36 AM | 50% |
| 8801 | 26-Mar-04 | 26-Aug-04 | {\rtf1\ansi\ansicpg1252\deff0{\fonttbl{\f0\fnil\fcharset0 Arial;}} {\colortbl ;\red0\green0\blue0;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17\lang1033 8/26/2004 8:32:24 PM KGE: \cf0\b CLIENT COMPLETED PROGRAM \par KILLED ALL TRA | 50% |
| 9244 | 14-Jun-04 | 11-Oct-04 | {\rtf1\ansi\ansicpg1252\deff0\deflang1033{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\blue128;} {\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\cf1\fs17 10/11/2004 12:45:48 | |

| | | | |
|---|---|---|---|
| | | | {\rtf1\ansi\ansicpg1252\deff0\defla ng1033{\fonttbl{\f0\fnil\fcharset0 Arial;}{\f1\fnil\fcharset0 MS Sans Serif;}} {\colortbl ;\red0\green0\blue0;\red0\green0\b lue128;} {\\'\*\generator Riched20 5.50.99.2009;}\viewkind4\uc1\pard\ |
| 9402 | 28-Jun-04 | 18-Oct-04 | cf1\fs17 10/18/2004 7:57:04 |

| BBFS REVENUE ANALYSIS | | |
|---|---|---|
| | | |
| **COUNT SUM RECEIPTS TABLE** | | |
| **CountOfClientID** | **SumOfReceiptAmount** | |
| **23327** | **$11,978,249.18** | |
| | | |
| **PaymentType** | **CountOfPaymentType** | **SumOfReceiptAmount** |
| ACH | 18550 | $7,765,776.22 |
| CERT | 77 | $43,582.82 |
| Certified | 10 | $4,092.51 |
| CHECK | 1954 | $3,073,920.78 |
| MO | 20 | $7,129.38 |
| NO ENTRY | 131 | $50,355.30 |
| UNKNOWN | 2585 | $1,033,392.17 |
| **TOTALS** | **23327** | **$11,978,249.18** |
| | | |
| | | |
| **COUNT SUM PAYMENTS TABLE** | | |
| **CountOfClientID** | **SumOfAmount** | |
| **19135** | **$8,000,831.86** | |
| **Description** | **CountOfDescription** | **SumOfAmount** |
| FEE PAYMENT | 6 | $1,275.60 |
| FEE PMT FOR ACCT#Retainer Fee | 375 | $148,802.13 |
| INITIAL FEE CONVERSION | 8942 | $3,776,293.97 |
| SETTLEMENT FEE CONVERSION | 9812 | $4,074,460.16 |
| **TOTALS** | **19135** | **$8,000,831.86** |