## Declaration of Angela Starksspear
## Pursuant to 28 U.S.C. § 1746

1. I am over 21 years of age.

2. I reside at 629 Bullhead Road, Conchas Dam, New Mexico 88416 and my residence telephone number is (505) 868-1911.

3. Except as otherwise indicated, I have personal knowledge of the facts stated herein, and if called, would testify competently to them.

4. In February of 2004, I learned about Better Budget Financial Services ("BBFS") through the Internet. I contacted BBFS immediately from the number listed on their web page www.bbfs1.com and I spoke with a counselor named Jason. He explained the debt reduction program to me. I felt comfortable that I could start working on becoming debt free because Jason promised that BBFS would reduce my debt to 50% to 70% and help me take care of my financial situation. After that I signed up for the program.

5. My outstanding debt was $16,187.00 and I was told by BBFS that my debt would be reduced to $8,093.50 within a 36 months term. My monthly payment to be deposited in a separate bank account would be $274.00 with a $30.00 administrative fee every month.

6. I followed the instructions that I was given to successfully complete the program. I was instructed to STOP sending payments to my creditors and to deposit $274.00 per month into a separate personal bank account that would be monitored by BBFS. BBFS promised that they would contact one of my creditors when we had saved enough money in our bank account to pay 50% of the amount owed to that creditor and negotiate a payoff amount.

7. Jason my counselor informed me in the beginning to fill out a cease and desist form and send one to each of my creditors which will give BBFS power of attorney to speak in my behalf and also that the creditors calls would stop coming to me. I was also told that it was against the law for creditors to contact me after I fax them a cease and desist notice. Further I was told that if I receive any correspondence from any of my creditors I should fax it to BBFS immediately. So I did.

8. However, the creditors calls never stopped. In May of 2004 after already being in the program for three months, I was served with papers from one of my creditor Zia Finance. They wanted to garnish my wages. I contacted BBFS to help me settle this account immediately. My debt to Zia finance was $585.00. On May 29, 2004 I paid $511.30 plus $65 court cost to my creditor because I didn't want to go to court. I settled this account on my own.

1

9. On July 14, 2004 another creditor, Austin School of Massage, contacted me for a bill for $459.50. I called and asked BBFS if they could settle this account for me. BBFS called the school and settled it for $229.75. BBFS charged me $54.00 settlement fee for this account and I paid $30.00 administrative fee. I only saved $76.00 on this account.

10. In my initial conversation with counselor Jason I was told that BBFS would stop interest and late fees on my accounts. This did not happen. Now most of my bills are hundreds if not thousands of dollars more than when I started with BBFS.

11. I was in the program for nine months and BBFS settled only with one creditor out of my total eight creditors. BBFS did not initiate the settlements with my creditors. I had to contact BBFS and tell them that there is enough money in the account to start negotiating with my other creditors. I started to get concerned about my accounts. I called and left several messages to contact me regarding my accounts and my calls were not returned. I can't express the anxiety I now have knowing that my current financial situation is worse. When I joined the program I was led to believe that I was making a positive step by signing up with the BBFS program.

12. November 10, 2004 I called BBFS to find out what was going on with my accounts. When I called I got a voice message stating that the Federal Trade Commission has taken over and to contact them regarding my accounts.

13. I contacted Carole Paynter, attorney at the Federal Trade Commission and discussed my complaint with her.

14. I joined the BBFS debt reduction program because I was led to believe that I was taking steps to reduce my debt, and not to damage my credit. I want my $274.00 retainer fee and nine months of $270.00 administrative fees to be refunded to me.

I make this declaration under penalty of perjury that the foregoing is true and correct and understand that it may be used by the Federal Trade Commission in a law enforcement proceeding.

Executed on January 12, 2005

Angela Starksspear

2