**Declaration of Carrie Alajoki**
**Pursuant to 28 U.S.C. § 1746**

1.    I am over 21 years of age.

2.    I reside at 801 Third Avenue E, Ashland, WI 54806 and my residence telephone number is (715) 682-2812.

3.    Except as otherwise indicated, I have personal knowledge of the facts stated herein, and if called, would testify competently to them.

4.    In July of 2002 I had learned of Better Budget Financial Services, Inc. ("BBFS") on the Internet. The BBFS website sounded promising and a reasonable way for my husband and I to get ourselves out of debt. At this time, my husband and I were not experiencing any problems paying our bills but just wanted a way to reduce our debt.

5.    I called BBFS' toll free number and spoke with a representative Paul Richardson. He explained to me how the program works. He informed me that we would stop making payments to our creditors directly and place a lower monthly amount into a savings account that would later be used to pay off our debt. I shared my concerns about my credit rating being ruined and he said that we would be better off in the long run because all of our creditors would be paid off. He also told us that at this point creditors would have no right to communicate with us. He took all of our debt amounts and the names of the creditor's information. He told us that all creditors would receive a notice that BBFS is handling the accounts from this point forward and that creditors were not to contact us. We were paying our creditors each month before we joined BBFS.

6.    My husband and I followed the instructions that we were given and proceeded full speed ahead to successfully complete the program. We were instructed to STOP sending payments to our creditors and deposited $375.00 per month into a separate personal bank account that would be monitored by BBFS. The BBFS told us that they would contact one of our creditors when we had saved enough money in our bank account to pay 50% of the debt owed to that creditor and negotiate a payoff amount.

7.    We paid $375.00 initial retainer fee to BBFS. We deposited $375.00 each month into our personal bank account as payment towards our debt. We paid $29.95 administrative fee each month which was automatically deducted by BBFS from our personal bank account. We were told by BBFS that we would be debt free in three years.

8.    We were concerned about not keeping our monthly payments current with our creditors but BBFS continued to advise us that this is how the program works. BBFS was extremely reassuring that by building up a savings account, our creditors would see that we were trying to move in a positive direction and that the creditors would work with us

1

in settlements of our debts. BBFS told us that creditors are happy to make settlements because it was money in their pocket as opposed to people who never pay.

9.    We had several months of non stop phone calls from our creditors despite what BBFS had promised. We faxed to creditors a cease and desist notice as instructed by BBFS and told our creditors to contact them regarding our accounts.

10.    My husband noticed that we had over $2,000.00 in our account and there weren't any settlements from BBFS. He called BBFS and asked them to start making settlements with our creditors. Over the course of our involvement with the BBFS program this happened several times. We had to call BBFS and ask them to make another settlement. Creditors call and say they made an offer to BBFS and BBFS never told us. We were sued twice and almost a third time. My husband's wages were garnished once and almost a second time. We had to borrow money from the family to pay to our creditors.

11.    The following are the accounts that we turned over to BBFS and the outcome of the accounts:

Union Plus Credit Card - we settled this account for $705.00 in January of 2003. We had to call BBFS and instruct them to make an offer. BBFS charged us a $299.00 settlement fee.

Chase Bank (first account) - we settled this account for $1,341.00 in February of 2003. We had to call BBFS and instructed them to make this offer. BBFS charged us $623.68 settlement fee.

Chase Bank (second account) - we settled this account for $1,112.84 in February 2003. We had to call BBFS and instructed them to make this offer. BBFS charged us $516.67 settlement fee.

Capital One - we settled this account for $1,279.61 (we paid the full balance). We were sued by this creditor. It went to court in Ashland County WI on July 21, 2003. We learned about this suit through the mail from the creditor's lawyer. BBFS said they knew nothing about it. We made an arrangement to pay $100.00 a month through the creditor's lawyer. BBFS did not get any settlement fee on this account.

Cross Country Bank - we were sued on this account on July 28, 2003. The creditor had garnished $3,288.99 from my husband Kevin's pay check. Kevin called and discussed this issue with Novia Ramos at BBFS. She said that she had made an offer to Cross Country Bank that morning. We were told otherwise by the creditor's lawyer. There was never a offer made to Cross Country Bank by BBFS. At this point my husband Kevin called BBFS and spoke with Novia Ramos again. He said to her that we would not be depositing $375.00 into our savings account to help off-set the cost of the law suits.

2

Novia Ramos said that that was fine although BBFS would still deduct $29.95 monthly administrative fee.

Houston Funding Corporation - the balance on this account was $1,662.00 and we settled it for $831.00 on March of 2004. BBFS charged us $207.75 settlement fee.

Fleet Credit Card - the balance on this account was $6,562.55. I received a call from a creditor's lawyer on July 30, 2004. He told me that he had been in contact with BBFS and made them an offer that was only good until July 31st, 2004. Since he had not heard back from BBFS, he called me directly to tell me that the money was due the very next day to in order to avoid a law suit which would include interest and penalties. I made a payment over the phone for $2,625.02 to the creditor's lawyer. Then I contacted BBFS to discuss this matter and they told me that I broke the contract by talking to the creditor's lawyer directly and that BBFS is still entitled to receive their settlement fee. BBFS charged me $481.87 settlement fee on this account.

12.    In August of 2004 we notified BBFS that we were cancelling our participation in the debt reduction program effective immediately. We complained to BBFS that we had settled with our creditors mostly on our own and still BBFS charged us for settlements that we negotiated with the creditors. Being in this program had a terrible effect on us financially as our debts to each creditor grew larger due to late fees and interest added onto the accounts when we stopped paying to them, on the advice of BBFS. Also to make matters worse my husband's wages was garnished and we were sued by the creditors. All this happened because BBFS's dishonestly misled us into this program. We are extremely embarrassed by our involvement with BBFS program. We are both had working individuals with highly respected jobs in our community. The BBFS program was obviously a huge mistake I wish I had never made.

13.    I heard about the current BBFS situation through my Discover Card creditor. I called BBFS toll free number and I got a voice message stating that the Federal Trade Commission has taken over and to contact them regarding the accounts.

14.    I contacted Carole Paynter, attorney at the Federal Trade Commission and discussed my complaint with her.

I make this declaration under penalty of perjury that the foregoing is true and correct and

understand that it may be used by the Federal Trade Commission in a law enforcement proceeding.

Executed on _January 14th, 2005_

_Carrie Alajoki_
Carrie Alajoki

PAGE