UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | 04-12326 (WGY) |
| BETTER BUDGET FINANCIAL SERVICES, INC., ) | |
| JOHN COLON, JR., and JULIE FABRIZIO-COLON, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION
TO RESCHEDULE STATUS CONFERENCE**

Now comes Plaintiff Federal Trade Commission ("Commission") and respectfully moves to request that the Court reschedule the status conference scheduled for February 9, 2005 at 2:30 pm be rescheduled to February 11, 2005 at 2:30 pm.

As a reason for this motion, counsel for the Plaintiff states that all of the counsel assigned to represent the Commission are scheduled to be engaged in other matters on February 9, 2005 that require them to be present in New York. Plaintiff further states that the parties are engaged in ongoing settlement discussions to resolve the entire matter without resort to trial, which discussions are presently continuing. Plaintiff believes that the requested 2-day adjournment of the status conference will not prejudice either party to this action.

Certification Pursuant to Local Rule 7.1

Pursuant to Local Rule 7.1, counsel for the parties have conferred, and counsel for the defendants has no opposition to the Commission's request for an adjournment.

Respectfully submitted,

PLAINTIFF:
FEDERAL TRADE COMMISSION

By: *Carole A. Paynter*
Carole A. Paynter
Elvia P. Gastelo
Theodore Zang
Federal Trade Commission
One Bowling Green, Suite 318
New York, NY 10004
212-607-2813, 2811(ph)
212-607-2822 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished on this 4th day of February, 2005 by facsimile and regular mail to the following attorneys for the defendants in this action:

Theodore W. Atkinson (*pro hac vice*)
Venable, LLP
575 7th Street, N.W.
Washington, DC 20004-1601

Christian H. Pedersen (BBO #644016)
METAXAS, NORMAN & PIDGEON, LLP
900 Cummings Center, Suite 207T
Beverly, MA 01915

*Carole A. Paynter*