UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No:04-12326-WGY

**FEDERAL TRADE COMMISSION**
**Plaintiff**

v.

**BETTER BUDGET FINANCIAL SERVICES**
**Defendant**

NOTICE OF HEARING
─────────────────

**YOUNG, C.J.**

TAKE NOTICE that the above-entitled case has been set for Hearing on the Motion Summary Judgment at 2:00 PM , on THUR. MARCH 3 , 2005.  The hearing will take place at :

BOSTON UNIVERSITY SCHOOL OF LAW
LAW AUDITORIUM, GROUND FLOOR
765 COMMONWEALTH AVE.
BOSTON

Opposition is due  2/18/05  Reply,if any, is due by 2/25/05

**By the Court,**

/s/ Elizabeth Smith
──────────────────────
**Deputy Clerk**

February 7, 2005

**To: All Counsel**