**EXHIBIT A**

**TO**

**DECLARATION OF JOHN COLON, JR.**


Better Budget Financial Services

# CLIENT BRIEFING

Dear Client:

Welcome to Better Budget Financial Services, Inc., one of the nation's largest Debt Settlement companies. Our mission is to improve your financial future by helping you to become debt-free in one to three years.

## PLEASE READ THIS BRIEFING CAREFULLY! THESE INSTRUCTIONS ARE CRITICAL TO THE SUCCESS OF YOUR PROGRAM.

The management team at Better Budget Financial Services, Inc. consists of the best debt negotiators in the country. Collectively, we have years of experience in the areas of debt management and we have settled thousands of debts for individuals, families, and businesses. However, our success in helping you DEPENDS ENTIRELY ON YOUR SUPPORT AS A CLIENT. You can ensure the success of your own Debt Settlement Program by thoroughly understanding the material presented in these pages and following these instructions carefully.

## OVERVIEW

It will help you to better understand your Debt Settlement Program if you realize that our service consists of three distinct elements, each requiring different departments at Better Budget Financial Services, Inc. working on your behalf. Combined, these three different services represent the state-of-the-art system we have developed to help you become debt-free in record time! The three elements of your program are as follows:

**I. PROGRAM ORIENTATION** - The Program Orientation began with your initial discussion with one of our debt consultants, and continued through the enrollment process (where you completed the few simple forms needed to participate in our program). It also includes your careful review of this Client Briefing. In addition, you will receive a welcome-aboard phone call from one of our Client Services Team members to review the details of your program and make sure all of your questions have been answered to your satisfaction.

**II. CREDITOR INTERVENTION** - This service continues throughout the duration of your program until all of your debts have been settled. Better Budget Financial Services, Inc. will contact your creditors to inform them that you have enrolled in our program and that all further communications should be directed to our office. Your creditors will usually attempt to apply their routine collection tactics to pressure you into sending them money. We have a program designed to ease the pressure on you, provide you with peace-of-mind, and reduce the amount of stressful contact you may experience with your creditors. For many of our clients, who are accustomed to frequent and annoying creditor collection calls, this part of our service alone is a tremendous help, even before their debts have started to decrease as a result of our settlement efforts.

**III. DEBT SETTLEMENT** - Better Budget Financial Services, Inc.'s world-class negotiators can only begin to eliminate your debts for you <u>after</u> you have accumulated enough money in your program account for us to make a reasonable offer to one or more of your creditors. For the average Better Budget Financial Services, Inc. client, this means that we will not actually begin serious negotiations with your creditors until three to six months have elapsed. Once our negotiators start the process, you will watch your debt balances decrease dramatically! In the meantime, you should stay in touch with us, regularly fund your program account per the terms of your agreement and envision a life without unsecured debt.

## PROGRAM ORIENTATION

### 1. We are negotiators, not consolidators or credit counselors.

At Better Budget Financial Services, Inc., we work for you. We negotiate with your creditors on your behalf to substantially reduce the total amount of unsecured debt you owe. <u>This program is an alternative to bankruptcy</u>. Our goal is to obtain mutually agreeable settlements on the principal amounts (not just on the interest or payments as with most other debt management companies). The process works within your budget to eliminate your debts in the shortest possible period of time.

### 2. We do not make monthly payments to your creditors.

Funds are disbursed by you AFTER settlements have been reached. If you are adding to your program account over a period of months, those funds are building up for the purpose of achieving a LUMP-SUM SETTLEMENT with one or more of your creditors. (The only exception to this rule is when we determine that there is a strategic advantage to making a small interim payment to "hold" the account at a particular stage in the collection process.) The reason for this is simple. DEBT SETTLEMENT is not like "debt consolidation" at all. Most "consolidation" programs are ineffective at eliminating debt because they simply shuffle the payments around without attacking the real problem: the amount of DEBT PRINCIPAL. We chop the principal itself down to size, a size your budget can handle.

