**EXHIBIT A**

**TO**

**DECLARATION OF JULIE FABRIZIO-COLON**

## CONTRACT FOR SERVICES

1. The undersigned ("Client" or "you") hereby engages, and grants to Better Budget Financial Services, Inc. ("BBFS") and its Legal Department, (Kelly, Lucas & Pacifico, LLP), the exclusive right to negotiate with the Client's creditors, and to settle creditors' claims. BBFS shall not, however, have the right to bind Client to any settlement without Client's prior consent. The Client agrees that it shall not unreasonably withhold said consent. The Client understands that this program is intended for individuals who are financially overextended and unable to continue in their current financial situation. BBFS does not, and will not, furnish any legal advice or legal services. BBFS shall not advise Client regarding any legal issues or as to the legal effect of any settlement. All information regarding Client's financial condition is the sole responsibility of the Client. Client agrees to indemnify and hold BBFS and it's principals harmless from any liability incurred by BBFS based on any false or misleading information provided by Client.

2. Services: (A) The fees for the Better Budget Debt Reduction Program or the Better Budget Payment Reduction Program are as follows: Client's first monthly payment is made to BBFS as a retainer fee to enter the program. The retainer fee is non-refundable. Each monthly deposit must be made according to the outline sent to Client by BBFS. For its part, BBFS is entitled to a fee in an amount equal to twenty five percent (25%) of the difference between the creditors claim amount and the amount that BBFS negotiated as settlement with the creditors to accept as final payment. (25% of Client's total debt reduction savings).

(B) In addition, the Client agrees to pay BBFS the sum of $29.95 per month as an Administrative Fee for each and every month the Client is enrolled with BBFS.

BBFS will perform the services called for under this Contract, keep Client informed of developments, and respond promptly to Client's inquiries and communications. Client will be truthful and cooperative with BBFS, keep BBFS reasonably informed of developments, and of its address, telephone number, and whereabouts. Client will timely make any and all payments required under this contract.

Client understands that it is solely their responsibility to deposit the estimated funds monthly as necessary for successful completion of the Debt Reduction Program. Funds are to be held in their own account until a negotiation with a creditor is complete whereupon funds will be sent to BBFS for disbursement to a particular creditor unless BBFS has made prior arrangements with Client to disburse funds to the creditor. It is understood that BBFS will, in most cases, utilize its Legal Department (Kelly, Lucas & Pacifico, LLP), in an effort to negotiate the best reduction on Client's behalf, and that said Legal Department may be required to write letters and correspond with the creditors on Client's behalf.

Although BBFS will perform professional services on Client's behalf to the best of its ability, BBFS cannot make and has not made any guarantees regarding results. BBFS's expressions about the outcome of any matter are its best professional estimates only, and are limited by its knowledge at the time they are expressed. BBFS cannot make any assurances as to the state of your credit while in this program. BBFS cannot make any assurances as to the timetable for completing the program, therefore the Client may need to put aside money for longer than estimated in the initial quote given by BBFS. Any time references by BBFS are estimates only.

3. Creditor Action and Credit Disclaimer: It is understood that no representation about any aspect of your credit rating can or will be made by BBFS. Depending upon individual circumstances, credit can be enhanced, damaged or not altered, but in any case such effect is beyond the control and scope of this program. It is also understood that BBFS will use its best effort to (i) minimize creditor communications directly with you, and (ii) reduce the likelihood of legal action by the creditor(s) against you. However, in the event legal action is commenced by any creditor against you, then you agree to immediately inform BBFS of any such legal action and to hold BBFS harmless for any such legal actions by the creditors.

It is understood that communications by the creditors directly with you may continue for a short period of time before and after the issuance of checks to the creditors. This is a normal occurrence and will usually cease after a short period of time. In some cases, the disbursement of a check(s) may be delayed due to a pending or updated settlement letter. Settlement letters are date sensitive, therefore no check will be disbursed until a properly dated letter is in the possession of BBFS. The Client should continue to direct all contact to BBFS during that time.

©2003-2005 Better Budget Financial Services Inc. All Rights Reserved

07/22/2003  10:17AM

4. **Termination or Cancellation:** BBFS may withdraw from representing Client if Client fails to promptly pay any fees, if Client misrepresents or fails to disclose any material facts, if Client acts contrary to BBFS's advice, if Client does not return BBFS's telephone calls in a timely manner, if client fails to set aside two or more monthly deposits, therefore prolonging the estimated program by two or more months, or if anything else occurs that in BBFS's judgment impairs an effective relationship. Client shall have the right to terminate BBFS's services at any time, effective on fifteen (15) days written notice. Upon termination, all arrangements made with the creditors on your behalf, not yet completed, will become null and void, and all previous terms and conditions may be enforced by the creditor.

