**EXHIBIT B**

**TO**

**DECLARATION OF JULIE FABRIZIO-COLON**

 **Better Budget Financial Services**  *A better way to break free from debt*

---

### Limited Power of Attorney

I, We: _____

Located at: _____

In the city of: _____, state of: _____


Hereby authorize all necessary communications, correspondence, and negotiations regarding my account(s) be conducted by Better Budget Financial Services Inc, (BBFS). I instruct you to close any open accounts and suspend any privileges that go along with them. Any and all communications directed to me will be referred to BBFS, and only they will be authorized to deal with your company and or your company representatives.

In accordance with Section 805(b) of the Fair Debt Collection Practices Act, I hereby authorize third party communication from any and all creditors, collection agencies, or other third parties to communicate directly with Better Budget Financial Services concerning my account or the collection activities associated with it. Please remove my phone number(s) and address from your database, and enter the phone number and address of Better Budget Financial Services to ensure proper future contact.

---

Executed this _____ of _____ 20 _____


_____   Soc Sec #: _____
(Signature)


_____   Soc Sec #: _____
(Signature)


800 Cummings Center, Suite 152R · Beverly, MA 01915 · Phone: 1-866-922-BBFS · Fax 1-978-922-6937
www.betterbudget.net