**EXHIBIT A**

**TO**

**DECLARATION OF PAUL BARTLETT**





### Benefits

- We have been in the Debt Reduction Industry since 1986

- You will only have to budget for one payment per month and you get to choose from 3 billing dates; the 1st, the 15th, or the 30th of the month.

- If your creditors are calling you, our Client Services department will be more than happy to take those calls off your shoulders.

- All of the clients that successfully complete our program walk away with a savings of at least 30-50% on what they contacted our office to handle.

- Our customer service team takes pride and handling any concerns that our clients might have and they are available Monday through Friday.

- Our management staff at Debt Management Solutions has over 50 years combined experience in the financial industry.



## Potential Client - Initial Pitch

Hello, may I speak to Mr. or Mrs. _____?

Mr. or Mrs. _____, my name is *(first name)*; I'm with Debt Management Solutions. How are you today? *(wait for a response)*

I'm calling you regarding the online application you filled out on our website in regards to our debt reduction program. *(wait for a response)*

Do you have a few moments to go over your situation? *(wait for a response)*

GREAT! I just need you to get a pen and a piece of paper, and if you have a list of your creditors and what those balances, are that would be great! *(if no creditors, then use the total on the free analysis)*

---

First of all, my name is *(first name, last name)*, the name of our company is Debt Management Solutions, our toll free number is 800-707-4622 and my direct extension is *(your extension)*.

Now, based on the application you filled out at our website, you have a total of $_____ in debt. Is that figure accurate for the most part? *(wait for a response)*

And is all of this debt unsecured debt? *(example: credit cards, personal loans, medical bills)*

Are these accounts current, delinquent or a little bit of both at this time? *(wait for a response)*

How much would you say you are paying on a monthly basis on these balances right now? *(write amount on the phone application under credit cards)*

Would it be safe for me to assume that it is the interest and the monthly payments that are adversely affecting you at this point? *(wait for a response)*

---

Ok! Why don't we go down the list of creditors that you owe and what those balances are so I can get an accurate picture of your situation and see if my program will be beneficial to you? *(If the lead has the list of creditors, go down the list with them and write down creditor names and balances on the phone app)*

We have a great relationship with all of the major creditors that you have listed. I know that as long as you qualify for the program we can save you between 30-50% on these balances. But before we go any further what is it exactly that got you into this situation? *(wait for a response)*

What is it that you are hoping to accomplish at this point? *(wait for a response)*

Well someone in your situation has only a few options available at this time.

- Option #1 would be for you to file Bankruptcy. You know as well as I do that that option is not in your future or you and I wouldn't be on the phone right now.

- Option #2 is a program called Debt Consolidation or CCCS, which is a program that works very well; however it's more gear driven towards a consumer who is very comfortable with their monthly payment and in most cases could possibly pay a little more. What debt consolidation does is keeps your monthly payment the same and lowers your interest rate a few points to get you out of debt a little sooner that the way you are going now.

- Option #3 is a program called debt reduction which is what we offer. Debt reduction is a program more gear driven towards individuals who are living paycheck to paycheck or beyond their means. Debt reduction is a negotiation process that takes place with your creditors to reduce the principal balance of your accounts.



| Rebuttals |
|---|
| **What happens to my credit?**<br>Well Mr. or Mrs. _____, While you are enrolled in our program, your credit will be affected to the point where you will not be able to obtain anymore unsecured credit.<br><br>One thing I want you to realize is that our main goal is to help you eliminate the debt that you have, and not focus on obtaining more credit, which is the sole reason why people care about their credit anyway.<br><br>When you complete our program, if necessary we will set you up with a credit repair specialist in which most cases individuals are well on their way to an excellent credit score again. |
| **What happens to my accounts when they are in you program?**<br>Once enrolled, our client services department will notify all of your creditors and let them know that you are a client and that we are handling your financial situation. They will also request that the creditor close the account.  — 7.<br><br>Your creditors in most cases will cease all phone calls; however there are some that will continue to call you, in which at that point you would send them a simple letter that we provide you with. |
| **What is the difference with your company compared to others?**<br>We reduce the overall principal amount of money you owe by 50%. Most other debt management companies only lower the interest rate, and our program usually takes half the time that other programs take.<br><br>We strictly work for you, unlike the others who work for the creditors. This means we are always looking out for your best interest.<br><br>We have been in the industry since 1996, we are a member of the Better Business Bureau, and we can even be checked out at our website www._____.com. |
| **Exactly how does your program work?**<br>Once enrolled, we have you establish a bank account just for the program, and every month you deposit your program payment into that account. We monitor that account until there is enough money to settle one of your creditors and pay our settlement fee.<br><br>At that point, someone from our client services department will notify you by mail and telephone to make sure that you are aware of the settlement, and to also make sure that you have a copy of the settlement letter from the bank for your records.<br><br>We will then have you send a check to our office to pay the creditor and our settlement fee. This process will happen all over again until finally all of your accounts are settled in full. |
| **What are your fees?**<br>We charge a retainer fee equal to one month's payment and an administrative fee of $29.95 a month. Other than that no fees are charged to you until we are successful on saving you money, at which time we earn a small percentage of what we save you.<br><br>The benefit of this is; We only get paid if you are happy with the results you receive, unlike most other companies who charge a setup fee of $995.00 and then an administrative fee of $70 to $100 a month.<br><br>So if the other companies do not perform for you they still get paid a large amount of money. |
| **Will my creditors call me?**<br>You may get calls from creditors, but everyone's situation is different. Some clients that are enrolled don't receive any calls, some receive calls every month. It is more reliant on which person at the bank is handling your account. |



| |
|---|
| I have calculated your total debt and you currently owe $_____<br><br>If I can get you qualified for the program, I know that I can save you $_____ of the principals you currently owe right now. We can also break that up over a number of months that is convenient for you, but most importantly, give you a payment that is affordable. *(wait for a response)*<br><br>If I get you qualified for the program today, you will be looking at a payment of $_____ a month for a duration of _____ months.<br><br>How does that sound to you?? *(wait for a response)*<br><br>GREAT! Now realize Mr. or Mrs. _____, with our program you will only have to budget for one payment per month and you get to choose from 3 billing dates; the 1st, the 15th, or the 30th of each month. Also our customer service team takes pride in handling any concerns that our clients might have. Our management staff here at Debt Management Solutions has over 50 years of combined experience in the financial industry. |
| Do you have any questions for me at this time Mr. or Mrs. _____? *(Now is the time to answer questions with your rebuttals worksheet)* |
| Would you like me to get you qualified for the program? Now realize Mr. or Mrs. _____, that there is no obligation once you are qualified. *(wait for a response)*<br><br>What I am going to do is ask you a few questions regarding your financial situation which will allow us to determine if you qualify for the program or not. *(Now fill out the phone app with the lead on the phone)*<br><br>Now that we have completed the qualification application, I am going to put you on hold for a moment to submit this; it should only take a few moments. *(Put lead on hold)*<br><br>Congratulations Mr. or Mrs. _____, you are qualified for the program. Would you like me send you the necessary paperwork to get started? *(wait for a response)*<br><br>GREAT! Would you prefer email or fax? *(wait for a response)*<br><br>You will receive the paperwork from me within the next 5 minutes, what time can you have it back to me? *(wait for a response)*<br><br>If you have any question in the mean time please feel free to contact me in my office. I look forward to speaking to you. |

**\*\*\*\* Be sure to call the lead after receiving the completed programs package to collect the retainer fee. \*\*\*\***