UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>               Plaintiff<br><br>v.<br><br>BETTER BUDGET FINANCIAL<br>SERVICES, INC., JOHN COLON, JR. and<br>JULIE FABRIZIO-COLON,<br><br>               Defendants. | Civil Action No. 04-12326 (WGY) |

## DECLARATION OF THEODORE W. ATKINSON

THEODORE W. ATKINSON states as follows:

    1.    I am an attorney at Venable, LLP, 575 7th Street, N.W., Washington DC 20004-1601, and counsel for Defendants in this matter. I make this declaration in support of Defendants' opposition to the Federal Trade Commission's ("FTC") Motion for Summary Judgment.

    2.    In November 2004, Venable obtained a copy of a computerized database used by BBFS to track its client account activities. That database is associated with software called CreditSoft. The CreditSoft database was located on a server that was located at Defendant Better Budget Financial Services, Inc.'s ("BBFS") offices, and was seized by the Receiver in this action on November 3, 2004. On or about November 19, 2004, CoreFacts, a computer forensics company retained by the Receiver to copy and image various computer drives at BBFS, including the CreditSoft data, produced to me a copy of the CreditSoft database by courier. Subsequently, Venable obtained a copy of the CreditSoft software and imported the database

1

with the assistance of CreditSoft's designer and licensor, ICCO. The volume of data on CreditSoft is large in volume. There are over 10,000 client account files on the database, and each account file contains approximately 4 to 5 pages of information. In all, and if produced in printed form, the CreditSoft data would be approximately 40,000 pages of data. A computer with CreditSoft already loaded and prepared with the captured data is available for the Court's perusal.

    3.    Attached hereto as **Exhibit A** is a true and accurate copy of pages from the deposition of John Colon, Jr.

Executed on February 11, 2005

I declare that the foregoing is true and accurate under penalty of perjury.

                                    <u>/s/ **Theodore W. Atkinson**</u>

                                    Theodore W. Atkinson, Esq.