COPY

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

MATTER NO.     X050015

TITLE          FTC v BETTER BUDGET FINANCIAL SERVICES

PLACE          OFFICE OF THE ATTORNEY GENERAL
               100 CAMBRIDGE STREET
               BOSTON, MASSACHUSETTS

DATE           DECEMBER 29, 2004

PAGES          1 THROUGH 227

DEPOSITION OF JOHN COLON, JR.

1    Q.  Not necessarily -- did you also use leads

2        from a lead service, a company that provided

3        for telemarketers, for example?

4            MR. ATKINSON:  Object to the form

5        of the question.  You can answer.

6    A.  We have purchased leads from vendors, yes.

7    Q.  Did Mr. Bua call those leads?

8    A.  I don't know.

9    Q.  Was that one of his responsibilities?

10   A.  His responsibility was to call leads.  I

11       don't know what leads he was responsible

12       for calling, as it was a mixed pool of

13       leads.  It was a combination between

14       applications on our website and leads that

15       were purchased.

16   Q.  So as a debt counselor, he or any other debt

17       counselor could have called leads from people

18       who applied online, correct?

19            MR. ATKINSON:  Object to the form

20       of the question.  You can ask him a question.

21       You can answer.

22   A.  Yes.

1    Q.   Was she still employed at Better Budget on

2         November 3rd, 2004?

3    A.   No.

4    Q.   And do you know why her position -- why she

5         was no longer working at Better Budget?

6              MR. ATKINSON:   Object to the form

7         of the question.   You can answer.

8    A.   I don't know.

9    Q.   The next name on here is Kendra Retalic;

10        is that right?

11   A.   Yes.

12   Q.   What was her position at Better Budget?

13   A.   Client services representative.

14   Q.   And how long was she employed by Better

15        Budget?

16   A.   I do not know.

17   Q.   Was she still employed by Better Budget on

18        November 3rd, 2004?

19   A.   No.   She left to go work for another debt

20        settlement company.

21   Q.   Do you know when that was, approximately?

22   A.   I do not know.

1    Q.   What was her position at Better Budget?

2    A.   Client services supervisor.

3    Q.   How long did she hold that position?

4    A.   I do not know.

5    Q.   Was she still employed by Better Budget on

6         November 3rd, 2004?

7    A.   Yes.

8    Q.   How long had she been employed by Better

9         Budget in total?

10   A.   I do not know.

11   Q.   As supervisor, what were some of her duties?

12   A.   To supervise the client services

13        representative employees, making sure that

14        any issues that the employees had with

15        regard to a client being unhappy or

16        unsatisfied, making sure that those clients

17        were satisfied, given the utmost respect

18        and treatment that they needed.

19             She was also responsible for making

20        sure that our attrition rate remained at a

21        high level and ultimately reporting to the

22        general manager of the company on a daily

1   Q.  I think you said your attrition rate remained
2       at a high level.  Did you mean that?  Did
3       you mean your retention rate?
4   A.  I stated to make sure that our attrition
5       rate remained at a high level.
6   Q.  You mean that in terms of keeping -- I'm not
7       sure what you mean, actually.  Why don't you
8       try to explain it better.
9   A.  She was to make sure that she did everything
10      in her power to keep a client enrolled in
11      the program and do anything necessary to
12      make that client happy, if it meant refunding
13      them administration fees or if it meant
14      refunding them a settlement fee or if it
15      meant having them voluntarily disenroll
16      from the program.  Ultimately, she was
17      responsible for making sure that our client
18      base was kept at the best in terms of
19      standards with quality assurance.
20  Q.  Did she report to anybody in the company?
21  A.  Yes.
22  Q.  Who did she report to?

1          they are to save consumers.

2     Q.   Looking at Plaintiff's Exhibit 3, there's a

3          section here that says settlement department.

4          Do you see that?

5     A.   Yes.

6     Q.   And there is a column here that says

7          projection.  Is that number reflected here?

8               MR. ATKINSON:  Object to the form of

9          the question.  You can answer.

10    A.   Yes.

11    Q.   Can you just describe where it says

12         projection here, and let's look at Marciano

13         Feliciano, for example, and there's a number

14         here, $157,601.78, what does that number

15         reflect?

16    A.   That reflects on November 4th how much money

17         he is projecting to collect in settlement

18         fees that month.  Based on 157,000, he would

19         be saving consumers over $350,000 himself

20         based on this number on this date.

