**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FEDERAL TRADE COMMISSION
    Plaintiff

V.                                                                                                              CIVIL NO. 04-12326 WGY

BETTER BUDGET FINANCIAL SERVICES, INC.
JOHN COLON, JR.
JULIE FABRIZO-COLON
    Defendants

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO CHIEF DISTRICT JUDGE YOUNG

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On February 1, 2005; February 15, 2005; February 17, 2005, and February 18, 2005, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE  _____ EARLY NEUTRAL EVALUATION

    X_____ MEDIATION                      _____ SUMMARY BENCH / JURY TRIAL

    _____ MINI-TRIAL                    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]
    The parties were / were not present in person or by authorized corporate officer [except _____].
    The case was:

[X]  Settled.  Your clerk should enter a 60 day order of dismissal.

[ ]  There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[X]  Suggested strategy to facilitate settlement: THE PLAINTIFF REQUIRES 42-56 DAYS TO SECURE AFFIRMATIONS OF THE FTC COMMISSIONERS.

                                        /S/ Joyce London Alexander
                                        UNITED STATES MAGISTRATE JUDGE

February 23, 2005
    DATE