```
                                                                  1


 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                            Civil Action
 3                                          No. 04-12326-WGY

 4
     * * * * * * * * * * * * * * * * *
 5                                   *
     FEDERAL TRADE COMMISSION,       *
 6                                   *
             Plaintiff,              *
 7                                   *
     v.                              *  STATUS CONFERENCE
 8                                   *
     BETTER BUDGET FINANCIAL SERVICES,*
 9   INC., JOHN COLON, JR. and JULIE *
     FABRIZIO-COLON,                 *
10                                   *
             Defendants.             *
11                                   *
     * * * * * * * * * * * * * * * * *
12              BEFORE:  The Honorable William G. Young,
                            District Judge
13


14
     APPEARANCES:
15
                 CAROLE A. PAYNTER and THEODORE ZANG,
16       Attorneys, Federal Trade Commission, One Bowling
         Green, Suite 318, New York, New York 10004, on
17       behalf of the Plaintiff

18               METAXAS, NORMAN & PIDGEON, LLP (By
         Christian H. Pedersen, Esq.), 900 Cummings Center,
19       Suite 207T, Beverly, Massachusetts 01915, on
         behalf of the Defendants
20               - and -
                 VENABLE, LLP (By Theodore W. Atkinson,
21       Esq.), 575 7th Street, N.W., Washington, D.C.
         20004-1601, on behalf of the Defendants
22

23                                          1 Courthouse Way
                                            Boston, Massachusetts
24
                                            February 23, 2005
25
```