UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------ X
FEDERAL TRADE COMMISSION,                              :
                                                       :   CIVIL ACTION NO.:
                              Plaintiff,               :   04-12326 (WGY)
                                                       :
       v.                                              :
                                                       :
BETTER BUDGET FINANCIAL SERVICES,                      :
INC., JOHN COLON, JR., and JULIE                       :
FABRIZIO-COLON,                                        :
                                                       :
                              Defendants.              :
------------------------------------------------------ X
```

**NOTICE OF MOTION OF THE INITIAL INTERIM FEE APPLICATION
OF THE RECEIVER, HERNAN SERRANO, JR., AND HIS PROFESSIONALS**

**PLEASE TAKE NOTICE** that upon the annexed Initial Interim Fee Application, the accompanying Affidavit of Hernan Serrano, Jr., sworn to March 1, 2005, and the accompanying Memorandum of Law, Hernan Serrano, Jr., as the Court-Appointed Temporary Receiver of Better Budget Financial Services, Inc., together with Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. ("Mintz Levin") and Weinick Sanders Leventhal & Co. ("WSL") will apply to the Court, at 1 Courthouse Way, Boston, Massachusetts 02210, on March 8, 2005, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an order authorizing the payment of reasonable compensation for their fees and disbursements for the period from November 1, 2004 through December 31, 2004 (the Initial Application Period"), in the total amount of $300,740.53 (representing $240,854.40 in hourly charges and $59,886.13 in actual out-of-pocket expenses), pursuant to Section XXI of the *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of Receiver, Immediate Access to Defendants' Business Premises, Expedited

NYC 310205v1

Discovery, and Order to Show Cause Why A Preliminary Injunction Should Not Issue, entered by the Court on November 3, 2004.

**PLEASE TAKE FURTHER NOTICE** that any opposition to this Application must be served so as to arrive at the offices of the undersigned at least three (3) days before the return date.

Dated: New York, New York
       March 1, 2005

                                                    Respectfully submitted,

                                                    MINTZ LEVIN COHN FERRIS
                                                      GLOVSKY and POPEO, P.C.

                                                    By: _____
                                                          Peter B. Zlotnick (Pro Hac Vice)
                                                          Seth R. Goldman (Pro Hac Vice)
                                                    The Chrysler Center
                                                    666 Third Avenue, 25th Floor
                                                    New York, New York 10017
                                                    (212) 935-3000

                                                    *Attorney for Receiver, Hernan Serrano*

TO:    Carole A. Paynter, Esq.
         Elvia P. Gastelo
         Federal Trade Commission
         One Bowling Green, Suite 318
         New York, New York 10004

         *Attorney for Plaintiff*

         Ian D. Volner, Esq.
         Theodore W. Atkinson, Esq.
         Venable, LLP
         575 7th Street, N.W.
         Washington, D.C. 20004-1601

         *Attorneys for Defendants*

NYC 310205v1