UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- X
FEDERAL TRADE COMMISSION,          :
                                   :   **CIVIL ACTION NO.:**
             Plaintiff,            :   04-12326 (WGY)
                                   :
      v.                           :
                                   :
BETTER BUDGET FINANCIAL            :
SERVICES, INC., JOHN COLON, JR., and:
JULIE FABRIZIO-COLON,              :
                                   :
             Defendants.           :
---------------------------------------------------------- X

### ORDER AUTHORIZING THE PAYMENT OF COMPENSATION AND REIMBURSMENT OF EXPENSES TO HERNAN SERRANO, JR., AS RECEIVER, MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C. AND WEINICK SANDERS & LEVENTHAL & CO. IN SUPPORT OF THE INITIAL INTERIM FEE APPLICATION OF THE RECEIVER AND HIS PROFESSIONALS

**UPON** the joint application (the "Application") of Hernan Serrano, Jr., the court-appointed receiver in the above-captioned action (the "Receiver"), Mintz Levin Cohn Ferris Glovsky & Popeo, P.C. ("Mintz Levin"), the Receiver's counsel, and Weinick Sanders & Leventhal & Co. ("WSL"), the Receiver's forensic accountants, dated March 1, 2005, for an order pursuant to Section XXI of the *Ex Parte* Temporary Restraining Order With Asset Freeze, Appointment Of Receiver, Immediate Access To Defendants' Business Premises, Expedited Discovery, And Order To Show Cause Why A Preliminary Injunction Should Not Issue, entered by this Court on November 3, 2004 (the "TRO"), as modified by Stipulation Modifying *Ex* Parte Temporary Restraining Order, signed by counsel for each of the parties hereto and "So Ordered" by the Court on or about November 18, 2004 (the "Stipulated TRO"), for an order authorizing the payment

of the fees and expenses of the Receiver, Mintz Levin and WSL for the Period November 3, 2004, through and including December 31, 2004 (the "Application Period"); the affidavit of Hernan Serrano, Jr., sworn to March 1, 2005, together with all of the exhibits annexed thereto; and the Court being satisfied that neither the Receiver nor the professionals retained by him represent an interest adverse to the defendants Better Budget Financial Services, Inc., together with its subsidiaries and affiliates ("BBFS"), John Colon and Julie Fabrizio-Colon (collectively, the "Receivership Defendants"), with respect to the matters upon which they have been engaged; that the Receiver is a disinterested person, that his employment is necessary and in the best interest of the Receivership Defendants and sufficient cause appearing therefore, it is

**ORDERED,** that the Application is granted in its entirety, and it is further

**ORDERED,** that the Receiver, together with Mintz Levin and WSL, be and hereby are jointly authorized and empowered to receive as reasonable and necessary payment for the professional services they have rendered in connection with the Receivership herein in the amount of $240,854.40 and actual out-of-pocket expenses they have incurred during the Application Period in the amount of $59,886.13, totaling the aggregate amount of $300,740.53 (the "Fee Amount"); and it is further

**ORDERED,** that the Receiver, Mintz Levin and WSL shall be and hereby are entitled to immediate payment of the Fee Amount from the funds which are presently

being held in the Receivership trust account.

Dated: March __, 2005

                                                                               ENTERED:

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

NYC 312928v1