UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BETTER BUDGET FINANCIAL SERVICES, INC., JOHN COLON, JR., and JULIE FABRIZIO-COLON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  **CIVIL ACTION NO.:**<br>)  04-12326 (WGY)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Suzanne Renaud, counsel for Receiver Hernan Serrano in the above-entitled matter. Attorneys Breton Leon-Quick, Peter B. Zlotnick, and Seth Goldman will remain as counsel for the Receiver in this matter.

          Respectfully submitted,

          HERNAN SERRANO, JR.

          By his attorneys,

          _/s/Suzanne Renaud_____
          Suzanne Renaud (BBO# 655558)
          Breton Leone-Quick (BBO #655571)
          MINTZ LEVIN COHN FERRIS
          GLOVSKY & POPEO, P.C.
          One Financial Center
          Boston, MA 02111
          (617) 542-6000

/s/Peter B. Zlotnick
Peter B. Zlotnick (*pro hac vice*)
Seth Goldman (*pro hac vice*)
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO, P.C.
The Chrysler Center
666 Third Avenue, 25th Floor
New York , NY 10017
(212) 935-3000

July 5, 2005

LIT 1530199v1