# EXHIBIT D

INVENTORY OF SAFE AT
4 CONIFER WAY, BEVERLY, MA

AS TAKEN BY CHRISTIAN PEDERSEN ON JANUARY 27, 2005
IN THE PRESENCE OF JULIE FABRIZIO-COLON

| | |
|---|---|
| 1. Passbook Savings Account Log for Taylor Colon (Century Bank) | Safe |
| 2. Printout from Pediatric Associations for Taylor Colon (1 page) | Safe |
| 3. Vaccination record book for Taylor Colon | Safe |
| 4. Handwritten note from Pediatric Associates (1 page) | Safe |
| 5. Envelope from Metaxas, Norman & Pidgeon, LLP containing various estate planning documents for John and Julie Colon (Wills, Declaration of Trust, etc.) | Safe |
| 6. Savings bonds (10) made payable to Taylor Colon (6 at $50.00; 1 at $75.00; 2 at $100.00; and 1 at $200.00) | Safe |
| 7. Lamb pin (gift to Taylor Colon) | Safe |
| 8. Angel earring set (gift to Taylor Colon) | Safe |
| 9. Snowbaby ornament | Safe |
| 10. 10k Gold and Silver Mother/Daughter necklace (Gift to Julie from her mother) | Safe |
| 11. Men's Rolex two-tone sub mariner watch with blue face—De Scenza Jewelers | CHP |
| 12. Invoice No. 121987 from De Scenza Jewelers (1 page) | Safe |
| 13. 14kt Gold Ladybug earrings (gift to Taylor Colon from Julie's father) | Safe |
| 14. Ladies 14kt Gold necklace with amethyst stones (gift to Julie from her mother) | Safe |
| 15. Ladies Ladybug bracelet (gift to Taylor Colon from Julie's father) | Safe |
| 16. Princesse Cultured pearl necklace (1 pearl) (gift to Taylor Colon from John's mother) | Safe |
| 17. Pearls (3) from Bernard's Jewelers (gift to Taylor Colon from John's mother) | Safe |
| 18. Necklace with "Daddy's little girl" pendant (gift to Taylor Colon from John) | Safe |
| 19. Necklace with cross pendant (gift to Taylor Colon) | Safe |
| 20. 14kt gold filled bracelet (gift to Taylor Colon) | Safe |
| 21. Silver ring with amethyst stones (gift to Julie from her grandmother) | Safe |
| 22. Ladies 18kt. white gold ring with topaz—De Scenza Jewelers | CHP |
| 23. Ladies gold (unknown kt) ring with faux amethyst—Kay Jewelers (gift from Julie's mother) | Safe |
| 24. Ladies 14kt. white gold diamond stud earrings—De Scenza Jewelers | CHP |
| 25. Ladies 14 kt. yellow gold necklace with cross pendant (gift to Taylor Colon from Julie's father) | Safe |
| 26. Ladies 14 kt. gold bracelet with faux stones (gift to Taylor Colon from her godfather) | Safe |
| 27. Ladies 14kt white gold 2 row diamond collar necklace—De Scenza Jewelers | CHP |

Reviewed and agreed

*[signature]* JULIE FABRIZIO-COLON

Dated: 1/27/04