# EXHIBIT
# E

Account: 03032496 COLON JOHN Date Range: FIRST to LAST Dept: Item:

DIA NECK ®

| Date | Loc | Ticket | Slp | Dept | Item | Qty | Cost | Extension |
|---|---|---|---|---|---|---|---|---|
| 12/24/02 | 3 CS | 480578 | 361 | 17 | NC311559 | 1 | [redacted] | 3500.00 |

14W 127D=2.46 2ROW COLLAR

$3,675.00 VISA

Item Sell 4190.00 Tax Code Y003 Vendor 5130 R J JEWELRY INC
Act Sell 3500.00 Bonus Vendor Item 2230CDC
Discount 16% Sold by (1,2,3,C) 361, , , 89
====ITEM SORT FIELDS ====
Vnd's Item: 2230C

DIA W/BAND

| Date | Loc | Ticket | Slp | Dept | Item | Qty | Cost | Extension |
|---|---|---|---|---|---|---|---|---|
| 2/06/03 | 3 CS | 491085 | 361 | 14 | WB017034 | 1 | [redacted] | 7111.80 |

FLAT 5DIA=2.65 ATMAN BND

Check $7,467.39 bank # 53139

Item Sell 8770.00 Tax Code Y003 Vendor 55 ATMAN, PETER IN
Act Sell 7111.80 Bonus Vendor Item 2596C
Discount 18% Sold by (1,2,3,C) 361, , , 394
====ITEM SORT FIELDS ====
Vnd's Item: 2596C

| Date | Loc | Ticket | Slp | Dept | Item | Qty | Cost | Extension |
|---|---|---|---|---|---|---|---|---|
| 02/06/03 | 3 CS | 491275 | 361 | 84 | GPM50025 | 1 | [redacted] | 51.30 |

BULL AND BEAR BOOKENDS

Cash $53.87

Item Sell 57.00 Tax Code Y003 Vendor 4546 PM CRAFTSMAN
Act Sell 51.30 Bonus Vendor Item 168B
Discount 10% Sold by (1,2,3,C) 361, , , 391
====ITEM SORT FIELDS ====
Vnd's Item: 168B DWT: .00 Promotion: C00

DIA EAR ®

| Date | Loc | Ticket | Slp | Dept | Item | Qty | Cost | Extension |
|---|---|---|---|---|---|---|---|---|
| 07/03/03 | 3 CS | 527940 | 323 | 15 | EART1813 | 1 | [redacted] | 215.00 |

14WG 2D=19 6PRG DIA STUDS

225.75 MC

Item Sell 215.00 Tax Code Y003 Vendor 712 CROWN FINDINGS
Act Sell 215.00 Bonus Vendor Item EF47C
Discount 0% Sold by (1,2,3,C) 323, , , 366
====ITEM SORT FIELDS ====
Vnd's Item: EF47C

03 JAN 05 15:04 ALFRED F. DESCENZA & SON, INC 1

Account: 03036617 COLON JR. JOHN Date Range: FIRST to LAST Dept: Item:

Ret'd

| Date | Loc | Ticket | Slp | Dept | Item | Qty | Cost | Extension |
|---|---|---|---|---|---|---|---|---|
| 09/03/04 | 3 | CS 640203 | 361 | 15 | EAR07645 | -1 | [redacted] | -1500.00 |

18WG 10D=1.51 CHAN HOOPS

Item Sell 1730.00 Tax Code Y003 Vendor 1243 BLUE BIRD DESIG
Act Sell 1500.00 Bonus Vendor Item TPE3501DIC
Discount 13% Sold by (1,2,3,C) 361, , , 392
====ITEM SORT FIELDS ====
Vnd's Item: TPE35

EAR

| Date | Loc | Ticket | Slp | Dept | Item | Qty | Cost | Extension |
|---|---|---|---|---|---|---|---|---|
| 09/03/04 | 3 | CS 640203 | 361 | 15 | EAR09336 | 1 | [redacted] | 1600.00 |

