# EXHIBIT F

## Zlotnick, Peter

**From:** Atkinson, Theodore W. [TAtkinson@Venable.com]
**Sent:** Sunday, January 09, 2005 11:10 AM
**To:** Zlotnick, Peter; Carole Paynter (E-mail)
**Cc:** Hernan Serrano (E-mail); Goldman, Seth
**Subject:** RE: Violations by John and Julie Colon of the TRO and Stipulation Modifying the TRO

Peter:

I spoke with John this morning, and he informed me that he spoke with Hernan directly about this situation yesterday.

If you still want to talk tomorrow, I am booked up all day, but could free up time between 10 and 10:30. Let me know.

Ted

-----Original Message-----
**From:** Zlotnick, Peter [mailto:PBZlotnick@mintz.com]
**Sent:** Saturday, January 08, 2005 1:34 PM
**To:** Atkinson, Theodore W.; Carole Paynter (E-mail)
**Cc:** Hernan Serrano (E-mail); Goldman, Seth
**Subject:** Violations by John and Julie Colon of the TRO and Stipulation Modifying the TRO

Dear Ted and Carole:

It has come to our attention of certain serious violations of the TRO and Stipulation Modifying the TRO relating to the Providian Mastercard and Visa cards that the Colons disclosed in their financial disclosures. We have learned that as recently as this morning, John Colon was attempting to use the credit cards, but was unable to because we caused Providian to place a freeze on them earlier this week after we learned that the Colons have been improperly using them since the Receivership has commenced. Section IV.C of the TRO unequivocally states that "the Defendants are hereby temporarily restrained and enjoined from . . . [i]ncurring charges on any credit card issued in the name, singly or jointly of any Defendant."

We have received statements from Providian covering the entire period of the Receivership through the present (we are prepared to make those available to you on Monday). Those statement indicate that John and Julie Colon not only incurred credit card charges on these cards, but also made substantial payments to Providian from November 23rd through the end of December in excess of $20,000 and in increments greater than $4,000. We have also learned that the Colons made those payments by means of Treasurer's checks drawn from Century Bank and that they have opened at least one personal bank account at Century that they have not disclosed to the Receiver and on which the Receiver is not a signator (as he is on the recently opened Unimark accounts). Section 2.b of the Stipulation Modifying the TRO states, in pertinent part, "With regard to any **account or accounts created in the name of the Colons, jointly or individually, after November 3, 2004**, UniMark and the Colons agree to provide the Temporary Receiver with prompt notice of any transaction related to any of those accounts in an amount that is equal to or greater than $2,500.00." Even assuming this undisclosed personal account that the Colons apparently created at Century were permitted under the Stipulated TRO, which we expressly assure you it was not, the Colons never notified the Receiver at all of any of the transfers that they made to pay the credit card obligations and, therefore, have violated the Order's express terms.

According to the credit card statements, many of the charges the Colons incurred, they incurred to purchase media advertising time. We find this unilateral use of funds, however, to be completely unacceptable, especially since the Colons and Unimark are obligated pursuant to Section 2.c.i of the Stipulated TRO to pay "the Receivership Estate rent and usage fee until such time as that space is vacated

by either Better Budget or UniMark." To date, neither the Colons nor UniMark have paid the Receiver any use and occupancy fees as set forth in the above provision.

We bring these serious matters to your attention today, because John Colon e-mailed the Receiver this morning complaining that his credit cards were frozen. We cannot emphasis strongly enough how seriously we view these infractions. Moreover, we also understand that John Colon was arrested earlier this week and, again, we were not notified of these material events and circumstances. Ted, we have attempted to be as cooperative as possible with the Defendants at every juncture of this Receivership and to accommodate you and your clients with respect to your defense needs, however, we cannot help but think that they are either acting with deliberate intent to violate the Court Orders by which they are bound or they have not kept their counsel fully informed of their activities and, thereby, have not received the full benefit of your guidance and counsel. Under either of these scenarios, the result is not good. But we look forward to discussing and resolving these issues with you on Monday.

Thanks in advance.

Peter

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. immediately at either (617) 542-6000 or at ISDirector@Mintz.com, and destroy all copies of this message and any attachments. You will be reimbursed for reasonable costs incurred in notifying us.

*********************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*********************************************************************

**Zlotnick, Peter**

---

**From:** Atkinson, Theodore W. [TAtkinson@Venable.com]
**Sent:** Monday, January 10, 2005 11:58 AM
**To:** Zlotnick, Peter; hserrano@wslco.com; cpaynter@ftc.gov
**Cc:** Volner, Ian D.; cpedersen@mnplaw.com; Klein, Tammy W.
**Subject:** Follow Up

All:

I think we had a productive conversation this morning, and we will make every effort to ensure that our clients fully understand the terms of and the need to comply with the Court's orders in this matter.

As we discussed, John and Julie will do the following:

(1) Surrender to Peter all credit cards in their names and in their possession. As we understand, any accounts should have been closed by virtue of the TRO, which was provided to Providian.

(2) Provide as soon as possible (and hopefully by the end of this week) a supplemental financial statement, under penalty of perjury, that identifies:

1. All credit or debit card accounts and cards in their names (Peter: Seth mentioned an American Express account. Please let me know the basis for thinking the Colons have an American Express account);

2. All bank accounts opened by John or Julie or which are in their names and which have not been previously identified in the financial disclosures (I am told that the only account were the four Century First Bank accounts reflected in my November 16 e-mail);

3. All sources and amounts of personal revenue or income since November 3, 2004; and
4. All payments made to Providian since November 3, 2004.

John and Julie will also provide you with statements concerning any and all bank accounts identified in 2. above (Julie has told me that they have not received a statement yet from Century First Bank, but can get a statement from Suzanne at the Bank up to and including the date the supplemental statement is signed).

The Colons will also provide the code for the safe. Julie has informed me that she received the code Friday, and will e-mail it to me. That code gains access to the safe, and within the safe there is, among the jewelry, a locked firebox with important papers (wills, etc.). The key for the firebox is in the safe. When I get the code, I will forward it to Peter and Hernan.

The Colons will also provide titles for the vehicles. Because it is unlikely that the titles can be located (John and Julie have told me again that they are not at the house but were at the office), Julie is ordering titles from the DMV immediately for all of the vehicles.

Finally, I will impress upon John and Julie the importance of informing me of any transaction that is approximately $2,500 or larger. This would include any transfers of cash, as well as any checks drawn off of any UniMark or personal account.

I believe this reflects what we discussed today. If not, please give me a call.

Regards,

**Ted Atkinson**
Venable, LLP
575 7th Street N.W.
Washington D.C. 20004-1601
(202) 344-8008 (ph)
(202) 344-8300 (fax)
twatkinson@venable.com

Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communication or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.

*********************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*********************************************************************

**Zlotnick, Peter**

---

**From:** Chernofsky, Jennifer
**Sent:** Monday, January 10, 2005 1:09 PM
**To:** 'TAtkinson@Venable.com'; 'cpaynter@ftc.gov'; 'hserrano@wslco.com'
**Cc:** Zlotnick, Peter
**Subject:** Violations by John and Julie Colon of the TRO and Stipulation
**Attachments:** bbfs docs.pdf

Mr. Atkinson
As you requested, attached are the pdf versions of the documents faxed to you earlier. If you are still having problems reading them in this form, please let me know and we will try and come up with a solution.
Jennie

Jennifer Chernofsky
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
Chrysler Center
666 Third Avenue, 25th Floor
New York, New York 10017
Direct Dial (212) 692-6808
jchernofsky@mintz.com
www.mintz.com

P.O. Box 660433, Dallas, TX 75266-0433
Indicate Change of Address Below (use blue or black ink)

Address: ____________________ Apt: ____
City: ____________ State: ____ Zip: ____
Home Phone: ____________ Work Phone: ____________
E-Mail: ____________________

| PAYMENT DUE DATE | MINIMUM PAYMENT | BALANCE AS OF 10/18/2004 | ACCOUNT NUMBER |
|---|---|---|---|
| 11/15/04 | $47.00 | $1,553.72 | 4361-4599-0018-6175 |

AMOUNT ENCLOSED (use blue or black ink)

$ [ ][ ][ ][ ][ ].[ ][ ]

Make Checks Payable to Providian

PROVIDIAN PROCESSING SVCS.
P.O. BOX 660487
DALLAS TX 75266-0487

JOHN COLON JR
90 AVALON DR
PEABODY MA 01960-1534

528384

4361459900186175 0004700 0155372 0580000 18

DETACH HERE

C COLN8881 4818 8888 849 7 841819 Page 1 of 3 N 818 528384

**Important Messages**
Want some spending money? Use checks to access your credit line.

**Account Summary**

| | |
|---|---|
| Statement Date | 10/18/04 |
| Credit Line | $9,550.00 |
| Available Credit for Cash Advances as of 10/19/04 | $8,006.00 |

| | | |
|---|---|---|
| Credits & Payments | - | $21,177.95 |
| Cash Advances | + | $0.00 |
| NEW BALANCE | = | $1,553.72 |

**Providian Real Rewards**

Get rewarded with Providian Real Rewards!

Points credited this cycle: 18,797
Total points*: 157,432

*May not include recent adjustments such as redemptions or recent purchases.

**Transactions**

| Tran Date | Post Date | Description | Reference Number | | Amount |
|---|---|---|---|---|---|
| Sep 16 | Sep 20 | WAL MART DANVERS MA | 24226384861320518798688 | 5310 | $432.14 |
| Sep 16 | Sep 20 | BERNIE & PHYL'S DELIVERY NORTON MA | 84150304281518147010012 | 5712 | $385.30 |
| Sep 17 | Sep 20 | WAL MART DANVERS MA | 84628384281320037081707 | 5310 | $56.44 |
| Sep 17 | Sep 20 | XO *WEB SITE HOSTING 888-676-6398 CA | 24692164861000558317689 | 5969 | $151.20 |
| Sep 17 | Sep 20 | BEST BUY 00005330 DANVERS MA | [illegible] | 5732 | $325.44 |
| Sep 17 | Sep 20 | MIDDLETON DRY CLEANERS MIDDLETON MA | [illegible] | 7216 | $235.00 |
| Sep 18 | Sep 20 | SHAWS SUPERMARKET BEVERLY MA | 84455814262040091868077 | 5411 | $164.58 |
| Sep 18 | Sep 20 | WWW.ALTNET.COM ALTNET.COM/SU | 74580004268033071280488 | 5734 | $30.85 |
| Sep 20 | Sep 20 | PAYMENT RECEIVED – THANK YOU | 74185864264552018659025 | 0000 | $(8,000.00) |
| Sep 20 | Sep 20 | ONLINE PAYMENT FEE | 74186864264000000000908 | 0000 | $14.95 |
| Sep 21 | Sep 22 | GOOGLE *ADWORDS 650-623-4000 CA | 84692164865000798463708 | 7311 | $810.28 |
| Sep 21 | Sep 22 | GOOGLE *ADWORDS 650-623-4000 CA | [illegible] | 7311 | $943.98 |
| Sep 21 | Sep 22 | STAPLES #890 800-333-3330 CA | 24610434268004076048534 | 5111 | $416.60 |
| Sep 22 | Sep 23 | GOOGLE *ADWORDS 650-623-4000 CA | [illegible] | 7311 | $836.07 |
| Sep 22 | Sep 23 | GOOGLE *ADWORDS 650-623-4000 CA | 84692184266000052513047 | 7311 | $664.78 |

Check Terms: Use of the attached check will constitute a cash advance charge against your credit account, which can't be past due and must have sufficient available credit (your available credit may be less if recently your credit line was lowered or a payment was returned). This check cannot be used to pay any Providian account and is void after 12/15/04. Returned check fee: $29. Finance charges accrue from the date each check is presented to us. Your non-promotional Standard Cash rate is currently 23.99%. If you are currently receiving a promotional Standard Cash rate, such rate will apply to this check for the duration of the promotional period. Overlimit fee: $35. When you use this check, we will charge a Cash Advance fee of 3% of the amount of the cash advance ($10 minimum), which is a one-time FINANCE CHARGE. Cash advance fees are added to the Purchase Balance and are subject to your APR for Purchases.

