**Zlotnick, Peter**

| | |
|---|---|
| **From:** | Hernan Serrano [hserrano@wslco.com] |
| **Sent:** | Thursday, March 03, 2005 3:53 PM |
| **To:** | TAtkinson@Venable.com; cpedersen@mnplaw.com; Zlotnick, Peter; Goldman, Seth; CPAYNTER@ftc.gov |
| **Subject:** | Car Inspection |

I have spoken to the insurance broker and the are making an exception for me.

Charles Brophy will ne going to inspect the cars at Conifer tomorrow morning at 10 am.

The process should take 10 minutes.

Please confirm that someone will be able to provide Charles access.

H

------------------------------
Hernan Serrano

Director of Corporate Recovery Services
Weinick Sanders Leventhal
Phone - 212.342.8950
Cell  - 212.786-2422

This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer. Messages sent to and from us may be monitored.  Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. If verification is required, please request a hard-copy version. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

## Zlotnick, Peter

**From:** Atkinson, Theodore W. [TAtkinson@Venable.com]
**Sent:** Tuesday, March 08, 2005 2:53 PM
**To:** Zlotnick, Peter; Hernan Serrano
**Subject:** Mortgage & Other Information

Peter and Hernan:

The Conifer Way property is under a mortgage with Litton Loan, account No. 0011513420, telephone number 1-800-247-9727. They were supposed to fax me a mortgage statement for March last week, but did not.

In addition to moving items into the Elliott Street house, the Colons will be storing some items at Tobin & Sons. I don't believe they are moving anything of any significance (e.g., furniture, pictures, small appliances, or other furnishings) until next week. They understand the request not to sell or give away any household items until the Order is finalized.

Regards,

**Ted Atkinson**
Venable, LLP
575 7th Street N.W.
Washington D.C. 20004-1601
(202) 344-8008 (ph)
(202) 344-8300 (fax)
twatkinson@venable.com

Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communication or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2/7/2006



6speedonline.com Forums > General > Cars and Parts For Sale / Wanted
**selling my beauty 2002 Porsche Turbo white**

User Name [User Name]  ☐ Remember Me?
Password [          ]  [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search ▽ |

**Cars and Parts For Sale / Wanted** Sell your car or car parts here. This section is for car related classifieds only.



Page 1 of 2  **1** 2 > ▽

Thread Tools ▽   Search this Thread ▽   Rate Thread ▽   Display Modes ▽

---

🔲 03-25-2005, 12:32 AM                                                                 #1



**jcramair1** ●
I like white

Join Date: Jul 2003
Age: 28
Posts: 528
Rep Power: 3

**selling my beauty 2002 Porsche Turbo white**

We'll I am pulling the trigger on selling my Turbo. It is a 2002 White Turbo with everything possibly done to it and in pristine condition with 8300 miles on it. I Hate to sell it but it has to go due to business decisions. I am taking offers right now and a couple of other 6speeders are very interested. I will have a private webpage up tomorrow for all interested parties in the car with all details. Here is a pic just in case some of you have never seen the car:

Regards,
John
978-235-7000

Call if you have questions.
  Attached Images
  📎 dscn2257.jpg (435.4 KB, 1929 views)



---

🔲 03-25-2005, 12:38 AM                                                                 #2

**jcramair1** ●
I like white

Join Date: Jul 2003
Age: 28
Posts: 528
Rep Power: 3



Another until tomorrow:

Attached Images
dscn2251.jpg (326.4 KB, 1890 views)

---

03-25-2005, 12:54 AM    #3



**20C4S**
Senior Member
★★★ PLATINUM SUPPORTER

Join Date: Jul 2003
Age: 26
Posts: 9,166
Rep Power: 12

lol i can already see where this thread is going to...

she is CUTE!

---
arlingwang@mac.com
contact@lucentmotor.com

-LUCENT-

---

03-25-2005, 02:00 AM    #4



**ChrisRC**
Registered User

Join Date: Oct 2004
Age: 20
Posts: 677
Rep Power: 2

Yow! Who's the sex kitten? 😊

Good luck on the sale.

