
RESIDENTIAL BROKERAGE

## Consent to Designated Agency
*Massachusetts*

### TO BE PROVIDED TO CONSUMER IN CONJUNCTION WITH
### MANDATORY LICENSEE-CONSUMER RELATIONSHIP DISCLOSURE

Coldwell Banker Residential Brokerage is a Designated Agency real estate brokerage firm, as provided in Massachusetts General Laws, Chapter 112, § 87AAA. A designated agent is a real estate licensee who has been appointed by a broker or salesperson to represent a buyer as a "designated buyer's agent" or to represent a seller as a "designated seller's agent". When a buyer or seller consents to designated agency only that designated agent represents the buyer or seller. Any other agents affiliated with the broker may represent another party to the transaction and, by consenting to designated agency, the buyer or seller permits those agents to represent another party. A licensee who is a designated agent owes fiduciary duties to his or her respective clients. As a client of Coldwell Banker, you are hereby advised of the following: (1) The designated agent(s) will represent you and will owe you the duties of loyalty, full disclosure, confidentiality, to account for funds, reasonable care and obedience to lawful instruction; (2) All other licensees affiliated with Coldwell Banker will not represent you nor will they owe the other duties specified in subsection (1) above and may potentially represent the seller; (3) If designated agents affiliated with the same broker represent the seller and buyer in a transaction, the appointing broker shall be a dual agent and neutral as to any conflicting interests of the seller and buyer, but will continue to owe the seller and buyer the duties of confidentiality of material information and to account for funds. The Coldwell Banker Licensee(s) indicated below shall be appointed as your Designated Agent pursuant to the terms hereof, unless and until another agent(s) should need to be appointed. All parties acknowledge and agree that, the foregoing notwithstanding, from time to time circumstances may make it necessary for Coldwell Banker to designate another licensee to represent the Consumer as the Consumer's designated agent, temporarily or permanently, in place of or in addition to the licensee specified above, in which event the Consumer will be notified in writing of the name of any such new or additional designated agent.

By signing this Agreement below, the Consumer acknowledges and agrees to the terms of this document, specifically, that the Licensee(s) named in this document and/or those who may subsequently be appointed by Coldwell Banker is/are authorized to represent the Consumer as the Consumer's Designated Agent and that the Consumer consents to Designated Agency.

Consumer _____*[signature]*_____  Date 7/22/05

Consumer _____*[signature]*_____  Date 7/22/05

By signing this Agreement the Licensee(s) named below acknowledges and agrees to represent the above named Consumer as a designated agent and my signature below signifies that I understand the duties and responsibilities of that relationship, and explained to the Consumer that I am their agent (together with any other licensee(s) expressly appointed as their Designated Agent); that the appointing broker/salesperson may become a "Dual Agent;" and no one else affiliated with my firm represents them.

Consumer's Designated Agent _____*Darryl Del Torchio*_____ Date 7/22/05

Consumer's Designated Agent _____ Date _____

Coldwell Banker® is a registered trademark of Coldwell Banker Corporation. Each Office Is Owned And Operated By NRT Incorporated.
An Equal Opportunity Company      Equal Housing Opportunity      © 2005 NRT Incorporated. Revised June 08, 2005



**RESIDENTIAL BROKERAGE**

## Massachusetts Mandatory Licensee-Consumer Relationship Disclosure

This disclosure is provided to you, the consumer, by the real estate agent listed on this form. Make sure you read both sides of this form. The reverse side contains a more detailed description of the different types of relationships available to you. This is not a contract.

**THE TIME WHEN THE LICENSEE MUST PROVIDE THIS NOTICE TO THE CONSUMER:**

All real estate licensees must present this form to you at the first personal meeting with you to discuss a specific property. The licensee can represent you as the seller (Seller's Agent) or represent you as the buyer (Buyer's Agent) and also can assist you as a facilitator.

**CONSUMER INFORMATION RESPONSIBILITY**

Whether you are the buyer or seller you can choose to have the advice, assistance and representation of your own agent who works for you. Do not assume that a real estate agent works solely for you unless you have an agreement for that relationship. With your consent, licensees from the same firm may represent a buyer and seller in the same transactions. These agents are referred to as dual agents.

