UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
                                                         :
FEDERAL TRADE COMMISSION,                                :
                                                         :   **CIVIL ACTION NO.:**
                               Plaintiff,                :   04-12326 (WGY)
                                                         :
    v.                                                   :
                                                         :
BETTER BUDGET FINANCIAL                                  :
SERVICES, INC., JOHN COLON, JR., and                     :
JULIE FABRIZIO-COLON,                                    :
                                                         :
                               Defendants.               :
                                                         :
---------------------------------------------------------x

## NOTICE OF FILING MODIFIED AND AMENDED
## FINANCIAL SCHEDULE OF THE RECEIVER

**PLEASE TAKE NOTICE** that Hernan Serrano, Jr., the Court-appointed receiver (the "Receiver") of Better Budget Financial Services, Inc., together with its subsidiaries and affiliates (collectively, "BBFS"), by his attorneys Mintz Levin Cohn Ferris Glovsky & Popeo, P.C. ("Mintz Levin"), has filed a Modified and Amended Financial Schedule of the Receiver, attached hereto as Exhibit A, and attached to the Affidavit in Support of Joint Final Fee Application of Hernan Serrano, Jr., The Receiver, And His Professionals, as Exhibit D.

Dated: February 24, 2006

        Respectfully submitted,

        MINTZ LEVIN COHN FERRIS
        GLOVSKY & POPEO, P.C.


        By:  /s/ Breton Leone-Quick
              Breton Leone-Quick BB0# 655571
        One Financial Center
        Boston, Massachusetts  02111
        (617) 542-6000

        Peter B. Zlotnick (*Pro Hac Vice*)
        Seth R. Goldman (*Pro Hac Vice*)
        Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.
        The Chrysler Center
        666 Third Avenue
        New York, New York  10017
        (212) 935-3000)

        *Attorneys for Hernan Serrano, Jr.,*
        *As Receiver of Better Budget Financial Services,*
        *Inc. et al.*

TO:

FEDERAL TRADE COMMISSION
Carole Paynter (CP-3091)
Elvia Gastelo (EG-0865)
One Bowling Green, Suite 318
New York, New York  10004

*Attorneys for Plaintiff*


JOHN COLON AND JULIE FABRIZIO-COLON,
INDIVIDUALLY AND ON BEHALF OF BETTER
BUDGE FINANCIAL SERVICES, INC.
405R Elliott Street
Beverly, Massachusetts  01915

*Defendants Pro Se*