# Exhibit A

Client:    BBFS Receivership

January 20, 2006

Invoice#    5187

Client:    BBFS Receivership

**Serrano, Hernan**               **Managing Director**

| Date | Task | Tmkp | Description | Hours Worked | Rate | Fees Billed |
|------|------|------|-------------|--------------|------|-------------|
| 10/18/05 | | HS | Prepared for house sale | 1.00 | 200.00 | $200.00 |
| 10/19/05 | | HS | Discussions with counsel and broker, preparation for sale of 4 Conifer | 1.00 | 200.00 | $200.00 |
| 10/20/05 | | HS | Discussions with counsel and broker, preparation for sale of 4 Conifer | 1.00 | 200.00 | $200.00 |
| 10/24/05 | | HS | Visted storage facility, prepared files for transfer and discussed final arrangements for Receivership | 4.00 | 200.00 | $800.00 |
| 10/25/05 | | HS | Worked on final report, review of document needs and finalized changes | 4.00 | 200.00 | $800.00 |
| 11/08/05 | | HS | Work on payables for Receivership. | 0.40 | 200.00 | $80.00 |
| 11/08/05 | 044 | HS | Conference call with C. Paynter and P. Zlotnick, discuss status of case and closing the Receivership. | 0.60 | 200.00 | $120.00 |
| 12/19/05 | | HS | Worked on final report and dicussions with counsel | 3.00 | 200.00 | $600.00 |
| 12/28/05 | 150 | HS | Worked on final report. | 2.00 | 200.00 | $400.00 |
| | | | Totals for:    Serrano, Hernan | 17.00 | 200.00 | $3,400.00 |

**TOTALS :**          **17.00**          **$3,400.00**

Client:    BBFS Receivership
**Expenses**

| Date | Task | Description | Amount Billed |
|------|------|-------------|---------------|
| 10/25/05 | 02 | Car service to airport - H. Serrano | $87.00 |
| | | **TOTALS :** | **$87.00** |

Client:    BBFS Receivership

Exhibit A

BBFS Receivership

Executive Sounding Board Associates Inc.
Summary of Time Incurred by Professional Fees by Month

10/01/05  -  12/31/05

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Hours | Fees |
|---|---|---|---|---|
| Serrano, Hernan | Managing Director | 200.00 | 17.00 | $3,400.00 |
| Total Hours and Fees | | | 17.00 | $3,400.00 |
| Blended Rate | | $200.00 | | |

BBFS Receivership

Executive Sounding Board Associates Inc.
Summary of Disbursements by Month

10/01/05  -  12/31/05

Disbursements:

| | |
|---|---|
| Travel | $87.00 |
| Total Expenses | $87.00 |
| Total Fees and Disbursements | $3,487.00 |

3

Client:    BBFS Receivership

Exhibit B

BBFS Receivership

Executive Sounding Board Associates Inc.
Summary of Time Incurred by Project

10/01/05  -  12/31/05

| Project Description | Task Codes | Hours | Fees |
|---------------------|------------|-------|------|
|                     |            | 14.40 | $2,880.00 |
| Bankruptcy          | 044        | 0.60  | $120.00 |
| Receivership        | 150        | 2.00  | $400.00 |
|                     | Totals     | 17.00 | $3,400.00 |

4

# Exhibit B