# Exhibit B

FOR DISCUSSION PURPOSES ONLY

**WSL**
**BETTER BUDGET FINANCIAL SERVICES, INC.**
**Employee Time Detail**
**January 1st - August 31st, 2005**

| Date | Initial | Explanation of work performed | Time | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/05 | HS | Had multiple discussions with liquidators and movers for vacating space | 2.90 | $200.00 | $580.00 |
| 01/03/05 | HS | Worked on account payable issues | 0.70 | $200.00 | $140.00 |
| 01/03/05 | HS | Had discussions with vendors of the Defendants re: documentation retrieval and potential sales | 0.60 | $200.00 | $120.00 |
| 01/03/05 | HS | Worked on equipment issues for sale | 2.10 | $200.00 | $420.00 |
| 01/03/05 | HS | Had multiple discussions with Counsel and FTC re: Cummings and resolution of security deposit | 2.20 | $200.00 | $440.00 |
| 01/03/05 | LLL | Printed BBFS e-mails and prepared package for FTC | 0.90 | $205.00 | $184.50 |
| 01/03/05 | LLL | Prepared letter to former BBFS employees regarding their options for continued medical insurance coverage | 1.10 | $205.00 | $225.50 |
| 01/03/05 | LLL | Reviewed furniture and equipment at BBFS offices with Receiver and contacted potential buyers | 1.90 | $205.00 | $389.50 |
| 01/03/05 | LLL | Responded to BBFS e-mails | 1.40 | $205.00 | $287.00 |
| 01/03/05 | LLL | Work on current open items for the move and sale | 1.00 | $205.00 | $205.00 |
| 01/03/05 | LLL | Corrected BBFS e-mail transmittal errors | 0.20 | $205.00 | $41.00 |
| 01/04/05 | HS | Worked on changes for sale of equipment | 0.80 | $200.00 | $160.00 |
| 01/04/05 | HS | Multiple discussions with Counsel re: open issues for relinquishment of space | 0.40 | $200.00 | $80.00 |
| 01/04/05 | HS | Followed up on open issues for sale | 2.30 | $200.00 | $460.00 |
| 01/04/05 | HS | Worked on equipment sale and followed up with potential buyers | 3.10 | $200.00 | $620.00 |
| 01/04/05 | HS | Discussions with the FTC re: vacating of space and sale of assets | 0.30 | $200.00 | $60.00 |
| 01/04/05 | HS | Participated in a conference call with T. Atkinson and P. Zlotnick re: move | 0.90 | $200.00 | $180.00 |
| 01/04/05 | KG | Reviewed online instructions to access information per the FTC request. Discussions with representatives of AFG. | 3.50 | $205.00 | $717.50 |
| 01/04/05 | KG | Worked on AFG transactions, including discussions with representatives of AFG | 0.60 | $205.00 | $123.00 |
| 01/04/05 | LLL | Worked on open issues for the sale of assets | 1.00 | $205.00 | $205.00 |
| 01/04/05 | LLL | Responded to BBFS e-mails | 1.60 | $205.00 | $328.00 |
| 01/04/05 | LLL | Corresponded with K. MacDonald of Counsel's Boston office regarding planned visit to site | 0.50 | $205.00 | $102.50 |
| 01/04/05 | LLL | Complied information received from AFG | 0.90 | $205.00 | $184.50 |
| 01/04/05 | LLL | Compiled disbursements from BBFS's operating accounts | 0.80 | $205.00 | $164.00 |
| 01/05/05 | HS | Followed up on banking issues | 1.10 | $200.00 | $220.00 |
| 01/05/05 | HS | Discussions with FTC re: documentation requested | 0.30 | $200.00 | $60.00 |
| 01/05/05 | HS | Multiple discussions with numerous liquidators, and potential buyers for office assets | 3.60 | $200.00 | $720.00 |
| 01/05/05 | HS | Responded to customer inquiries and telephone calls | 0.60 | $200.00 | $120.00 |
| 01/05/05 | KG | Reviewed e-mail and discussed issues with staff and AFG | 0.50 | $205.00 | $102.50 |

FOR DISCUSSION PURPOSES ONLY

**BETTER BUDGET FINANCIAL SERVICES, INC.**
**Employee Time Detail**
**January 1st - August 31st, 2005**

| Date | Initial | Explanation of work performed | Time | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/05 | LLL | Reviewed additional bank statements received from Century Bank and updated account listing control sheet | 2.60 | $205.00 | $533.00 |
| 01/05/05 | LLL | Responded to BBFS e-mails | 0.80 | $205.00 | $164.00 |
| 01/05/05 | LLL | Created and commenced populating database of possible claimants' names and addresses | 0.60 | $205.00 | $123.00 |
| 01/05/05 | LLL | Contacted Abe Goldstein re: purchase of BBFS furniture and equipment | 0.20 | $205.00 | $41.00 |
| 01/05/05 | LLL | Continued compilation of information received from AFG | 2.30 | $205.00 | $471.50 |
| 01/06/05 | HS | Responded to E-mails from customers | 0.40 | $200.00 | $80.00 |
| 01/06/05 | HS | Worked on open issues for document review including Defendant files received from offices of BBFS | 5.10 | $200.00 | $1,020.00 |
| 01/06/05 | LLL | Spoke to Century Bank regarding the discrepancies between bank statements and the account balances faxed to the Receiver on November 10, 2004 | 1.40 | $205.00 | $287.00 |
| 01/06/05 | LLL | Responded to BBFS e-mails | 1.30 | $205.00 | $266.50 |
| 01/06/05 | LLL | Updated Claimant database, reviewed BBFS e-mails for additional information. Contacted customers via telephone and requested contact information for database | 1.10 | $205.00 | $225.50 |
| 01/06/05 | LLL | Conversed with Payroll Plus representative regarding options for BBFS's fourth quarter 2004 payroll tax returns and 2004 year end reporting | 0.90 | $205.00 | $184.50 |
| 01/06/05 | LLL | Sorted and reviewed BBFS mail | 1.20 | $205.00 | $246.00 |
| 01/06/05 | LLL | Worked on the accounting records maintained by BBFS for disbursements | 1.40 | $205.00 | $287.00 |
| 01/06/05 | LLL | Reviewed consolidated AFG information and transmitted to Receiver, Counsel and FTC | 0.70 | $205.00 | $143.50 |
| 01/07/05 | HS | Worked on asset sale issues - sale of cars | 1.30 | $200.00 | $260.00 |
| 01/07/05 | HS | Addressed violations of TRO with Counsel re: use of credit cards by defendants, followed up on leases | 1.60 | $200.00 | $320.00 |
| 01/07/05 | LLL | Conversed with K. MacDonald while she was at the site in Beverly | 0.80 | $205.00 | $164.00 |
| 01/07/05 | LLL | Confirmed with Century Bank the source of the discrepancies and discussed options to rectify | 0.70 | $205.00 | $143.50 |
| 01/07/05 | LLL | Updated Claimant database, reviewed BBFS e-mails for additional information. Contacted customers who made inquiries and requested contact information for database | 0.90 | $205.00 | $184.50 |
| 01/07/05 | LLL | Located and forwarded various information per Receiver's request | 0.30 | $205.00 | $61.50 |
| 01/07/05 | LLL | Received faxed and reviewed with AFG representative the information requested regarding Evelyn Twiss | 0.40 | $205.00 | $82.00 |
| 01/07/05 | LLL | Updated BBFS bank account control list with bank account information from St. Jean's Credit Union. Finalized and transmitted to the Receiver, Counsel and FTC | 2.20 | $205.00 | $451.00 |
| 01/07/05 | LLL | Sorted and reviewed BBFS mail | 0.90 | $205.00 | $184.50 |
| 01/07/05 | LLL | Responded to BBFS e-mails | 1.00 | $205.00 | $205.00 |