### 3. We do not make payment "proposals" to your creditors.

If a creditor sneaks a phone call through to you during the program (more on stopping creditor calls later), they may say, "We haven't received a proposal from Better Budget Financial Services, Inc." If you hear something like this from a creditor, ignore it. They are absolutely correct. What the creditor means by a "proposal" is a payment arrangement to repay 100% of the balance due, including interest, late fees, and penalties. That is NOT what we do at Better Budget Financial Services, Inc. Instead, we reduce the amount of the debt by persuading the creditor to accept a lump sum as payment in full on the account. It may take us up to six months to achieve the first settlement on your program, depending on the amount of funds available in your program account.

### 4. Your budget sets the pace.

Your enrollment paperwork includes the Agreement to set aside a monthly payment into your program account. Settlements with your creditors simply cannot be achieved without adequate funds. Most creditors will settle for 35-50 cents on the dollar. In some cases the settlement may be as low as 20%, and in rare cases more than 50%. We will present you with our best professional judgment regarding any particular settlement offer from one of your creditors.

### 5. Fund your program account every month.

We strongly recommend that you establish a regular monthly funds transfer to your program account with Better Budget Financial Services, Inc. It is essential that we know at all times exactly what money is available for settlement with creditors. If you have any questions regarding funding your program account, please call our Client Services Department at 1-866-922-2237, 12 pm to 9pm Eastern Time, Monday and Thursday, or 9 am to 6 pm Tuesday, Wednesday, or Friday, or e-mail us at customersupport@bbfs1.com 24 hours a day. From time to time, we may contact you to see how your budget is going. We will work with you to bring the maximum amount of funds into your program account. Here's the BOTTOM LINE: **The more money we have to work with, the faster we can settle your debts, and the bigger savings we will achieve for you.**

## CREDITOR INTERVENTION

### 6. Stopping the collection calls.

It is nearly impossible for the average person to negotiate a debt reduction program on their own. That's because each collection call is a stressful event, and the cumulative effect of that stress tends to wear people down. A bill collector may be nice or nasty, pleasant or rude, but the purpose of the call is always to convince you to mail in a payment or do a check-by-phone. Because the pressure to give in and capitulate to a creditor's demands can be overwhelming, the success of your debt settlement program requires that you adopt certain methods for avoiding

creditor harassment. Better Budget Financial Services, Inc. has developed a program that will help reduce or eliminate your stress.

Here's how the program works:

**Step One: Prevention**—Client should first obtain Privacy Manager, Call Intercept, or a Telezapper device in order to minimize the number of automated creditor phone calls received.

**Step Two: Cease Communication**—Included in the Enrollment Package is a Power of Attorney and Cease & Desist letter. The client signs and returns the letter to Better Budget Financial Services, Inc. who will then forward the letter to the creditor via Certified Mail with Return Receipt. This will put the creditor on notice that they are not to contact you.

**Step Three: Creditor Call Logs**—Client is strongly encouraged to maintain detailed creditor call logs and forward these to Better Budget Financial Services, Inc. on a regular basis, so Better Budget Financial Services, Inc. can begin building a case file against abusive creditors. Better Budget Financial Services, Inc. will contact the Client by telephone within 48 hours of receiving a new call log. The call log should include name of creditor, phone number and extension of the representative who called.

**Step Four: Third-Party Cease Letter**—In the few cases when a creditor continues to call the Client, Better Budget Financial Services, Inc. will provide a Cease & Desist letter for client to mail to the creditor.

Most creditor calls are eliminated through a combination of Steps One through Three. Very few creditors persist in their violations after receiving the Cease Communication letter in Step Four. These steps will usually eliminate creditor efforts to contact you directly regarding the outstanding debt.

## 7. Call your phone company and order Privacy Manager today!

At Better Budget Financial Services, Inc., we recognize the truth of that old saying, "An ounce of prevention is worth a pound of cure." We highly recommend **Privacy Manager**, a new service from most local phone companies. (It was designed to cut down on those endless telemarketing calls, but it also works extremely well at blocking creditor telephone harassment. Please note that different local phone companies may have a different name for the service, such as Call Intercept.) Call your local phone company and order Privacy Manager today! It only costs about $4 per month and works in conjunction with your existing Caller ID feature. Privacy Manager works with a two-stage system that prevents unidentified callers from getting through. One of the best features of Privacy Manager is that <u>your phone will not even ring</u> unless the caller unblocks their number (most creditors and collectors have blocked numbers). If the caller does unblock the number, your Caller ID box will indicate that Privacy Manager is in use, and the caller will be forced to announce their company name. Then you can have the system announce that you are unavailable, so you never have to speak to the creditor. Don't worry about family or friends getting through, because you will give them an access code (for those who have blocked numbers). Privacy Manager works much better than Caller ID by itself, because Caller ID does

nothing to prevent your phone from ringing, and if you have voicemail, unanswered calls will go to voicemail. There's no reason to listen to nasty messages from harassing creditors, so Privacy Manager is the way to go.