In the event of the termination of this contract by either party, any accrued fees shall be immediately due and payable. If client agrees to a settlement with any creditors within one (1) year after termination of this Contract, on terms substantially the same as those negotiated by BBFS, and presented to Client before termination of this Contract, then BBFS shall be entitled to payment of the fees as though its Contract had not been terminated prior to Client's agreement to the settlement. In the event of any litigation arising out of, or relating to this Contract, the prevailing party shall be entitled to recover its costs and expenses, including its reasonable attorney's fees. In the event that any provision hereof is determined to be illegal or unenforceable, such determination shall not affect the validity or the enforceability of the remaining provisions hereof, all which shall remain in full force and effect.

This agreement shall be interpreted by and subject to the laws of the State of Massachusetts and the parties herein consent to jurisdiction in the State of Massachusetts, County of Essex. This contract constitutes the entire agreement between BBFS and the Client relating to the specific subject matter hereof. There are no terms, obligations, covenants, representations, statements, or conditions, other than those contained herein. No variations or modifications of this Agreement or waiver of any of the terms or provisions hereof shall be deemed valid unless in writing and signed by both parties.

I have read, understand and agree to the terms of this program:

Dated: 07.22.03             _____
                            Signature of Client

Dated: 07-22-03             _____
                            Signature of Co-Client

Accepted By:
Better Budget Financial Services, Inc.

By: _____          _____
    Company Representative           Name of Client

                                     _____
                                     Name of Co-Client

©2003-2005 Better Budget Financial Services Inc. All Rights Reserved

# Better Budget Financial Services, INC.
800 Cummings Center Suite 152-R
Beverly, MA 01915
Office #: 978-922-6115  Fax #: 978-922-6037

---

## POWER OF ATTORNEY
## &
## CEASE AND DESIST

I/We __Laura Reinhardt & Robert Reinhardt__

Located at __835 Donegal Ct.__

In the city of __Orange Park__, state of __FL__,

Hereby authorize all necessary communications, correspondence, and negotiations regarding my account(s) be conducted by Better Budget Financial Services Inc. (BBFS), and its legal department (Kelly, Laura & Pacifico, LLP). I instruct you to close any open accounts and suspend any privileges that go along with them. Any and all communications directed to me will be referred to BBFS, and only they will be authorized to deal with your company and or your company representatives.

In accordance with Section 805(b) of the Fair Debt Collection Practices Act, I hereby authorize third party communication from any and all creditors, collection agencies, or other third parties to communicate directly with Better Budget Financial Services concerning my account or the collection activities associated with it. **Please remove my phone number(s) and address from your computer, and enter the phone number and address of Better Budget Financial Services to ensure proper future contact**

Executed this __22__ of __July__ 20__03__.

__Laura R__ (Signature)    Soc Sec #: __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__

__R & R__ (Signature)    Soc Sec #: __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__

©2003-2005 Better Budget Financial Services Inc.  All Rights Reserved

07/23/2003    04:10PM

JFC - 273

**Better Budget Financial Services**

*A better way to break free from debt*

| | **Contract for Services** |
|---|---|
| 1.<br>Initials | **Parties:** By signing this agreement ("Agreement"), the individual(s) identified on the signature page of this Agreement referred to as ("Client") are applying for the Better Budget Financial ("BBFS") Debt Settlement program. Once approved by BBFS, this Agreement is effective. Better Budget and Client shall be collectively referred to as "Party" or "Parties" from this point forward. |
| 2.<br>Initials | **Scope of this Agreement:** This Agreement gives BBFS the exclusive right to communicate with the Client's creditor(s) for the purpose of helping Client resolve his or her unsecured debt problems. Client is responsible to ensure that debts enrolled in BBFS program are <u>unsecured.</u> The only unsecured debts enrolled in the program are those listed, by client, on the Client Information sheet. |
| 3.<br>Initials | **Service Not Provided by BBFS:** Client Acknowledges that BBFS does not, under any circumstance, provide tax, investment or legal advice. If Client needs legal advice or help with court filings, client must seek the advice of an independent attorney. Client also understands that BBFS does not make monthly payments to Client's creditors. Monies paid directly to BBFS are for BBFS fees only and not for payment of the Client's debts. BBFS's debt settlement program is not a debt consolidation or a credit counseling program. By entering into this Agreement, Client acknowledges that BBFS has not advised Client to stop or reduce payments to existing creditors. |
| 4.<br>Initials | **Responsibilities of Client:**<br>a. Client agrees to notify BBFS of changes in Client's contact information or change in financial status.<br>b. Client agrees not to incur additional credit card or unsecured debt while enrolled in program.<br>c. Client agrees to adhere to the terms and conditions of their payment plan, pay negotiated settlements, and pay BBFS fees.<br>d. Client agrees to accept privacy notices from BBFS electronically. By signing this Agreement, Client acknowledges that Client has read BBFS's privacy policy posted on the BBFS website at http://www.betterbudget.net and agrees to all terms and conditions listed. |
| 5.<br>Initials | **Responsibilities of BBFS:** While Client is enrolled in the program, BBFS will provide to Client the services set forth in this Agreement. In addition…<br>a. BBFS will act with diligence and professionalism necessary to meet the program objectives of Client.<br>b. BBFS will keep Client reasonably informed and will promptly respond to Client's inquiries.<br>c. BBFS will periodically update its processes and systems to better service Client and will provide Client with updates and materials.<br>d. BBFS will provide Client with a toll free telephone number and/or web access to BBFS website.<br>e. BBFS will maintain the confidentiality of Client information in accordance with the privacy policy as posted on BBFS's website. |