21         Projections do go down on a daily basis

22         because the number of days in the month also

23         goes down.

1    what that number was.

2            MS. PAYNTER:  Read it back, please?

3            MR. ATKINSON:  Just read back his

4    entire answer.

5            (Record read)

6  Q.  Where would this money be reflected with

7    regard to savings for consumers?

8            MR. ATKINSON:  Object to the form

9    of the question.  You can answer.

10  A.  It would be reflected in CreditSoft and it

11    would be reflected by putting together the

12    formula which I indicated to you.

13  Q.  Did the company maintain daily reports on

14    savings for consumers?

15  A.  CreditSoft maintains reports that indicate

16    how much money we were saving consumers on

17    a daily, month, yearly, quarterly basis.

18  Q.  How does CreditSoft maintain that?

19  A.  Through the Sequel database.

20  Q.  And who operates the Sequel database?

21  A.  CreditSoft.

22  Q.  So CreditSoft works for Better Budget

23    Financial?

1           MR. ATKINSON:  Object to the form

2      of the question.  You can answer.

3   A.  I will explain in detail exactly how we

4      keep track of how much money we are saving

5      clients through CreditSoft.  The client

6      services representatives negotiate a

7      settlement on behalf of a consumer.  That

8      number is entered into a client services

9      screen that is in CreditSoft.  That data is

10     stored into a database on a server inside

11     of our IT room.  That data is non-erasable

12     and locked into a Sequel database.  If we

13     request that we need a report at any given

14     moment on how much we are saving clients,

15     whether it's by the minute, by the hour, by

16     the day, by the year, by the quarter,

17     whatever the case may be, we contact a

18     database Sequel expert at CreditSoft, pay

19     them $180 per hour to run this report, if

20     needed.  If not, I can run an estimate, which

21     is fine by me, to know exactly how much I'm

22     saving consumers on a daily, month, hourly,

23     quarterly, yearly basis.

1  Q.  How often do you run such estimates?

2      MR. ATKINSON:  Are you talking

3      currently or in the past?  Object to the form

4      of the question.

5      MS. PAYNTER:  I'm just following

6      off of what he said, and he was speaking in

7      the present tense.

8      MR. ATKINSON:  You can answer.

9  A.  I would run what we were saving consumers at

10     least three times a week and Mr. Bartlett

11     would do it on a daily basis.

12 Q.  And where would that be maintained?

13     MR. ATKINSON:  Object to the form.

14 Q.  Where would that record be maintained?

15 A.  It would not be maintained anywhere because,

16     once again, you could figure out how much

17     money we were saving consumers as an estimate

18     by looking at the roll call which is handed

19     out on a daily basis.

20     So, ultimately, with a calculator

21     in my hand, I could take a roll call on any

22     given day, plug in the formula with how much

23     money we have collected to date and figure

1  Q.  And why would you do that?

2  A.  We would do that to make sure that we were

3      saving clients the most money possible,

4      realize our fee structure is set up where

5      we charge 25 percent.  As of November 3rd

6      when the FTC took over the corporation or

7      entered their lawsuit, we were charging

8      clients, the majority of clients 25 percent

9      of what we saved them and, ultimately, we

10     would want to at least on a minimum know

11     what we were saving clients so that we can

12     use those in our marketing efforts.

13  Q.  Did you use those in your marketing efforts,

14     those figures?

15  A.  Yes, we did.

16  Q.  Where would that be found?

17  A.  It would be found on our website.  It would

18     be found in any initial client briefing that

19     was sent to a consumer, any e-mail that was

20     sent to a consumer.

21  Q.  You would send this specific savings that

22     you would receive?  What would you actually

23     include in the advertising?

1    A.    Depending on what stage the website was at

2          or what the current status was of the month,

3          we would ultimately reflect on average what

4          we were saving consumers during that time

5          based on what our mathematical equation

6          came out to on the roll call, which most

7          times was anywhere between 50 to 70 percent.

8                However, we did not advertise that

9          we saved clients more than 70 percent,

10         although I can recall at least 30 settlements

11         where we saved clients 90 percent.  Those --

12   Q.    Please, there's no question.

13               MR. ATKINSON:  There's no question.

14   Q.    I think I'd like to go back to something you

15         were discussing.