18W 78D=1.95 3MARQ PAVE

Item Sell 2115.00 Tax Code Y003 Vendor 973 DAVIDE MOLINA S
Act Sell 1600.00 Bonus Vendor Item K8205C
Discount 24% Sold by (1,2,3,C) 361, , , 392
====ITEM SORT FIELDS ====
Vnd's Item: K8205

105.00 cash

| Date | Loc | Ticket | Slp | Dept | Item | Qty | Cost | Extension |
|---|---|---|---|---|---|---|---|---|
| 08/28/04 | 3 | CS 638720 | 311 | 84 | GWD50273 | 1 | [redacted] | 37.80 |

BUTTERMILK MINI STAND CAS

Item Sell 42.00 Tax Code Y003 Vendor 6669 WOLF DESIGNS, I
Act Sell 37.80 Bonus Vendor Item 322991
Discount 10% Sold by (1,2,3,C) 311, , , 392
====ITEM SORT FIELDS ====
Vnd's Item: 32299 DWT: .00

39.69 cash

Dia 1 floor EA

Ret'd

| Date | Loc | Ticket | Slp | Dept | Item | Qty | Cost | Extension |
|---|---|---|---|---|---|---|---|---|
| 08/28/04 | 3 | CS 638723 | 311 | 15 | EAR07645 | 1 | [redacted] | 1500.00 |

18WG 10D=1.51 CHAN HOOPS

Item Sell 1730.00 Tax Code Y003 Vendor 1243 BLUE BIRD DESIG
Act Sell 1500.00 Bonus Vendor Item TPE3501DIC
Discount 13% Sold by (1,2,3,C) 311, , , 392
====ITEM SORT FIELDS ====
Vnd's Item: TPE35

$1,575.00 mc

Chopard Watch [illegible]

| Date | Loc | Ticket | Slp | Dept | Item | Qty | Cost | Extension |
|---|---|---|---|---|---|---|---|---|
| 02/04/04 | 3 | CS 589346 | 361 | 30 | LCH60012 | 1 | [redacted] | 3169.00 |

SS HAPPYSPORT 28D.25 WHT

Item Sell 3660.00 Tax Code Y003 Vendor 611 CHOPARD WATCH C
Act Sell 3169.00 Bonus Vendor Item 278949
Discount 13% Sold by (1,2,3,C) 361, , , 392
====ITEM SORT FIELDS ====
Vnd's Item: 27894 Sell Price: 3660.00 Retail: 4575.00 Metal Type:

Dia W/Band

| Date | Loc | Ticket | Slp | Dept | Item | Qty | Cost | Extension |
|---|---|---|---|---|---|---|---|---|
| 02/04/04 | 3 | CS 589346 | 361 | 14 | WXX22185 | 1 | [redacted] | 2067.00 |

14KW 14DIA=1.98LOW SHARED

Item Sell 2600.00 Tax Code Y003 Vendor 999 IN HOUSE
Act Sell 2067.00 Bonus Vendor Item HANDMDE ARA ZZ56
Discount 20% Sold by (1,2,3,C) 361, , , 392
====ITEM SORT FIELDS ====
Vnd's Item: HANDM

$5000.00 check 888084
497.80 mc

03 JAN 05 15:04 ALFRED F. DESCENZA & SON, INC 2

Account: 03036617 COLON JR. JOHN Date Range: FIRST to LAST Dept: Item:

| Date | Loc | Ticket | Slp | Dept | Item | Qty | Cost | Extension |
|---|---|---|---|---|---|---|---|---|
| 12/19/03 | 3 CS | 573367 | 361 | 16 | BRCB1476 | 1 | [redacted] | 4000.00 |

14W 16D=4.29 CHANNEL BNGL

Dia Bangle Brac

$2500.00 mc
1700.00 Visa

| | | | | | |
|---|---|---|---|---|---|
| Item Sell | 5100.00 | Tax Code | Y003 | Vendor | 351 BIANCA JEWELRY |
| Act Sell | 4000.00 | Bonus | | Vendor Item | 1401C |
| Discount | 21% | Sold by (1,2,3,C) | 361, , , 392 | | |