PROVIDIAN NATIONAL BANK
295 Main Street
Tilton, NH 03276

4459900186175 9989 NO.#1001 54-139/117

Date ____________

PAY TO THE ORDER OF ____________________ $ [ ]

____________________ DOLLARS

Check void after 12/15/04

JOHN COLON JR
90 AVALON DR
PEABODY MA 01960-1534

VOID VOID VOID

MEMO ____________ SIGNATURE ____________

<124< *011701398*44599001 86175<9989

Account Number 4361-4599-0018-6175

C COLR9001 C092 0003 842 7 041019 Page 2 of 2 N 000 C00004

**Additional Transactions**

| Tran Date | Post Date | Description | Reference Number | | Amount |
|---|---|---|---|---|---|
| Sep 22 | Sep 23 | EAS*EAS 1-800-816-8600 800-816-8600 CO | 24692164288000876869751 | 5969 | $124.85 |
| Sep 23 | Sep 23 | PAYMENT RECEIVED -- THANK YOU | 74165684267658018313097 | 0000 | $(8,500.00) |
| Sep 23 | Sep 23 | ONLINE PAYMENT FEE | 74165984267600000000009 | 0000 | $14.95 |
| Sep 20 | Sep 24 | GOOGLE *ADWORDS 650-623-4000 CA | 24692164287000929916418 | 7311 | $746.73 |
| Sep 23 | Sep 24 | GOOGLE *ADWORDS 650-623-4000 CA | 24692164287000929670718 | 7311 | $898.68 |
| Sep 24 | Sep 24 | PAYMENT RECEIVED -- THANK YOU | 74165864286552018670451 | 0000 | $(4,129.00) |
| Sep 24 | Sep 24 | ONLINE PAYMENT FEE | 74165984288000000000008 | 0000 | $14.95 |
| Sep 24 | Sep 27 | GOOGLE *ADWORDS 650-623-4000 CA | 24692164286000981934179 | 7311 | $1,008.38 |
| Sep 24 | Sep 27 | GOOGLE *ADWORDS 650-623-4000 CA | 24692164268000982000541 | 7311 | $578.07 |
| Sep 24 | Sep 27 | SUNOCO DANVERSMA NY | 24455014868180009888849 | 5542 | $37.28 |
| Sep 24 | Sep 28 | FINISH LINE #0842 PEABODY MA | 24446004871928799820085 | 5661 | $208.97 |
| Sep 25 | Sep 27 | SUNOCO BEVERLY MA | 24455014876120000786103 | 5542 | $19.00 |
| Sep 25 | Sep 28 | DINIX.COM 866-0982464 NY | 24888694271001000114934 | 4816 | $24.84 |
| Sep 27 | Sep 28 | NOT YOUR AVERAGE JOE'S BEVERLY MA | 24733094271886656400305 | 5812 | $70.35 |
| Sep 29 | Sep 30 | EXPRESS CASH FEE | 74185864274874111111145 | 0000 | $19.95 |
| Sep 28 | Sep 30 | AAA PROVIDENCE MEMBERSHI 401-868-2000 RI | 24430054873600387180868 | 8675 | $48.00 |
| Sep 30 | Oct 01 | INTELIUS*INTELIFINDER.COM 425-4548200 WA | 74301134274118000188881 | 7399 | $(47.50) |
| Oct 05 | Oct 06 | BEST BUY 00009720 DANVERS MA | 24391004270888553600836 | 5732 | $31.48 |
| Oct 06 | Oct 07 | EXXONMOBIL24 03414091 PEABODY MA | 24184064280378000075169 | 5542 | $86.65 |
| Oct 05 | Oct 07 | KAPPY'S LIQUORS #158 DANVERS MA | 24441004880989452866666 | 5921 | $258.57 |
| Oct 06 | Oct 07 | APOLLO RESTAURANT BOSTON MA | 24071054280967181784619 | 5812 | $38.40 |
| Oct 07 | Oct 11 | SUNBANQUE OF BEVERLY BEVERLY MA | 24403894282800488200037 | 7298 | $90.95 |
| Oct 08 | Oct 11 | GOOGLE *ADWORDS 650-623-4000 CA | 24692164888000974088916 | 7311 | $888.22 |
| Oct 08 | Oct 11 | GOOGLE *ADWORDS 650-623-4000 CA | 24692164882000974394687 | 7311 | $745.92 |
| Oct 08 | Oct 11 | GOOGLE *ADWORDS 650-623-4000 CA | 24692164282000978110598 | 7311 | $1,236.83 |
| Oct 09 | Oct 11 | GOOGLE *ADWORDS 650-623-4000 CA | 24692164288000988181103 | 7311 | $598.43 |
| Oct 09 | Oct 11 | MACY'S EAST #084 PEABODY MA | 24445734284920688331087 | 5311 | $78.75 |
| Oct 08 | Oct 11 | ARMANI CAFE BOSTON BOSTON MA | 24248514284986398401690 | 5812 | $85.16 |
| Oct 09 | Oct 11 | GIBLEES DANVERS MA | 24071054284887125283448 | 5811 | $580.00 |
| Oct 09 | Oct 11 | APOLLO RESTAURANT BOSTON MA | 24071054884887120525784 | 5812 | $118.80 |
| Oct 11 | Oct 11 | PAYMENT RECEIVED -- THANK YOU | 74165864485559028289847 | 0000 | $(3,700.00) |
| Oct 11 | Oct 11 | ONLINE PAYMENT FEE | 00000000000000000000000 | 0000 | $14.95 |
| Oct 11 | Oct 12 | GOOGLE *ADWORDS 650-623-4000 CA | 24692164285000141784234 | 7311 | $988.87 |
| Oct 11 | Oct 12 | GOOGLE *ADWORDS 650-623-4000 CA | 24692164285000141795545 | 7311 | $788.57 |
| Oct 12 | Oct 13 | SUPER STOP & SHOP #408 DANVERS MA | 24810434260078015161118 | 5411 | $191.78 |
| Oct 12 | Oct 14 | GALYAN'S #35 DANVERS MA | 24445004287842328385862 | 5941 | $392.84 |
| Oct 13 | Oct 14 | SALEM CHIGO SALEM MA | 24510434987004110073700 | 5542 | $32.00 |
| Oct 13 | Oct 15 | FILENES/KAUFMANNS #72 PEABODY MA | 24307754288004027077992 | 5311 | $108.38 |
| Oct 13 | Oct 15 | FILENES/KAUFMANNS #72 PEABODY MA | 24387754288004027077984 | 5311 | $80.38 |
| Oct 13 | Oct 15 | FILENES/KAUFMANNS #72 PEABODY MA | 24387754288004027077816 | 5311 | $21.00 |
| Oct 13 | Oct 16 | FOUR 86 PUB AND GRILL DANVERS MA | 24781874890088902745450 | 5812 | $44.54 |
| Oct 14 | Oct 14 | PAYMENT RECEIVED -- THANK YOU | 74165864284668087891649 | 0000 | $(5,800.00) |
| Oct 14 | Oct 14 | ONLINE PAYMENT FEE | 00000000000000000000000 | 0000 | $14.95 |
| Oct 14 | Oct 15 | NOT YOUR AVERAGE JOE'S BEVERLY MA | 24733084288808529800184 | 5812 | $78.45 |
| Oct 15 | Oct 16 | ARIA BOSTON MA | 24150804289510625748591 | 5812 | $750.00 |

*FOR BILLING ERRORS AND IMPORTANT INFORMATION, SEE REVERSE SIDE.

*Balance Category

| | Average Daily Balance | Daily Periodic Rate | Annual % Rate (APR) | Finance Charges | Grace Terms |
|---|---|---|---|---|---|
| Standard Purchases - Current Cycle | $1,205.84 | .0548% | 19.99% | $0.00 | Term A |
| Standard Cash - Current Cycle | $1.26 | .0657% | 23.99% | $0.03 | Term B |

ANNUAL PERCENTAGE RATE this billing cycle: 25.80%

For 24-hour Automated Account Information, please call 1-800-280-0581 or visit us at www.providian.com

Your account is issued by Providian National Bank, Tilton, NH.

Check Terms: Use of the attached check will constitute a cash advance charge against your credit account, which can't be past due and must have sufficient available credit (your available credit may be less if recently your credit line was lowered or a payment was returned). This check cannot be used to pay any Providian account and is void after 12/15/04. Returned check fee: $35. Finance charges accrue from the date each check is presented to us. Your non-promotional Standard Cash rate is currently 23.99%. If you are currently receiving a promotional Standard Cash rate, such rate will apply to this check for the duration of the promotional period. Overlimit fee: $30. When you use this check, we will charge a Cash Advance fee of 3% of the amount of the cash advance ($10 minimum), which is a one-time FINANCE CHARGE. Cash advance fees are added to the Purchase Balance and are subject to your APR for Purchases.

PROVIDIAN NATIONAL BANK
295 Main Street
Tilton, NH 03276

4459900186175 9989 NO.#1002 54-138/117

Date ____________

PAY TO THE ORDER OF ____________ $ [ ]

____________ DOLLARS

Check void after 12/15/04

JOHN COLON JR
90 AVALON DR
PEABODY MA 01960-1544

VOID VOID VOID

MEMO ____________ SIGNATURE ____________

<124< *011701398*44599001 86175<9989

| PAYMENT DUE DATE | MINIMUM PAYMENT | BALANCE AS OF 12/17/2004 | ACCOUNT NUMBER |
|---|---|---|---|
| 01/12/05 | $58.00 | $1,808.22 | 4361-4599-0018-6175 |

P.O. Box [illegible], Dallas, TX 75[illegible]
Indicate Change of Address Below (use blue or black ink)

Address: ____________ Apt: ____

City: ____________ State: ____ Zip: ____

Home Phone: ____________ Work Phone: ____________

E-Mail: ____________

AMOUNT ENCLOSED (use blue or black ink)

$ [ ][ ][ ][ ][ ][ ].[ ][ ]

Make Checks Payable to Providian

PROVIDIAN PROCESSING SVCS.
P.O. BOX 660487
DALLAS TX 75266-0487

JOHN COLON JR
4 Conifer Way
Beverly MA 01915-1271

43614599001861?5 0005800 0190622 0616299 18

DETACH HERE

C COL[illegible] [illegible] [illegible] 849 ? 041217 Page 1 of 1 N [illegible] 10831

**Important Messages**
Have you checked your FICO(R) credit score lately? Register or Log in today at www.providian.com to check your score, make payments & more!

**Account Summary**

| | |
|---|---|
| Statement Date | 12/17/04 |
| Credit Line | $9,500.00 |
| Available Credit for Cash Advances as of 12/17/04 | $7,653.00 |

| | | |
|---|---|---|
| Credits & Payments | - | $15,721.71 |
| Cash Advances | + | $0.00 |
| NEW BALANCE | = | $1,808.22 |

**Providian Real Rewards**

- Get rewarded with Providian Real Rewards! Points credited this cycle: 8,371
- Total points*: 190,084
- *May not include recent adjustments such as redemptions or recent purchases.

**Transactions**

| Tran Date | Post Date | Description | Reference Number | | Amount |
|---|---|---|---|---|---|
| Nov 23 | Nov 23 | PAYMENT RECEIVED - THANK YOU | 74180064[illegible]88707848401[illegible] | 0000 | $(8,500.00) |
| Nov 29 | Nov 30 | XO *WEB SITE HOSTING 888-575-6398 CA | 24688[illegible]48340004[illegible]816788 | 5969 | $151.80 |
| Nov 30 | Dec 01 | PAYCOM.NET *DowxxPas 800-893-8871 CA | [illegible] | 5967 | $29.95 |
| Nov 30 | Dec 02 | PLANETBIZ, INC. 212-855-0079 NC | [illegible]88441 | 8999 | $5.00 |
| Nov 30 | Dec 02 | PLANETBIZ, INC. 212-856-0079 NC | [illegible]88483 | 8999 | $100.00 |
| Nov 30 | Dec 02 | PLANETBIZ, INC. 212-855-0079 NC | [illegible] | 8999 | $75.00 |
| Nov 30 | Dec 02 | NEXTEL *WIRELESS SVCS 800-839-5111 CO | [illegible]37000851[illegible]9130 | 4814 | $2,990.90 |
| Dec 02 | Dec 03 | SUNBANQUE OF BEVERLY BEVERLY MA | [illegible]00109 | 7299 | $98.85 |
| Dec 03 | Dec 08 | MIDDLETON DRY CLEANERS MIDDLETON MA | 2478501484001080078039 1 | 7216 | $44.35 |
| Dec 04 | Dec 08 | IRA LEXUS DANVERS MA | [illegible]0007E4 | 5511 | $1,833.81 |
| Dec 08 | Dec 08 | STRAWBERRIES BVRLY 1104 BEVERLY MA | 2441800[illegible]04359470[illegible] | 5735 | $22.97 |
| Dec 07 | Dec 09 | OFFICE DEPOT #2433 PEABODY MA | 2444[illegible]0077[illegible]86184 | 5943 | $29.19 |
| Dec 08 | Dec 10 | SUNOCO BEVERLY MA | 2446[illegible]14344120000743153 | 5542 | $44.40 |
| Dec 09 | Dec 10 | SUNOCO BEVERLY MA | 2445501434512000077846[illegible] | 5542 | $48.62 |
| Dec 10 | Dec 13 | DAWSON'S TRUE VALUE HDW BEVERLY MA | [illegible]502747 | 5251 | $95.17 |
| Dec 11 | Dec 13 | THE HOME DEPOT #2623 DANVERS MA | 2461040424701[illegible]014610 | 5200 | $314.37 |
| Dec 11 | Dec 13 | THE HOME DEPOT #2623 DANVERS MA | [illegible]0101800008116 | 5200 | $188.42 |
| Dec 13 | Dec 13 | SUNOCO SAUGUS MA | 24456014349120000701091 | 5542 | $25.09 |
| Dec 13 | Dec 16 | ICE HOUSE CHRISTMAS TREES TOPSFIELD MA | 2441800[illegible]5035018[illegible]74602 | 5999 | $87.13 |
| Dec 14 | Dec 16 | SUNOCO BEVERLY MA | 2445501485018000757802 | 5542 | $38.84 |
| Dec 15 | Dec 16 | NORTH COUNTRY MEDIA GREAT FALLS MT | 2427078435116[illegible]109280 | 7992 | $1,183.75 |
| Dec 15 | Dec 17 | NORTH COUNTRY MEDIA GREAT FALLS MT | 2427076[illegible]51162000108814 | 7992 | $411.60 |
| Dec 15 | Dec 17 | THE HOME DEPOT #2623 DANVERS MA | 7461[illegible]35001017788651[illegible] | 5200 | $(58.72) |
| Dec 14 | Dec 16 | TARGET 00011874 DANVERS MA | 2416407485109100[illegible]17642 | 5310 | $30.05 |
| Dec 16 | Dec 17 | SUNOCO SAUGUS MA | 24455014961180000770378 | 5542 | $28.84 |
| Dec 16 | Dec 17 | IRA TOYOTA DANVERS MA | 2473309[illegible]1800599700866 | 5511 | $81.51 |
| Dec 17 | Dec 17 | PAYMENT RECEIVED - THANK YOU | 741868[illegible]92552061617434 | 0000 | $(6,168.99) |
| Dec 17 | Dec 17 | ONLINE PAYMENT FEE | 00000000000000000000000 | 0000 | $14.83 |

FOR BILLING ERRORS AND IMPORTANT INFORMATION, SEE REVERSE SIDE.