---

03-25-2005, 03:42 AM    #5



**Marc996Miami**
Creepin up on Life Dies

Join Date: Mar 2004
Posts: 2,769
Rep Power: 4

How much for the women! (guess the movie)

---

Marc

Current: 2005 M3 ZCP



03-25-2005, 06:09 AM                                                                                          #6



**DJ**
Horse Power
★★★ PLATINUM SUPPORTER

Join Date: Jul 2003
Age: 32
Posts: 6,528
Rep Power: 9

wow she is stunning -

---

*2002 996 TT X50*
*2005 Jeep Grand Cherokee LTD 5.7 Hemi*

03-25-2005, 06:29 AM                                                                                          #7



**aben8057**
6shooter

Join Date: Jul 2004
Age: 37
Posts: 356
Rep Power: 2

Can we get a test drive???

---

2001 996 C2

Alex



03-25-2005, 06:55 AM     #8



**sporters78**
lost

Join Date: Jul 2003
Posts: 372
Rep Power: 3

movie is : blues brothers

---

Steve
'03 996tt Ruf 550 (FOR SALE maybe)
slate grey
'05 mercedes SL55 Renntech



03-25-2005, 07:12 AM     #9



**Marc996Miami**
Creepin up on Life Dies

Join Date: Mar 2004
Posts: 2,769
Rep Power: 4

Quote:
> *Originally posted by sporters78*
> **movie is : blues brothers**

Yup

---

**Marc**

Current: 2005 M3 ZCP



03-25-2005, 09:02 AM     #10

**Greyghost**
The Speed Brigade
★★★ PLATINUM SUPPORTER

Join Date: Nov 2003
Age: 37
Posts: 2,484
Rep Power: 5



Both are very nice... more pics?

**Britt McTammany**
2004 996 Turbo IA4



03-25-2005, 09:31 AM    #11

Join Date: Dec 2003
Age: 20
Posts: 5,959
Rep Power: 8



**DEETZ**
GO 6SPEED!
★★★ SILVER SUPPORTER

One of the best looking TT and its in white!! someone has to take it...

DEETZ

CS: 22" HRE 645R , Michelin Diamaris, Frozen Rotors , Techart Sport Muffler, Techart Twin Tailpipes , Fabspeed Bypass Pipes , Techart Turbo BodyKit , Techart Headlight Cover , Techart Taillight Cover , Techart Springs , Turbo Bumper, 2x BMC Airfilters , Tequipment Roof Rails , Tequipment Roof Strips , V1 Hardwired , Silver Hood Crest , Clear Marker , FVD Mats



03-25-2005, 01:32 PM    #12

Join Date: Mar 2005
Posts: 239
Rep Power: 1



**Livo69**
Junior Member
★★★ GOLD SUPPORTER

What kind of wing is that? I love it.

2003 Porsche 996TT (My Toy)
2005 Range Rover (My Daily)
2005 Lexus GX470 (Wife)
2006 Audi A6 Sline (Florida Car)
2005 Harley Road King (Slow & Loud)
2006 Honda CRF450R (On The Gas!)



03-25-2005, 03:02 PM                                                           #13

**95RogueM3**
Registered User

Join Date: Oct 2004
Age: 20
Posts: 137
Rep Power: 2

Quote:
> *Originally posted by Livo69*
> **What kind of wing is that? I love it.**

Thats the Factory Aero Kit wing.
_____
95 Avus Blue M3
http://www.eurowerkz.com/teamsigs/richardsig.jpg



03-25-2005, 03:20 PM                                                           #14



**lee2375**
wheel/tire specialist

Join Date: Jul 2003
Age: 31
Posts: 1,338
Rep Power: 4

one of the finest available....good luck john
_____
http://www.wheelexperts.com
peter@wheelexperts.com

Dealer for: Modulare Wheels, HRE, Kinesis, Zone, Rinspeed, Champion Motorsport, Work, TechArt, Cargraphic, Hamann, Sportec, Lowenhart, Maya, BBS, Brembo, StopTech, H&R, and more....



03-26-2005, 10:47 AM                                                           #15



**jcramair1**
I like white

Join Date: Jul 2003
Age: 28
Posts: 528
Rep Power: 3

Here is a link guys:

White Turbo

BTW the car may be sold this weekend. I will know more by tomorow at noon time. A couple of 6speeders 

Page 1 of 2  **1**  2  >

« Previous Thread | Next Thread »

**Currently Active Users Viewing This Thread: 1** (0 members and 1 guests)

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Jump
Cars and Parts For Sale / Wanted

All times are GMT -8. The time now is 03:03 PM.