Also a buyer and seller may be represented by agents in the same real estate firm as designated agents. The "designated seller or buyer agent" is your sole representative. However, where both the seller and buyer provide written consent to have a designated agent represent them then the agent making such designation becomes a "dual agent" for the buyer and seller. All real estate agents must, by law, present properties honestly and accurately. They must also disclose known material defects in the real estate.

The duties of a real estate agent do not relieve the consumers of the responsibility to protect their own interests. If you need advice for legal, tax insurance or land survey matters it is your responsibility to consult a professional in those areas. Real Estate agents do not have a duty to perform home, lead paint or insect inspections nor do they perform septic system, wetlands or environmental evaluations.

### RELATIONSHIP OF REAL ESTATE LICENSEE WITH THE CONSUMER

(Check one)   ____ Seller's agent    **X** Buyer's agent    ____ Facilitator
IF A SELLER'S OR BUYER'S AGENT IS CHECKED ABOVE COMPLETE THE SECTION BELOW:

Relationship with others affiliated with __Coldwell Banker Residential Brokerage – MA Lic. #8__ :
                                          (Print name of real estate firm or business and license number)
(Check one)     The real estate agent listed below, the real estate firm or business listed above and all other affiliated agents have the same relationship with the consumer named herein (seller or buyer agency, not designated agency). This option is not applicable to any Coldwell Banker Residential Brokerage transactions.

    **X** Only the real estate agent listed below represents the buyer or seller in the capacity indicated above (designated seller or buyer agency). In this situation any firm or business listed above and other agents affiliated with the firm or business do not represent you and may represent another party in your real estate transaction. This option is not applicable if "Facilitator" is checked above.

By signing below I, the real estate licensee, acknowledge that this disclosure has been provided timely to the consumer named herein.

_Cheryl Del Torchio_         _Darryl Del Torchio_         9059685           7/1/05
(Signature of real estate agent)   (Printed name of real estate agent)   (License Number/Type)   (Today's Date)

By signing below I, the consumer acknowledge that I have received and read the information in this disclosure.

_Jeff A Frazee_              _Jeffrey A. Frazee_          7/1/05
(Signature of consumer)      (Printed name of consumer)   (Today's Date)

_Cher R. Frazee_             _Cher R. Frazee_             7/1/05
(Signature of consumer)      (Printed name of consumer)   (Today's Date)

____ Check here if the consumer declines to sign this notice.

# QUITCLAIM DEED

We, John Colon and Julie Colon, of 4 Conifer Way, Beverly, County of Essex, Massachusetts, for nominal consideration paid, grant to Hernan Serrano, As Receiver of Better Budget Financial Services, Inc.

With *QUITCLAIM COVENANTS*

The land in Beverly, Essex County, Massachusetts, with the buildings and improvements thereon, situated on the Northerly side of Dodge street in said Beverly, shown as Lot 2 on a plan entitled "Definitive Plan, Conifer Way, Beverly, MA" dated March 28, 1995, revised October 10, 1995, and recorded with the Essex South Registry of Deeds in Plan Book 303, Plan 19 (The "Plan").

For title see deed of Carole A. Bruce to us dated January 9, 2003, and recorded with said deeds at Book 19986, Page 44.

Said Premises are conveyed subject to a mortgage to Chapel Mortgage Corporation for $ 795,000.00, and recorded at said deeds at Book 19986, Page 45, and all real estate taxes and/or liens of record.

Said Premises are conveyed together with the benefit of and subject to covenants, restrictions, reservations, easements and rights set forth or referred to in said last mentioned deed.

**PROPERTY ADDRESS:**    *4 Conifer Way, Beverly, MA   01915*

WITNESS our hands and seals this 18th day of March, 2005.

_____
John Colon

_____
Julie Colon

COMMONWEALTH OF MASSACHUSETTS

Essex, ss                                                                                              March 18, 2005

Then personally appeared before me the above referenced John Colon and Julie Colon, whose identity was established to me by their driver's licenses, and who acknowledged the foregoing instrument to be their free act and deed.