FOR DISCUSSION PURPOSES ONLY

**BETTER BUDGET FINANCIAL SERVICES, INC.**
**Employee Time Detail**
**January 1st - August 31st, 2005**

| Date | Initial | Explanation of work performed | Time | Rate | Amount |
|---|---|---|---|---|---|
| 01/07/05 | HS | Responded to customer calls and inquiries | 0.20 | $200.00 | $40.00 |
| 01/10/05 | HS | Worked on open sale issues including research for sale of workstations | 4.40 | $200.00 | $880.00 |
| 01/10/06 | HS | Prepared for and participated in conference call with Counsel, FTC and Defendants' Counsel re: TRO issues | 0.40 | $200.00 | $80.00 |
| 01/10/05 | KG | Reviewed e-mails and had discussions with staff | 1.00 | $205.00 | $205.00 |
| 01/10/05 | LLL | Reviewed bank statements for BBFS payroll account, extracted checks for John Colon, Julie Colon and Paul Bartlett (April 2002 thru October 2004) | 3.30 | $205.00 | $676.50 |
| 01/10/05 | LLL | Participated in conference call with Receiver, Counsel, FTC and Defendants' Counsel | 1.10 | $205.00 | $225.50 |
| 01/10/05 | LLL | Consolidated automobile information | 0.20 | $205.00 | $41.00 |
| 01/10/05 | LLL | Called movers and storage to confirm amounts and verify dates and times | 0.50 | $205.00 | $102.50 |
| 01/10/05 | LLL | Investigated purchases of jewelry by defendants | 1.90 | $205.00 | $389.50 |
| 01/10/05 | LLL | Responded to BBFS e-mails | 1.80 | $205.00 | $369.00 |
| 01/10/05 | LLL | Reviewed status with Receiver | 0.30 | $205.00 | $61.50 |
| 01/11/05 | HS | Had multiple discussions with Counsel re: Cummings leases and fixture claims | 1.60 | $200.00 | $320.00 |
| 01/11/05 | HS | Worked on open employee issues, responded to e-mails and made changes to Receiver letter | 3.90 | $200.00 | $780.00 |
| 01/11/05 | KG | Discussed the removal of vending machines with staff; reviewed draft fee application | 0.80 | $205.00 | $164.00 |
| 01/11/05 | LLL | Printed the BBFS e-mails for C. Paynter of the FTC, discussed alternate forms of delivery | 0.50 | $205.00 | $102.50 |
| 01/11/05 | LLL | Located and contacted Lowell Vending; arranged removal of vending machines from former Unimark offices on the 2nd floor at 800 Cummings Center | 0.40 | $205.00 | $82.00 |
| 01/11/05 | LLL | Updated and summarized inventory spreadsheets per information received from K. MacDonald | 0.40 | $205.00 | $82.00 |
| 01/11/05 | LLL | Compared jewelry appraisal spreadsheet to listing of sales provided by De Scenza Jewelry | 1.10 | $205.00 | $225.50 |
| 01/11/05 | LLL | Prepared complete inventory for potential buyers and e-mailed to Mike Hurton of Sensitech | 1.70 | $205.00 | $348.50 |
| 01/11/05 | LLL | Status update calls and e-mails with Receiver | 0.40 | $205.00 | $82.00 |
| 01/11/05 | LLL | Reviewed fee request for November and December 2004 | 0.50 | $205.00 | $102.50 |
| 01/11/05 | LLL | Analyzed deposits in Defendants' personal and money market accounts | 0.80 | $205.00 | $164.00 |
| 01/11/05 | LLL | Coordinated scheduling of associate from Counsel's office to review BBFS documents at Receiver's office | 0.10 | $205.00 | $20.50 |
| 01/11/05 | LLL | Responded to BBFS e-mail and updated claimant database | 1.90 | $205.00 | $389.50 |