### 8. If Privacy Manager is not available in your area, buy a Telezapper.

The Telezapper is the next best thing to Privacy Manager. The vast majority of creditors and collectors use an automatic dialing system to place their phone calls. The Telezapper thwarts these calls by fooling the dialing computer into thinking that your number is disconnected. Friends and family can get through with no problem. You can order the Telezapper directly from the manufacturer online at www.telezapper.com. Or you can go to your nearest Wal-Mart to buy one.

### 9. What to do while you are waiting for Privacy Manager to take effect.

If you receive any collection calls before your Privacy Manager service has started, it is very important that you do not engage in a dialogue with your creditors. This will only short-circuit the settlement process and work to your disadvantage. Here are a few options:

    A. HANG UP THE TELEPHONE.
    B. SCREEN YOUR CALLS WITH AN ANSWERING MACHINE.
    C. USE CALLER ID TO AVOID HARASSING CALLS.
    D. CHANGE YOUR TELEPHONE NUMBER.

You are NOT required to speak with your creditors at any time. You have a right to PRIVACY and should not feel ashamed or guilty about exercising that right.

### 10. Tell your creditors to call Better Budget Financial Services, Inc.

If you follow our advice and obtain Privacy Manager or a Telezapper, you should receive very few creditor phone calls. Our Creditor Intervention Program is a powerful solution to the nuisance of creditor harassment, but no process is "perfect" and it is possible that a creditor might still get an occasional call through to you. Again, we encourage you to avoid engaging the collector in a conversation about your situation. If the creditor does manage to get you on the phone, tell them that they should contact the Client Services Department at Better Budget Financial Services, Inc. at (978) 922-2085. Additionally, we will notify your creditors that you are participating in the program and that they should contact Better Budget Financial Services, Inc. with any questions regarding your account. Do not be surprised if the creditor is unhappy that you are involved in our program. Imagine that you are a creditor or a bill collector and you hear from a debtor that "Better Budget Financial Services told me they would settle my debt with you for less than half the balance." The response will usually be something like, "We don't settle," or "We don't work with for-profit companies," or "We've never had a proposal from Better Budget Financial Services" (see Paragraph 3 above), or any number of other misleading or untrue statements. Rather than dealing with this harassment, it is far better that you refer the creditor to our Client Services Department. Again, we will achieve tremendous savings for you through the settlement process after you have accumulated funds in your program account.

## 11. Send us your regular creditor statements once per month and collection agency notices immediately.

You will continue receiving mail from your creditors, which you should forward once per month to Better Budget Financial Services, Inc. Just as collection phone calls may be stressful, collection letters may be equally stressful. Most of our clients prefer to send this mail UNOPENED to Better Budget Financial Services, Inc. We recommend you do the same, as it will save you unnecessary aggravation as the creditors escalate their collection techniques. Please get yourself some large envelopes and write Better Budget Financial Services, Inc. on them. Place your regular creditor statements in one of the envelopes and send it to us once a month. If you receive a notice that looks like it's coming from a collection agency or collection attorney, send it to us right away. We have a time-tested technique for making life difficult for collection agencies and collection attorneys, but time is of the essence, and we need you to forward such notices to us in a timely manner.

# DEBT SETTLEMENT

## 12. It will usually take 3-6 months to achieve your first settlement.

We understand that once you have enrolled in our program, you will be anxious to see your first debt settlement. Better Budget Financial Services, Inc. can only begin to help you eliminate your debts <u>after</u> you have accumulated enough money in your program account for us to make a reasonable offer to one or more of your creditors. Once our negotiators start the process, you will watch your debt balances decrease dramatically! In the meantime, you should stay in touch with us, regularly fund your program account per the terms of your agreement, and follow the steps outline above regarding creditor intervention to avoid the pressure of collection activity while your program funds are accumulating.