**Better Budget Financial Services**

*A better way to break free from debt*

| | |
|---|---|
| 6.<br>Initials<br>——— | **Creditor Action and Credit Disclaimer:** It is understood that no representation about any aspect of your credit rating can or will be made by BBFS. Depending upon individual circumstances, credit can be enhanced, damaged or altered, but in any case such effect is beyond the control and scope of this program. It is also understood that BBFS will use its best effort to minimize creditor communications directly with you. In the event legal action is commenced by a creditor against you, then you agree to immediately inform BBFS of any such legal action and to hold BBFS harmless for any such legal actions by the creditors. It is understood that communications by creditors, collection agencies and/or collection law offices directly with you may continue for the period of time you are enrolled in our program. |
| 7.<br>Initials<br>——— | **Individual Results May Vary:** Client understands that all calculations contained in this Agreement are estimates using debt that the Client listed at the time of enrollment. Client also understands that the length of Client's program is an estimate based on the information provided by the Client. Factors that may cause the length of Client's program to be shortened include but are not limited to (A) Client obtaining additional funds for settlement and (B) Client's creditors settling debts at percentages more favorable than previously predicted. Factors that may cause the length of Client's program to be extended include but are not limited to (A) Client's inability to adhere to the terms and conditions of this Agreement and (B) added interest, late fees, and other related fees. Client acknowledges that participation in the BBFS program is voluntary and that any decision to stop making payments to existing creditors is voluntary and made at the sole discretion of Client. Additionally, Client understands that participation in this program will likely have an adverse effect on Client's credit score and some accounts may charge off. However, Client acknowledges that resolved accounts are generally viewed as being more favorable than unresolved accounts or bankruptcy. |
| 8.<br>Initials<br>——— | **BBFS Fees:** The fees for the debt settlement program are as follows: Client's first monthly payment is made to BBFS as a retainer fee to enter the program. This retainer fee is non-refundable. BBFS is also entitled to a settlement fee equal to twenty five percent (25%) of the difference between the creditors claim amount and the amount that BBFS negotiated as settlement with creditors to accept as final payment. (25% of Client's total creditor savings)<br><br>In addition, the Client agrees to pay BBFS the sum of $39.95 per month as an Administrative Fee for each and every month the Client is enrolled in the BBFS program. |
| 9.<br>Initials<br>——— | **Customer Satisfaction Guarantee:** At any time during the term of the program, Client may cancel this Agreement without penalty and without further obligation for administration fees. Except as provided herein, BBFS makes no guarantees, representations, warranties, or predictions as to the outcome of its services. BBFS's expressions about the outcome of any matter are its best professional estimates only and are limited by its knowledge of Client's financial circumstances as provided by Client to BBFS. |
| 10.<br>Initials<br>——— | **Indemnification:** Client agrees to indemnify and hold BBFS and its principals and employees harmless from any and all claims or liability incurred by BBFS in reliance on false or misleading information provided by Client and or third parties handling client's account(s). |
| 11.<br>Initials<br>——— | **Choice of Law and Attorneys Fees:** This agreement shall be interpreted by and subject to the laws of the State of Massachusetts and the parties herein consent to jurisdiction in the State of Massachusetts, County of Essex. In the event of any litigation arising out of or relating to this Contract, the prevailing party shall be entitled to recover its costs and expenses, including its reasonable attorney's fees. In the event that any provision hereof is determined to be illegal or unenforceable, such determination shall not affect the validity or the enforceability of the remaining provisions hereof, all which shall remain in full force and effect. |