16               MR. ATKINSON:  Can we just take a

17         minute, a minute break?

18               MS. PAYNTER:  Do we have a minute?

19               MR. ATKINSON:  I don't know what you

20         mean by your question.

21               MS. PAYNTER:  I don't think we have

22         a minute.  He has to get out of here.

23               Yes, we can take a break.

72

```
 1    A.   I hold director, clerk, treasurer.

 2    Q.   When was that company started?

 3    A.   I don't know.

 4    Q.   Was it started in 2004?

 5              MR. ATKINSON:   Object to the form

 6         of the question.

 7    A.   Yes.

 8    Q.   Why was that company started?

 9    A.   That company was started because Better

10         Budget Financial was going to become a

11         back-end processing company for the debt

12         settlement industry and I wanted to still

13         have an enrollment center to bring new

14         clients in.   Better Budget Financial had

15         the experience under its belt for negotiating

16         settlements with creditors that other

17         companies could not do, and I felt that

18         with my experience in the collection industry

19         prior to starting Better Budget Financial,

20         that I could bring a lot of manpower and

21         experience to the table in helping other

22         debt settlement companies in servicing

23         their clients.
```

1    was in the process of setting up three

2    other debt settlement companies to handle

3    back-end processing for, in which those

4    companies would send us the clients that

5    they've enrolled, we would negotiate

6    settlements on behalf of those companies

7    and do customer service on behalf of those

8    companies.

9         Debt Management Solutions was

10   started because Better Budget would no longer

11   be in the business of enrolling customers.

12   The moment Debt Management Solutions was

13   incorporated, Better Budget stopped enrolling

14   customers, main reason being because Better

15   Budget's focus was to simply be a pioneer in

16   the back-end processing of the debt

17   settlement industry.

18   Q.   There were other companies you were

19        establishing to enroll clients?

20   A.   No, I was not establishing companies.  I

21        was taking companies that had already been

22        in business for years across the country.

23   Q.   And what companies were those?

```
 1   Q.   Did the sales personnel also -- they did cold
 2        calls, did they not?
 3             MR. ATKINSON:  Object to the form
 4        of the question.  Lack of foundation.
 5   A.   No.
 6   Q.   The only leads they followed up were leads --
 7   A.   That we purchased.
 8             MR. ATKINSON:  Let her finish her
 9        question.
10             THE WITNESS: She was.
11   Q.   Well, I believe earlier you testified they
12        were leads in terms of people making
13        applications online and there were also
14        leads that you purchased?
15   A.   That's correct.
16   Q.   And those were leads -- what did the sales
17        personnel do with those leads?
18   A.   The leads that we purchased -- actually, we
19        had a unique relationship with the lead
20        vendor.  When the lead filled out an
21        application at the -- we would never purchase
22        a lead unless the company that was selling
23        us the lead would confirm with an e-mail to
```

1       hours from Better Budget Financial or Debt

2       Management Solutions.

3   Q.  But a follow-up call would be made to that

4       person?

5   A.  Yes.

6   Q.  I don't think I have too much more.

7               (Pause)

8   Q.  I wanted to ask you another area regarding

9       lawsuits filed by Better Budget against -- I

10      guess a lawsuit filed against Preferred

11      Financial Services Corporation.  Can you

12      tell me about that lawsuit?

13  A.  Yes.  Lamont Milton was an employee of

14      Better Budget Financial who was a supervisor

15      in the settlement department/client services,

16      and in or around, I believe, December of

17      2002, he set up a website called Preferred

18      Financial, PFS, and he stole documents from

19      our server to set up his company.  He also

20      stole a list of customers from our company.

21              We got a restraining order on him,

22      keeping him out of the industry for one year,

23      and at this point, they're trying to -- they

1     for -- let me rephrase this.  Strike that,

2     please.

3           Client service reps are the ones

4     who handled these phone calls?

5  A.  Yes.

6  Q.  Would they receive rewards if they could

7     keep a customer from leaving the program?

8  A.  We had a point system, and I don't know

9     the exact number of points that was given

10     to a rep.  Kristin Gecoy developed an

11     excellent, excellent program that motivated

12     our employees to keep our customers happy

13     and keep them enrolled in the program; and

14     if the person was rewarded, they were given

15     a certain number of points, and at the end

16     of the month, if that certain number of

17     points reached a certain tier, then they

18     were rewarded a bonus check the following

19     month.