===ITEM SORT FIELDS ===

Vnd's Item: 1401C

Blue Topaz Ring Ladies (R)

| Date | Loc | Ticket | Slp | Dept | Item | Qty | Cost | Extension |
|---|---|---|---|---|---|---|---|---|
| 08/23/03 | 3 CS | 538403 | 305 | 13 | RCSX1054 | 1 | [redacted] | 750.00 |

18W 28D=18 9BLTOPAZ=7.89

787.50 Visa

| | | | | | |
|---|---|---|---|---|---|
| Item Sell | 875.00 | Tax Code | Y003 | Vendor | 440 BELLARRI |
| Act Sell | 750.00 | Bonus | | Vendor Item | R6763WBT |
| Discount | 14% | Sold by (1,2,3,C) | 305, , , 391 | | |

===ITEM SORT FIELDS ===

Vnd's Item: R6763

03 JAN 05 15:10 ALFRED F. DESCENZA & SON, INC 1

Account: 03029272 COLON JOHN JR. Date Range: FIRST to LAST Dept: Item:

| Date | Loc | Ticket | Slp | Dept | Item | Qty | Cost | Extension |
|---|---|---|---|---|---|---|---|---|
| 08/26/02 | 3 | CS 436992 | 305 | 10 | 300B0352 | 1 | [redacted] | 25000.00 |

DIA 3.01 A2-3 20- 20575

6 S12

Item Sell 30800.00 Tax Code N003 Vendor 1507 FEIGENBAUM & KL
Act Sell 25000.00 Bonus Vendor Item 06836
Discount 18% Sold by (1,2,3,C) 305, , , 391

====ITEM SORT FIELDS ====

Size: 3.01 Color: A2-3 Clarity: 20 Vnd's Item: 06836

| Date | Loc | Ticket | Slp | Dept | Item | Qty | Cost | Extension |
|---|---|---|---|---|---|---|---|---|
| 08/26/02 | 3 | CS 436992 | 305 | 13 | RSEM4104 | 1 | [redacted] | 1500.00 |

mtg 14W 18D=1.34 3ROW BAR MTG

Item Sell 1970.00 Tax Code N003 Vendor 4804 PRIMAK, ALEX
Act Sell 1500.00 Bonus Vendor Item A195C
Discount 23% Sold by (1,2,3,C) 305, , , 391

====ITEM SORT FIELDS ====

Vnd's Item: A195C

26,500.00
Check
bank # 53139

03 JAN 05 15:13 ALFRED F. DESCENZA & SON, INC 1

Account: 03036045 COLON JULIE Date Range: FIRST to LAST Dept: Item:

| Date | Loc | Ticket | Slp | Dept | Item | Qty | Cost | Extension |
|---|---|---|---|---|---|---|---|---|
| 07/21/03 | 3 CS | 531114 | 361 | 84 | GWD50035 | 1 | [redacted] | 43.00 |

5PC WATCH SET BLACK

Item Sell 45.00 Tax Code Y003 Vendor 6669 WOLF DESIGNS, I
Act Sell 43.00 Bonus Vendor Item 363202
Discount 4% Sold by (1,2,3,C) 361, , , 366
====ITEM SORT FIELDS ====
Vnd's Item: 36320 DWT: .00

| Date | Loc | Ticket | Slp | Dept | Item | Qty | Cost | Extension |
|---|---|---|---|---|---|---|---|---|
| 07/21/03 | 3 CS | 531114 | 361 | 84 | GWD50184 | 1 | [redacted] | 40.00 |

4 PC WATCH DISPLAY

Item Sell 41.25 Tax Code Y003 Vendor 6669 WOLF DESIGNS, I
Act Sell 40.00 Bonus Vendor Item 451002
Discount 3% Sold by (1,2,3,C) 361, , , 366
====ITEM SORT FIELDS ====
Vnd's Item: 45100 DWT: .00

| Date | Loc | Ticket | Slp | Dept | Item | Qty | Cost | Extension |
|---|---|---|---|---|---|---|---|---|
| 07/21/03 | 3 CS | 531114 | 361 | 41 | GRTB0384 | 1 | [redacted] | 5600.00 |