**Balance Category**

| | Average Daily Balance | Daily Periodic Rate | Annual % Rate (APR) | Finance Charges | Grace Terms |
|---|---|---|---|---|---|
| Standard Purchase - Current Cycle | $4,397.71 | .0546% | 19.99% | $68.30 | Term A |
| Standard Cash - Current Cycle | $0.00 | .0657% | 23.99% | $0.00 | Term B |
| Standard Purchase - Previous Cycle | $7,805.14 | .0546% | 19.99% | $128.32 | |

ANNUAL PERCENTAGE RATE this billing cycle: 19.49%

For 24-hour Automated Account Information, please call 1-800-280-0561 or visit us at www.providian.com

Your account is issued by Providian National Bank, Tilton, NH.

JAN. 6. 2005 5:21PM NO. 9926 P. 10

| PAYMENT DUE DATE | MINIMUM PAYMENT | BALANCE AS OF 11/18/2004 | ACCOUNT NUMBER |
|---|---|---|---|
| 12/15/04 | $288.09 | $9,590.98 | 4361-4599-0018-6175 |

P.O. Box 660433, Dallas, TX 75266-0433
Indicate Change of Address Below (use blue or black ink)

AMOUNT ENCLOSED (use blue or black ink)

Address. ______ Apt. ______

City. ______ State: ______ Zip: ______

Home Phone: ______ Work Phone. ______

E-Mail: ______

$ [ ][ ][ ][ ][ ].[ ][ ]

Make Checks Payable to Providian

PROVIDIAN PROCESSING SVCS.
P.O. BOX 660487
DALLAS TX 75266-0487

JOHN COLON JR
90 AVALON DR
PEABODY MA 01960-1534

481564

4361459900186175 0028800 0959096 0895344 18

DETACH HERE

C COLR0001 6692 0008 365 7 561118 Page 1 of 2 N 889 584044

**Important Messages**

FEDERAL TRUTH IN LENDING DISCLOSURES UPON RENEWAL OF ANNUAL FEE. SEE REVERSE FOR IMPORTANT INFORMATION.

YOUR ACCOUNT IS OVER ITS CREDIT LIMIT. Please pay the minimum payment listed above along with the overlimit amount as soon as possible.

Have you checked your FICO(R) credit score lately? Register or Log in today at www.providian.com to check your score, make payments & more!

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Statement Date | 11/18/04 | Credits & Payments | - | $15,318.87 |
| Credit Line | $9,560.00 | Cash Advances | + | $0.00 |
| Available Credit for Cash Advances as of 11/18/04 | $0.00 | NEW BALANCE | = | $9,590.98 |

**Providian Real Rewards**

Get rewarded with Providian Real Rewards!

Points credited this cycle: 14,282

Total points*: 171,715

*May not include recent adjustments such as redemptions or recent purchases.

**Transactions**

| Tran Date | Post Date | Description | Reference Number | | Amount |
|---|---|---|---|---|---|
| Oct 19 | Oct 20 | SHAWS MARKET 341 PEABODY MA | 24455014283728000787474[illegible] | 5411 | $82.53 |
| Oct 19 | Oct 20 | RED PERSIMMON SPA & NAILS PEABODY MA | 2411288429402[illegible]18068 | 7298 | $29.00 |
| Oct 19 | Oct 20 | SAKS FIFTH AVENUE #0030 BOSTON MA | 2444500438[illegible]7367928[illegible] | 5311 | $728.80 |
| Oct 19 | Oct 21 | CVS PHARMACY #0761 Q03 BEVERLY MA | 24440004[illegible]947[illegible]5690000 | 5912 | $24.36 |
| Oct 19 | Oct 21 | KAPPY'S LIQUORS #176 PEABODY MA | 2444500428494815[illegible] | 5411 | $70.56 |
| Oct 20 | Oct 21 | GOOGLE *ADWORDS 650-623-4000 CA | 2469210429400071[illegible]80199 | 7311 | $1,392.95 |
| Oct 20 | Oct 22 | CYBERNET VENTURES 800-561-8114 | 24801904[illegible]50558792510 | 5967 | $84.85 |
| Oct 21 | Oct 22 | GOOGLE *ADWORDS 650-623-4000 CA | 24698[illegible]950008175637[illegible] | 7311 | $952.80 |
| Oct 21 | Oct 22 | GOOGLE *ADWORDS 650-623-4000 CA | 24698[illegible]5000617086489 | 7311 | $520.48 |
| Oct 21 | Oct 22 | NORTH COUNTRY MEDIA GREAT FALLS MT | 2427078429518200008[illegible] | 7922 | $120.00 |
| Oct 21 | Oct 22 | XO *WEB SITE HOSTING 888-675-5598 CA | 24692164296000[illegible]7278784 | 5969 | $151.89 |
| Oct 21 | Oct 22 | NOT YOUR AVERAGE JOES BEVERLY MA | 24783094[illegible]04599600921 | 5812 | $49.89 |
| Oct 22 | Oct 25 | ARIA BOSTON MA | 2415004[illegible]51082984[illegible] | 5813 | $171.00 |
| Oct 22 | Oct 25 | NICK & TONYS SALTWATER DANVERS MA | 2473909[illegible]2087996001[illegible] | 5812 | $54.81 |
| Oct 22 | Oct 25 | APOLLO RESTAURANT BOSTON MA | 240710542969871375[illegible] | 5812 | $141.10 |
| Oct 23 | Oct 25 | EXXONMOBIL84 01280011 DANVERS MA | 2418405489787800[illegible] | 5542 | $12.03 |
| Oct 23 | Oct 25 | BARNES & NOBLE #2263 PEABODY MA | 24445004298960[illegible]8312 | 5942 | $35.10 |
| Oct 23 | Oct 26 | FILENES/KAUFMANNS #72 PEABODY MA | 2438775489[illegible]020[illegible]318 | 5311 | $194.99 |
| Oct 23 | Oct 26 | CAFE ANZIO BOSTON HANOVER MA | 24358944[illegible]70381287509 | 5812 | $84.00 |
| Oct 23 | Oct 26 | FOUR CS PUB AND GRILL DANVERS MA | 24781874[illegible]0902710677 | 5812 | $31.87 |
| Oct 24 | Oct 26 | MANTRA BOSTON MA | 24401894[illegible]71129978[illegible] | 5812 | $957.94 |
| Oct 26 | Oct 27 | EXXONMOBIL85 0611MAS MIDDLETO MA | 24184054300278[illegible]33106 | 5542 | $45.88 |
| Oct 25 | Oct 27 | IRA LEXUS DANVERS MA | 247330549008[illegible]700838 | 5511 | $99.57 |
| Oct 26 | Oct 27 | PAYMENT RECEIVED – THANK YOU | 7418864[illegible]1559034040376 | 0000 | $(6,055.48) |
| Oct 26 | Oct 27 | ONLINE PAYMENT FEE | 000000000000000000000000 | 0000 | $14.95 |
| Oct 26 | Oct 28 | ARMANI CAFE BOSTON BOSTON MA | 24848514301285399990048 | 5812 | $49.80 |
| Oct 26 | Oct 28 | DIESEL BOSTON MA | 2412479420[illegible]07011800027 | 5651 | $286.70 |
| Oct 28 | Oct 28 | GIBLEES DANVERS MA | 2407100430[illegible]987177967110 | 5611 | $768.00 |
| Oct 26 | Oct 28 | HOT GOSSIP, INC BOSTON MA | 2448[illegible]8430198017817[illegible] | 7230 | $212.00 |
| Oct 27 | Oct 29 | PU CHANGS RESTAURANT PEABODY MA | 24403894308201000[illegible]744 | 5812 | $20.24 |
| Oct 28 | Oct 29 | NORTH COUNTRY MEDIA GREAT FALLS MT | 2427078430816[illegible]0004[illegible] | 7922 | $908.00 |
| Oct 28 | Oct 29 | NORTH COUNTRY MEDIA GREAT FALLS MT | 2487078[illegible]182000047016 | 7922 | $74.75 |
| Oct 28 | Oct 29 | NORTH COUNTRY MEDIA GREAT FALLS MT | 2487078430218200047040 | 7922 | $115.00 |
| Oct 28 | Oct 29 | IRA LEXUS DANVERS MA | 24733094803200[illegible]700458 | 5511 | $210.40 |
| Oct 29 | Nov 01 | GOOGLE *ADWORDS 650-623-4000 CA | 2469216430300[illegible]542878 | 7311 | $1,366.64 |
| Oct 29 | Nov 01 | NORTH COUNTRY MEDIA GREAT FALLS MT | 2427076430[illegible]820000056422 | 7922 | $37.00 |
| Oct 29 | Nov 01 | GOOGLE *ADWORDS 650-623-4000 CA | 246921[illegible]00384388480 | 7311 | $1,093.73 |
| Oct 29 | Nov 01 | SHELL OIL 22017170477 DANVERS MA | 2469216[illegible]00415172030 | 5542 | $82.27 |
| Oct 30 | Nov 01 | GOOGLE *ADWORDS 650-623-4000 CA | 246[illegible]1643040004[illegible]177 | 7311 | $1,161.79 |
| Oct 30 | Nov 01 | GOOGLE *ADWORDS 650-623-4000 CA | 24692164304000[illegible] | 7311 | $521.24 |
| Oct 30 | Nov 01 | GOOGLE *ADWORDS 650-623-4000 CA | 2469215430400[illegible] | 7311 | $816.68 |
| Oct 31 | Nov 02 | BLACK COW TAP & GRILL NEWBURYPORT MA | 24008704[illegible]77300898 | 5812 | $56.43 |
| Nov 01 | Nov 02 | NORTH COUNTRY MEDIA GREAT FALLS MT | 2487078430[illegible] | 7922 | $43.50 |
| Nov 01 | Nov 03 | SUNTANIQUE OF BEVERLY BEVERLY MA | 2440389430780043[illegible]700108 | 7298 | $99.96 |
| Nov 02 | Nov 02 | ONLINE PAYMENT FEE | 000000000000000000000000 | 0000 | $14.95 |
| Nov 02 | Nov 02 | PAYMENT RECEIVED – THANK YOU | 7418[illegible]84307602037174874 | 0000 | $(8,953.44) |
| Nov 02 | Nov 02 | NSF Fee | 000000000000000000000000 | 0000 | $35.00 |

Account Number 4391-4699-0018-6176

**Additional Transactions**

| Tran Date | Post Date | Description | | Reference Number | | Amount |
|---|---|---|---|---|---|---|
| Nov 02 | Nov 11 | Returned Payment | | 00000000000000000698680 | 0000 | $8,959.44 |
| Nov 02 | Nov 04 | NORTH COUNTRY MEDIA | GREAT FALLS MT | 24270784209158000045850 | 7922 | $10.76 |
| Nov 04 | Nov 04 | NEXTEL *WIRELESS SVCS | 800-639-6111 CO | 24692154208000715128224 | 4914 | $318.95 |
| Nov 18 | Nov 18 | ANNUAL FEE | | | 0000 | $59.00 |

**FOR BILLING ERRORS AND IMPORTANT INFORMATION, SEE REVERSE SIDE.**

**Balance Category**

| | Average Daily Balance | Daily Periodic Rate | Annual % Rate (APR) | Finance Charges | Grace Terms |
|---|---|---|---|---|---|
| Standard Purchase - Current Cycle | $7,805.14 | .0546% | 19.99% | $0.00 | Term A |
| Standard Cash - Current Cycle | $0.00 | .0657% | 23.99% | $0.00 | Term B |

ANNUAL PERCENTAGE RATE this billing cycle: 23.99%

For 24-hour Automated Account Information, please call 1-800-280-0561 or visit us at www.providian.com

**Your account is issued by Providian National Bank, Tilton, NH.**

| ACCOUNT NUMBER | BALANCE AS OF 07/16/04 | PAYMENT DUE DATE | MINIMUM PAYMENT | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 5409-7927-0059-4730 | $5,316.48 | AUG. 12, 2004 | $284.00 | $ |

O Indicate change of address on back

MASTERCARD GOLD

Make Checks Payable to Providian Processing Services

PROVIDIAN PROCESSING SVCS.
PO BOX 660548
DALLAS, TX 75266-0548

Please be sure this address appears in the window.