Contact Us - 6speedonline.com - Archive - Chat - Top

Powered by vBulletin Version 3.5.3
Copyright ©2000 - 2006, Jelsoft Enterprises Ltd.
Copyright RShankar.com 2003





**Zlotnick, Peter**

---

**From:** Hernan Serrano [hserrano@wslco.com]
**Sent:** Thursday, April 14, 2005 10:15 AM
**To:** Paynter, Carole A.; Elvia P. Gastelo, Esq.; Zlotnick, Peter; Goldman, Seth; Lisa Lee Lum; Kevin J. Gregory
**Subject:** FW: Check out 6speedonline.com Forums - selling my beauty 2002 Porsche Turbo whit

I received this from one of the prospective buyers. Notice the date.

H

---

**From:** CMWnumber1@aol.com [mailto:CMWnumber1@aol.com]
**Sent:** Monday, March 28, 2005 11:21 AM
**To:** Hernan Serrano
**Subject:** Check out 6speedonline.com Forums - selling my beauty 2002 Porsche Turbo whit

6speedonline.com Forums - selling my beauty 2002 Porsche Turbo white

---

This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer. Messages sent to and from us may be monitored. Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. If verification is required, please request a hard-copy version. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

2/7/2006

## Zlotnick, Peter

| | |
|---|---|
| **From:** | Hernan Serrano [hserrano@wslco.com] |
| **Sent:** | Monday, April 18, 2005 9:23 AM |
| **To:** | Zlotnick, Peter; Paynter, Carole A. |
| **Subject:** | FW: 430 |
| **Attachments:** | 430 |

Morning,

After you read the attached, you will see why Saturday was a tough morning for me. None the less, my goal was to get these cars out of the house. I do not believe that John was there, I think that these might have been items overlooked by the buyer. Regardless, we would have to fix these items to sell the cars to someone else and start the process again if he did not accept delivery.

I have agreed to reimburse the buyer for some of the repairs and the replacement of the rim. We expect this reimbursement to be approximately $3,000. Still a very good deal for the Estate.

I will fill everyone in as we go forward,

H

---

**From:** CMWnumber1@aol.com [mailto:CMWnumber1@aol.com]
**Sent:** Sunday, April 17, 2005 7:33 AM
**To:** Hernan Serrano
**Subject:** Fwd: 430

  Good Morning Hernan,Please find attached the pictures of the damage to the Lexus LS 430.As discussed the damage to the front bumper & rear door is signifigant & is going to cost several thousands to repair.The Front end damage,or shall we call vandalism,appears to be done my someone either standing or pulling the front bumper cover away from the attatching points of the chassis.Due to design charicteristics & location of the damage,the front bumper cover requires to be replaced.This procedure will includes the removal & replacement of the damaged front cover with a replacement unit provided by Lexus.This replacement cover will not be painted so the paint has to be professionally matched to paint of the car.This operation is very difficult to perform due to the nature of the silver color.Tinting & blending is required to match all adjacent body panels for proper color match.My real concern is that the match is perfect so that when I sell the car it doesn't appear that the vehicle was involved in a previous front end collision.As you can imagine,that would greatly impact the ultimate sale price of this or any luxury car !!

  As for the rear door,I have to be honest with you Hernan,there may have been a dent in the rear door previously,but there is no way I could have missed the dent that is presently there now.The dent is so large that the door shell may have to be replaced !! There was a fresh foot mark on the L/R of the car upon inspection yesterday.The vandalism appears to have occurred after the vehicle was washed. I don't know if you can see the foot imprint in the pictures but it is there.This is a very large expenditure to have repaired.

  I will fax you over a copy on an itemized copy of required repairs first thing Monday Morning for the LS 430 & the SC 430.

  Needless to say I was disappointed & down right irrate to find such a disaster upon my arrival Saturday morning.This vandalism appears to have been performed intentionally & without any concern for someone elses regard.Mr Colon appears to have some real issues beyond monetary concerns.It is

2/7/2006

*genuinely an unfortunate situation you & I find ourselves in,however based our numerous conversations yesterday,I am confident we will be able to reach an amicable & expeditious settlement & put this disturbing occurrence behind us.*

*Sincerely,*
*Joseph G. Frohlich*

---

This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer. Messages sent to and from us may be monitored. Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. If verification is required, please request a hard-copy version. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

2/7/2006