_____
Notary Public, Linda A. Bell

My Commission Expires: 05/01/09

12/19/96 09:09 Inst 35
BK 13895 PG 462

## CONIFER WAY COVENANTS

Whereas, the Declarant, Jeffrey S. Bunk, Trustee of Conifer Way Beverly Realty Trust, u/d/t dated January 25, 1996, and recorded with the Essex South District Registry of Deeds in Book 13377, Page 171, is desirous of creating an attractive residential community encouraging harmonious and pleasing homes; assuring a high quality of community appearance; preserving and protecting the natural character of the land, conserving the trees, shrubbery and other natural features for the benefit of all property owners; preventing nuisances, to maintain the desired tone of the community and thereby to secure to each site owner the full benefit and enjoyment of his home with no greater restrictions upon the free and undisturbed use of this site than is necessary to insure the same advantages to the other site owners; and

Whereas, the Declarant, Jeffrey S. Bunk, Trustee of Conifer Way Beverly Realty Trust, desires to provide and insure the preservation of the values in said community and, to this end, desires to subject the real property described to the covenants, restrictions, easements and liens hereinafter set forth, each of which is and are to be for the benefit of said property and each owner thereof;

Now, therefore, the Declarant, Jeffrey S. Bunk, Trustee of Conifer Way Beverly Realty Trust, declares that each and every dwelling and lot and such additions thereto as may hereinafter be made is and shall be held, transferred, sold, conveyed, and occupied subject to and with the benefit of the covenants, restrictions, and easements, hereinafter set forth:

1.  RESIDENTIAL USE

No residential structure other than one single family dwelling shall be erected or placed on any lot. An attached or detached garage of not more than two cars, together with accessory non-residential structures such as tool sheds, pools, attached greenhouses or fences shall be permitted. No above ground swimming pools shall be permitted, nor chain link fences. No fences of any kind shall extend beyond the required front yard setback as defined by the Beverly Zoning Ordinance.

2.  USE OF PREMISES

The premises shall not be used for businesses, professional or industrial purposes except those professional uses ancillary to a primary residential use and those permitted as a matter right pursuant to the Beverly Zoning Ordinance. No storage of materials or public display goods for sale shall be made, nor shall any advertising display be permitted.

BK 13895 PG 463

3. **BUILDING DESIGN**

All homes are to be constructed with first class materials in a good and workmanlike manner and be sited so as to maintain maximum privacy for abutting lots and shall to the greatest extent possible face onto Conifer Way. The goal of the design of the buildings at Conifer Way is to achieve a "village" of four residences each in harmony with the others. The general design of the dwellings should be in the traditional New England style. That is, roof pitches must be a minimum of 8" rise per foot of horizontal run and cedar clapboards or shingle siding should be employed. Brick or stonework should be kept to a minimum, used only as a highlight material and not as a major surfacing element. All exposed chimneys will be of masonry or stone veneer construction. Vinyl or aluminum clad windows must be trimmed out in wood around the exterior perimeter of the unit to simulate wood window units. The exterior colors of the main body and trim of the main dwelling and accessory buildings shall not be bright or luminescent. No ranch, split entry, or modular homes are permitted.

4. **MINIMUM SQUARE FOOTAGE**

No dwelling shall be erected that contains less than 2,500 square feet of habitable permanently enclosed living floor area, exclusive of porches, breezeways, garages, attics, basements, or attached space.

5. **SITE DESIGN**

Driveways shall be constructed of a permanent, stable, finish material, suitable for a driveway. No gravel or dense pack gravel is acceptable. The area between the front building line and the street curb shall be sodded and foundation plantings of a size appropriate to the scale of the residence shall be planted.

6. **MAINTENANCE**

Each home owner shall keep their house, garage and grounds in good and orderly condition and provide regular and routine maintenance and repair, including exterior painting of the house and garage when, as and if required as well as routine and continuous lawn and garden care.