FOR DISCUSSION PURPOSES ONLY

**BETTER BUDGET FINANCIAL SERVICES, INC.**
**Employee Time Detail**
**January 1st - August 31st, 2005**

| Date | Initial | Explanation of work performed | Time | Rate | Amount |
|---|---|---|---|---|---|
| 01/11/05 | LLL | Made calls to Abe Goldstein, Mike Hurton and Ray Aslanian (of Mason Movers) to discuss sale, disposal and moving of furniture and equipment at 800 Cummings Center | 0.40 | $205.00 | $82.00 |
| 01/11/05 | HS | Worked on jewelry appraisal issues | 1.30 | $200.00 | $260.00 |
| 01/12/05 | HS | Reviewed and worked on banking issues | 4.60 | $200.00 | $920.00 |
| 01/12/05 | HS | Addressed W-2 issues | 0.60 | $200.00 | $120.00 |
| 01/12/05 | HS | Had follow up discussions with employees of BBFS | 0.90 | $200.00 | $180.00 |
| 01/12/05 | HS | Worked on open issues for closing down facilities of BBFS | 2.60 | $200.00 | $520.00 |
| 01/12/05 | HS | Conference with Counsel on real estate issues | 0.30 | $200.00 | $60.00 |
| 01/12/05 | LLL | Responded to BBFS e-mails | 1.00 | $205.00 | $205.00 |
| 01/12/05 | LLL | Prepared work papers for transportation of BBFS materials to storage facility | 0.30 | $205.00 | $61.50 |
| 01/12/05 | LLL | Meeting with Receiver to review transport of BBFS materials, furniture, fixtures and equipment to storage and contingencies | 0.90 | $205.00 | $184.50 |
| 01/12/05 | LLL | Participated in conference calls with Counsel and FTC regarding furniture and fixtures at BBFS facility | 0.60 | $205.00 | $123.00 |
| 01/12/05 | LLL | Discussed via telephone and e-mail inventory of furniture and fixtures with potential buyers | 0.80 | $205.00 | $164.00 |
| 01/12/05 | LLL | Gathered information regarding hardware and warranty of computer inventory from S. Grimes at potential purchaser's request | 0.30 | $205.00 | $61.50 |
| 01/12/05 | LLL | Assisted Counsel with review of BBFS documents in Receiver's possession | 1.90 | $205.00 | $389.50 |
| 01/12/05 | LLL | Worked on facilities close down, including coordinating with movers and storage | 3.20 | $205.00 | $656.00 |
| 01/13/05 | HS | Worked on asset recovery issues, including sale of jewelry and real estate | 4.60 | $200.00 | $920.00 |
| 01/13/05 | HS | Packaged remaining BBFS materials from previously locked room and transported to storage facility | 2.20 | $200.00 | $440.00 |
| 01/13/05 | LLL | Contacted locksmith regarding locked door on 1st floor of 800 Cummings Center | 0.50 | $205.00 | $102.50 |
| 01/13/05 | LLL | Oversaw transportation of BBFS documents and materials from 800 Cummings Center to Lockers USA storage facility in Danvers, MA by Mason Movers | 2.50 | $205.00 | $512.50 |
| 01/13/05 | LLL | Showed the 2nd floor office furniture and equipment to Sensitech representatives, discussed offer for purchase | 0.80 | $205.00 | $164.00 |
| 01/13/05 | LLL | Packaged BBFS materials on both 1st and 2nd floor of 800 Cummings Center; transported to storage facility | 2.00 | $205.00 | $410.00 |
| 01/13/05 | SL | Supervised movers' loading of items from BBFS offices and followed to storage warehouse | 4.00 | $205.00 | $820.00 |
| 01/13/05 | SL | Reviewed and packaged files in the BBFS offices | 2.00 | $205.00 | $410.00 |
| 01/13/05 | SL | Waited for locksmith to open locked office; reviewed and packed files, and transported them to storage | 2.00 | $205.00 | $410.00 |

FOR DISCUSSION PURPOSES ONLY

**BETTER BUDGET FINANCIAL SERVICES, INC.**
**Employee Time Detail**
**January 1st - August 31st, 2005**

| Date | Initial | Explanation of work performed | Time | Rate | Amount |
|---|---|---|---|---|---|
| 01/14/05 | HS | Worked on open issues for document retention and storage | 5.20 | $200.00 | $1,040.00 |
| 01/14/05 | LLL | Removed hard drives from computers on the 1st and 2nd floors at BBFS and Unimark office space and prepared for transport | 2.80 | $205.00 | $574.00 |
| 01/14/05 | LLL | Transported the remaining supplies and BBFS materials to storage facility | 0.50 | $205.00 | $102.50 |
| 01/14/05 | LLL | Oversaw removal of vending machines from the 2nd floor former Unimark offices and reviewed remaining files | 3.10 | $205.00 | $635.50 |
| 01/14/05 | LLL | Worked on moving issues at the BBFS facilities | 2.90 | $205.00 | $594.50 |
| 01/14/05 | SL | Dismounted PC hard drives at BBFS premises | 5.30 | $205.00 | $1,086.50 |
| 01/14/05 | SL | Worked on moving issues at the BBFS facilities | 3.00 | $205.00 | $615.00 |
| 01/17/05 | HS | Worked on open issues for closing Unimark, including multiple discussions with T. Atkinson, Defendants and Counsel. | 6.10 | $200.00 | $1,220.00 |
| 01/17/05 | LLL | Prepared files for review and discussion with the FTC | 2.20 | $205.00 | $451.00 |
| 01/17/05 | LLL | Contacted Payroll Plus re: year end reports | 0.60 | $205.00 | $123.00 |
| 01/17/05 | LLL | Sorted and reviewed BBFS mail | 0.90 | $205.00 | $184.50 |
| 01/17/05 | LLL | Responded to BBFS e-mails | 1.40 | $205.00 | $287.00 |
| 01/17/05 | LLL | Updated spreadsheet with additional information from e-mails and telephone conversations | 1.20 | $205.00 | $246.00 |
| 01/17/05 | LLL | Removed hard drives from transport container, sorted and packaged for storage | 0.70 | $205.00 | $143.50 |
| 01/18/05 | HS | Worked on open items for documentation needs of FTC and storage issues | 4.10 | $200.00 | $820.00 |
| 01/18/05 | HS | Prepared for and met with Cummings representatives re: settlement | 2.10 | $200.00 | $420.00 |
| 01/19/05 | HS | Prepared for and met with C. Peterson re: defendants' issues and exchange of jewelry | 3.90 | $200.00 | $780.00 |
| 01/20/05 | HS | Worked at the offices of BBFS to finalize moving of remaining files and resolution of jewelry | 9.00 | $200.00 | $1,800.00 |
| 01/20/05 | KR | Worked on accounting issues | 1.40 | $110.00 | $154.00 |
| 01/20/05 | KR | Sorted check analysis by Payee and date check cleared | 1.00 | $110.00 | $110.00 |
| 01/20/05 | KR | Removed key payees from the check analysis and created separate spreadsheets for these payees | 1.00 | $110.00 | $110.00 |
| 01/20/05 | KR | Resolved open items in the check analysis | 1.60 | $110.00 | $176.00 |
| 01/20/05 | KR | Recorded all web payments to Providian from March 2002 to October 2004 | 2.00 | $110.00 | $220.00 |
| 01/20/05 | KR | Restructured presentation of the overall check analysis spreadsheet, Providian check analysis, Colons' check analysis and BBFS's check analysis | 3.20 | $110.00 | $352.00 |
| 01/20/05 | KR | Organized and filed bank statements received from various sources | 2.00 | $110.00 | $220.00 |
| 01/21/05 | HS | Worked on accounting records of BBFS. Reviewed disbursements journals and prepared questions | 4.60 | $200.00 | $920.00 |
| 01/21/05 | HS | Responded to customer inquiries | 0.80 | $200.00 | $160.00 |
| 01/21/05 | HS | Worked on settlement with Cummings | 2.60 | $200.00 | $520.00 |