## 13. Most of the accounts you place with us will "charge-off."

A "charge-off" is the point where your creditor is required (by internal policy or government regulation) to write the debt off their books. That does not mean they will stop trying to collect on the debt owed. It simply means that the creditor will notify the credit reporting bureaus that the debt was written off as a "bad debt." We will continue to work on your behalf with the collection companies that work on collecting your accounts beyond the point of charge-off. Once we have settled an account that was "charged off," that account should be reported as a "settled" account to the three major reporting bureaus: Experian, Equifax, and Trans-Union. The only way to avoid having charge-offs reported while you are in the program is to settle all the debts before they reach that stage. This is unrealistic for most clients, because it would require that lump sums of cash be available at the start of the program.

## 14. Your debts may accrue interest, late fees, and penalties until settlements are reached.

Creditors have the legal right to continue accruing interest, late fees, and over-limit penalties (if applicable) while your debts are in our program. There are two key points to understand here. The first is that this inflation of debt will usually stop at the point of charge-off, which is six months for most credit card debts. The second point is that the amount of money involved is insignificant when compared to the total amount of money saved over the duration of the program. For example, if you start out with exactly $30,000 of debt, you would pay approximately $75,600 over a ten-year period to avoid late fees and penalties, and yet you would still owe about $27,600 at the end of those ten years. Under our program, let's say the debt inflates to $36,000 during the first six months, since you are no longer keeping up with those endless minimum payments. By the time we settle those debts at our average 40% on the dollar, you will have paid out only about $21,800 (including Better Budget Financial Services, Inc.'s administrative and settlement fees). Would you rather pay $75,600 over ten years and still owe most of the original $30,000? Or would you rather pay $21,800 over three years to become completely debt free? The chart on the following page illustrates the huge difference between paying debts through minimum payments versus the tremendously accelerated reduction of debt through our Debt Settlement Program.

## 15. Better Budget Financial Services, Inc.'s fee structure works to your advantage.

There are three fees associated with Better Budget Financial Services, Inc.'s Debt Settlement Program: the Retainer Fee, the Administrative Fee, and Settlement Fee. The Retainer Fee is comprised of a one-time payment that was established at the time you enrolled in our program (based on the amount of debt you have), and a recurring monthly Administrative Fee beginning in the second month of your program. (Please refer to your contract for specific details.) It covers the cost of establishing and maintaining your file and providing client services while you are accumulating funds for the settlement of your accounts. The Settlement Fee applies only after Better Budget Financial Services, Inc. has achieved a settlement with one or more of your creditors. That fee is 25% of the SAVINGS achieved for that particular debt. (The amount saved is based on the account balance at the time of settlement, less the settlement amount agreed to by the creditor). The creditor settlement and the Settlement Fee will come from your program account. The following examples may help to understand how the Settlement Fee works:

|                       | **Example One** | **Example Two** |
|-----------------------|-----------------|-----------------|
| Debt Amount:          | $5,000.00       | $5,000.00       |
| Settlement Percentage:| 50%             | 40%             |
| Amount Due Creditor:  | $2,500          | $2,000          |
| **Saving Achieved:**  | **$2,500**      | **$3,000**      |
| Better Budget Fee:    | $625.00         | $750.00         |
| Total Payout:         | $3,125.00       | $2,750.00       |

In both examples on the previous page, the debt amount starts out the same, but because a lower settlement percentage was achieved in Example 2, the total payout (what you pay the creditor plus Better Budget Financial Services, Inc.'s Settlement Fee) is lower. This is true, even though Better Budget Financial Services, Inc.'s Settlement Fee is actually higher in Example 2! With the fee structured this way, the client always wins, because you are always in a Net Savings Position.