20  Q.  Who maintained the records of how many

21     clients somebody was able to retain?

22  A.  Kristin Gecoy.

23  Q.  Would that have been on her computer?

1       document.

2   Q.  And how long had that program been in

3       existence?

4   A.  Over six months, but less than 12.

5   Q.  Was there also a reward system for sales

6       reps who signed up the most customers each

7       month?

8   A.  It wasn't based on how many customers they

9       enrolled.

10  Q.  What was it based on?

11  A.  Their incentive was based on total dollars

12      collected.

13  Q.  And total dollars collected, that would be

14      retainer fees?

15  A.  That is correct.

16  Q.  So is it your view that, typically,

17      customers who enrolled in your program

18      had all of their accounts settled?

19  A.  Can you repeat that?

20  Q.  Is it your view that, typically, customers

21      who enrolled in your program had all of

22      their accounts settled?

23  A.  I would like it to be my view, but,

1    Q.  I'm not being cute, but that's no?  Well,

2        what would you say your success rate is,

3        if you could put a number on it?

4           MR. ATKINSON:  Object to the form

5        of the question.  You can answer.

6    A.  Success rate regarding what?

7    Q.  Settlements for customers.

8    A.  I know that anywhere between 60 and 80

9        percent of our customers have had accounts

10       settled.

11   Q.  Have had accounts, one account or two

12      accounts?

13   A.  It's on an individual basis.  I don't know.

14   Q.  And --

15   A.  I know at least one, at least one account

16      settled.

17   Q.  Okay.  But you don't know how many have

18      had all accounts settled, right?

19   A.  No.

20   Q.  Is that something you could determine?

21   A.  I don't know.

22   Q.  Do you believe CreditSoft would have the

23      capacity to do that?

```
 1        ever enrolled in the program.  And when I
 2        found out that the Better Business Bureau
 3        had 100 complaints on my company, with
 4        10,000 consumers enrolled, that was one
 5        percent, and my goal was to make sure that
 6        less than half of a percent of my client
 7        base ever enrolled ultimately didn't have
 8        a complaint.
 9   Q.   Well, you mentioned the Better Business
10        Bureau hearing.  Better Budget's membership
11        was revoked, right?
12   A.   That's correct.
13   Q.   And you did provide Better Business Bureau
14        with the information, as you just mentioned,
15        that less than -- that one percent of your
16        clients had complaints, correct?
17   A.   Yes.
18   Q.   And what was Better Business Bureau's
19        response to that?
20   A.   The Better Business Bureau's response
21        was we don't know anything about debt
22        settlement.  We have never heard of your
23        industry.  They were totally confused
```

```
 1          submitted to the Better Business Bureau
 2          shouldn't have even been put on my
 3          reliability report.  That was our argument
 4          because they were classifying us as credit
 5          counselors, which we were not.  We were
 6          debt settlement.
 7     Q.   And you explained your company's business
 8          to them?
 9     A.   Julie, Joe Pacifico and Scott Moore explained
10          to them in mediation everything that we did,
11          and we tried to ask them why they were
12          letting us go because the three years prior
13          to, they won the Torch Award.
14     Q.   What's the Torch Award?
15     A.   That is the business in the New England
16          area that gets the platinum prize for being
17          the best company.
18     Q.   And the best company being no complaints?
19     A.   In terms of no complaints and customer
20          satisfaction.
21     Q.   And their response was it didn't matter?
22              MR. ATKINSON:  Object to the form
23          of the question.
```

1    counseling agency in New England which

2    is also a direct competitor of Better

3    Budget Financial.  We have reason to

4    believe he was looking out for the best

5    interests of our competitor.

6  Q.    Is it your view that these kinds of

7    complaints that are listed on the complaint

8    follow-up form are just part of the

9    business of debt management?

10 A.    The complaints that were submitted to

11   the Better Business Bureau is something

12   that is standard in the debt settlement

13   industry, has always been standard, and

14   bill collectors tell consumers that they

15   have not heard from a third party simply

16   because bill collectors work on a

17   commission basis; and if they obeyed

18   the FTC PC, then they would not be allowed

19   to contact our clients.  Therefore, they

20   would not be allowed to make a commission.

21       I managed 1,800 collectors.  More

22   than 80 percent of the complaints with the

23   Better Business Bureau were regarding