T/T SUBMARINER BLUE FACE

Item Sell 5700.00 Tax Code Y003 Vendor 1001 DUGGAN, PAUL A.
Act Sell 5600.00 Bonus Vendor Item 16613
Discount 1% Sold by (1,2,3,C) 361, , , 366
====ITEM SORT FIELDS ====
Vnd's Item: 16613 Sell Price: 5700.00 Retail: 6200.00

Handwritten notes: Leather Jewelry Box; Jewelry Case; Zoky Nosich Mox? (R); Check $ 5967.15 bank # 53-139

387 Washington St.
Boston, MA 02108
617-542-7974
boston@descenza.com

220 Worcester Rd., Rte. 9
Framingham, MA 01702
508-620-0090

427 Main St.
Worcester, MA 01608
508-791-0020

161 Andover St.
Peabody, MA 01960
978-977-0090

DE SCENZA
DIAMONDS

Gemological Institute of America

NUMBER 159520

RECEIVED FROM JOHN COLON, JR
4 CONIFER WAY
BEVERLY MA 01915

DATE AUGUST 26. 2002

THE FOLLOWING FOR IDENTIFICATION:

| ITEM | DESCRIPTION | VALUE |
|---|---|---|
| 1 | LADIES 14K WHITE GOLD THREE ROW DIAMOND RING SET WITH ONE (1) CENTER BAR SET ROUND BRILLIANT CUT DIAMOND WEIGHING 301/100 CARATS HAVING G COLOR, SI1 CLARITY, AND EIGHTEEN (18) ROUND BRILLIANT CUT BAR SET DIAMONDS WEIGHING 134/100 CARATS TOTAL WEIGHT HAVING G-H COLOR, SI1 CLARTIY. EGL CERT # US UD254619601 STYLE #30080352/RSEM4104 THE VALUE ESTABLISHED DOES NOT REPRESENT A RETAIL VALUE BUT IS AN ACTUAL REPLACEMENT VALUE AS OF THIS DATE. | $32,770.00 |

The articles on this report are delivered and received by the signer upon the express understanding and agreement that the Corp. assumes no responsibility for any loss or damage while the same are in its possession, except where caused by or resulting from the dishonesty or negligence of any employee.

This appraisal should not be used as the basis for the purchase or sale of the items set forth herein, and is provided solely as an estimate of approximate values for insurance, estate or wholesale replacement purposes of set items at this time and place.

Accordingly, we assume no liability with respect to legal action that may be taken as a result of the information contained in this appraisal. Mounted stones are graded only to the extent mounting permits examination.

BY [signature]
APPRAISER

387 Washington St.
Boston, MA 02108
617-542-7974
boston@descenza.com

220 Worcester Rd., Rte. 9
Framingham, MA 01702
508-620-0090

427 Main St.
Worcester, MA 01608
508-791-0020

161 Andover St.
Peabody, MA 01960
978-977-0090






NUMBER 168349

RECEIVED FROM JOHN COLON
4 CONIFER WAY
BEVERLY MA 01915

DATE JULY 9, 2003

THE FOLLOWING FOR IDENTIFICATION:

| ITEM | DESCRIPTION | VALUE |
|---|---|---|
| 1 | ONE (1) LADIES CHOPARD STAINLESS STEEL 'LA STRADA' WATCH WITH 46 DIAMONDS WEIGHING A TOTAL OF 74/100 CARATS, HAVING (F) COLOR AND (VS2) CLARITY. | $5,900.00 |

The articles on this report are delivered and received by the signer upon the express understanding and agreement that the Corp. assumes no responsibility for any loss or damage while the same are in its possession, except where caused by or resulting from the dishonesty or negligence of any employee.

This appraisal should not be used as the basis for the purchase or sale of the items set forth herein, and is provided solely as an estimate of approximate values for insurance, estate or wholesale replacement purposes of set items at this time and place.

Accordingly, we assume no liability with respect to legal action that may be taken as a result of the information contained in this appraisal. Mounted stones are graded only to the extent mounting permits examination.