JULIE A FABRIZIO
405R ELLIOTT ST
BEVERLY MA 01915-2353

Page 1 of 1
0006597

5409792700594730002840005316480

Your account is issued by Providian National Bank, Tilton, NH. DETACH HERE

**MESSAGES FROM MASTERCARD GOLD**

Making your payment by check? In an effort to reduce costs and improve efficiency, receipt of your check for payment authorizes Providian to initiate, at no cost to you, an Automated Clearinghouse (ACH) debit to your checking account for the same amount, as an alternative to the paper-based check clearing system.

FEDERAL TRUTH IN LENDING DISCLOSURES UPON RENEWAL OF ANNUAL FEE. SEE REVERSE FOR IMPORTANT INFORMATION.

YOUR ACCOUNT IS PAST DUE AND OVER ITS CREDIT LIMIT. Please pay the minimum payment listed above along with the overlimit amount immediately or call us at 1-800-280-9441.

**MASTERCARD GOLD TRANSACTIONS**

| Tran Date | Post Date | Description | Reference Number | Amount |
|---|---|---|---|---|
| 06-18 | 06-21 | WANT AD PUBLICATIONS SUDBURY MA | 5541794417160171024S024 5969 | 2.25 |
| 06-21 | 06-23 | BOSTON BEAUTY DANVERS MA | 70450794174118000100152 5999 | 127.16 |
| 06-24 | 06-26 | EVANS FLOWER & GIFTS 9785314510 MA | 78425834175485285270151 5992 | 149.80 |
| 07-02 | 07-05 | ROT*CHARLES KEATH 888-818-4000 IL | 78432884184000489195428 5964 | 420.90 |
| 07-04 | 07-06 | SUNOCO BEVERLY MA | 23483074187187489697923 5542 | 22.45 |
| 07-07 | 07-08 | NEXTEL *DATA SERVICES 800-639-6111 CO | 78432884189000759580133 4814 | 6.49 |
| 07-06 | 07-08 | BEVERLY RACQUET&FITNES BEVERLY MA | 88432804189517310491719 7298 | 89.25 |
| 07-08 | 07-09 | EVANS FLOWER & GIFTS 9785314510 MA | 78425834190463235270185 5992 | 156.80 |
| 07-14 | 07-14 | LATE PAYMENT CHARGE | 0000 | 39.00 |
| 07-16 | 07-16 | ANNUAL FEE | 0000 | 59.00 |

FOR BILLING ERRORS AND IMPORTANT INFORMATION, SEE REVERSE SIDE.

| ACCOUNT SUMMARY | |
|---|---|
| Previous Balance | $4,119.18 |
| - Credits | .00 |
| - Payments | .00 |
| Purchases + & Other Charges | 1,085.10 |
| + Cash Advances | .00 |
| + *FINANCE CHARGE:* | 112.20 |
| = NEW BALANCE | $5,316.48 |

| ACCOUNT NUMBER | 5409-7927-0059-4730 |
|---|---|
| Days in Billing Cycle | 30 |
| Statement Date | 07/16/04 |
| Minimum Payment | $284.00 |
| Payment Due Date | 08/12/04 |
| Credit Line | $5,300.00 |
| Available Credit as of Statement Date | $.00 |
| Available Credit for Cash Advances as of Statement Date | $.00 |

| BALANCE CATEGORY | Average Daily Balance | Annual Percentage Rate | Daily Periodic Rate | Finance Charges | Grace Terms |
|---|---|---|---|---|---|
| Standard Purchase | $4,710.15 | 28.99%* | .0794%* | $112.20 | Term B |
| Standard Cash | $.00 | 28.99%* | .0794%* | $.00 | Term B |

ANNUAL PERCENTAGE RATE this billing cycle: 28.99%

For 24-hour Automated Account Information, call 1-800-280-0581 or visit us at www.providianonline.com.

* These Rates May Vary

ACCOUNT NUMBER 5409-7927-0059-4730

| BALANCE AS OF 08/16/04 | PAYMENT DUE DATE | MINIMUM PAYMENT | AMOUNT ENCLOSED |
|---|---|---|---|
| $214.11 | SEP. 12, 2004 | $15.00 | $ |

O Indicate change of address on back

MASTERCARD GOLD

Make Checks Payable to Providian Processing Services

PROVIDIAN PROCESSING SVCS.
PO BOX 660548
DALLAS, TX 75266-0548

Please be sure this address appears in the window.

Page 1 of 1
0007088

JULIE A FABRIZIO
405R ELLIOTT ST
BEVERLY MA 01915-2353

5409792700594730000150000214116

Your account is issued by Providian National Bank, Tilton, NH. DETACH HERE

**MESSAGES FROM MASTERCARD GOLD**

**MASTERCARD GOLD TRANSACTIONS**

| Tran Date | Post Date | Description | Reference Number | Amount |
|---|---|---|---|---|
| 07-21 | 07-21 | PAYMENT RECEIVED – THANK YOU | 75406334203552068913263 0000 | 5,300.00 PY |
| 07-21 | 07-21 | ONLINE PAYMENT FEE | 75406334203000000000007 0000 | 14.95 |
| 07-27 | 07-29 | SUNOCO BEVERLY MA | 23483074210210489758808 5542 | 42.32 |
| 07-30 | 08-02 | SUNOCO BEVERLY MA | 23483074213213489970498 5542 | 12.76 |
| 08-05 | 08-09 | BEVERLY RACQUET&FITNES BEVERLY MA | 55432804219517310181024 7298 | 99.25 |
| 08-07 | 08-09 | NEXTEL *DATA SERVICES 800-639-6111 CO | 78432864220000840710252 4814 | 8.49 |

FOR BILLING ERRORS AND IMPORTANT INFORMATION, SEE REVERSE SIDE.

| ACCOUNT SUMMARY | |
|---|---|
| Previous Balance | $5,316.48 |
| - Credits | .00 |
| - Payments | 5,300.00 |
| Purchases + & Other Charges | 177.77 |
| + Cash Advances | .00 |
| + *FINANCE CHARGE:* | 19.86 |
| = NEW BALANCE | $214.11 |

| ACCOUNT NUMBER | 5409-7927-0059-4730 |
|---|---|
| Days in Billing Cycle | 31 |
| Statement Date | 08/16/04 |
| Minimum Payment | $15.00 |
| Payment Due Date | 09/12/04 |
| Credit Line | $5,300.00 |
| Available Credit as of Statement Date | $5,085.89 |
| Available Credit for Cash Advances as of Statement Date | $5,085.00 |

| BALANCE CATEGORY | Average Daily Balance | Annual Percentage Rate | Daily Periodic Rate | Finance Charges | Grace Terms |
|---|---|---|---|---|---|
| Standard Purchase | $807.02 | 28.99%* | .0794%* | $19.86 | Term B |
| Standard Cash | $.00 | 28.99%* | .0794%* | $.00 | Term B |
| ANNUAL PERCENTAGE RATE this billing cycle: | | 28.99% | | | |

For 24-hour Automated Account Information, call 1-800-280-0561 or visit us at www.providianonline.com.

* These Rates May Vary

JAN. 6. 2005 5:23PM NO. 9926 P. 16

| PAYMENT DUE DATE | MINIMUM PAYMENT | BALANCE AS OF 09/15/2004 | ACCOUNT NUMBER |
|---|---|---|---|
| 10/10/04 | $18.00 | $589.95 | 5409-7927-0058-4730 |

P.O. Box 660433, Dallas, TX 75266-0433

Indicate Change of Address Below (use blue or black ink)

Address: ____________________ Apt: ______

City: ____________ State: ______ Zip: ______

Home Phone: ____________ Work Phone: ____________

E-Mail: ____________________

AMOUNT ENCLOSED (use blue or black ink)

$ [ ][ ][ ][ ][ ].[ ][ ]

Make Checks Payable to Providian

PROVIDIAN PROCESSING SVCS.
P.O. BOX 660487
DALLAS TX 75266-0487

JULIE A FABRIZIO
405R ELLIOTT ST
BEVERLY MA 01915-2353

5409792700594730 0001800 0058995 0150000 16

DETACH HERE

C COLRESAL 4892 0008 146 7 ##### Page 1 of 1 N 803 5752

## Account Summary

| | | | | |
|---|---|---|---|---|
| Statement Date | 09/16/04 | Credits & Payments | - | $1,500.00 |
| Credit Line | $5,300.00 | Cash Advances | + | $0.00 |
| Available Credit for Cash Advances as of 09/16/04 | $4,710.00 | NEW BALANCE | = | $589.95 |

## Transactions

| Tran Date | Post Date | Description | Reference Number | | Amount |
|---|---|---|---|---|---|
| Aug 16 | Aug 17 | SUNOCO BEVERLY MA | [illegible] | 5542 | $17.84 |
| Aug 22 | Aug 24 | SUNOCO BEVERLY MA | [illegible] | 5542 | $18.35 |
| Aug 28 | Aug 28 | SUNOCO BEVERLY MA | [illegible] | 5542 | $38.88 |
| Aug 28 | Aug 30 | DESCENZA DIAMONDS PEABODY MA | [illegible] | 5944 | $1,575.00 |
| Sep 01 | Sep 02 | STOP & SHOP 481 BEVERLY MA | [illegible] | 5411 | $32.77 |
| Sep 05 | Sep 07 | BEVERLY RACQUET&FITNESS BEVERLY MA | [illegible] | 7997 | $99.95 |
| Sep 07 | Sep 08 | NEXTEL *DATA SERVICES 800-639-6111 CO | [illegible] | 4814 | $8.49 |
| Sep 13 | Sep 13 | LATE PAYMENT CHARGE | | 0000 | $39.00 |
| Sep 15 | Sep 15 | PAYMENT RECEIVED -- THANK YOU | [illegible] | 0000 | $(1,500.00) |
| Sep 15 | Sep 16 | ONLINE PAYMENT FEE | [illegible] | 0000 | $14.95 |

•FOR BILLING ERRORS AND IMPORTANT INFORMATION, SEE REVERSE SIDE.

| Balance Category | Average Daily Balance | Daily Periodic Rate | Annual % Rate (APR) | Finance Charges | Grace Terms |
|---|---|---|---|---|---|
| Standard Purchase - Current Cycle | $1,271.93 | .0794%* | 28.99%* | $31.31 | Term B |
| Standard Cash - Current Cycle | $0.00 | .0794%* | 28.99%* | $0.00 | Term B |

ANNUAL PERCENTAGE RATE this billing cycle: 29.68% *These rates may vary.

For 24-hour Automated Account Information, please call 1-800-250-0581 or visit us at www.providian.com

Your account is issued by Providian National Bank, Tilton, NH.

| PAYMENT DUE DATE | MINIMUM PAYMENT | BALANCE AS OF 10/18/2004 | ACCOUNT NUMBER |
|---|---|---|---|
| 11/14/04 | $72.00 | $2,390.00 | 5409-7927-0059-4730 |

P.O. Box 660433, Dallas, TX 75266-0433
Indicate Change of Address Below (use blue or black ink)

Address: ______ Apt. ____
City: ______ State ____ Zip ____
Home Phone: ______ Work Phone: ______
E-Mail: ______

AMOUNT ENCLOSED (use blue or black ink)
$ ____ . __

N
000

Make Checks Payable to Providian

PROVIDIAN PROCESSING SVCS.
P.O. BOX 660487
DALLAS TX 75266-0487

JULIE A FABRIZIO
405R ELLIOTT ST
BEVERLY MA 01915-2353

11241

540979270059473O 0007200 0239000 0290000 16

DETACH HERE

C 04LR9081 4892 6003 24C 7 041016 Page 1 of 1 N 008 11241

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Statement Date | 10/18/04 | Credits & Payments | - | $4,200.00 |
| Credit Line | $5,300.00 | Cash Advances | + | $0.00 |
| Available Credit for Cash Advances as of 10/18/04 | $2,910.00 | NEW BALANCE | = | $2,390.00 |