7. **EASEMENT**

Easements, if any, for the installation and maintenance of utilities and drainage facilities are reserved as shown on the recorded plan. Within these easements, no structure shall be placed or permitted to remain which may damage or interfere with the installation or maintenance of utilities, or which may change the direction of flow of drainage channels in the easements or which may obstruct or retard the flow of water through drainage channels in the easements. The easement area of each lot and all improvements in it shall be maintained continuously by the owner of the lot, except for those utilities for which a public utility is responsible.

BK 13895 PG 464

8.  TIME FOR CONSTRUCTION

Any structure or building to be constructed upon any lot must be completed within one year after the date construction has begun. Construction has begun on the date when cleaning and grubbing of the lot has started. Completion shall not only include construction of the dwelling, but also final landscaping of the premises.

9.  TEMPORARY STRUCTURES

No structure of a temporary character, trailer, basement, tent, shack, garage, barn or other building shall be used on any lot at any time as a residence either temporarily or permanently.

10. RESTRICTIONS ON TRUCKS, ETC.

No garage or any portion of the lot shall be used for storage of trucks or commercial vehicles having an unloaded gross weight greater than nine thousand pounds. Camping trailers, recreational vehicles and like equipment kept upon any lot shall not be visible from the street.

11. LIVESTOCK AND POULTRY

No livestock or poultry may be kept on the premises.

12. TRASH AND LAUNDRY

All garbage, trash and rubbish placed outdoors shall be kept in covered containers screened from public view. All exterior clothes drying facilities shall be to the rear of the house screened from all abutters with suitable enclosures, screens or planting.

13. TERM

These covenants are to run with the property and shall be binding on all owners and all persons claiming title under them until January 1, 2026.

14. ENFORCEMENT

The lot owners shall have the power to enforce the covenants herein contained at law or in equity as long as the lot owners own a said lot. When the Owners or their Successors or Assigns no longer own any of the lots enumerated above, the owner of any of said lots shall have the power to enforce the covenants herein contained. If a lot owner engages the services of an attorney to enforce the provisions of the covenants herein contained, any person who shall have breached the covenants herein contained shall pay reasonable attorney's fees and court costs of the prevailing party.

BK 13895 PG 465

### 15. SEVERABILITY

Invalidation of any one of these restrictions by judgement or court order shall in no way affect any of the provisions which shall remain in full force and effect.

### 16. MODIFICATION

The provisions of this covenant may be modified, deleted, or a new provision may be added only if agreed to in writing by all of the owners of the lots, and shall take effect upon recording at the Essex South District Registry of Deeds.

Executed under this seal this 18th day of December, 1996.

CONIFER WAY BEVERLY REALTY TRUST

_____
Jeffrey S. Bunk, Trustee

COMMONWEALTH OF MASSACHUSETTS

Essex, ss.                                                      December 18, 1996

Then personally appeared the above named, Jeffrey S. Bunk, Trustee of Conifer Way Beverly Realty Trust, and acknowledged the foregoing to be its free act and deed, before me

_____
Thomas J. Alexander, Notary Public
My Commission Expires: 2/28/2003

12/19/96 09:09 Inst 36
BK 13895 PG 466

## Conifer Way Easement and Maintenance Agreement

JEFFREY S. BUNK, TRUSTEE OF CONIFER WAY BEVERLY REALTY TRUST, under Declaration of Trust dated January 25, 1996, and recorded at the Essex South District Registry of Deeds in Book 13377, Page 171 (hereinafter called the "Grantor") and being the owner of property located in Beverly, Essex County, Massachusetts more particularly described in a Deed into Grantor recorded at the Essex South District Registry of Deeds in Book 13377, Page 180, for consideration paid, hereby declares that each and every lot and dwelling and such additions thereto as may hereinafter be made is and shall be held, transferred, sold, conveyed, and occupied subject to and with the benefit of the easements and restrictions, hereinafter set forth:

1. The perpetual, non-exclusive right and easement to pass and repass, by vehicular traffic or otherwise, for the purpose of ingress and egress to and from any portion of any lot and/or any entrance of any building located on any lot, to use in common with the Grantor and others from time to time entitled to use same, that portion of land owned by the Grantor in Beverly, Essex County, Massachusetts, lying within the area labelled "Conifer Way" on a plan entitled "Conifer Way, Beverly, Mass; Applicant: J.S. Bunk, 5 Old Planters Lane, Beverly, MA; Engineer: Hayes Engineering, Inc., 603 Salem Street, Wakefield, Mass. 01880; Scale: 1"=100'; Date: March 28, 1995" recorded at the Essex South District Registry of Deeds in Plan Book 303, Plan 19, for all purposes for which streets and ways are now or may hereafter be used in the City of Beverly, including without limitation, access on foot and in motor vehicles and installing, maintaining, replacing, removing and using underground utility lines, including without limitation sewers, drains, water mains, gas pipes, electric lines, telephone lines and cable television lines thereunder, all of which underground sewers, drains, water mains, gas pipes, electric light, power and telephone wires and cable television lines shall remain the property of the person installing same.

With respect to said right and easement hereby conveyed the Grantor, for himself, his successors and assigns hereby agrees as follows:

(a) The Grantor and his successors and assigns shall have the right to use and enjoy the foregoing right and easement for the purposes stated in common with the lot owners and others legally entitled thereto;

(b) If in connection with the exercise of said right and easement if either Grantor or any lot owner shall make any excavations in said portion of Conifer Way, the party so excavating shall ensure that all work be performed in a good and workmanlike manner, proceed with due diligence, and all disturbed areas shall be restored promptly to the same condition as existed prior to the disturbance of the land;

BK 13895 PG 467

(c) Each lot owner will indemnify and save the other harmless from and against any loss, damage, or liability arising out of their exercise of said right and easement;

(d) Each lot owner shall share equally in the cost of maintenance of Conifer Way, including the cost of snow removal, repairs and seasonal clean-up. Each lot owner hereby agrees for the benefit of each other to maintain said Conifer Way in good repair and improve same from time to time, as needed.

(e) The foregoing rights and easement shall be exercisable only by the Grantor and his respective successors and assigns and others to whom said rights and easements may be specifically assigned.

Executed under this seal this 18th day of December, 1996.

CONIFER WAY BEVERLY REALTY TRUST

_____
Jeffrey S. Bank, Trustee

COMMONWEALTH OF MASSACHUSETTS

Essex, ss.                                              December 18, 1996

Then personally appeared the above named, Jeffrey S. Bank, Trustee of Conifer Way Realty Trust, and acknowledged the foregoing to be its free act and deed, before me

_____
Thomas J. Alexander, Notary Public
My Commission Expires: 2/28/2003

# EXHIBIT H

# QUITCLAIM DEED

We, John Colon and Julie Colon, of 4 Conifer Way, Beverly, County of Essex, Massachusetts, for nominal consideration paid, grant to Hernan Serrano, As Receiver of Better Budget Financial Services, Inc.

With **QUITCLAIM COVENANTS**

The land in Beverly, Essex County, Massachusetts, with the buildings and improvements thereon, situated on the Northerly side of Dodge street in said Beverly, shown as Lot 2 on a plan entitled "Definitive Plan, Conifer Way, Beverly, MA" dated March 28, 1995, revised October 10, 1995, and recorded with the Essex South Registry of Deeds in Plan Book 303, Plan 19 (The "Plan").

For title see deed of Carole A. Bruce to us dated January 9, 2003, and recorded with said deeds at Book 19986, Page 44.

Said Premises are conveyed subject to a mortgage to Chapel Mortgage Corporation for $ 795,000.00, and recorded at said deeds at Book 19986, Page 45, and all real estate taxes and/or liens of record.

Said Premises are conveyed together with the benefit of and subject to covenants, restrictions, reservations, easements and rights set forth or referred to in said last mentioned deed.

**PROPERTY ADDRESS:**    4 Conifer Way, Beverly, MA    01915

WITNESS our hands and seals this 18th day of March, 2005.

_____
John Colon

_____
Julie Colon

**COMMONWEALTH OF MASSACHUSETTS**

Essex, ss                                                              March 18, 2005

Then personally appeared before me the above referenced John Colon and Julie Colon, whose identity was established to me by their driver's licenses, and who acknowledged the foregoing instrument to be their free act and deed.

_____
Notary Public, Linda A. Bell

My Commission Expires: 05/01/09