FOR DISCUSSION PURPOSES ONLY

**BETTER BUDGET FINANCIAL SERVICES, INC.**
**Employee Time Detail**
**January 1st - August 31st, 2005**

| Date | Initial | Explanation of work performed | Time | Rate | Amount |
|---|---|---|---|---|---|
| 01/22/05 | LLL | Reviewed, organized and sorted St. Jeans and BBFS payroll bank statements into binders | 1.20 | $205.00 | $246.00 |
| 01/22/05 | LLL | Responded to BBFS e-mail | 1.40 | $205.00 | $287.00 |
| 01/22/05 | LLL | Sorted and reviewed BBFS mail | 0.60 | $205.00 | $123.00 |
| 01/22/05 | LLL | Called payroll Plus to inquire as to preparation status of BBFS's and Unimark 2004 year end reports; left detailed message. | 0.10 | $205.00 | $20.50 |
| 01/24/05 | HS | Worked on the sale to Cummings - review of settlement and preparation of schedules | 6.80 | $200.00 | $1,360.00 |
| 01/25/05 | HS | Responded to customer inquiries | 0.40 | $200.00 | $80.00 |
| 01/25/05 | HS | Worked on accounting issues | 0.60 | $200.00 | $120.00 |
| 01/25/05 | HS | Worked on settlement with Cummings | 3.40 | $200.00 | $680.00 |
| 01/26/05 | HS | Prepared for and participated in a conference call with T. Atkinson, C. Paynter and counsel | 0.70 | $200.00 | $140.00 |
| 01/26/05 | HS | Worked on asset analysis | 1.30 | $200.00 | $260.00 |
| 01/26/05 | HS | Worked on real estate issues with broker | 0.40 | $200.00 | $80.00 |
| 01/26/05 | HS | Worked on employee issues, including W-2's, lost wages and outstanding claims | 5.90 | $200.00 | $1,180.00 |
| 01/26/05 | HS | Worked on Cummings settlement, including review of document | 2.10 | $200.00 | $420.00 |
| 01/26/05 | HS | Corresponded with Counsel to defendants re: settlement issues | 0.60 | $200.00 | $120.00 |
| 01/27/05 | HS | Met with real estate broker in Beverly re: sale of house | 2.90 | $200.00 | $580.00 |
| 01/28/05 | MP | Worked on EIN number issues | 0.30 | $250.00 | $75.00 |
| 01/28/05 | HS | Worked on accounting issues | 4.80 | $200.00 | $960.00 |
| 01/29/05 | HS | Worked on employee issues, including W-2's, lost wages and outstanding claims | 3.70 | $200.00 | $740.00 |
| 01/29/05 | LLL | Reviewed options with Receiver and Payroll Plus pertaining to the USPS loss of Employee copies of W-2's that needed to be postmarked Monday, January 31, 2005 | 0.80 | $205.00 | $164.00 |
| 01/29/05 | LLL | Sorted and reviewed mail | 0.50 | $205.00 | $102.50 |
| 01/29/05 | LLL | Verified names, addresses and social security numbers on Employer copies of W-2's provided by Payroll Plus | 1.10 | $205.00 | $225.50 |
| 01/29/05 | HS | Responded to BBFS inquiries via phone and e-mail | 0.60 | $200.00 | $120.00 |
| 01/29/05 | LLL | Updated spreadsheet with additional information received from Claimants | 0.40 | $205.00 | $82.00 |
| 01/29/05 | LLL | Responded to BBFS e-mails | 1.60 | $205.00 | $328.00 |
| 01/31/05 | HS | Worked on document review for FTC request | 2.10 | $200.00 | $420.00 |
| 01/31/05 | LLL | Contacted Payroll Plus to discuss removal of Employee W-2's with incorrect addresses and mailing the remainder | 0.50 | $205.00 | $102.50 |
| 01/31/05 | LLL | Attempted to contact employee C. Lee to discuss 2004 wages | 0.10 | $205.00 | $20.50 |
| 02/01/05 | HS | Worked on asset recovery issues, including sale of computers, Unimark issues and lease releases | 1.30 | $200.00 | $260.00 |
| 02/02/05 | HS | Worked on asset recovery issues, including buyers releases and draft sale agreements | 2.90 | $200.00 | $580.00 |

FOR DISCUSSION PURPOSES ONLY

**BETTER BUDGET FINANCIAL SERVICES, INC.**
**Employee Time Detail**
**January 1st - August 31st, 2005**

| Date | Initial | Explanation of work performed | Time | Rate | Amount |
|---|---|---|---|---|---|
| 02/02/05 | LLL | Responded to e-mail, updated spreadsheets and returned calls from employees pertaining to W-2's and February 1st mediation; reviewed payroll information received from Payrolls Plus and verified address changes | 1.80 | $205.00 | $369.00 |
| 02/03/05 | LLL | Responded to e-mail and updated claimant information spreadsheet | 0.60 | $205.00 | $123.00 |
| 02/04/05 | HS | Work on stipulation, follow up on open items for leases | 1.90 | $200.00 | $380.00 |
| 02/05/05 | LLL | Evaluated, indexed and relocated boxes received from Unimark and Defendants | 0.50 | $205.00 | $102.50 |
| 02/07/05 | HS | Worked on computer issues | 1.40 | $200.00 | $280.00 |
| 02/08/05 | HS | Worked on asset recovery issues including workstations and telephones | 2.60 | $200.00 | $520.00 |
| 02/08/05 | LLL | Responded to e-mails and updated spreadsheets, discussed W-2 issues with former employee Kendra Retail | 2.10 | $205.00 | $430.50 |
| 02/08/05 | LLL | Worked on numbering, indexing and cataloging additional boxes received from Unimark and Defendants | 0.40 | $205.00 | $82.00 |
| 02/08/05 | LLL | Responded to employees regarding February 1st mediation and status of case via e-mail and telephone; prepared furniture receipt for FTC | 1.00 | $205.00 | $205.00 |
| 02/09/05 | HS | Worked on open items for Unimark | 1.10 | $200.00 | $220.00 |
| 02/10/05 | HS | Review of filings and correspondence | 0.70 | $200.00 | $140.00 |
| 02/10/05 | SB | Prepared the Expenses Summary sheet and e-mailed the same to P. Zlotnick at Mintz Levin | 0.30 | $100.00 | $30.00 |
| 02/10/05 | SB | Had correspondence with the receivership regarding the fee statement and expenses | 0.50 | $100.00 | $50.00 |
| 02/15/05 | LLL | E-mailed code to storage facility and miscellaneous details about Locker USA to Counsel | 0.30 | $205.00 | $61.50 |
| 02/16/05 | HS | Worked on settlement, including multiple discussions with C. Paynter of FTC re: status of settlement and Counsel | 5.40 | $200.00 | $1,080.00 |
| 02/16/05 | SB | Worked on January 2005 fee statement | 1.00 | $100.00 | $100.00 |
| 02/17/05 | HS | Addressed issues pertaining to document needs and storage | 0.80 | $200.00 | $160.00 |
| 02/17/05 | HS | Worked on open issues for documents requested by T. Atkinson | 0.60 | $200.00 | $120.00 |
| 02/18/05 | HS | Worked with staff re: open issues for storage facilities and correspondence | 2.40 | $200.00 | $480.00 |
| 02/18/05 | LLL | Composed and faxed permission to Locker USA for S. Renaud to enter the unit; resolved key access issues | 0.40 | $205.00 | $82.00 |
| 02/18/05 | LLL | Responded to e-mails, updated claimant information database | 1.80 | $205.00 | $369.00 |
| 02/18/05 | LLL | Responded to C. Paynter's e-mail regarding automobiles | 0.30 | $205.00 | $61.50 |
| 02/19/05 | LLL | Evaluated mail to determine which could be "Returned to Sender" | 3.90 | $205.00 | $799.50 |
| 02/19/05 | LLL | Responded to e-mail and updated claimant information database | 0.70 | $205.00 | $143.50 |