### 16. If your creditor mails you a settlement offer, forward it to us right away.

During the course of your Debt Settlement Program, a creditor may mail a settlement offer directly to you. It is very important that you understand that such direct settlement offers are a consequence of your participation in our program. You should always forward such offers to Better Budget Financial Services, Inc., and under no circumstances should you accept such an offer directly without first consulting with us. There are several reasons for this. First, some creditors actually try to "trick" clients into calling them by mailing a settlement offer. When the client calls the creditor to take the deal, they are informed that the offer is no longer valid. Intense collection pressure is applied to force a payment from the client, which might jeopardize the entire settlement process. Second, the offer extended by the creditor may not be the best available settlement. For instance, the settlement offer might be for 50% of the balance, with a single lump-sum payment, where we could obtain a 40% settlement to be paid in three installments with that same creditor. Third, if you attempt to work a settlement with a creditor on your own, you will lose the protection that comes from the involvement of a professional third-party settlement firm. Part of our service is to ensure that each settlement is properly documented before funds are presented to the creditor, and to act on your behalf should a creditor attempt to collect the forgiven balance later on. Better Budget Financial Services, Inc. will be entitled to the applicable settlement fee of 25% of savings for any settlement offers accepted by you during your program, so we strongly recommend that you not accept any creditor offers without consulting with us.

### 17. Don't panic if your account is placed with a collection company.

Creditors routinely place accounts for collection with collection agencies and collection attorneys. While the letters or phone calls you may receive from such companies will usually be very confrontational and threatening, you should understand that such activity is "business-as-usual" in the world of debt collections. If you begin receiving phone calls from such an agency or attorney, then you should contact a client services representative. Written notices that you may receive from any collection agency or collection attorney should be promptly forwarded to the Client Services Department at Better Budget Financial Services, Inc.

### 18. What to do if a creditor brings a lawsuit against you.

Although your creditors have the legal right to sue you for non-payment on your debt, lawsuits are the exception rather than the rule in our business. This is simply because most creditors understand that a lawsuit often drives a client to declare bankruptcy in order to protect themselves against the suit. However, if you do receive a "Summons & Complaint" on one of your debts, this means that your creditor has served you with a lawsuit. First, DON'T PANIC. Second, make sure that you send a full copy of the summons right away to Better Budget Financial Services, Inc. There are several approaches we can take together to resolve such a situation:

A. Offer to settle the debt. If you have access to approximately 50%-80% of the amount owed, we can usually work out an agreeable settlement with the creditor who has brought the lawsuit.

B. Answer the suit. You must file the answer with your local courthouse and pay the filing fee (usually less than $100 per person named on the suit, depending on your location). This will have the effect of temporarily blocking a "Default Judgment" by the creditor and give you additional time to raise funds for us to settle with.

C. Ignore the suit. The creditor will usually obtain a default judgment since you failed to respond in time to the complaint. Again, if you can come up with enough money post-judgment, we will continue working with that creditor to settle the account on your behalf. Be aware, however, that a default judgment can lead to a lien on your property, a levy on your bank account, or garnishment of your wages if the situation goes unresolved.

D. Negotiate a payment agreement for the full balance. All the creditor really wants is to get paid. You always have the option of removing that debt from the program if the lawsuit makes you too uncomfortable to sleep at night. Better Budget Financial Services, Inc. will be glad to negotiate a repayment plan with the creditor on your behalf. Frequently, this will result in a payment arrangement with a lower rate of interest than the original debt contract, allowing you to eliminate the debt more rapidly than before, even without a reduced principal balance. Once the payment plan has been established, you will then be responsible for following the agreed upon arrangement and sending the creditor payments on a consistent basis per the arranged schedule. (Our fee for negotiating such a full-balance repayment arrangement is simply 5% of the total creditor claim.)

E. Consider bankruptcy. Better Budget Financial Services, Inc. is the bankruptcy alternative, but we understand that in some cases bankruptcy is in the best interests of our client. If that is the case in your situation, we will gladly assist you with the bankruptcy process or suggest that you seek local counsel.

## 19. The income tax consequences of debt settlements.

Financial institutions are generally required to provide a Form 1099-C in the event that a forgiven debt amount exceeds $600.00. Please note that just because you receive a Form 1099-C showing income in the form of a canceled debt, this does not necessarily mean that you owe taxes on the forgiven portion of the debt. In fact, most Better Budget Financial Services, Inc. clients can legally and ethically exclude forgiven debts from income through the "insolvency exclusion" provided by the IRS code. Briefly, this exclusion means that your liabilities exceed the fair market value of your assets, or in other words, you "owe" more than you "own." Please refer to IRS Publication 908 for more detailed information. We also strongly recommend that you consult your tax advisor regarding your particular circumstances. Should you or your tax advisor have questions regarding your account, please feel free to call Better Budget Financial Services, Inc. for further information.