BY [signature] APPRAISER

387 Washington St.
Boston, MA 02108
617-542-7974
boston@descenza.com

220 Worcester Rd., Rte. 9
Framingham, MA 01702
508-620-0090

427 Main St.
Worcester, MA 01608
508-791-0020

161 Andover St.
Peabody, MA 01960
978-977-0090

# DE SCENZA
DIAMONDS

NUMBER 163929

RECEIVED FROM JOHN COLON
4 CONIFER WAY
BEVERLY MA 01915

DATE JULY 12, 2003

THE FOLLOWING FOR IDENTIFICATION:

| ITEM | DESCRIPTION | VALUE |
|---|---|---|
| 1 | LADIES PLATINUM DIAMOND WEDDING BAND PRONG SET WITH FIVE (5) ROUND BRILLIANT CUT DIAMONDS WEIGHING 265/100 CARATS TOTAL WEIGHT HAVING G-H COLOR AND SI 1 CLARITY.<br>PETER ATMAN DESIGNER<br>STYLE #WB017034 | $13,155.00 |
| 2 | LADIES 14 KT WHITE GOLD 2 ROW DIAMOND COLLAR NECKLACE SET WITH 127 FULL CUT DIAMONDS WEIGHING 246/100 CARATS TOTAL WEIGHT HAVING G-H COLOR AND SI 1 CLARITY<br>STYLE #NC311559 | $6,285.00 |

The articles on this report are delivered and received by the signer upon the express understanding and agreement that the Corp. assumes no responsibility for any loss or damage while the same are in its possession, except where caused by or resulting from the dishonesty or negligence of any employee.

This appraisal should not be used as the basis for the purchase or sale of the items set forth herein, and is provided solely as an estimate of approximate values for insurance, estate or wholesale replacement purposes of set items at this time and place.

Accordingly, we assume no liability with respect to legal action that may be taken as a result of the information contained in this appraisal. Mounted stones are graded only to the extent mounting permits examination.

BY [signature]
APPRAISER

387 Washington St.
Boston, MA 02108
617-542-7974
boston@descenza.com

20 Worcester Rd., Rte. 9
Framingham, MA 01702
508-620-0090

427 Main St.
Worcester, MA 01608
508-791-0020

161 Andover St.
Peabody, MA 01960
978-977-0090




NUMBER 169592

RECEIVED FROM JULIE COLON
4 CONIFER WAY
BEVERLY MA 01915

DATE AUGUST 16, 2003

THE FOLLOWING FOR IDENTIFICATION:

| ITEM | DESCRIPTION | VALUE |
|---|---|---|
| 1 | GENTS ROLEX TWO-TONE SUB MARINER WATCH WITH BLUE FACE STYLE #GRTB0384 | $6,200.00 |

The articles on this report are delivered and received by the signer upon the express understanding and agreement that the Corp. assumes no responsibility for any loss or damage while the same are in its possession, except where caused by or resulting from the dishonesty or negligence of any employee.

This appraisal should not be used as the basis for the purchase or sale of the items set forth herein, and is provided solely as an estimate of approximate values for insurance, estate or wholesale replacement purposes of set items at this time and place.

Accordingly, we assume no liability with respect to legal action that may be taken as a result of the information contained in this appraisal. Mounted stones are graded only to the extent mounting permits examination.

BY [signature] APPRAISER

HUGH J. MACISAAC, JR.

387 Washington St.
Boston, MA 02108
617-542-7974
boston@descenza.com

220 Worcester Rd., Rte. 9
Framingham, MA 01702
508-620-0090

427 Main St.
Worcester, MA 01608
508-791-0020

151 Andover St.
Peabody, MA 01960
978-977-0090




NUMBER 169595

RECEIVED FROM JOHN COLON
4 CONIFER WAY
BEVERLY MA 01915

DATE AUGUST 16, 2003

THE FOLLOWING FOR IDENTIFICATION:

| ITEM | DESCRIPTION | VALUE |
|---|---|---|
| 1 | LADIES 14 CARAT WHITE GOLD DIAMOND STUD EARRINGS SIX PRONG SET WITH TWO (2) ROUND BRILLIANT CUT DIAMONDS WEIGHING 19/100 CARATS TOTAL WEIGHT HAVING G-H COLOR AND SI 1 CLARITY WITH ZOP BACKS. STYLE #EART1813 | $400.00 |

The articles on this report are delivered and received by the signer upon the express understanding and agreement that the Corp. assumes no responsibility for any loss or damage while the same are in its possession, except where caused by or resulting from the dishonesty or negligence of any employee.