**Transactions**

| Tran Date | Post Date | Description | Reference Number | | Amount |
|---|---|---|---|---|---|
| Sep 17 | Sep 17 | PAYMENT RECEIVED – THANK YOU | [illegible] | 0000 | $(1,550.00) |
| Sep 17 | Sep 17 | ONLINE PAYMENT FEE | [illegible] | 0000 | $14.95 |
| Sep 17 | Sep 20 | CASA DE LUCA BEVERLY MA | [illegible] | 5812 | $77.80 |
| Sep 18 | Sep 20 | FILENES/KAUFMANNS 872 PEABODY MA | [illegible] | 5311 | $179.99 |
| Sep 18 | Sep 20 | HOMEGOODS #0175 DANVERS MA | [illegible] | 5651 | [illegible] |
| Sep 20 | Sep 22 | CVS PHARMACY #0815 Q03 BEVERLY MA | [illegible] | 5912 | $37.28 |
| Sep 20 | Sep 22 | HAFFNERS SERVICE STATI LAWRENCE MA | [illegible] | 5542 | $40.99 |
| Sep 21 | Sep 22 | YAHYAHOO PERS SERVICE 866-458-8744 CA | [illegible] | 4816 | $89.90 |
| Sep 23 | Sep 23 | PAYMENT RECEIVED – THANK YOU | [illegible] | 0000 | $(1,750.00) |
| Sep 23 | Sep 23 | ONLINE PAYMENT FEE | [illegible] | 0000 | $14.95 |
| Sep 25 | Sep 27 | AUTOZONE #5017 DANVERS MA | [illegible] | 5533 | $90.15 |
| Sep 26 | Sep 27 | WALGREEN 00082950 PEABODY MA | [illegible] | 5912 | $33.63 |
| Sep 26 | Sep 28 | DANVERSPORT YACHT CLUB DANVERS MA | [illegible] | 5812 | $45.60 |
| Sep 30 | Oct 01 | SHAW'S MARKET 54M PEABODY MA | [illegible] | 5411 | $65.55 |
| Sep 30 | Oct 04 | MACY'S EAST #034 PEABODY MA | [illegible] | 5311 | $125.01 |
| Oct 01 | Oct 04 | EMPORIO ARMANI BOST BOSTON MA | [illegible] | 5611 | $1,417.75 |
| Oct 01 | Oct 04 | ARMANI CAFE BOSTON BOSTON MA | [illegible] | 5812 | $90.25 |
| Oct 01 | Oct 05 | BOSTON NIKETOWN #61 BOSTON MA | [illegible] | 5655 | $128.22 |
| Oct 02 | Oct 04 | HOMEGOODS #0146 READING MA | [illegible] | 5651 | $264.79 |
| Oct 02 | Oct 04 | BARNES & NOBLE #2663 PEABODY MA | [illegible] | 5942 | $21.49 |
| Oct 02 | Oct 04 | SHELL OIL 88017170477 DANVERS MA | [illegible] | 5542 | $32.09 |
| Oct 02 | Oct 04 | BERTUCCI'S #088 PEABODY MA | [illegible] | 5812 | $24.85 |
| Oct 05 | Oct 07 | BEVERLY RACQUET &FITNES BEVERLY MA | [illegible] | 7298 | $99.25 |
| Oct 05 | Oct 08 | JOHNS AUTO SERVICE DANVERS MA | [illegible] | 7538 | $42.78 |
| Oct 06 | Oct 07 | EVANS FLOWER & GIFTS 9786314610 MA | [illegible] | 5992 | $112.00 |
| Oct 11 | Oct 13 | THE BIG DOG SPORTS ZON LYNNFIELD MA | [illegible] | 5818 | $71.65 |
| Oct 11 | Oct 13 | SHELL OIL 22080680412 PEABODY MA | [illegible] | 5542 | $47.25 |
| Oct 12 | Oct 14 | ARMANI CAFE BOSTON BOSTON MA | [illegible] | 5812 | $772.81 |
| Oct 13 | Oct 14 | THE BIG DOG SPORTS ZON LYNNFIELD MA | [illegible] | 5818 | $131.90 |
| Oct 13 | Oct 14 | MIDDLETON DRY CLEANERS MIDDLETON MA | [illegible] | 7216 | $65.20 |
| Oct 13 | Oct 14 | RUMOR BOSTON BOSTON MA | [illegible] | 5812 | $1,091.16 |
| Oct 14 | Oct 14 | PAYMENT RECEIVED – THANK YOU | [illegible] | 0000 | $(2,900.00) |
| Oct 14 | Oct 14 | ONLINE PAYMENT FEE | [illegible] | 0000 | $14.95 |
| Oct 14 | Oct 15 | Descriptor 206-555-1818 CO | [illegible] | 4814 | $9.00 |
| Oct 14 | Oct 15 | Descriptor 206-555-1818 CO | [illegible] | 4814 | $9.00 |
| Oct 14 | Oct 15 | Descriptor 206-555-1212 CO | [illegible] | 4814 | $2.49 |
| Oct 14 | Oct 15 | Descriptor 206-555-1212 CO | [illegible] | 4814 | $2.00 |
| Oct 16 | Oct 18 | ARMANI CAFE BOSTON BOSTON MA | [illegible] | 5812 | $76.70 |
| Oct 18 | Oct 18 | EXXONMOBIL34 01298603 LYNN MA | [illegible] | 5542 | $81.88 |
| Oct 18 | Oct 18 | MIDDLETON DRY CLEANERS MIDDLETON MA | [illegible] | 7216 | $70.00 |
| Oct 16 | Oct 18 | ACAPULCOS BEVERLY MA | [illegible] | 5812 | $87.75 |

FOR BILLING ERRORS AND IMPORTANT INFORMATION, SEE REVERSE SIDE.

| Balance Category | Average Daily Balance | Daily Periodic Rate | Annual % Rate (APR) | Finance Charges | Grace Terms |
|---|---|---|---|---|---|
| Standard Purchase - Current Cycle | $1,898.86 | .0801%* | 29.24%* | $0.00 | Term A |
| Standard Cash - Current Cycle | $0.00 | .0801%* | 29.24%* | $0.00 | Term B |

ANNUAL PERCENTAGE RATE (this billing cycle): 29.24%

*These rates may vary.

For 24-hour Automated Account information, please call 1-800-280-0581 or visit us at www.providian.com

Your account is issued by Providian National Bank, Tilton, NH.

| PAYMENT DUE DATE | MINIMUM PAYMENT | BALANCE AS OF 11/17/2004 | ACCOUNT NUMBER |
|---|---|---|---|
| 12/14/04 | $180.00 | $3,590.90 | 5409-7927-0059-4730 |

P.O. Box 660433, Dallas, TX 75266-0433
Indicate Change of Address Below (use blue or black ink)

AMOUNT ENCLOSED (use blue or black ink)

Address: ______ Apt: ______

City: ______ State: ______ Zip: ______

Home Phone ______ Work Phone: ______

E-Mail ______

$ ______ . ____

N
000

Make Checks Payable to Providian

PROVIDIAN PROCESSING SVCS.
P.O. BOX 660487
DALLAS TX 75266-0487

JULIE A FABRIZIO
405R ELLIOTT ST
BEVERLY MA 01915-2353

11243

5409792700594730 0018000 0359090 0290000 16

DETACH HERE

C CHLA0111 4098 0010 048 7 041117 Page 1 of 1 N 000 11243

**Important Messages**

YOUR ACCOUNT IS PAST DUE. Please pay the minimum payment listed above immediately or call us at 1-800-280-9441.

Have you checked your FICO(R) credit score lately? Register or Log In today at www.providian.com to check your score, make payments & more!

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Statement Date | 11/17/04 | Credits & Payments | - | $1,281.75 |
| Credit Line | $5,300.00 | Cash Advances | + | $0.00 |
| Available Credit for Cash Advances as of 11/17/04 | $0.00 | NEW BALANCE | = | $3,590.90 |

**Transactions**

| Tran Date | Post Date | Description | Reference Number | Amount |
|---|---|---|---|---|
| Oct 16 | Oct 19 | BOSTON NIKETOWN #81 BOSTON MA | 55417344392092384707438 5655 | $317.00 |
| Oct 18 | Oct 19 | JOHNS AUTO SERVICE DANVERS MA | 55548554199456831130395 7538 | $48.50 |
| Oct 17 | Oct 19 | TOYS R US #7603 PEABODY MA | 55484264399600651001854 5945 | $86.01 |
| Oct 28 | Oct 29 | EMPORIO ARMANI BOST BOSTON MA | 55424864304577100183897 5611 | $(1,281.75) |
| Oct 31 | Nov 01 | MANIRA BOSTON MA | [illegible] 5813 | $207.00 |
| Oct 31 | Nov 02 | EXXONMOBIL34 03894780 REVERE MA | 05458804306378000050206 5542 | $40.47 |
| Nov 02 | Nov 03 | STOP & SHOP #81 BEVERLY MA | 55541884808072013034445 5411 | $154.15 |
| Nov 02 | Nov 04 | FLORAMOS CHELSEA MA | 85470824809500430800107 5812 | $52.85 |
| Nov 03 | Nov 04 | ARIA BOSTON MA | 85410804308510628388483 5813 | $597.00 |
| Nov 04 | Nov 05 | INTERMIX #006 BOSTON MA | 55541864310072010585835 5621 | $850.00 |
| Nov 06 | Nov 08 | BEVERLY RACQUET&FITNES BEVERLY MA | 80432904318517310599762 7298 | $99.20 |
| Nov 05 | Nov 08 | HESS 21815 PEABODY MA | 05463074812710008017718 5542 | $44.85 |
| Nov 07 | Nov 08 | NEXTEL *DATA SERVICES 800-639-6111 CO | 55432864812000928300788 4814 | $9.49 |
| Nov 05 | Nov 11 | ESSEX MINI STORAGE 978-7887445 MA | 86459874814387913390811 4225 | $134.00 |
| Nov 09 | Nov 11 | EXXONMOBIL86 09819448 MIDDLETON MA | 05488804315378000038791 5542 | $21.82 |
| Nov 13 | Nov 15 | SUNOCO BEVERLY MA | 05482074317120001122161 5542 | $47.51 |
| Nov 15 | Nov 15 | LATE PAYMENT CHARGE | 0000 | $39.00 |
| Nov 15 | Nov 16 | MARCONI RADIO BEVERLY MA | 85506974320888888600010 5732 | $809.99 |
| Nov 15 | Nov 17 | HESS 21815 PEABODY MA | 05483074821719005888408 5542 | $45.74 |

**FOR BILLING ERRORS AND IMPORTANT INFORMATION, SEE REVERSE SIDE.**

**Balance Category**

| | Average Daily Balance | Daily Periodic Rate | Annual % Rate (APR) | Finance Charges | Grace Terms |
|---|---|---|---|---|---|
| Standard Purchase - Current Cycle | $2,575.07 | .0808%* | 29.49%* | $69.89 | Term A |
| Standard Cash - Current Cycle | $0.00 | .0808%* | 29.49%* | $0.00 | Term B |
| Standard Purchase - Previous Cycle | $1,696.86 | .0801%* | 29.24%* | $43.49 | |

ANNUAL PERCENTAGE RATE this billing cycle: 29.75% *These rates may vary.

For 24-hour Automated Account Information, please call 1-800-280-0581 or visit us at www.providian.com

Your account is issued by Providian National Bank, Tilton, NH.

| PAYMENT DUE DATE | MINIMUM PAYMENT | BALANCE AS OF 12/16/2004 | ACCOUNT NUMBER |
|---|---|---|---|
| 01/12/05 | $159.00 | $5,266.28 | 5409-7927-0059-4730 |

P.O. Box 660433, Dallas, TX 75266-0433
Indicate Change of Address Below (use blue or black ink)

Address ______ Apt. ___

City ______ State ___ Zip ___

Home Phone: ______ Work Phone: ______

E-Mail ______

AMOUNT ENCLOSED (use blue or black ink)

$ [ ][ ][ ][ ][ ].[ ][ ]

Make Checks Payable to Providian

PROVIDIAN PROCESSING SVCS.
P.O. BOX 660487
DALLAS TX 75266-0487

JULIE A FABRIZIO
405R ELLIOTT ST
BEVERLY MA

5409792700594730 0015900 0526628 0420000 16

DETACH HERE

C COL[illegible] [illegible] Page 1 of 1 6369

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Statement Date | 12/16/04 | Credits & Payments | - | $4,200.00 |
| Credit Line | $5,200.00 | Cash Advances | + | $0.00 |
| Available Credit for Cash Advances as of 12/16/04 | $31.00 | NEW BALANCE | = | $5,266.28 |

**Transactions**

| Tran Date | Post Date | Description | Reference Number | | Amount |
|---|---|---|---|---|---|
| Nov 17 | Nov 18 | NORTH COUNTRY MEDIA GREAT FALLS MT | [illegible] | 7922 | $884.00 |
| Nov 23 | Nov 23 | PAYMENT RECEIVED -- THANK YOU | [illegible] | 0000 | $(4,200.00) |
| Nov 24 | Nov 25 | OFFICE DEPOT #2438 PEABODY MA | [illegible] | 5943 | $778.51 |
| Nov 27 | Nov 29 | SUNOCO BEVERLY MA | [illegible] | 5542 | $12.13 |
| Dec 01 | Dec 03 | ESSEX MINI STORAGE 978-7687446 MA | [illegible] | 4225 | $184.00 |
| Dec 03 | Dec 06 | BEVERLY RACQUET &FITNES BEVERLY MA | [illegible] | 7298 | $99.95 |
| Dec 07 | Dec 08 | NEXTEL *DATA SERVICES 800-639-6111 CO | [illegible] | 4814 | $9.49 |
| Dec 09 | Dec 13 | NORTH COUNTRY MEDIA GREAT FALLS MT | [illegible] | 7922 | $167.00 |
| Dec 10 | Dec 13 | NORTH COUNTRY MEDIA GREAT FALLS MT | [illegible] | 7922 | $481.00 |
| Dec 10 | Dec 13 | NORTH COUNTRY MEDIA GREAT FALLS MT | [illegible] | 7922 | $164.00 |
| Dec 13 | Dec 14 | NORTH COUNTRY MEDIA GREAT FALLS MT | [illegible] | 7922 | $1,073.50 |
| Dec 13 | Dec 14 | NORTH COUNTRY MEDIA GREAT FALLS MT | [illegible] | 7922 | $844.00 |
| Dec 14 | Dec 16 | NORTH COUNTRY MEDIA GREAT FALLS MT | [illegible] | 7922 | $290.50 |
| Dec 14 | Dec 15 | NORTH COUNTRY MEDIA GREAT FALLS MT | [illegible] | 7922 | $1,646.00 |
| Dec 14 | Dec 15 | NORTH COUNTRY MEDIA GREAT FALLS MT | [illegible] | 7922 | $811.00 |

FOR BILLING ERRORS AND IMPORTANT INFORMATION, SEE REVERSE SIDE.