FOR DISCUSSION PURPOSES ONLY

**BETTER BUDGET FINANCIAL SERVICES, INC.**
**Employee Time Detail**
**January 1st - August 31st, 2005**

| Date | Initial | Explanation of work performed | Time | Rate | Amount |
|---|---|---|---|---|---|
| 02/19/05 | LLL | Located VIN numbers via insurance documentation and vehicle registration; e-mailed to C. Paynter of FTC per her request | 0.50 | $205.00 | $102.50 |
| 02/22/05 | HS | Worked on consumer issues and followed up on phone calls and correspondence | 1.40 | $200.00 | $280.00 |
| 02/22/05 | HS | Discussions with C. Paynter re: settlement issues | 0.30 | $200.00 | $60.00 |
| 02/22/05 | LLL | Discussed and coordinated transmission of information pertaining to bank accounts requested by M. Stolls of the FTC | 0.50 | $205.00 | $102.50 |
| 02/24/05 | HS | Followed up on open issues for Receivership, including the settlement | 0.90 | $200.00 | $180.00 |
| 02/24/05 | LLL | Discussed bank account information, including new account the Defendants opened post Receivership, with M. Marino of the FTC | 0.50 | $205.00 | $102.50 |
| 02/25/05 | HS | Followed up open issues for settlement and potential payables | 2.10 | $200.00 | $420.00 |
| 02/26/05 | LLL | Responded to e-mails, updated spreadsheets; located bank information and verified leased vehicles per FTC request | 1.00 | $205.00 | $205.00 |
| 02/28/05 | HS | Made numerous calls concerning the settlement of the FTC and the logistics for returning items to Defendants | 2.30 | $200.00 | $460.00 |
| 02/28/05 | HS | Worked on sale and maintenance issues at Elliot Street house | 0.40 | $200.00 | $80.00 |
| 02/28/05 | LLL | Responded to e-mail, updated spreadsheets; contacted Gracine at Century Bank for additional information requested by FTC; reviewed mail to be "Returned to Sender" | 1.00 | $205.00 | $205.00 |
| 03/01/05 | HS | Worked on open items for sale of house and return to Elliott | 1.60 | $200.00 | $320.00 |
| 03/01/05 | HS | Worked on correspondence with customers of BBFS | 0.20 | $200.00 | $40.00 |
| 03/01/05 | HS | Discussed with Counsel needs for returning home to Defendants | 0.30 | $200.00 | $60.00 |
| 03/02/05 | HS | Worked on receipts and files of BBFS | 2.40 | $200.00 | $480.00 |
| 03/03/05 | HS | Had discussions with FTC re: settlement issues | 0.40 | $200.00 | $80.00 |
| 03/03/05 | HS | Had discussions with Counsel re: Estate issues | 0.70 | $200.00 | $140.00 |
| 03/04/05 | HS | Had discussions re: settlement issues, access to Elliot Street and follow up on real estate walk through | 0.80 | $200.00 | $160.00 |
| 03/04/05 | HS | Prepared for and participated in a conference with C. Paynter, Debtors' attorneys and Counsel re: logistics of settlement and discussions on items included | 1.70 | $200.00 | $340.00 |
| 03/04/05 | HS | Worked on insurance issues with carriers, follow up on cars and necessary documentation | 2.40 | $200.00 | $480.00 |
| 03/07/05 | HS | Worked on real estate issues with broker | 3.10 | $200.00 | $620.00 |
| 03/08/05 | HS | Addressed open issues for walk through, returning of keys and open real estate issues | 3.90 | $200.00 | $780.00 |
| 03/08/05 | HS | Had discussions with C. Paynter re: items to be removed from home and needed documentation for settlement | 0.40 | $200.00 | $80.00 |