Case 1:04-cv-12326-WGY    Document 62-4    Filed 02/11/2005    Page 12 of 13

Better Budget Financial Services, Inc. Client Briefing                              Page 11

## 20. Military cards, finance contracts, asset accounts, and unsecured accounts joined to secured accounts.

Better Budget Financial Services, Inc. can negotiate and settle many different types of debts for you. There are some areas of debt, however, where extra caution is required:

A. If you are currently on active military status (Army, Navy, Air Force, Marines, or Coast Guard), then you should not include military credit cards in our program (such as NEX, AAFES, or Military Star Card). Additionally, it would be unwise for active military personnel to include outstanding obligations from a Federal Credit Union in our program.

B. Certain finance company contracts are technically secured by the goods purchased through the finance contract. For instance, many furniture loans, jewelry store accounts, department store accounts, computer loans, and other finance contracts for physical goods list the items purchased as collateral against the loan. While Better Budget Financial Services, Inc. can often successfully assist you in negotiating a reduction on these contracts, please be aware that in some instances, the goods in question may need to be relinquished or surrendered back to the finance company.

C. Certain unsecured Credit Union accounts are tied to a secured note, such as an automobile loan. If the client should become delinquent on the unsecured debt, this may give the Credit Union the right to seek repossession of the secured asset in order to satisfy the unsecured obligation. Please do not add unsecured debts to the Debt Settlement Program if they are held by a financial institution where you also have secured loans or promissory notes.

D. If you have a checking or savings or other asset account with a financial institution that also issued you an unsecured credit card or line of credit, we advise you to move your asset account to another financial institution before bringing that debt into our program. This is intended to avoid a scenario where the bank or financial institution attempts to "freeze" your checking or savings account to satisfy delinquent payments on an unsecured credit card or line of credit.

## 21. After a settlement is reached, you may still receive one or two creditor statements showing an open balance.

After we reach a mutually agreeable settlement with one of your creditors, it usually takes 60-90 days for the settlement to clear and post in the creditor's database. What this means is that you may receive one or two additional creditor statements showing the payment of the settlement amount and an open balance for the remainder. This is normal and should not cause undue concern. Within 60-90 days, the account will be updated to reflect a zero balance. Part of Better Budget Financial Services, Inc.'s service is to ensure that settlements are properly recorded by your creditors. If you receive more than two post-settlement statements showing a positive balance on your account, or should you receive any additional collection activity on a settled account, then you should call our Client Services Team right away. We will then get in touch with the creditor again to make sure the balance is properly set to zero and that you receive no further collection notices or statements showing a balance owed.

800 Cummings Center, Suite 260-T, Beverly, MA 01915
Toll-Free (866) 922-BBFS · Fax (978) 922-6937

# CONCLUSION

## 22. Stay in touch with us!

There are times when settlements are time-sensitive. We may need to reach you quickly to discuss a settlement. Please ensure that you keep us up to date with your contact information. Business and home phone numbers, cell numbers, mailing addresses, and e-mail addresses are essential data for us to collect and maintain so that we can stay in touch with you.

## 23. Hang in there with us!

Our goal is to get you out of debt in the next one to three years. Our mutual success will depend on your budget and how much you can increase your income. You may find additional resources for money that will help us get you out of debt sooner. That has happened many times with our clients.

Sometimes the way may seem difficult, but we are here to help you through the rough spots. We have years of experience and are very confident that we will do a great job for you. Above all, if you have any questions about your accounts or if you have other concerns, please call our Client Services Team at 1-866-922-2237, 12pm to 9pm Monday and Thursday, or 9 am to 6 pm Tuesday, Wednesday, or Friday Eastern Time. We stand ready to help you.

Good luck and we will stay in touch.

Sincerely,

**The Better Budget Financial Services, Inc. Team**