This appraisal should not be used as the basis for the purchase or sale of the items set forth herein, and is provided solely as an estimate of approximate values for insurance, estate or wholesale replacement purposes of set items at this time and place.

Accordingly, we assume no liability with respect to legal action that may be taken as a result of the information contained in this appraisal. Mounted stones are graded only to the extent mounting permits examination.

BY [signature]
APPRAISER

387 Washington St.
Boston, MA 02108
617-542-7974
boston@descenza.com

220 Worcester Rd., Rte. 9
Framingham, MA 01702
508-820-0090

427 Main St.
Worcester, MA 01608
508-791-0020

151 Andover St.
Peabody, MA 01960
978-977-0090

# DE SCENZA
D I A M O N D S

Gemological Institute of America — Graduate in Gemology

NUMBER 169783

RECEIVED FROM JOHN COLON, JR
4 CONIFER WAY
BEVERLY MA 01915

DATE AUGUST 25, 2003

THE FOLLOWING FOR IDENTIFICATION:

| ITEM | DESCRIPTION | VALUE |
|---|---|---|
| 1 | LADIES 18K WHITE GOLD RING SET WITH NINE (9) BLUE TOPAZ WEIGHING 789/100 CARATS TOTAL WEIGHT AND TWENTY EIGHT (28) DIAMONDS WEIGHING 18/100 CARATS TOTAL WEIGHT. STYLE#RCSX1054 | $1,315.00 |

The articles on this report are delivered and received by the signer upon the express understanding and agreement that the Corp. assumes no responsibility for any loss or damage while the same are in its possession, except where caused by or resulting from the dishonesty or negligence of any employee.

This appraisal should not be used as the basis for the purchase or sale of the items set forth herein, and is provided solely as an estimate of approximate values for insurance, estate or wholesale replacement purposes of set items at this time and place.

Accordingly, we assume no liability with respect to legal action that may be taken as a result of the information contained in this appraisal. Mounted stones are graded only to the extent mounting permits examination.

BY [signature]
APPRAISER

HUGH MACISAAC, JR

387 Washington St.
Boston, MA 02108
617-542-7974
boston@descenza.com

220 Worcester Rd., Rte. 9
Framingham, MA 01702
508-620-0090

427 Main St.
Worcester, MA 01608
508-791-0020

161 Andover St.
Peabody, MA 01960
978-977-0090

# DE SCENZA
D I A M O N D S



NUMBER 171147

RECEIVED FROM JOHN CONLON, JR.
4 CONIFER WAY
BEVERLY MA 01915

DATE OCTOBER 11, 2003

THE FOLLOWING FOR IDENTIFICATION:

| ITEM | DESCRIPTION | VALUE |
|---|---|---|
| 1 | LADIES 18 CARAT WHITE AND YELLOW GOLD DIAMOND HOOP EARRINGS CHANNEL SET WITH TEN (10) ROUND BRILLIANT CUT DIAMONDS WEIGHING 196/100 CARATS TOTAL WEIGHT HAVING H-I COLOR AND SI 2 CLARITY. STYLE #EAR09326 | $3,850.00 |

The articles on this report are delivered and received by the signer upon the express understanding and agreement that the Corp. assumes no responsibility for any loss or damage while the same are in its possession, except where caused by or resulting from the dishonesty or negligence of any employee.

This appraisal should not be used as the basis for the purchase or sale of the items set forth herein, and is provided solely as an estimate of approximate values for insurance, estate or wholesale replacement purposes of set items at this time and place.

Accordingly, we assume no liability with respect to legal action that may be taken as a result of the information contained in this appraisal. Mounted stones are graded only to the extent mounting permits examination.

BY Hugh J. MacIsaac, Jr.
APPRAISER