**Balance Category**

| | Average Daily Balance | Daily Periodic Rate | Annual % Rate (APR) | Finance Charges | Grace Terms |
|---|---|---|---|---|---|
| Standard Purchase - Current Cycle | $1,639.35 | .0815%* | 29.74%* | $0.00 | Term A |
| Standard Cash - Current Cycle | $0.00 | .0815%* | 29.74%* | $0.00 | Term B |

ANNUAL PERCENTAGE RATE this billing cycle: 29.74%

*These rates may vary.

For 24-hour Automated Account Information, please call 1-800-280-0561 or visit us at www.providian.com

Your account is issued by Providian National Bank, Tilton, NH.

JAN. 6. 2005 5:18PM NO. 9926 P. 2

| ACCOUNT NUMBER | BALANCE AS OF 07/19/04 | PAYMENT DUE DATE | MINIMUM PAYMENT | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 4361-4518-0076-9580 | $7,623.16 | AUG. 15, 2004 | $254.00 | $ |

O Indicate change of address on back

VISA GOLD

Make Checks Payable to Providian Processing Services

PROVIDIAN PROCESSING SVCS.
PO BOX 660567
DALLAS, TX 75266-0567

Please be sure ◀this address appears in the window.

Page 1 of 2
0006320

JOHN COLON JR
4 CONIFER WAY
BEVERLY MA 01915-1271

4361451800769580002540007623162

Your account is issued by Providian National Bank, Tilton, NH. DETACH HERE

**MESSAGES FROM VISA GOLD**

Making your payment by check? In an effort to reduce costs and improve efficiency, receipt of your check for payment authorizes Providian to initiate, at no cost to you, an Automated Clearinghouse (ACH) debit to your checking account for the same amount, as an alternative to the paper-based check clearing system.

YOUR ACCOUNT IS PAST DUE. Please pay the minimum payment listed above immediately or call us at 1-800-280-9441.

Get rewarded with Providian Real Rewards]
**Points credited this cycle: 7,031**
**Total points *: 121,636**
*May not include recent adjustments such as redemptions or recent purchases.

**VISA GOLD TRANSACTIONS**

| Tran Date | Post Date | Description | Reference Number | Amount |
|---|---|---|---|---|
| 06-17 | 06-21 | BRAD BOWLING 704-795-6979 NC | 24228454170980159880591 5942 | 189.00 |
| 06-18 | 06-21 | EAS*EAS 1-800-815-8500 800-815-8500 CO | 24592164170000567297925 5969 | 80.90 |
| 06-18 | 06-21 | IRA LEXUS DANVERS MA | 24733094171200089700235 5511 | 129.00 |
| 06-19 | 06-21 | STRAWBERRIES BVRLY 1104 BEVERLY MA | 24418004172173079152208 5735 | 40.93 |
| 06-21 | 06-23 | EXPERIAN SCORECARD 866-3973742 CA | 24418004174174185521003 7321 | 9.45 |
| 06-22 | 06-23 | MYFICO.COM 888-449-6785 CA | 24493984174170918407123 7399 | 12.95 |
| 06-22 | 06-23 | MYFICO.COM 888-446-6785 CA | 24493984174170918407263 7399 | 12.95 |
| 06-22 | 06-24 | CVS PHARMACY #0791 Q03 BEVERLY MA | 24445004175853021530940 5912 | 24.57 |
| 06-22 | 06-24 | KAPPY'S LIQUORS #175 PEABODY MA | 24445004175853253058113 5411 | 129.99 |
| 06-23 | 06-24 | SUNOCO LITTLETON MA | 24455014175175481400428 5542 | 17.00 |
| 06-23 | 06-25 | KTRPERFORMANCE.COM AYER MA | 24150204176518934210019 7531 | 110.00 |
| 06-25 | 06-28 | IRA LEXUS DANVERS MA | 24723094178200089700105 5511 | 606.29 |
| 06-25 | 06-28 | EBAY INC. 888-749-3229 CA | 24492154178846286263655 7399 | 173.65 |
| 06-25 | 06-28 | SUNOCO BEVERLY MA | 24455014178178489920554 5542 | 37.79 |
| 06-26 | 06-28 | VINALIA BOSTON MA | 24403884178900418000773 5812 | 1,367.53 |
| 06-26 | 06-28 | BAY STATE PAWN BOSTON MA | 24275044179880054514928 5933 | 1,470.00 |
| 06-27 | 06-28 | CHINA JADE BEVERLY MA | 24733094178207199900435 5812 | 62.05 |
| 06-26 | 06-29 | DINIX.COM 866-9983464 NY | 24228894180001000191551 4816 | 34.94 |
| 06-28 | 06-30 | EXXONMOBIL75 04214524 LYNN MA | 24164054181378000040394 5542 | 29.07 |
| 06-30 | 07-01 | T-MOBILE 800-937-8997 WA | 24592184182000367828887 4814 | 285.65 |
| 06-30 | 07-02 | BOOMER MCCLOUD NASHUA NH | 24008704183454269200017 5732 | 250.00 |
| 07-01 | 07-05 | SUNBANQUE OF BEVERLY BEVERLY MA | 24403894184900418400141 7298 | 88.65 |
| 07-03 | 07-05 | DIRECT RESPONSE TECHNOLO 412-921-6851 PA | 24765014185000283768532 5969 | 50.00 |
| 07-02 | 07-05 | GLOBALPHONE CORP 7035332122 VA | 24110394185008014963279 4814 | 23.25 |
| 07-05 | 07-06 | SUNOCO BEVERLY MA | 24455014187187489896689 5542 | 44.61 |
| 07-09 | 07-12 | REG OF MOTOR VEHICLE 0421617-3519162 MA | 24492784189428018043128 9399 | 81.00 |
| 07-11 | 07-12 | DTV*DIRECTV SERVICE 800-347-3288 CA | 24692164193000024371407 4899 | 55.98 |
| 07-11 | 07-12 | DEPOT PACKAGE AND WINE BEVERLY MA | 24733094193286499900156 5921 | 31.99 |
| 07-11 | 07-13 | SUNOCO BEVERLY MA | 24455014194194489821007 5542 | 19.31 |
| 07-14 | 07-15 | I PARTY #2 SAUGUS MA | 24323014197249016010164 5999 | 285.16 |
| 07-16 | 07-16 | LATE PAYMENT CHARGE | 0000 | 39.00 |
| 07-16 | 07-19 | FINDWHAT.COM2394546988 239-454-6988 FL | 24692164198000358881342 7311 | 500.00 |
| 07-15 | 07-19 | SUNOCO BEVERLY MA | 24455014198198489906088 5542 | 40.55 |
| 07-18 | 07-19 | SUNOCO BEVERLY MA | 24455014198198489907225 5542 | 47.09 |
| 07-17 | 07-19 | XO *WEB SITE HOSTING 859-575-8398 CA | 24692164198000436700997 5969 | 229.20 |
| 07-17 | 07-19 | STRAWBERRIES BVRLY 1104 BEVERLY MA | 24418004200201087819103 5735 | 38.83 |

FOR BILLING ERRORS AND IMPORTANT INFORMATION, SEE REVERSE SIDE.



JAN. 6. 2005 5:18PM NO. 9926 P. 3

| ACCOUNT NUMBER | BALANCE AS OF 07/19/04 | PAYMENT DUE DATE | MINIMUM PAYMENT | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 4361-4518-0076-9580 | $7,623.16 | AUG. 15, 2004 | $254.00 | $ |

O Indicate change of address on back

VISA GOLD

Make Checks Payable to Providian Processing Services

PROVIDIAN PROCESSING SVCS.
PO BOX 660567
DALLAS, TX 75266-0567

Please be sure this address appears in the window.

Page 2 of 2
0006320

JOHN COLON JR
4 CONIFER WAY
BEVERLY MA 01915-1271

4361451800769580002540007623162

DETACH HERE

Your account is issued by Providian National Bank, Tilton, NH.

| ACCOUNT SUMMARY | |
|---|---|
| Previous Balance | $829.11 |
| - Credits | .00 |
| - Payments | .00 |
| Purchases + & Other Charges | 6,657.51 |
| + Cash Advances | .00 |
| + *FINANCE CHARGE:* | 136.54 |
| = NEW BALANCE | $7,623.16 |

| ACCOUNT NUMBER | 4361-4518-0076-9580 |
|---|---|
| Days in Billing Cycle | 31 |
| Statement Date | 07/19/04 |
| Minimum Payment | $254.00 |
| Payment Due Date | 08/15/04 |
| Credit Line | $9,560.00 |
| Available Credit as of Statement Date | $1,936.84 |
| Available Credit for Cash Advances as of Statement Date | $.00 |

| BALANCE CATEGORY | Average Daily Balance | Annual Percentage Rate | Daily Periodic Rate | Finance Charges | Grace Terms |
|---|---|---|---|---|---|
| Standard Purchase | $5,028.74 | 19.99% | .0548% | $85.43 | Term A |
| Standard Cash | $.00 | 23.99% | .0657% | $.00 | Term B |
| Promotional Purchase | $218.11 | 3.99% | .0109% | $.74 | Term A |
| Standard Purchase (Prev) | $2,965.30 | 19.99% | .0548% | $50.37 | |

Days in previous cycle 31

ANNUAL PERCENTAGE RATE this billing cycle: 19.95%

For 24-hour Automated Account Information, call 1-800-280-0561 or visit us at www.providianonline.com.

JAN. 6. 2005 5:18PM NO. 9926 P. 4

| ACCOUNT NUMBER | BALANCE AS OF 08/18/04 | PAYMENT DUE DATE | MINIMUM PAYMENT | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 4361-4518-0076-9580 | $721.18 | SEP. 14, 2004 | $22.00 | $ |

O Indicate change of address on back

VISA GOLD

Make Checks Payable to Providian Processing Services

PROVIDIAN PROCESSING SVCS.
PO BOX 660567
DALLAS, TX 75266-0567

Please be sure this address appears in the window.

JOHN COLON JR
4 CONIFER WAY
BEVERLY MA 01915-1271

Page 1 of 2
000918

4361451800769580000220000721196

Your account is issued by Providian National Bank, Tilton, NH. DETACH HERE

**MESSAGES FROM VISA GOLD**

Don't forget to take advantage of your promotional purchase rate through September 30, 2004! For complete Terms and Conditions, refer to the letter you recently received.

Get rewarded with Providian Real Rewards!
Points credited this cycle: 6,879
Total points*: 128,515
*May not include recent adjustments such as redemptions or recent purchases.

**VISA GOLD TRANSACTIONS**

| Tran Date | Post Date | Description | Reference Number | Amount |
|---|---|---|---|---|
| 07-18 | 07-20 | EXXONMOBIL75 04694386 MIDDLETO MA | 24164054201378000052064 5542 | 33.41 |
| 07-21 | 07-21 | PAYMENT RECEIVED – THANK YOU | 74185884203552066913163 0000 | 7,600.00 PY |
| 07-21 | 07-21 | ONLINE PAYMENT FEE | 74185884203000000000008 0000 | 14.95 |
| 07-20 | 07-22 | DINIX.COM 888-8993464 NY | 24226994202001000126973 4816 | 34.94 |
| 07-23 | 07-26 | SUNOCO BEVERLY MA | 24455014206206489827810 5542 | 18.60 |
| 07-27 | 07-27 | PAYMENT RECEIVED – THANK YOU | 74185884208552088935960 0000 | 125.06 PY |
| 07-27 | 07-27 | ONLINE PAYMENT FEE | 74185884209000000000000 0000 | 14.95 |
| 07-30 | 08-02 | STRAWBERRIES BVRLY 1104 BEVERLY MA | 24418004213213070317300 5735 | 47.22 |
| 07-31 | 08-02 | T-MOBILE 800-937-8997 WA | 24692164213000358403808 4814 | 40.28 |
| 08-02 | 08-04 | SUNBANQUE OF BEVERLY BEVERLY MA | 24403684215900421600119 7298 | 98.95 |
| 08-03 | 08-04 | NORTH COUNTRY MEDIA 4057617877 MT | 24270784216162000057218 7922 | 36.60 |
| 08-03 | 08-05 | GLOBALPHONE CORP 7035332122 VA | 24110384217008018804310 4814 | 10.00 |
| 08-04 | 08-05 | ST. CYR POOL & SPA MIDDLETON MA | 24124784817000287200101 5996 | 117.64 |
| 08-05 | 08-08 | DIRECT RESPONSE TECHNOLO 412-921-6881 PA | 24765014218000459585057 5999 | 50.00 |
| 08-06 | 08-09 | GOOGLE *ADWORDS 650-623-4000 CA | 24692164219000803514847 7311 | 1,639.81 |
| 08-07 | 08-09 | GOOGLE *ADWORDS 650-623-4000 CA | 24692164220000846711035 7311 | 549.66 |
| 08-08 | 08-09 | GOOGLE *ADWORDS 650-623-4000 CA | 24692184221000898461241 7311 | 834.41 |
| 08-08 | 08-09 | SUNOCO BEVERLY MA | 24455014221221488826996 5542 | 18.79 |
| 08-08 | 08-09 | GOOGLE *ADWORDS 650-623-4000 CA | 24692164221000919738017 7311 | 530.60 |
| 08-09 | 08-11 | SUNOCO BEVERLY MA | 24455014223223489802256 5542 | 31.57 |
| 08-10 | 08-11 | GOOGLE *ADWORDS 650-623-4000 CA | 24692164223000039588538 7311 | 1,308.99 |
| 08-10 | 08-11 | GOOGLE *ADWORDS 650-623-4000 CA | 24692164223000039588899 7311 | 516.41 |
| 08-11 | 08-12 | DTV*DIRECTV SERVICE 800-347-3288 CA | 24692164224000119037288 4899 | 72.60 |
| 08-12 | 08-12 | PAYMENT RECEIVED – THANK YOU | 74185884225552098899018 0000 | 6,100.00 PY |
| 08-12 | 08-12 | ONLINE PAYMENT FEE | 74185884225000000000000 0000 | 14.95 |
| 08-12 | 08-16 | SHELL OIL 22017170477 DANVERS MA | 24692184226000288738387 5542 | 47.44 |
| 08-16 | 08-18 | MOHEGAN SUN HOTEL UNCASVILLE CT | 24124784230174000002364 7011 | 368.22 |
| 08-17 | 08-18 | XO *WEB SITE HOSTING 888-575-6398 CA | 24692164230000531831948 5969 | 151.20 |

FOR BILLING ERRORS AND IMPORTANT INFORMATION, SEE REVERSE SIDE.