FOR DISCUSSION PURPOSES ONLY

**BETTER BUDGET FINANCIAL SERVICES, INC.**
**Employee Time Detail**
**January 1st - August 31st, 2005**

| Date | Initial | Explanation of work performed | Time | Rate | Amount |
|---|---|---|---|---|---|
| 03/08/05 | HS | Had numerous discussions with realtor re: FTC request | 0.80 | $200.00 | $160.00 |
| 03/09/05 | HS | Worked with Litton Mortgage through multiple conversations re: payment of March mortgage | 1.30 | $200.00 | $260.00 |
| 03/09/05 | HS | Discussed status with customers and employees of BBFS | 0.60 | $200.00 | $120.00 |
| 03/09/05 | HS | Had a conference call with T. Atkinson and Litton Mortgage re: loan repayment | 0.20 | $200.00 | $40.00 |
| 03/09/05 | HS | Discussions with C. Paynter re: settlement of estate issues | 0.80 | $200.00 | $160.00 |
| 03/10/05 | HS | Worked on open items for house | 1.60 | $200.00 | $320.00 |
| 03/10/05 | LLL | Responded to e-mails and telephone calls; updated spreadsheets; reviewed and sorted mail to "Return to Sender" | 6.20 | $205.00 | $1,271.00 |
| 03/11/05 | HS | Had discussions with Counsel re: T. Atkinson | 0.30 | $200.00 | $60.00 |
| 03/11/05 | HS | Discussion with FTC re: available information about items in the house | 0.20 | $200.00 | $40.00 |
| 03/11/05 | HS | Worked with agent re: 4 Conifer Way property | 0.20 | $200.00 | $40.00 |
| 03/12/05 | LLL | Responded to e-mails and telephone calls; updated spreadsheets | 1.40 | $205.00 | $287.00 |
| 03/12/05 | LLL | Reviewed and sorted mail to "Return to Sender" | 2.40 | $205.00 | $492.00 |
| 03/14/05 | HS | Had discussions with realtor re: sale issues | 0.20 | $200.00 | $40.00 |
| 03/14/05 | HS | Discussed status with employees and customers of BBFS | 0.30 | $200.00 | $60.00 |
| 03/14/05 | HS | Had discussions with C. Paynter of FTC re: home sale | 0.30 | $200.00 | $60.00 |
| 03/14/05 | HS | Worked on sale of home issues | 1.70 | $200.00 | $340.00 |
| 03/15/05 | HS | Had multiple discussions with C. Paynter re: settlement and fund distribution | 0.40 | $200.00 | $80.00 |
| 03/15/05 | HS | Worked with potential sellers of cars | 0.60 | $200.00 | $120.00 |
| 03/15/05 | HS | Returned phone calls and had correspondence with customers and employees of BBFS | 0.40 | $200.00 | $80.00 |
| 03/16/05 | HS | Had correspondences with customers | 0.20 | $200.00 | $40.00 |
| 03/16/05 | HS | Followed up on open issues for closing the receivership, including taxes and documents | 1.90 | $200.00 | $380.00 |
| 03/17/05 | HS | Worked with insurance broker for coverage on house and cars | 0.30 | $200.00 | $60.00 |
| 03/17/05 | HS | Corresponded with C. Paynter of the FTC | 0.40 | $200.00 | $80.00 |
| 03/17/05 | HS | Worked on open issues for house sale | 2.10 | $200.00 | $420.00 |
| 03/18/05 | HS | Correspondences with C. Paynter of the FTC re: status | 0.30 | $200.00 | $60.00 |
| 03/18/05 | HS | Worked on settlement issues, including review of open issues and specific needs of Receivership. | 3.10 | $200.00 | $620.00 |
| 03/18/05 | HS | Addressed accounting issues and taxes | 2.30 | $200.00 | $460.00 |
| 03/21/05 | HS | Worked on sale of home agreements, multiple discussions with broker and sale issues | 2.60 | $200.00 | $520.00 |
| 03/22/05 | HS | Addressed lost jewelry issues and claims filed | 0.90 | $200.00 | $180.00 |
| 03/23/05 | HS | Addressed open items, including Defendants work issues, and sale of home | 2.40 | $200.00 | $480.00 |
| 03/24/05 | HS | Worked on sale of home issues with broker, including insurance, repairs and demands from buyers | 3.20 | $200.00 | $640.00 |
| 03/25/05 | HS | Worked on home sale issues | 0.80 | $200.00 | $160.00 |

FOR DISCUSSION PURPOSES ONLY

**BETTER BUDGET FINANCIAL SERVICES, INC.**
**Employee Time Detail**
**January 1st - August 31st, 2005**

| Date | Initial | Explanation of work performed | Time | Rate | Amount |
|---|---|---|---|---|---|
| 03/26/05 | LLL | Responded to BBFS e-mails (via telephone calls as needed); updated claimant information spreadsheet | 1.80 | $205.00 | $369.00 |
| 03/28/05 | HS | Followed up on open items for sale of home | 0.40 | $200.00 | $80.00 |
| 03/29/05 | HS | Worked on accounting items for Receivership | 2.00 | $200.00 | $400.00 |
| 03/29/05 | LLL | Sorted and reviewed BBFS mail to "Return to Sender" | 1.40 | $205.00 | $287.00 |
| 03/29/05 | LLL | Responded to BBFS e-mails (via telephone calls as needed); updated claimant information spreadsheet | 1.00 | $205.00 | $205.00 |
| 03/30/05 | LLL | Responded to BBFS e-mails and telephone calls; updated claimant information spreadsheet | 0.80 | $205.00 | $164.00 |
| 03/30/05 | LLL | Sorted and reviewed BBFS mail to "Return to Sender" | 1.40 | $205.00 | $287.00 |
| 03/31/05 | HS | Met with Counsel and staff re: status and strategy for going forward. | 3.10 | $200.00 | $620.00 |
| 03/31/05 | LLL | Prepared for planning meeting with Receiver and Counsel | 0.50 | $205.00 | $102.50 |
| 03/31/05 | LLL | Responded to BBFS e-mails; updated claimant information spread sheet; telephoned Claimants by their request | 0.40 | $205.00 | $82.00 |
| 03/31/05 | LLL | Participated in planning meeting with Receiver and Counsel re: settlement; updated information as requested | 3.30 | $205.00 | $676.50 |
| 04/01/05 | LLL | Called the Postmaster at Beverly, MA re: mail forwarding, and Lockers USA re: current billing status. | 0.20 | $205.00 | $41.00 |
| 04/03/05 | LLL | Responded to e-mails and updated claimant information database | 1.30 | $205.00 | $266.50 |
| 04/04/05 | LLL | Responded to e-mails and updated claimant information database | 1.00 | $205.00 | $205.00 |
| 04/05/05 | HS | Addressed open issues with staff re: accounting and filings made to date | 2.10 | $200.00 | $420.00 |
| 04/05/05 | LLL | Located and printed directions to Lockers, USA storage; labeled the keys to storage unit; prepared information pertaining to automobiles for Receiver's trip to Danvers. | 0.50 | $205.00 | $102.50 |
| 04/06/05 | HS | Visited the Conifer Way home for inspection, met with potential purchaser of cars, visited jewelers for information concerning purchases by defendants, met with Counsel to Defendants re: jewelry, car titles and missing assets | 7.50 | $200.00 | $1,500.00 |
| 04/06/05 | LLL | Located license plates and cost of cars; forwarded information to Receiver per his request. | 0.50 | $205.00 | $102.50 |
| 04/07/05 | HS | Worked on open items for sale of house, prepared cars for sale and met with Broker in MA, worked at offices BBFS re: files | 6.40 | $200.00 | $1,280.00 |
| 04/07/05 | LLL | Called the Postmaster at Beverly, MA re: review status of mail forwarding | 0.30 | $205.00 | $61.50 |
| 04/08/05 | LLL | Responded to BBFS e-mails | 1.00 | $205.00 | $205.00 |