JAN. 6. 2005 5:19PM NO. 9926 P. 5

| ACCOUNT NUMBER | BALANCE AS OF 08/18/04 | PAYMENT DUE DATE | MINIMUM PAYMENT | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 4361-4518-0076-9580 | $721.19 | SEP. 14, 2004 | $22.00 | $ |

O Indicate change of address on back VISA GOLD Make Checks Payable to Providian Processing Services

PROVIDIAN PROCESSING SVCS.
PO BOX 660567
DALLAS, TX 75266-0567

Please be sure this address appears in the window.

JOHN COLON JR
4 CONIFER WAY
BEVERLY MA 01915-1271

Page 2 of 2
000918

4361451800769580000220000721196

Your account is issued by Providian National Bank, Tilton, NH. DETACH HERE

| ACCOUNT SUMMARY | |
|---|---|
| Previous Balance | $7,623.16 |
| - Credits | .00 |
| - Payments | 13,825.06 |
| Purchases + & Other Charges | 6,923.09 |
| + Cash Advances | .00 |
| + *FINANCE CHARGE:* | .00 |
| = NEW BALANCE | $721.19 |

| ACCOUNT NUMBER | 4361-4518-0076-9580 |
|---|---|
| Days In Billing Cycle | 30 |
| Statement Date | 08/18/04 |
| Minimum Payment | $22.00 |
| Payment Due Date | 09/14/04 |
| Credit Line | $9,560.00 |
| Available Credit as of Statement Date | $8,838.81 |
| Available Credit for Cash Advances as of Statement Date | $8,838.00 |

| BALANCE CATEGORY | Average Daily Balance | Annual Percentage Rate | Daily Periodic Rate | Finance Charges | Grace Terms |
|---|---|---|---|---|---|
| Standard Purchase | $14.56 | 19.99% | .0548% | $.00 | Term A |
| Standard Cash | $.00 | 23.99% | .0657% | $.00 | Term B |
| Promotional Purchase | $1,021.09 | 3.99% | .0109% | $.00 | Term A |

ANNUAL PERCENTAGE RATE this billing cycle: 23.99%

For 24-hour Automated Account Information, call 1-800-280-0551 or visit us at www.providianonline.com.

JAN. 6. 2005 5:19PM NO. 9926 P. 6

| PAYMENT DUE DATE | MINIMUM PAYMENT | BALANCE AS OF 09/17/2004 | ACCOUNT NUMBER |
|---|---|---|---|
| 10/14/04 | $174.00 | $5,789.10 | 4361-4518-0078-9580 |

P.O. Box 660433, Dallas, TX 75266-0433
Indicate Change of Address Below (use blue or black ink)

Address ______ Apt. ______
City ______ State ______ Zip ______
Home Phone ______ Work Phone ______
E-Mail ______

AMOUNT ENCLOSED (use blue or black ink)

$ [ ][ ][ ][ ][ ][ ].[ ][ ]

Make Checks Payable to Providian

PROVIDIAN PROCESSING SVCS.
P.O. BOX 660487
DALLAS TX 75266-0487

JOHN COLON JR
90 AVALON DR
PEABODY MA 01960-1524

436145180078958O 0017400 0578910 0235117 18

DETACH HERE

Page 1 of 2

**Important Messages**

Back to school expenses? Use checks to access your credit line.

Don't forget to take advantage of your promotional purchase rate through September 30, 2004! For complete Terms and Conditions, refer to the letter you recently received.

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Statement Date | 09/17/04 | Credits & Payments | - | $9,200.38 |
| Credit Line | $9,560.00 | Cash Advances | + | $2,085.99 |
| Available Credit for Cash Advances as of 09/17/04 | $3,770.00 | NEW BALANCE | = | $5,789.10 |

**Providian Real Rewards**

- Get rewarded with Providian Real Rewards! Points credited this cycle: 12,121
- Total points*: 140,636
- *May not include recent adjustments such as redemptions or recent purchases.

**Transactions**

| Tran Date | Post Date | Description | Reference Number | | Amount |
|---|---|---|---|---|---|
| Aug 18 | Aug 19 | INTELIUS-INTELIFI61 OF 01486-4546200 WA | 243012348611118000165616 | 7968 | $49.95 |
| Aug 19 | Aug 20 | REGISTER.COM*17821336 800-899-9723 NY | 24692164232000873561768 | 4818 | $35.00 |
| Aug 19 | Aug 20 | REGISTER.COM*17821348 800-899-9723 NY | 24692164233000873651793 | 4818 | $35.00 |
| Aug 19 | Aug 20 | REGISTER.COM*17821356 800-899-9723 NY | 24692164233000873651836 | 4818 | $70.00 |
| Aug 19 | Aug 20 | REGISTER.COM*17821359 800-899-9723 NY | 24692164232000873861850 | 4818 | $35.00 |
| Aug 19 | Aug 20 | GAMESTOP #2447 BEVERLY MA | 24610434236504067812019 | 5734 | $71.36 |
| Aug 22 | Aug 24 | CVS PHARMACY #0761 Q03 BEVERLY MA | 24445004238001418862988 | 5912 | $78.69 |
| Aug 22 | Aug 24 | EAS*EAS 1-800-616-8500 800-616-8500 CO | 24692164236000813189588 | 0969 | $133.10 |
| Aug 23 | Aug 24 | GRPGRIOTS MAIL ORDER 800-343-5780 WA | 24692164237000878445188 | 5964 | $143.84 |
| Aug 24 | Aug 25 | MIDDLETON DRY CLEANERS MIDDLETON MA | 24760014238514000881397 | 7216 | $142.50 |
| Aug 25 | Aug 25 | EVANS FLOWER & GIFTS 978-531-4510 MA | 24820734239183235270941 | 5992 | $59.50 |
| Aug 25 | Aug 26 | GCA*MOHEGAN 8006440439 UNCASVILLE CT | 240552342390132238064000 | 4829 | $2,086.99 |
| Aug 25 | Aug 27 | DINIX.COM 866-9993454 NY | 24829884240001000164100 | 4816 | $34.94 |
| Aug 28 | Aug 30 | | | | |

Check Terms: Use of the attached check will constitute a cash advance charge against your credit account, which can't be past due and must have sufficient available credit (your available credit may be less if recently your credit line was lowered or a payment was returned). This check cannot be used to pay any Providian account and is void after 11/15/04. Returned check fee: $35. Finance charges accrue from the date each check is presented to us. Your non-promotional Standard Cash rate is currently 23.99%. If you are currently receiving a promotional Standard Cash rate, such rate will apply to this check for the duration of the promotional period. Overlimit fee: $35

PROVIDIAN NATIONAL BANK
295 Main Street
Tilton, NH 03276

4451800789580 9988 NO.80901 54-139/117

Date ______

PAY TO THE ORDER OF ______ $ [ ]

______ DOLLARS

Check void after 11/15/04

JOHN COLON JR
90 AVALON DR
PEABODY MA 01960-1524

VOID VOID VOID

MEMO ______ SIGNATURE ______

<114< *011701398*44518007 89580<9988

JAN. 6. 2005 5:19PM NO. 9926 P. 7

Account Number 4961-4518-0078-8580

C COLRYPRL 4892 8882 848 7 060917 Page 2 of 8 N 998 515442

**Additional Transactions**

| Tran Date | Post Date | Description | Reference Number | | Amount |
|---|---|---|---|---|---|
| Aug 27 | Aug 27 | CASH ADVANCE FEE, A FINANCE CHARGE | 24050824828182238084060 | 0000 | $52.81 |
| Aug 27 | Aug 30 | SUNOCO BEVERLY MA | 24455014840240485678059 | 5542 | $40.68 |
| Aug 27 | Aug 30 | IRA LEXUS DANVERS MA | 24730084241200039700108 | 5511 | $248.88 |
| Aug 27 | Aug 30 | EXXONMOBIL34 01220911 DANVERS MA | 24164054241376000050632 | 5542 | $35.86 |
| Aug 30 | Aug 31 | EAS*EAS 1-800-616-8500 800-616-8500 CO | 24692164242000371563490 | 5969 | $82.95 |
| Aug 31 | Sep 01 | T-MOBILE 800-937-8997 WA | 24692164244000391211678 | 4814 | $100.81 |
| Aug 31 | Sep 02 | ORDERMOTION 212-8798500 NY | 2422[illegible]4500180018045 | 4816 | $848.00 |
| Sep 01 | Sep 03 | SUNBANQUE OF BEVERLY BEVERLY MA | 2446[illegible]4839004846000153 | 7298 | $96.05 |
| Sep 02 | Sep 06 | GLOBALPHONE CORP 7035302122 VA | 2461103942480090188882931 | 4814 | $10.46 |
| Sep 02 | Sep 06 | ESSEX COUNTY SALEM MA | 24158134249101812180080 | 1761 | $119.00 |
| Sep 04 | Sep 08 | REGISTER.COM*17886738 800-888-8783 NY | 24692164848000701758398 | 4816 | $158.65 |
| Sep 04 | Sep 08 | SUNOCO BEVERLY MA | 24455014848[illegible] | 5542 | $14.84 |
| Sep 04 | Sep 08 | SUNOCO BEVERLY MA | 24455014848[illegible] | 5542 | $19.26 |
| Sep 04 | Sep 08 | EMPORIO ARMANI BOST BOSTON MA | 24846814851577100106167 | 5611 | $1,030.00 |
| Sep 06 | Sep 07 | GOOGLE*ADWORDS 650-623-4000 CA | 24692164850000814790386 | 7311 | $601.88 |
| Sep 06 | Sep 07 | GOOGLE*ADWORDS 650-623-4000 CA | 24692184250000814480858 | 7311 | $675.28 |
| Sep 06 | Sep 07 | GOOGLE*ADWORDS 650-623-4000 CA | 24692164280000820881008 | 7311 | $793.15 |
| Sep 07 | Sep 08 | GOOGLE*ADWORDS 650-623-4000 CA | 24692164851000879604378 | 7311 | $849.68 |
| Sep 08 | Sep 08 | GOOGLE*ADWORDS 650-623-4000 CA | 24692164252000948848897 | 7311 | $606.49 |
| Sep 08 | Sep 09 | PAYMENT RECEIVED – THANK YOU | 74185884263662098477818 | 0000 | $(6,849.19) |
| Sep 08 | Sep 09 | ONLINE PAYMENT FEE | 74185864852400000000006 | 0000 | $14.95 |
| Sep 09 | Sep 10 | DIRECT RESPONSE TECHNOLO 412-891-8881 PA | 24786014865000877860280 | 5999 | $50.00 |
| Sep 09 | Sep 13 | SUNOCO BEVERLY MA | 24455014854120000815165 | 5542 | $36.87 |
| Sep 11 | Sep 13 | DTV*DIRECTV SERVICE 800-347-3288 CA | 24692164855000159802874 | 4899 | $65.84 |
| Sep 12 | Sep 13 | SUNOCO BEVERLY MA | 24455014856180000771806 | 5542 | $15.96 |
| Sep 13 | Sep 13 | PAYMENT RECEIVED – THANK YOU | 74185864857552011944916 | 0000 | $(2,351.17) |
| Sep 13 | Sep 13 | ONLINE PAYMENT FEE | 74185864857000000000081 | 0000 | $14.95 |
| Sep 14 | Sep 16 | ESSEX MINI STORAGE 978-7887445 MA | 24707442580751838083 | 4225 | $606.95 |
| Sep 14 | Sep 16 | HESS 21216 PEABODY MA | 24455014258710005641382 | 5542 | $18.59 |
| Sep 14 | Sep 16 | HESS 21903 BEVERLY MA | 24455014259710008650026 | 5542 | $42.85 |
| Sep 15 | Sep 16 | GOOGLE*ADWORDS 650-623-4000 CA | 24692184858000407814893 | 7311 | $811.44 |
| Sep 15 | Sep 16 | IRA LEXUS DANVERS MA | 24730084209000099700300 | 5511 | $189.58 |
| Sep 15 | Sep 17 | TARGET 00011874 DANVERS MA | 24164074259001008514288 | 5310 | $424.29 |
| Sep 15 | Sep 17 | BURLINGTON COA00003335 DANVERS MA | 24399004859320180159147 | 5651 | $524.69 |
| Sep 15 | Sep 17 | BURLINGTON COA00003336 DANVERS MA | 24399004859880180188154 | 5651 | $310.86 |
| Sep 15 | Sep 17 | SU CHANG'S RESTAURANT PEABODY MA | 24102604260259000688508 | 5812 | $47.17 |
| Sep 15 | Sep 17 | SUNOCO BEVERLY MA | 24455014260180000783426 | 5542 | $30.02 |
| Sep 15 | Sep 17 | DOG SPA INC BEVERLY MA | 24168134260004911880072 | 7699 | $323.85 |
| Sep 15 | Sep 17 | GOOGLE*ADWORDS 650-623-4000 CA | 24692164860000471964068 | 7311 | $1,253.77 |
| Sep 15 | Sep 17 | GOOGLE*ADWORDS 650-623-4000 CA | 24692164260000478018078 | 7311 | $617.91 |
| Sep 16 | Sep 17 | GOOGLE*ADWORDS 650-623-4000 CA | 24692164360000478151862 | 7311 | $819.10 |

*FOR BILLING ERRORS AND IMPORTANT INFORMATION, SEE REVERSE SIDE.