FOR DISCUSSION PURPOSES ONLY

**BETTER BUDGET FINANCIAL SERVICES, INC.**
**Employee Time Detail**
**January 1st - August 31st, 2005**

| Date | Initial | Explanation of work performed | Time | Rate | Amount |
|---|---|---|---|---|---|
| 04/11/05 | HS | Corresponded with Counsel and FTC re: jewelry inventory | 2.80 | $200.00 | $560.00 |
| 04/12/05 | HS | Worked on open issues for sale of assets, including jewelry issues. | 2.10 | $200.00 | $420.00 |
| 04/12/05 | HS | Discussed banking issues with S. Sumanski of Century Bank re: IRA's | 0.40 | $200.00 | $80.00 |
| 04/12/05 | HS | Prepared payables for estate | 0.30 | $200.00 | $60.00 |
| 04/13/05 | HS | Worked on open items for sale of cars, missing parts and adjustments to sale price | 3.10 | $200.00 | $620.00 |
| 04/14/05 | HS | Worked on sale of car issues - titles, keys, discussions with potential buyers and negotiation of sale | 4.10 | $200.00 | $820.00 |
| 04/14/05 | HS | Worked on insurance issues for home and cars, including multiple discussions with Broker and insurance agents | 1.90 | $200.00 | $380.00 |
| 04/15/05 | HS | Worked on sale of home and open house issues | 0.70 | $200.00 | $140.00 |
| 04/15/05 | HS | Made final arrangements for the pick-up of cars and the buyers | 1.60 | $200.00 | $320.00 |
| 04/15/05 | LLL | Coordinated transfer of keys to buyer, prepared receipt for transfer of automobile keys. | 1.00 | $205.00 | $205.00 |
| 04/18/05 | HS | Addressed litigation issues | 0.60 | $200.00 | $120.00 |
| 04/18/06 | HS | Worked on sale of car issues, including vandalism to autos | 2.60 | $200.00 | $520.00 |
| 04/18/05 | LLL | Responded to e-mails, updated the claimant information database. | 0.70 | $205.00 | $143.50 |
| 04/19/05 | HS | Worked on open items, including settlement issues, sale of cars and resolution of damage | 4.20 | $200.00 | $840.00 |
| 04/20/05 | HS | Worked on bill of sale for cars, and reviewed consent order in preparation of discussions with FTC | 2.60 | $200.00 | $520.00 |
| 04/21/05 | HS | Participated in a conference call with C. Paynter of FTC and Counsel, re: status and resolution of open items | 1.40 | $200.00 | $280.00 |
| 04/21/05 | LLL | Responded to e-mails and updated the claimant information database | 1.00 | $205.00 | $205.00 |
| 04/22/05 | HS | Worked on accounting issues with staff | 1.70 | $200.00 | $340.00 |
| 04/22/05 | LLL | Worked on additional BBFS filings and reorganization of information | 1.00 | $205.00 | $205.00 |
| 04/22/05 | LLL | Prepared registers for accounts with JP Morgan Chase from inception to present, including classification of transactions | 1.80 | $205.00 | $369.00 |
| 04/22/05 | LLL | Responded to BBFS e-mails | 0.70 | $205.00 | $143.50 |
| 04/26/05 | LLL | Reviewed older e-mails and open items for additional follow-up | 0.70 | $205.00 | $143.50 |
| 04/26/05 | LLL | Responded to e-mails and requests for telephone calls | 0.80 | $205.00 | $164.00 |
| 04/26/05 | LLL | Located and sent via FedEx the insurance application to agent at HUB International NE, Inc. per their request. | 0.30 | $205.00 | $61.50 |
| 05/02/05 | LLL | Worked in disbursement files. | 3.20 | $200.00 | $640.00 |
| 05/04/05 | ML | Worked on mailing April 28, 2005 letter to claimant's based on information from BBFS's files and information compiled in Claimant database | 6.00 | $100.00 | $600.00 |

FOR DISCUSSION PURPOSES ONLY

**BETTER BUDGET FINANCIAL SERVICES, INC.**
**Employee Time Detail**
**January 1st - August 31st, 2005**

| Date | Initial | Explanation of work performed | Time | Rate | Amount |
|---|---|---|---|---|---|
| 05/05/05 | ML | Worked on mailing April 28, 2005 letter to claimant's based on information from BBFS's files and information compiled in Claimant database | 7.50 | $100.00 | $750.00 |
| 05/05/05 | LLL | Responded to e-mail | 0.50 | $205.00 | $102.50 |
| 05/06/05 | HS | Worked on open issues for the Receivership. Including review of accounting and litigation issues. | 4.00 | $200.00 | $800.00 |
| 05/06/05 | LLL | Responded to e-mail and update claimant database information | 1.00 | $205.00 | $205.00 |
| 05/09/05 | ML | Worked on mailing April 28, 2005 letter to claimants based on information from BBFS's files and information compiled in Claimant database | 5.50 | $100.00 | $550.00 |
| 05/09/05 | HS | Worked on litigation issues | 2.60 | $200.00 | $520.00 |
| 05/10/05 | SO | Letter for claimants | 0.30 | $100.00 | $30.00 |
| 05/10/05 | KG | Reviewed accounting questions and file | 0.80 | $205.00 | $164.00 |
| 05/10/05 | HS | Asset sale - discussions with brokers and status | 2.10 | $200.00 | $420.00 |
| 05/11/05 | SO | Mass mailing BBFS | 0.30 | $100.00 | $30.00 |
| 05/11/05 | ML | Worked on mailing April 28, 2005 letter to claimants; prepared list of returned items | 1.50 | $100.00 | $150.00 |
| 05/12/05 | ML | Worked on mailing April 28, 2005 letter to claimants | 7.50 | $100.00 | $750.00 |
| 05/12/05 | HS | Worked on litigation issues, resolution and asset recovery | 1.90 | $200.00 | $380.00 |
| 05/13/05 | HS | Addressed open employee issues | 0.40 | $200.00 | $80.00 |
| 05/16/05 | ML | Mass mailing BBFS | 5.50 | $100.00 | $550.00 |
| 05/18/05 | SB | Event: Mailed BBFS letter of Receivership to misc. contacts | 2.00 | $100.00 | $200.00 |
| 05/18/05 | ML | Worked on mailing April 28, 2005 letter to claimants | 7.50 | $100.00 | $750.00 |
| 05/18/05 | SO | Mass mailing BBFS | 1.50 | $100.00 | $150.00 |
| 05/19/05 | ML | Mass mailing BBFS | 1.00 | $100.00 | $100.00 |
| 05/19/05 | SO | Worked on labeling; mailing letters to individuals per L. Lee Lum's request | 1.00 | $100.00 | $100.00 |
| 05/19/05 | LLL | Respond to customer e-mails | 0.50 | $205.00 | $102.50 |
| 05/20/05 | LLL | Contact Corefacts re: domain administration and related information | 0.30 | $205.00 | $61.50 |
| 05/23/05 | ML | Worked on mailing April 28, 2005 letter to claimants; prepared list of returned items | 1.50 | $100.00 | $150.00 |
| 05/23/05 | SO | Mass mailing BBFS | 3.00 | $200.00 | $600.00 |
| 05/26/05 | ML | Worked on mailing April 28, 2005 letter to claimants; prepared list of returned items | 1.50 | $100.00 | $150.00 |
| 06/01/05 | ML | Worked on mailing April 28, 2005 letter to claimants; prepared list of returned items | 1.00 | $100.00 | $100.00 |
| 06/06/05 | LLL | Prepared mortgage check for mailing; provided Receiver with status update | 0.50 | $205.00 | $102.50 |
| 06/08/05 | ML | Worked on mailing April 28, 2005 letter to claimants; prepared list of returned items | 1.00 | $100.00 | $100.00 |
| 06/09/05 | ML | Worked on mailing April 28, 2005 letter to claimants; prepared list of returned items | 1.00 | $100.00 | $100.00 |
| 06/09/05 | HS | Follow-up discussions re: house sale | 0.20 | $200.00 | $40.00 |
| 06/09/05 | LLL | Attempted to update website; additional information (password) needed for access | 1.00 | $205.00 | $205.00 |