**Balance Category**

| | Average Daily Balance | Daily Periodic Rate | Annual % Rate (APR) | Finance Charges | Grace Terms |
|---|---|---|---|---|---|
| Standard Purchase - Current Cycle | $4.99 | .0548% | 19.99% | $0.00 | Term A |
| Standard Cash - Current Cycle | $1,009.88 | .0657% | 23.99% | $19.80 | Term B |
| Promotional Purchase - Current Cycle | $2,029.32 | .0109% | 3.98% | $0.00 | Term A |

ANNUAL PERCENTAGE RATE this billing cycle: 23.86%

For 24-hour Automated Account Information, please call 1-800-280-0561 or visit us at www.providian.com

**Your account is issued by Providian National Bank, Tilton, NH.**

Check Terms: Use of the attached check will constitute a cash advance charge against your credit account, which can't be past due and must have sufficient available credit (your available credit may be less if recently your credit line was lowered or a payment was returned). This check cannot be used to pay any Providian account and is void after 11/15/04. Returned check fee: $29. Finance charges accrue from the date each check is presented to us. Your non-promotional Standard Cash rate is currently 23.99%. If you are currently receiving a promotional Standard Cash rate, such rate will apply to this check for the duration of the promotional period. Overlimit fee: $35

PROVIDIAN NATIONAL BANK
295 Main Street
Tilton, NH 03276

4451800769580 9988 NO. 80902

54-138/117

Date ____________

PAY TO THE ORDER OF ____________ $ [ ]

____________ DOLLARS

Check void after 11/15/04

JOHN COLON JR
50 AVALON DR
PEABODY MA 01960-1944

VOID VOID VOID

MEMO ____________ SIGNATURE ____________

<114< *011701398*44518007 69580<9988



#5409-7937-6059-47130

Century Bank
Somerville, Massachusetts 02145
8707843401 411 23044

88817815

DATE 11/22/04

REMITTER: JULIE COLON

PAY TO THE ORDER OF PROVIDIAN MASTER CARD

$ $4,200.00

EXACTLY **4,200 AND 00/100 DOLLARS

TREASURER'S CHECK

Security features included. Details on back.

"00881781 5" :011301390: 23353"

4361-4599-0018-6175

Century Bank
Somerville, Massachusetts 02145

88817814

DATE 11/22/04

REMITTER: JULIE COLON

John Colon Jr

PAY TO THE ORDER OF PROVIDIAN VISA $ $9,500.00

EXACTLY **9,500 AND 00/100 DOLLARS

TREASURER'S CHECK

"00888 178 14" :01130139 0: 2335 3"

Security features included. Details on back.

**Zlotnick, Peter**

**From:** Atkinson, Theodore W. [TAtkinson@Venable.com]

**Sent:** Wednesday, January 26, 2005 5:02 PM

**To:** Zlotnick, Peter; cpedersen@mnplaw.com; Hernan Serrano

**Subject:** Tommorrow and Friday

Gentlemen:

To briefly sum up tomorrow and Friday:

--Peter and Hernan will meet John and Christian at Christian's office tomorrow at 3 (provided their flight is timely). At that time, Christian will produce (1) all keys to the Elliott Street house, (2) all keys to the non-customized Lexus, (3) the registration and any title to the Lexus, (4) all jewelry purchased between 2000 to the present, including the jewelry in the possession of the Colons listed in the appraisals attached to John Colon's deposition and to Peter's recent letter, with the exception of the wedding ring and band currently worn by Julie Colon, and (5) an inventory of the entire contents of the safe at Conifer way.

We will also provide a declaration cobering the items discussed by Peter and myself regarding the keys, the cars, the jewelry, and the "hold harmless" language sought by Peter. Peter, we will follow up with a letter containing the language the Colons want you to acknowledge, (e.g., that they take the position that by turning possession over to Hernan the Colons do not admit that those assets are appropriate assets to satisfy a potential restitution order).

--At the 3:00 meeting, Peter and Hernan will take possession of the jewelry, which will be kept either at a sefety deposit box in the name of Hernan Serrano as Receiver for John and Julie Colon and Better Budget, or in Mintz Levin's vault overnight until it can be transported to the safety deposit box.

--Tomorrow Peter, Hernan, Christian and John will also go to Better Budget and UniMark to retrieve the law books, prints, plaques and any other items (with the exception of papers, televisions, or stereo equipment) the parties mutually agree John can take possession of. It is expected that those items will be removed from the premises and loaded into John's truck at that time.

--Following the meeting at Cummings, Peter and Hernan will meet John and Christian at the Conifer way house. There Christian will turn over to Peter (1) all keys to the remaining Lexus and Porsche, (2) the plates and tags to those vehicles, (3) the registrations for those vehicles, and (4) any titles to those vehicles. Peter and Hernan will also be permitted to enter the garage to record the odometer readings.

Please let me know if this is not as we discussed.

Regards,

**Ted Atkinson**
Venable, LLP
575 7th Street N.W.
Washington D.C. 20004-1601
(202) 344-8008 (ph)
(202) 344-8300 (fax)
twatkinson@venable.com

Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communication or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but

destroy it immediately. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.

***********************************************************************

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

***********************************************************************

## Zlotnick, Peter

**From:** Atkinson, Theodore W. [TAtkinson@Venable.com]

**Sent:** Tuesday, February 15, 2005 11:15 AM

**To:** Zlotnick, Peter

**Subject:** Documents

Peter:

I am writing to follow up on our telephone conversation earlier today.

I told you that the FTC had just yesterday identified Davin Clement as a person with knowledge, and as a witness they intend to call at trial. When we conducted our search in December of the BBFS documents, including--with the assistance of CoreFacts--computer documents, we did not search for documents related to Mr. Clement because he had not been identified by the FTC in any way, shape or form.

I have spoken with Carole Paynter today and she seems tentatively amenable to our taking Mr. Clement's deposition. Consequently, we would like access to documents related to Mr. Clement. As we discussed, we would like access to the following by February 24, 2005:

1. Paper files maintained and stored by Mintz, Levin related to Mr. Clement (including an employment file); and,
2. Computer documents (including any e-mail .pst files and any files on the server).

We are fully prepared to come to New York and Boston as early as tomorrow to begin reviewing paper documents. As we discussed, we understand the Receiver would likely require that we pay for the retrieval of the computer files by CoreFacts ourselves. If that is necessary, we are willing to pay for that expense now, with the understanding that at the conclusion of the case we may seek an appropriation of those funds from the Court as part of a request for fees and costs.

I appreciate your willingness to work with us on obtaining these documents. Please let me know as soon as possible when we can send Tammy Klein to either New York or Boston, and when we can contact CoreFacts and make arrangements.

Regards,

**Ted Atkinson**
Venable, LLP
575 7th Street N.W.
Washington D.C. 20004-1601
(202) 344-8008 (ph)
(202) 344-8300 (fax)
twatkinson@venable.com

Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communication or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.

**********************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
**********************************************************************

## Zlotnick, Peter

**From:**    Zlotnick, Peter
**Sent:**    Tuesday, February 15, 2005 12:16 PM
**To:**      'Atkinson, Theodore W.'
**Subject:** RE: Documents

Ted:

After we finished our telephone conversation, I began to coordination the logistics of your supplemental requests for information and documents concerning Mr. Clement's employment records and data. The paper files are currently being stored by the receiver at a self-storage facility in the Beverly area, and, therefore, Tammy should plan to travel to Massachussetts later this week to conduct her document review at that site. My associate, Suzanne Renaud, will be available to monitor the review, but not until Thursday or Friday. Tammy can communicate directly with Suzanne about the logistics for that portion of the document review. Suzanne's direct line is (617) 348-1786 and her e-mail is srenaud@mintz.com.

As for the electronic data, we are presently attempting to contact John Byrd at CoreFacts to enlist his assistance in retrieving the electronic data you are seeking. We will advise him that your firm will pay for his company's services to do this and ask him to prepare and send you an invoice directly for those services. Let us know if you have any other questions regarding your request.

On a different subject, the receiver has requested that I verify with you to determine whether the home mortgages, vehicle payments and insurance premiums that have come due this month have all been paid in full by your clients. Would you please check on that and let me know the status of those payments when you advise me on the status of the Unimark refund issue.

Thanks in advance.

Peter

-----Original Message-----
**From:** Atkinson, Theodore W. [mailto:TAtkinson@Venable.com]
**Sent:** Tuesday, February 15, 2005 11:15 AM
**To:** Zlotnick, Peter
**Subject:** Documents

Peter:

I am writing to follow up on our telephone conversation earlier today.

I told you that the FTC had just yesterday identified Davin Clement as a person with knowledge, and as a witness they intend to call at trial. When we conducted our search in December of the BBFS documents, including--with the assistance of CoreFacts--computer documents, we did not search for documents related to Mr. Clement because he had not been identified by the FTC in any way, shape or form.

I have spoken with Carole Paynter today and she seems tentatively amenable to our taking Mr. Clement's deposition. Consequently, we would like access to documents related to Mr. Clement. As we discussed, we would like access to the following by February 24, 2005:

1.    Paper files maintained and stored by Mintz, Levin related to Mr. Clement (including an employment file); and,
2.    Computer documents (including any e-mail .pst files and any files on the server).

We are fully prepared to come to New York and Boston as early as tomorrow to begin reviewing paper documents. As we discussed, we understand the Receiver would likely require that we pay for the retrieval of the computer files by CoreFacts ourselves. If that is necessary, we are willing to pay for that expense now, with the understanding that at the conclusion of the case we may seek an appropriation of those funds from the Court as part of a request for fees and costs.

I appreciate your willingness to work with us on obtaining these documents. Please let me know as soon as possible when we can send Tammy Klein to either New York or Boston, and when we can contact CoreFacts and make arrangements.

Regards,

**Ted Atkinson**
Venable, LLP
575 7th Street N.W.
Washington D.C. 20004-1601
(202) 344-8008 (ph)
(202) 344-8300 (fax)
twatkinson@venable.com

Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communication or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.

*************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*************************************************************************

**Zlotnick, Peter**

**From:** Atkinson, Theodore W. [TAtkinson@Venable.com]
**Sent:** Tuesday, February 15, 2005 1:04 PM
**To:** Zlotnick, Peter; Hernan Serrano
**Subject:** ACH Transaction Information

THIS E-MAIL SUBJECT TO ATTORNEY WORK PRODUCT PRIVILEGE AND IS NOT TO BE SHARED WITH ANY THIRD PARTY, INCLUDING, BUT NOT LIMITED TO, FTC COUNSEL

Peter and Hernan:

In preparing our defense, we are seeking to obtain reports of ACH transactions from the AFG website used by BBFS to run ACH transaction reports. I understand from Paul Bartlett and John Colon that BBFS' login and password was changed by the Receiver shortly after November 3, 2004. We are looking to obtain reports of all transactions recorded by client for BBFS and DMS.

It is critical that we receive this information as soon as possible. In our subpoena, we requested "[a]ll documents identifying or otherwise evidencing the amount of Client administrative fees or initial fees charged by Better Budget to each Client or paid by each Client (including, without limitation, accounting records, transaction records, **ACH records**, etc.)." I didn't see any ACH reports from AFG or other ACH reports in the documents you produced, but if I overlooked them, please let me know, and give me a rough description of the documents you provided that cover this request.

If you did not provide reports from AFG, I request that you provide me (and not the client) with access to the login and password so that I can run the reports we need.

Please respond as soon as possible. Thanks.

(Also, Peter, in response to your earlier e-mail, I plan to follow up with the mortgage and insurance payment questions this afternoon, after our settlement conference with the Court).

Regards,

**Ted Atkinson**
Venable, LLP
575 7th Street N.W.
Washington D.C. 20004-1601
(202) 344-8008 (ph)
(202) 344-8300 (fax)
twatkinson@venable.com

Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communication or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.

*********************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*********************************************************************