FOR DISCUSSION PURPOSES ONLY

**BETTER BUDGET FINANCIAL SERVICES, INC.**
**Employee Time Detail**
**January 1st - August 31st, 2005**

| Date | Initial | Explanation of work performed | Time | Rate | Amount |
|---|---|---|---|---|---|
| 06/10/05 | LLL | Contacted J. Byrd at Corefacts and Receiver via e-mail re: password | 0.30 | $205.00 | $61.50 |
| 06/16/05 | HS | Worked on receivership issues, including sale of house, tax issues and employee reimbursement issues | 3.10 | $200.00 | $620.00 |
| 06/28/05 | LLL | Respond to BBFS e-mail | 0.80 | $205.00 | $164.00 |
| 06/28/05 | LLL | Entered information from check register for Chase accounts and bank reconciliation for month ended 5/6/2005 | 0.30 | $205.00 | $61.50 |
| 06/28/05 | LLL | Updated BBFS website | 0.50 | $205.00 | $102.50 |
| 06/29/05 | LLL | Reviewed information; consolidated and filed | 1.40 | $205.00 | $287.00 |
| 06/29/05 | LLL | Chase bank reconciliation for the m/e 6/7/2005 | 0.30 | $205.00 | $61.50 |
| 06/29/05 | LLL | Reviewed indexing and consolidation of boxes with M. Menna | 1.00 | $205.00 | $205.00 |
| 06/29/05 | LLL | Catalogued returned mail as pertained to April 28, 2005 letter from M. Liggins's information and forwarded as appropriate | 0.50 | $205.00 | $102.50 |
| 06/30/05 | LLL | Review status of box consolidation with M. Menna | 0.60 | $205.00 | $123.00 |
| 06/30/05 | MM | Reviewed indexing and consolidation of boxes with L. Lee Lum | 5.00 | $100.00 | $500.00 |
| 06/30/05 | MM | Reviewed indexing and consolidation of boxes with L. Lee Lum | 1.30 | $100.00 | $130.00 |
| 07/01/05 | LLL | Sorted letters returned as undeliverable regarding the April 28, 2005 letter; updated mail log | 0.80 | $205.00 | $164.00 |
| 07/12/05 | HS | Work on file closing and payables | 1.30 | $200.00 | $260.00 |
| 07/13/05 | HS | Worked on payables | 0.40 | $200.00 | $80.00 |
| 07/15/05 | LLL | Reviewed box re-indexing completed by M. Menna | 0.50 | $205.00 | $102.50 |
| 07/18/05 | LLL | Responded to BBFS e-mail | 0.80 | $205.00 | $164.00 |
| 07/19/05 | LLL | Indexed and boxed files and information on my desk, K. Rennard's desk and K. Gregory's desk | 4.00 | $205.00 | $820.00 |
| 07/20/05 | LLL | Responded to e-mail | 1.00 | $205.00 | $205.00 |
| 07/26/05 | LLL | Indexed and boxed files and information on my desk, K. Rennard's desk and K. Gregory's desk | 1.00 | $205.00 | $205.00 |
| 07/26/05 | LLL | Responded to e-mail | 0.80 | $205.00 | $164.00 |
| 07/29/05 | LLL | Updated Excel spreadsheet and Word documents pertaining to the Box Index | 2.00 | $205.00 | $410.00 |
| 08/09/05 | HS | Worked on payables | 0.40 | $200.00 | $80.00 |
| 08/11/06 | HS | Addressed tax issues and finalized going forward | 1.30 | $200.00 | $260.00 |
| 08/25/06 | HS | Worked on open items for sale and changes to agreements | 0.60 | $200.00 | $120.00 |
| 08/31/06 | S | Worked on house sale issues with Broker | 1.70 | $200.00 | $340.00 |

**$102,758.50**

Client:   BBFS Receivership

Exhibit B

BBFS Receivership

Executive Sounding Board Associates Inc.
Summary of Time Incurred by Project

10/01/05 - 12/31/05

| Project Description | Task Codes | Hours | Fees |
|---|---|---|---|
|  |  | 14.40 | $2,880.00 |
| Bankruptcy | 044 | 0.60 | $120.00 |
| Receivership | 150 | 2.00 | $400.00 |
|  | Totals | 17.00 | $3,400.00 |

4

**BETTER BUDGET FINANCIAL SERVICES, INC.**
**Out of Pocket Expenses**
**January 1st - August 31st, 2005**

| Expenses | Amount |
|---|---|
| Transportation | $4,390.26 |
| Lodging | $2,624.96 |
| Meals | $456.08 |
| Federal Express & Messenger | $893.96 |
| Miscellaneous expenses | $235.00 |
| Postage | $2,480.08 |
| Storage | $204.98 |
| Moving | $441.00 |
| **Total Out of Pocket Expenses** | **$11,726.32** |