# Exhibit C

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
666 Third Avenue
New York, New York  10017


HERNAN SERRANO                                    March 3, 2005
WEINICK, SANDERS, LEVENTHAL & CO.                 24997-002
1375 BROADWAY                                     Invoice # 8356338
NEW YORK, NY 10018-7010

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2005

RE:  BETTER BUDGET FINANCIAL SERVICES, INC.


| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/03/05 | Telephone call with Hernan Serrano regarding employee wage issues; Cummings motion to intervene and sale and liquidation of 800 Cummings equipment and furniture; telephone calls with Seth Goldman regarding same; exchanged e-mails with Suzanne Renaud and Seth Goldman regarding Cummings motion to intervene; reviewed Cummings motion papers; researched law regarding same; attention to file regarding same. | P B ZLOTNICK | 3.50 | 1785.00 |
| 01/03/05 | Review motion papers regarding Cummings; telephone conferences with P. Zlotnick regarding same and status; office conferences with S. Riemer regarding research; review pertinent documents regarding same. | S R GOLDMAN | 2.20 | 913.00 |
| 01/03/05 | Reviewed Motion to Intervene; forwarded Motion to Intervene to counsel; reviewed photographs of Unimark offices. | S RENAUD | .20 | 57.00 |

HERNAN SERRANO                                    March 3, 2005          PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/03/05 | Conf w/ P. Zlotnick re: service of subpoena on Providian credit cards; contact Providian; serve subpoena and follow up with their counsel; tele conf w/ H. Serrano. | S J RIEMER | 3.70 | 980.50 |
| 01/04/05 | Office conferences with Seth Goldman and Frank Earley regarding vacating BBFS premises; Cummings motion to intervene; issues regarding liquidation of assets; telephone calls with Hernan Serrano and Evan Phillips regarding all of the above; reviewed file regarding same. | P B ZLOTNICK | 3.50 | 1785.00 |
| 01/04/05 | Telephone call with P. Zlotnick regarding Cummings motion and various issues; telephone call with Cummings regarding same; telephone calls with H. Serrano regarding same; review e-mails; draft same; office conference with F. Earley regarding same; review pertinent documents. | S R GOLDMAN | 2.10 | 871.50 |
| 01/04/05 | Contact American Express and Pacific Life Insurance; ensure service of subpoena and that all relevant accounts of defendants have been frozen. | S J RIEMER | 2.80 | 742.00 |
| 01/04/05 | Review and revise response to subpoena. Conference call with S. Goldman and P. Zlotnick re: opposition to intervention motion. | F J EARLEY | 1.10 | 434.50 |
| 01/05/05 | Telephone calls with Hernan Serrano, Stuart Riemer, Seth Goldman, Lisa Lum and Frank Earley regarding issues regarding Cummings lease; liquidation of receivership assets and financial accounts; researched law regarding trade fixtures regarding BBFS workstations; | P B ZLOTNICK | 4.00 | 2040.00 |

HERNAN SERRANO                                    March 3, 2005        PAGE    3
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

|          | telephone calls with Cummings general counsel, Susan Brand, Esq., regarding settlement of landlord/tenant dispute; exchanged e-mails with Suzanne Renaud, Hernan Serrano, Seth Goldman, Stuart Riemer, Lisa Lum and Frank Earley regarding all of the above; attention to file regarding same. | | | |
|----------|----------------------------------------------------------------------------------------------------------|----------------|------|---------|
| 01/05/05 | Telephone calls with S. Riemer; P. Zlotnick regarding Cummings; telephone call with S. Brand regarding same; office conference with Frank Earley regarding motion and affidavit; review correspondence regarding same; telephone call with H. Serrano regarding status; telephone call with P. Zlotnick and F. Earley regarding motion and opposition; office conference with F. Earley regarding subpoena issues. | S R GOLDMAN | 1.80 | 747.00 |
| 01/05/05 | Reviewed Motion to Intervene; researched timing of response under local rules. | S RENAUD | .60 | 171.00 |
| 01/05/05 | Organize records sent by St. Jean's Credit Union; tele conf w/ Bob Weber to ensure wire transfer. | S J RIEMER | 3.50 | 927.50 |
| 01/05/05 | Review Cummings motion to intervene and to keep security deposit.  Review TRO entered by Court appointing Hernan Serrano as receiver re: motion to intervene.  Analyze Cummings motion re: opposition. | F J EARLEY | 1.30 | 513.50 |
| 01/06/05 | Telephone calls with Susan Brand regarding BBFS site inspection; office conferences with Suzanne Renaud and Seth Goldman | P B ZLOTNICK | 4.20 | 2142.00 |

HERNAN SERRANO                                    March 3, 2005        PAGE    4
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

|  |  |  |  |  |
|---|---|---|---|---|
|  | regarding same; telephone calls with Hernan Serrano regarding same; exchanged e-mails with Hernan Serrano, Lisa Lee Lum and Seth Goldman regarding same; office conferences with Seth Goldman and Stu Riemer regarding Providian credit card issues; reviewed file regarding same; telephone calls with Hernan Serrano regarding same; attention to file regarding same. |  |  |  |
| 01/06/05 | Office conference with P. Zlotnick regarding status; review documents regarding motion and Cummings issue; office conference with Frank Earley regarding same; exchange e-mails with S. Renaud regarding status; office conference with P. Zlotnick regarding Providian bank; office conferences with S. Riemer regarding status; review documents; telephone call with H. Serrano regarding same. | S R GOLDMAN | 3.50 | 1452.50 |
| 01/06/05 | Organized site visit; discussions with paralegal regarding visit to receivership site. | S RENAUD | .60 | 171.00 |
| 01/06/05 | Conf w/ S. Goldman; write letter to Mass. Cons. Affairs Division regarding complaints against Better Budget; email P. Zlotnick and S. Goldman. | S J RIEMER | 3.20 | 848.00 |
| 01/06/05 | Review Temporary Restraining Order and Stipulated order re: Cummings motion.  Review letter to CPL re: lease and rent payment. Draft letter re: response to Subpoena. Revise receiver's response to subpoena. | F J EARLEY | 5.60 | 2212.00 |

HERNAN SERRANO                                    March 3, 2005        PAGE    5
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

01/06/05 Coordinate plans for 1/8        K T MACDONALD      2.10      315.00
         meetings at 800 Cummings
         Center, Beverly, MA.; phone
         calls with Abe Goldstein,
         furniture appraiser;
         regarding meeting for 1/8;
         phone with S. Renaud to
         discuss logistics and obtain
         keys; phone with Lisa Lee
         Lum from Weinick Sanders to
         discuss requirements for 1/8
         meetings.

01/07/05 Office conferences with Seth    P B ZLOTNICK       4.50     2295.00
         Goldman and Stuart Riemer
         regarding Providian issues;
         lease issues and issues
         regarding Colons' use of
         their credit cards and
         violations of the TRO;
         telephone calls with Hernan
         Serrano regarding same;
         reviewed TRO and stipulation
         modifying same; reviewed
         Providian credit card
         statements and Century Bank
         documents; telephone calls
         with Susan Brand regarding
         site inspection by
         Sensitech; office conference
         with Frank Earley regarding
         Cummings' motion to
         intervene; attention to file
         regarding all of the above.

01/07/05 Office conferences with P.      S R GOLDMAN        3.30     1369.50
         Zlotnick, S. Riemer
         regarding Providian issues;
         use of credit card issues;
         review statement and
         documents related to same;
         telephone calls with H.
         Serrano regarding same;
         office conferences with P.
         Zlotnick regarding lease and
         site issues; attention to
         file regarding same.

01/07/05 Discussion with paralegal      S RENAUD            .30       85.50
         regarding visit to
         receivership site;
         discussion with Susan Brand
         regarding showing of offices.

HERNAN SERRANO                                    March 3, 2005        PAGE    6
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 01/07/05 | Draft affidavit if non-compliance re: Cummings Properties.  Review case law re: intervention and rights of a receiver. | F J EARLEY | 3.50 | 1382.50 |
| 01/07/05 | Preparation for trip to Beverly, MA; coordinate logistics for two meetings; meet with prospective tenants at property; meet with Abe Goldstein and associate for furniture appraisal; furniture inventory checked and updated for both property locations; phone with Lisa Lee Lum to discuss faxing of file and boxes needed to be shipped to NYC | K T MACDONALD | 6.30 | 945.00 |
| 01/08/05 | Telephone calls with Hernan Serrano and Seth Goldman regarding the arrest of John Colon and Providian issues; e-mailed to Ted Atkinson, Carole Paynter, Hernan Serrano and Seth Goldman regarding same; reviewed file regarding same. | P B ZLOTNICK | 1.20 | 612.00 |
| 01/10/05 | Telephone call with Susan Brand regarding lease issues; telephone call with Ted Atkinson,Carole Paynter, Hernan Serrano and Seth Goldman regarding Providian credit card issues, discovery issues and lease issues; exchanged e-mails with same regarding above; office conferences with Seth Goldman, Frank Earley and Stu Riemer regarding same and regarding review of BBFS documents to be produced to defendants; attention to file regarding same. | P B ZLOTNICK | 5.50 | 2805.00 |

HERNAN SERRANO                                    March 3, 2005          PAGE    7
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

01/10/05  Review e-mails; office          S R GOLDMAN          2.50      1037.50
          conferences with P. Zlotnick
          regarding outstanding
          issues; telephone call with
          T. Atkinson regarding
          violations of order;
          telephone call with P.
          Zlotnick, T. Atkinson, C.
          Paynter and H. Serrano
          regarding same; review
          pertinent documents
          regarding same; office
          conference with P. Zlotnick
          regarding same.

01/10/05  Review law as it applies to    F J EARLEY           7.20      2844.00
          Cummings intervention
          motion.  Review law as it
          applies to landlord's
          interest in security
          deposits. Review TRO as it
          applies to assets of estate.
          Draft memorandum in
          opposition to Cummings
          motion to intervene.

01/11/05  Office conferences with Seth   P B ZLOTNICK         6.50      3315.00
          Goldman, Frank Earley
          regarding lease issues,
          credit card issues, asset
          liquidation issues; reviewed
          file regarding same;
          exchanged e-mails with
          counsel for FTC regarding
          Cummings motion; telephone
          call with counsel for FTC
          regarding same; attention to
          file regarding same;
          telephone calls with Hernan
          Serrano regarding same;
          attention to file regarding
          same; exchanged e-mails with
          Ted Atkinson regarding
          scheduling meet and confer
          regarding Receiver's
          subpoena response; telephone
          call with Ted Atkinson
          regarding same.

HERNAN SERRANO                                March 3, 2005          PAGE    8
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| 01/11/05 | Review e-mails regarding motion and outstanding issues; office conference with P. Zlotnick regarding same; office conference with Stu Riemer and Frank Earley regarding motion and subpoena. | S R GOLDMAN | .50 | 207.50 |

| 01/11/05 | Reviewed document production with paralegal. | S RENAUD | .10 | 28.50 |

| 01/11/05 | Revise affidavit of non-compliance against Cummings Properties, LLC. Research re: Cummings right of intervention.  Meeting with P. Zlotnick re: subpoena and document review. Meting with S. Riemer re: documents to be reviewed at Hernan Serrano's office. | F J EARLEY | 6.30 | 2488.50 |

| 01/11/05 | Corresponding with P. Zlotnick and Lisa Lee Lum regarding Fed-Exing of boxes from Beverly site; faxing documents to Weinick Sanders | K T MACDONALD | .40 | 60.00 |

| 01/12/05 | Telephone call with Hernan Serrano regarding lease issues, asset recovery and liquidation issues and regarding communications with counsel for FTC and defendants; office conference with Seth Goldman and Frank Earley regarding same; telephone call with Ted Atkinson regarding meet and confer issues and regarding Receiver's demand to take possession of vehicles and jewelry; telephone call with Hernan Serrano and counsel for FTC regarding same; telephone call with counsel for Cummings regarding issues regarding settlement of lease dispute; reviewed file regarding same; attention to file regarding same; drafted demand letter to defendants | P B ZLOTNICK | 7.50 | 3825.00 |

HERNAN SERRANO                                    March 3, 2005          PAGE   9
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

|  |  |  |  |  |
|---|---|---|---|---|
| | regarding jewelry and vehicles. | | | |
| 01/12/05 | Conversation with Lisa Lee Lum regarding documents; reviewed procedure for filing motion. | S RENAUD | .40 | 114.00 |
| 01/12/05 | Analyze documents in office of Hernan Serrano in order to determine responsiveness to Document Requests. | S J RIEMER | 4.20 | 1113.00 |
| 01/12/05 | Various telephone conferences with S. Riemer re: document review at Hernan Serrano's office. Prepare stipulation re: extension of time to respond to Cummings motion to intervene. Review local rules re: procedure for stipulation. Review case law re: treatment of security deposits in commercial leases. | F J EARLEY | 2.30 | 908.50 |
| 01/13/05 | Reviewed letter to Ted Atkinson regarding repossession of vehicles, jewelry and Elliott Street home; telephone calls with Hernan Serrano and Carole Paynter regarding same and regarding Cummings issues; office conference with Frank Earley regarding same; reviewed research results regarding same; reviewed file regarding same; attention to file regarding same. | P B ZLOTNICK | 4.20 | 2142.00 |
| 01/13/05 | Discussion with court regarding filing motion; reviewed Stipulated Motion to Extend Time. | S RENAUD | .40 | 114.00 |

HERNAN SERRANO                                    March 3, 2005          PAGE  10
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| | | | | |
|---|---|---|---|---|
| 01/13/05 | Conf w/ F. Earley, discuss Defendants' Document Requests, analyze documents in office of Hernan Serrano in order to determine responsiveness to Document Requests. | S J RIEMER | 4.50 | 1192.50 |
| 01/13/05 | Draft assented to motion to extend the Receiver and the FTC's time to respond to Cummings motion to intervene.  Telephone conference with S. Riemer re: document review at Hernan Serrano's office. Legal research re: security deposits and the duties of a secured creditor to obey a court order requiring turnover. | F J EARLEY | 6.10 | 2409.50 |
| 01/14/05 | Telephone call with Hernan Serrano regarding turnover of property; traveling to Beverly, MA on January 18 and January 19 regarding same; Cummings issues; telephone calls with Ted Atkinson and Carole Paynter regarding turnover issues; reviewed file regarding same; office conferences with Seth Goldman and Frank Earley regarding same; reviewed file regarding same; telephone calls with Susan Band and Paul Escobar of Cummings regarding lease issues; office conferences with Frank Earley regarding same; reviewed case law regarding same; attention to file regarding same. | P B ZLOTNICK | 6.00 | 3060.00 |
| 01/14/05 | Assembled and reviewed client documents for potential production of documents as HSBB per, FEarley and SReimer. Coordinated bates labeling and document production per, FEarley and SReimer. | H R DORSAINVIL | 1.00 | 215.00 |

HERNAN SERRANO                                  March 3, 2005        PAGE   11
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/14/05 | Edited assented-to Motion for Extension of Time; filed Motion. | S RENAUD | .30 | 85.50 |
| 01/14/05 | Analyze documents in our possession in order to determine responsiveness to Document Requests. Facilitate copy sets in order for delivery to opposing counsel; inspect all documents in order to ensure no improper documents included in production. Email w/ H. Dorsainvil and F. Earley in order to ensure proper handling of documents over long weekend and for delivery to opposing counsel first thing Tuesday morning. | S J RIEMER | 5.20 | 1378.00 |
| 01/14/05 | Revise assented motion to extend time to respond to Cummings motion to intervene. Conference call with C. Paytner re: security deposit. Various telephone conferences with S. Brand at Cummings re: motion to intervene. Review documents being produced to counsel for the Colon's pursuant to subpoena issued to Receiver. Draft letter to T. Atkinson re: document production. | F J EARLEY | 6.10 | 2409.50 |
| 01/15/05 | Continue facilitating of copy sets in order for delivery to opposing counsel; email w/ F. Earley. | S J RIEMER | .50 | 132.50 |
| 01/16/05 | Review documents being produced to counsel for the Colons by receiver pursuant to subpoena. | F J EARLEY | 2.00 | 790.00 |
| 01/17/05 | Conf w/ F. Earley; tele conf w/ Uniscribe Office Services; facilitate copy sets in order for delivery to opposing counsel; inspect all documents in order to ensure no improper documents included in production. | S J RIEMER | 4.30 | 1139.50 |

HERNAN SERRANO                                    March 3, 2005          PAGE   12
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| 01/17/05 | Review documents from the office of Hernan Serrano to be produced to counsel for the Colons in response to a subpoena. | F J EARLEY | 2.90 | 1145.50 |
|----------|---|---|---|---|
| 01/18/05 | Met with representatives of Da Scienza jewelers regarding jewelry acquired by Colons with receivership assets; met with Joan Platt of Carlson GMAC Real Estate regarding real estate and storage issues; reviewed documents and things at offices of Better Budget; met with Susan Brand, Paul Escobar, Gerry McSweeney and Jack Simko of Cummings Properties regarding lease issues; telephone calls with Ted Atkinson regarding turnover issues; telephone call with Carole Paynter regarding all of the above; exchanged e-mails with Susan Brand regarding settlement of lease issues; reviewed and revised draft settlement agreement; exchanged e-mails with Ted Atkinson, Carole Paynter, Christian Pedersen and Hernan Serrano regarding property turnover issues; office conferences with Hernan Serrano regarding all of the above. | P B ZLOTNICK | 10.00 | 5100.00 |
| 01/18/05 | Review documents; review e-mails regarding lease issues, turnover issues; discuss document issues with Frank Earley; attention to file regarding same; exchange e-mails regarding same. | S R GOLDMAN | 1.10 | 456.50 |

HERNAN SERRANO                                March 3, 2005        PAGE   13
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/19/05 | Reviewed and revised draft settlement agreement with Cummings; telephone call with Susan Brand regarding same; reviewed files at offices of BBFS; telephone calls with Ted Atkinson, Christian Pedersen and Carole Paynter regarding property turnover; office conferences with Hernan Serrano regarding all of the above; attention to file regarding all of the above. | P B ZLOTNICK | 6.80 | 3468.00 |
| 01/19/05 | Telephone call with P. Zlotnick; review e-mails regarding lease issue and turnover proceedings; review docket information; review agreements. | S R GOLDMAN | 1.70 | 705.50 |
| 01/19/05 | Receipt and review of settlement agreement with Cummings Property. | F J EARLEY | .30 | 118.50 |
| 01/20/05 | Telephone calls with Hernan Serrano regarding property turnover, bank issues, Unimark issues; office conferences with Seth Goldman regarding same; exchanged e-mails with Hernan Serrano and Carole Paynter regarding Unimark and Century Bank; exchanged e-mails with Stuart Riemer regarding UCC liens regarding Cummings; office conference with Stuart Riemer regarding same. | P B ZLOTNICK | 3.20 | 1632.00 |
| 01/20/05 | Review documents; office conference with P. Zlotnick regarding status; telephone call with R. Marder regarding Century Bank; review draft agreement; draft e-mails regarding same. | S R GOLDMAN | 1.60 | 664.00 |
| 01/20/05 | Corresponded with client regarding visit to BBFS offices. | S RENAUD | .30 | 85.50 |

HERNAN SERRANO
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

March 3, 2005          PAGE   14

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/20/05 | Conf w/ P. Zlotnick; research UCC and lien judgment databases in Westlaw in order to determine whether any UCC liens exist against Better Budget; write email to P. Zlotnick. | S J RIEMER | .50 | 132.50 |
| 01/20/05 | Meeting with P. Zlotnick re: UniMark.  Draft letter to defendant's counsel re: UniMark issues. | F J EARLEY | .70 | 276.50 |
| 01/21/05 | Telephone call with Ted Atkinson regarding turnover of personal property to Colons and issues relating thereto; telephone calls with Hernan Serrano and Seth Goldman regarding same and regarding Cummings settlement; reviewed and revised Cummings settlement agreement; exchanged e-mails with Sensitech's counsel regarding sale of property to Sensitech. | P B ZLOTNICK | 1.20 | 612.00 |
| 01/21/05 | Review e-mails regarding cash registers and settlement agreement; draft e-mail regarding same. | S R GOLDMAN | 1.10 | 456.50 |
| 01/21/05 | Travel to and from BBFS; monitored removal of property; collected documents; conferred with client regarding documents to remain at site. | S RENAUD | 5.70 | 1624.50 |
| 01/22/05 | Drafted e-mail to Christian Pedersen regarding exchange of personal property. | P B ZLOTNICK | .40 | 204.00 |
| 01/24/05 | Exchanged e-mails with Hernan Serrano, Seth Goldman and Ted Atkinson regarding exchange of persona property with Colons. | P B ZLOTNICK | .50 | 255.00 |
| 01/24/05 | Coordinated entry into former BBFS offices with paralegal and client. | S RENAUD | .50 | 142.50 |

HERNAN SERRANO                                          March 3, 2005        PAGE   15
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| | | | | |
|---|---|---|---|---|
| 01/24/05 | Review settlement agreement with Cummings Properties. | F J EARLEY | .40 | 158.00 |
| 01/24/05 | Reorganizing documents from site in Beverly to be sent to Weinick Sanders; prepare nine boxes of documents to be Fed Exed from Boston to New York | K T MACDONALD | 2.10 | 315.00 |
| 01/25/05 | Telephone call with Ted Atkinson, Hernan Serrano regarding property exchange with Colons and settlement with Cummings; telephone calls with Brian Moore and Susan Brand regarding Cummings/Sensitech agreement; office conference with Seth Goldman regarding all of the above; reviewed and revised Sensitech agreement; exchanged e-mails with interested parties' counsels regarding same; exchanged e-mails with Seth Goldman, Hernan Serrano, Suzanne Renaud regarding all of the above; attention to file regarding same. | P B ZLOTNICK | 5.70 | 2907.00 |
| 01/25/05 | Calls with P. Zlotnick in regards to status; calls with various counsel in regards to agreement; calls with H. Serrano in regards to same; review pertinent documents. | S R GOLDMAN | 2.00 | 830.00 |
| 01/25/05 | Corresponded with client regarding documents removed from BBFS office. | S RENAUD | .10 | 28.50 |
| 01/25/05 | Facilitate and finalize supplemental document production, re: Defendants' Document Requests. | S J RIEMER | 2.50 | 662.50 |
| 01/25/05 | Telephone conference with S. Riemer re: document review. review supplemental document production. | F J EARLEY | 1.80 | 711.00 |

HERNAN SERRANO
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

March 3, 2005        PAGE   16

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/25/05 | Correspondence with L. Lum to arrange for shipment of boxes; assist S. Renaud in preparing boxes to be sent to H. Serrano's office | K T MACDONALD | 1.10 | 165.00 |
| 01/26/05 | Calls with Susan Brand. Brian Moore, Carole Paynter, Ted Atkinson and Hernan Serrano regarding Cummings/Sensitech lease/sale issues. Office conference with Set Goldman regarding same. Reviewed and revised Stipulation and Settlement Agreement and related document. Agreement and related documents. Exchanged emails with above regarding same. Calls with Hernan Serrano regarding turnover of receivership assets. Reviewed files regarding same. Exchanged e-mails with Hernan Serrano regarding same. Prepared for trip to Beverly, MA regarding same. Calls with Ted Atkinson regarding same. Attention to file regarding same. | P B ZLOTNICK | 7.00 | 3570.00 |
| 01/26/05 | Calls with P. Zlotnick in regards to status; calls with counsel in regards to same; review docs and emails in regards to settlement agreement; calls with H. Serrano and P. Zlotnick; review and revise agreement; review order. | S R GOLDMAN | 2.50 | 1037.50 |
| 01/26/05 | Arranged for filing of Stipulation. | S RENAUD | .10 | 28.50 |
| 01/26/05 | Various telephone conferences with S. Riemer re: document production. Review documents to be produced. | F J EARLEY | .50 | 197.50 |

HERNAN SERRANO                                    March 3, 2005        PAGE   17
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/27/05 | Met with Christian Pederson and Julie Colon regarding turnover of assets. Met with Hernan Serrano regarding same. Reviewed files at offices of BBFS. Met with representatives of Heritage Bank and E-Z Storage regarding securing receivership assets. Calls with Ted Atkinson and Set Goldman regarding all of the above. Attention to file regarding same. Calls wtih Susan Brand regarding Stipulation and Settlement Agreement. Met with representatives of Cummings regarding same. | P B ZLOTNICK | 8.00 | 4080.00 |
| 01/27/05 | Calls with P. Strong in regards to Heritage Bank; calls with P. Zlotnick in regards to status; Revise agreement in regards to Settlement ; calls with various counsel in regards to same. | S R GOLDMAN | 3.10 | 1286.50 |
| 01/27/05 | Arranged to file Stipulation. | S RENAUD | .10 | 28.50 |
| 01/27/05 | Facilitate and finalize supplemental document production, re: Defendants' Document Requests; call w/ S. Ostrow re: return of documents to her office; ensure proper documents are delivered as such. | S J RIEMER | 1.20 | 318.00 |
| 01/28/05 | Met with Hernan Serrano regarding asset turnover issues. Calls with Carole Paynter and Ted Atkinson regarding same. Met with representatives of Carlson Real Estate at Elliot Stuart home regarding securing same. Reviewed books and records regarding same. Attention to file regarding same. | P B ZLOTNICK | 7.00 | 3570.00 |

```
HERNAN SERRANO                          March 3, 2005        PAGE   18
FILE NUMBER: 24997-002
INVOICE NO.: 8356338
```

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/28/05 | Telephone conference w/P. Strong in re: Heritage Bank; telephone conferences w/ P. Zlotnick in re: status; review e-mails in re: stipulation; revise correspondence; draft e-mails | S R GOLDMAN | 2.30 | 954.50 |
| 01/28/05 | Prepared documents for filing; filed Stipulation in District of Massachusetts. | S RENAUD | .40 | 114.00 |
| 01/28/05 | Letter to Heritage Bank re: freezing of assets. Review stipulation extending temporary receiver. | F J EARLEY | .40 | 158.00 |
| 01/31/05 | Reviewed file regarding 1/27 - 28 trip to Beverly, MA. Reviewed Stipulation and Settlement Agreement and FTC's Motion for Summary Judgment papers. Drafted email to Ted Atkinson and Carole Paynter regarding turnover of receivership assets. Office conference with Set Goldman regarding same. | P B ZLOTNICK | 3.20 | 1632.00 |
| 01/31/05 | Office conference w/P. Zlotnick in re: status; telephone conferences w/Heritage Bank in re: assets; review pertinent docs | S R GOLDMAN | .40 | 166.00 |
| 01/31/05 | Follow-up for filing of Bill of Sale. | S RENAUD | .10 | 28.50 |
| 02/01/05 | Reviewed Cummings documents regarding payment issues; exchanged e-mails with Hernan Serrano and Seth Goldman regarding Unimark and computer issues; drafted e-mail to Ted Atkinson regarding same, and regarding declarations; attention to file regarding same. | P B ZLOTNICK | 1.80 | 918.00 |

HERNAN SERRANO
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

March 3, 2005          PAGE   19

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 02/01/05 | Calls with B. Moore in regards to sensitech sale; calls with H. Serrano in regards to same; review documents and agreements; conference with P. Zlotnick in regards to status; draft email; review same. | S R GOLDMAN | 1.80 | 747.00 |
| 02/01/05 | Called court regarding dismissal of action. | S RENAUD | .10 | 28.50 |
| 02/02/05 | Telephone call from Former BBFS employee Erica Murphy; telephone calls with Hernan Serrano regarding mediation and regarding Unimark issues; office conferences with Seth Goldman regarding drafting letters regarding same; exchanged e-mails with above regarding same. | P B ZLOTNICK | 1.20 | 612.00 |
| 02/02/05 | Office conference with P. Zlotnick in regards to status; review documents; draft emails; Telephone calls with H. Serrano in regards to status; review documents. | S R GOLDMAN | 2.20 | 913.00 |
| 02/03/05 | Telephone call with Ted Atkinson regarding mediation issues and Unimark computer issues; telephone calls with Hernan Serrano and Seth Goldman regarding same and regarding Sensitech sale issues. | P B ZLOTNICK | 1.50 | 765.00 |
| 02/03/05 | Telephone call with P. Zlotnick and H. Serrano regarding status; finalize bill of sale and settlement issues; review correspondence; draft correspondence; telephone call with B. Moore; office conference with F. Earley regarding letter. | S R GOLDMAN | 2.50 | 1037.50 |
| 02/04/05 | Telephone call with Hernan Serrano regarding asset schedules; reviewed same. | P B ZLOTNICK | .30 | 153.00 |

HERNAN SERRANO                                    March 3, 2005          PAGE  20
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 02/04/05 | Review documents; telephone calls with H. Serrano regarding status; outstanding issues; review and revise letters regarding stipulation and conferences; office conferences with P. Zlotnick regarding same. | S R GOLDMAN | 1.60 | 664.00 |
| 02/04/05 | Draft letter to T. Atknison re: clients payment and UniMark computers. Draft letter to Cummings re: settlement. Draft letter to Paul Barlett re: loan. | F J EARLEY | 1.20 | 474.00 |
| 02/07/05 | Office conference with P. Zlotnick regarding status; telephone call with Susan Brand regarding settlement and payments; review pertinent documents. | S R GOLDMAN | .30 | 124.50 |
| 02/07/05 | Reviewed ECF notices from court regarding status conference. | S RENAUD | .10 | 28.50 |
| 02/09/05 | Office conferences with Seth Goldman and Suzanne Renaud regarding status conference; exchanged e-mails with receiver, Seth Goldman and Suzanne Renaud regarding same; reviewed letter from counsel for Robert Nekoroski regarding Unimark | P B ZLOTNICK | .80 | 408.00 |
| 02/09/05 | Office conference with P. Zlotnick regarding status; review e-mails regarding conference; telephone call with H. Serrano regarding same; review pertinent documents. | S R GOLDMAN | .40 | 166.00 |
| 02/09/05 | Travel to and from court; attended status conference; wrote summary of status conference. | S RENAUD | 1.80 | 513.00 |

HERNAN SERRANO                                    March 3, 2005          PAGE    21
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 02/10/05 | Office conference with Seth Goldman regarding pre-trial issues; reviewed court's order regarding pre-trial schedule; reviewed consumer complaints. | P B ZLOTNICK | 1.20 | 612.00 |
| 02/10/05 | Review documents and correspondence; office conference with P. Zlotnick regarding status. | S R GOLDMAN | .30 | 124.50 |
| 02/11/05 | Reviewed defendants opposition to FTC's summary judgment motion; attention to file regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 02/14/05 | Reviewed supporting documents to defendants papers in opposition to FTC's summary judgment motion. | P B ZLOTNICK | .60 | 306.00 |
| 02/14/05 | Office conference with P. Zlotnick regarding status; telephone call with H. Serrano regarding same; asset issues. | S R GOLDMAN | .40 | 166.00 |
| 02/15/05 | Telephone call with Ted Atkinson, Hernan Serrano and John Byrd of CoreFacts regarding defendants supplemental request for documents and electronic data regarding former BBFS employee, Davis Clement; office conferences with Suzanne Renaud and Seth Goldman regarding same; exchanged e-mails with Ted Atkinson, Hernan Serrano, John Byrd, Suzanne Renaud and Seth Goldman regarding same; telephone calls with Ted Atkinson and Hernan Serrano regarding mediation and asset valuation issues; office conference with Seth Goldman regarding same. | P B ZLOTNICK | 5.70 | 2907.00 |

HERNAN SERRANO                                    March 3, 2005          PAGE   22
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 02/15/05 | Office conference with P. Zlotnick regarding status; telephone call with H. Serrano regarding same; review pertinent documents regarding assets. | S R GOLDMAN | .50 | 207.50 |
| 02/15/05 | Discussion regarding visit to storage warehouse. | S RENAUD | .10 | 28.50 |
| 02/16/05 | Telephone calls with Ted Atkinson, John Byrd and John Ashley of CoreFacts regarding Davis Clements electronic data retrieval; telephone call with Hernan Serrano regarding same; attention to file regarding same. | P B ZLOTNICK | 2.30 | 1173.00 |
| 02/16/05 | Telephone call with Massachusetts Attorney General; review pertinent documents regarding same; office conference with P. Zlotnick regarding status. | S R GOLDMAN | .90 | 373.50 |
| 02/16/05 | Spoke with opposing counsel regarding document review at off-site storage facility. | S RENAUD | .20 | 57.00 |
| 02/17/05 | Telephone call with Ted Atkinson regarding outstanding asset issues; telephone call with Carole Paynter regarding supplemental document request; telephone call with Hernan Serrano regarding same; office conference with Seth Goldman regarding same. | P B ZLOTNICK | 1.00 | 510.00 |
| 02/17/05 | Coordinated trip to storage facility. | S RENAUD | .10 | 28.50 |
| 02/18/05 | Oversaw plaintiff's review of documents in storage locker; copied documents; follow-up from document review; mailed documents. | S RENAUD | 2.20 | 627.00 |

HERNAN SERRANO                                    March 3, 2005          PAGE   23
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| Date | Description | | Timekeeper | Hours | Amount |
|------|-------------|---|-----------|-------|--------|
| 02/22/05 | Calls with Hernan Serrano regarding status and settlement discussions between parties and inspection of those discussion on receiverships Exchanged emails with Hernan Serrano and Seth Goldman in regards to same. | P B | ZLOTNICK | 1.00 | 510.00 |
| 02/22/05 | Review documents regarding status and settlement; draft e-mails regarding same. | S R | GOLDMAN | .30 | 124.50 |
| 02/23/05 | Review documents regarding status; draft e-mail regarding same. | S R | GOLDMAN | .30 | 124.50 |
| 02/24/05 | Calls with Hernan Serrano and Seth Goldman regarding settlement in principle of case. | P B | ZLOTNICK | .50 | 255.00 |
| 02/24/05 | Calls with H. Serrano and P. Zlotnick in regards to status; review filings in regards to same. | S R | GOLDMAN | .70 | 290.50 |
| 02/25/05 | Calls wuth H, Serrano in regards to Status. | S R | GOLDMAN | .20 | 83.00 |
| 02/26/05 | Exchange e-mails with Christian Pedersen, Ted Atkinson, Carole Paynter, Hernan Serrano and Seth Goldman re: Settlement, state ct. proceedings and issues regardsing receivership assets. Attention to file in regards to same. | P B | ZLOTNICK | .50 | 255.00 |
| 02/28/05 | Review documents; teleconference with T. Akinson and C. Peterson in re: outstanding issues; review documents in re: same; teleconference with H. Serrano in re: issues; conference-call with P. Zlotnick in re: issues; review documents; attention to file. | S R | GOLDMAN | 3.00 | 1245.00 |

HERNAN SERRANO                                        March 3, 2005        PAGE   24
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

                                    TOTAL FOR SERVICES:      $105,661.35


EXPENSES

        Telecopy                                                558.00
        Color 11 x 17                                             7.50
        Number Labeling                                         414.35
        Reprographics                                          1673.24
        Oversize Copy                                            48.75
        Color Copy                                                9.35
        Postage                                                   1.80
        Expert Fees                                           39609.97
        Out/Town Travel                                         298.26
        Air Freight                                             296.28
        Outside Service                                         125.59
        Auto Travel                                             549.64
        Taxi and ground transportation                         653.56
        Lexis                                                    30.57
        Westlaw                                                3529.46
        Meal Expense                                            184.40

                            TOTAL EXPENSES:      $47,990.72

                        TOTAL THIS STATEMENT:      $153,652.07

HERNAN SERRANO                                          March 3, 2005
24997-002
8356338


**\*\*\*\*\*\*\*\* REMITTANCE ADVICE \*\*\*\*\*\*\*\***


Please enclose this page with your check.


Current Invoice Amount:                    $153,652.07



                  AMOUNT ENCLOSED:_____




**Please remit to the following address:**

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
**P. O. Box 4539**
**Boston, MA  02212-4539**


**For Wire Transfers:**

**Bank Name:**       **Bank of America**
**ABA Number:**      **026009593**
**Account Name:**    **Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
                 **Firm Account**
**Account No.:**     **000058386095**


Questions regarding your account may be directed to George Cotton, at
617-542-6000, ext. 504842 .  Our tax I.D. number is 04 271 8459.

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York  10017


HERNAN SERRANO                                April 13, 2005
WEINICK, SANDERS, LEVENTHAL & CO.             24997-002
1375 BROADWAY                                 Invoice # 8332772
NEW YORK, NY 10018-7010

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2005

  RE:  **BETTER BUDGET FINANCIAL SERVICES, INC.**


| | | | | |
|---|---|---|---|---|
| 02/28/05 | Telephone calls with Ted Atkinson, Christian Pederson, Hernan Serrano and Seth Goldman re: status of state court litigations, settlement of case-in-chief and status of receivership assets; exchanged e-mails with all of the above re: same; reviewed file re: same; office conference with Seth Goldman re: same. | P B ZLOTNICK | 6.50 | 3315.00 |
| 03/01/05 | Telephone calls with Charles McIntyre, special fraud investigator for Chubb Insurance Co. re: insurance claims submitted by Julie Colon re: lost rings; telephone call with Peter McLaughlin, Esq., counsel for defendants in BBFS state court litigation re: status of same and settlement; telephone calls with Ted Atkinson, Christian Pederson and Hernan Serrano re: all of the above and re: disposition of receivership assets pursuant to consent decree; office conferences with Seth Goldman re: same; exchanged e-mails with all | P B ZLOTNICK | 5.30 | 2703.00 |

HERNAN SERRANO                                          April 13, 2005        PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8332772

|            |                                                                                                                                                                                                                                                                         |              |      |         |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------|------|---------|
|            | of the above and Carole Paynter re: same.                                                                                                                                                                                                                                |              |      |         |
| 03/01/05   | Telephone calls with H. Serrano, T. Atkinson and C. Peterson regarding asset transfers; state court litigations; conduct issues; office conference with P. Zlotnick regarding same; review e-mails and pertinent documents regarding same.                                 | S R GOLDMAN  | 2.80 | 1162.00 |
| 03/02/05   | Telephone calls with Hernan Serrano and Ted Atkinson re: issues re: homes, vehicles, insurance, jewelry and state court litigation; exchanged e-mails with same re: same.                                                                                                  | P B ZLOTNICK | 1.30 | 663.00  |
| 03/02/05   | Telephone calls with T. Atkinson regarding asset and settlement issues; telephone call with C. Peterson regarding state court status; office conference with P. Zlotnick regarding same; review documents.                                                                 | S R GOLDMAN  | 2.30 | 954.50  |
| 03/03/05   | Office conference with Seth Goldman regarding realtor home inspection issues regarding Conifer Way home and regarding property found in the home; telephone calls with Hernan Serrano, Ted Atkinson, Christian Pederson and Carole Paynter regarding same; reviewed consent order and TRO regarding same; attention to file regarding same; exchanged e-mails with above regarding same. | P B ZLOTNICK | 5.80 | 2958.00 |
| 03/03/05   | Telephone call with H. Serrano and P. Zlotnick regarding settlement and order; telephone call with T. Atkinson regarding assets and transfers; review documents.                                                                                                         | S R GOLDMAN  | 2.30 | 954.50  |

HERNAN SERRANO                                    April 13, 2005        PAGE    3
FILE NUMBER: 24997-002
INVOICE NO.: 8332772

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 03/04/05 | Telephone calls with Seth Goldman, Hernan Serrano, Ted Atkinson, Christian Pederson and Carole Paynter regarding issues regarding property in dispute at Conifer Way Home and transition of Colons to Elliott Street home; office conferences with Seth Goldman regarding same; reviewed files, including Consent Order and TRO regarding same; exchanged e-mails with above regarding same. | P B ZLOTNICK | 7.50 | 3825.00 |
| 03/04/05 | Telephone call with P. Zlotnick, H. Serrano, T. Atkinson, C. Peterson, C. Paynter regarding various issues regarding settlement and assets. | S R GOLDMAN | 2.20 | 913.00 |
| 03/07/05 | Telephone call with Hernan Serrano regarding realtor's inspection of home at Conifer Way and delivery of keys to Elliott Street house; exchanged e-mails with Hernan Serrano, Carole Paynter regarding same; attention to file regarding same. | P B ZLOTNICK | .50 | 255.00 |
| 03/07/05 | Review consent order regarding settlement; review e-mails regarding settlement; office conference with P. Zlotnick regarding outstanding issues. | S R GOLDMAN | 1.10 | 456.50 |
| 03/08/05 | Exchanged e-mails with Hernan Serrano and Ted Atkinson regarding Conifer mortgage issues and Elliott Street house issues. | P B ZLOTNICK | .50 | 255.00 |

HERNAN SERRANO                    April 13, 2005     PAGE   4
FILE NUMBER: 24997-002
INVOICE NO.: 8332772

| | | | | |
|---|---|---|---|---|
| 03/09/05 | Telephone calls with Hernan Serrano regarding Consent Order issues; reviewed invoices regarding plasma television and other fixtures and appliances in dispute; office conference with Seth Goldman regarding same. | P B ZLOTNICK | 1.00 | 510.00 |
| 03/09/05 | Telephone calls with H. Serrano and P. Zlotnick regarding Conifer Way home issues; settlement issues; office conference with P. Zlotnick regarding same; telephone calls with C. Peterson regarding state court issues. | S R GOLDMAN | 1.80 | 747.00 |
| 03/10/05 | Telephone call with Ted Atkinson regarding delays in Colons move from Conifer Way home; telephone call with Hernan Serrano regarding same; office conference with Seth Goldman regarding same; attention to file regarding same. | P B ZLOTNICK | 1.00 | 510.00 |
| 03/10/05 | Review e-mails regarding settlement issues; office conference with P. Zlotnick regarding same. | S R GOLDMAN | 1.20 | 498.00 |
| 03/11/05 | Exchanged e-mails with Hernan Serrano regarding photos of Conifer Way home; telephone call with Hernan Serrano regarding same; exchanged e-mails with Suzanne Renaud regarding court filings. | P B ZLOTNICK | 1.00 | 510.00 |
| 03/11/05 | Review e-mails regarding status; telephone call with C. Peterson regarding state court litigations; exchanged e-mails regarding fixture issues; review documents regarding same. | S R GOLDMAN | 1.80 | 747.00 |

HERNAN SERRANO                                        April 13, 2005          PAGE    5
FILE NUMBER: 24997-002
INVOICE NO.: 8332772

03/14/05  Exchanged e-mails with          P B ZLOTNICK          .40      204.00
          parties' counsel regarding
          dispute regarding consent
          order and furnishings at
          Conifer Way home; exchanged
          e-mails with Seth Goldman
          and Hernan Serrano regarding
          same.

03/14/05  Review e-mails regarding        S R GOLDMAN          1.00      415.00
          status and settlement
          issues; telephone calls with
          S. Missry regarding BBFS
          litigation issues.

03/16/05  Telephone call with Hernan      P B ZLOTNICK          .40      204.00
          Serrano regarding status of
          Conifer Way home; exchanged
          e-mails with Hernan Serrano
          regarding same.

03/17/05  Exchanged e-mails with          P B ZLOTNICK          .30      153.00
          Christian Pederson and
          Hernan Serrano regarding
          deed for Conifer Way;
          attention to file regarding
          same.

03/17/05  Office conference with P.       S R GOLDMAN           .30      124.50
          Zlotnick regarding status;
          review e-mails regarding
          same.

03/18/05  Exchanged e-mails with          P B ZLOTNICK          .40      204.00
          Hernan Serrano and Century
          Bank regarding issues
          regarding release of funds
          to Colons; attention to file
          regarding same.

03/21/05  Reviewed Conifer Way Deed       P B ZLOTNICK         4.50     2295.00
          and realtors agreement and
          related documents regarding
          sale of Conifer Way home;
          exchanged e-mails with
          Suzanne Sumski of Century
          Bank; attention to file
          regarding same; and
          regarding outstanding issues
          in case.

HERNAN SERRANO                                    April 13, 2005        PAGE    6
FILE NUMBER: 24997-002
INVOICE NO. : 8332772

03/22/05  Telephone call with special      P B ZLOTNICK        1.50      765.00
          investigator Charles
          McIntyre of Chubb regarding
          Colon's jewelry claim;
          conducted Internet search
          regarding Mark Thomson and
          Kurt Macquin.

03/23/05  Telephone call with Hernan       P B ZLOTNICK        2.10     1071.00
          Serrano regarding issues re:
          Chubb investigation
          regarding Conifer Way and
          Elliott Street homes and
          regarding Colons' current
          business activities;
          telephone call with Joan
          Platt of Carson GMAC
          Realtors; telephone call
          with Ted Atkinson regarding
          Conifer Way home issues.

03/24/05  Telephone call with Hernan       P B ZLOTNICK         .70      357.00
          Serrano regarding issues
          regarding Conifer Way;
          exchanged e-mails with
          Hernan Serrano and Carol
          Paynter regarding same;
          attention to file regarding
          same.

03/25/05  Telephone call with Hernan       P B ZLOTNICK         .70      357.00
          Serrano regarding new
          business and John and Julie
          Colon; conducted Internet
          search regarding same.

03/29/05  Exchanged e-mails with           P B ZLOTNICK         .40      204.00
          Suzanne Renaud regarding
          court's erroneous
          termination of case.

03/30/05  Prepared for meeting with        P B ZLOTNICK        1.00      510.00
          Hernan Serrano on March 31,
          2005 at WSL offices.

03/31/05  Attended meeting at offices      P B ZLOTNICK        4.30     2193.00
          of Weinick Sanders Leventhal
          with Hernan Serrano and Lisa
          Lum; prepared for same;
          exchanged e-mails with same;
          attention to file regarding
          same.


              BILLABLE SERVICES BEFORE ADJUSTMENTS:      $ 30,993.00

HERNAN SERRANO                              April 13, 2005      PAGE     7
FILE NUMBER: 24997-002
INVOICE NO.: 8332772


                    LESS COURTESY DISCOUNT:          (3099.30)

          TOTAL FOR SERVICES AFTER DISCOUNT:      $ 27,893.70


EXPENSES

          Telecopy                                     46.00
          Reprographics                               158.85
          Color Copy                                    2.55
          Postage                                       2.67
          Taxi and ground transportation               10.00
          Reprographics/Outside                      2575.13
          Telephone/Outside                             4.43

                        TOTAL EXPENSES:           $  2,799.63

                TOTAL THIS STATEMENT:             $ 30,693.33

                OUTSTANDING BALANCE:              $108,191.02


                   TOTAL AMOUNT DUE:              $138,884.35

HERNAN SERRANO                                April 13, 2005
24997-002
8332772

**\*\*\*\*\*\*\*\*\* REMITTANCE ADVICE \*\*\*\*\*\*\*\*\***

Please enclose this page with your check.

Current Invoice Amount:              $138,884.35


              AMOUNT ENCLOSED:_____


**Please remit to the following address:**

**Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.**
**P. O. Box 4539**
**Boston, MA  02212-4539**


**For Wire Transfers:**

**Bank Name:**      **Bank of America**
**ABA Number:**     **011000138**
**Account Name:**   **Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
                    **Firm Account**
**Account No.:**    **58386095**


Questions regarding your account may be directed to George Cotton, at
617-542-6000, ext. 504842.  Our tax ID number is 04 271 8459.

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York  10017

HERNAN SERRANO                                    May 5, 2005
WEINICK, SANDERS, LEVENTHAL & CO.                 24997-002
1375 BROADWAY                                     Invoice # 8335252
NEW YORK, NY 10018-7010

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2005

RE:  **BETTER BUDGET FINANCIAL SERVICES, INC.**

| | | | | |
|---|---|---|---|---|
| 03/02/05 | Confer with SGoldman regarding filing of motion. | S RENAUD | .10 | 28.50 |
| 03/04/05 | Follow-up with court regarding return date of motion. | S RENAUD | .20 | 57.00 |
| 03/25/05 | Called court; drafted Motion for Clarification. | S RENAUD | .70 | 199.50 |
| 03/30/05 | Contacted court regarding ability to file final motion. | S RENAUD | .10 | 28.50 |
| 04/01/05 | Office conference with Seth Goldman regarding status of receivership; reviewed Consent Order regarding same; attention to file regarding same. | P B ZLOTNICK | .80 | 408.00 |
| 04/01/05 | Office conference with P. Zlotnick regarding outstanding matters; review pertinent documents and e-mails regarding same. | S R GOLDMAN | .50 | 207.50 |
| 04/04/05 | Telephone call with Christian Pederson regarding status of receivership; office conference with Seth Goldman regarding same and regarding April 6 - 8 trip to Beverly, MA. | P B ZLOTNICK | .80 | 408.00 |

HERNAN SERRANO                              May 5, 2005          PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8335252

| 04/04/05 | Telephone call with C. Pederson regarding outstanding litigation issues; telephone call with P. Zlotnick regarding same; telephone call with P. Zlotnick and H. Serrano regarding liquidation issues. | S R GOLDMAN | .70 | 290.50 |
|---|---|---|---|---|
| 04/05/05 | Telephone calls with Hernan Serrano regarding April 6-8 trip to Beverly, MA; exchanged e-mails with Hernan Serrano, Christian Pedersen and Seth Goldman regarding same and regarding settlement of state court litigations; attention to file regarding same. | P B ZLOTNICK | 1.80 | 918.00 |
| 04/06/05 | Met with Hernan Serrano and Seth Goldman regarding sale of Conifer Way House, automobiles and other property; inspected Conifer Way Home and vehicles; met with prospective purchaser of vehicles; met with realtors regarding sale of home; retrieved jewelry from safe deposit box; telephone calls with Christian Pederson regarding issues regarding title to vehicle and missing property; attention to file regarding same. | P B ZLOTNICK | 7.50 | 3825.00 |
| 04/06/05 | Meeting with Hernan Serrano and P. Zlotnick regarding liquidation of assets; met with potential purchasers; retrieved assets; telephone call with S. Renaud regarding same; inventory of same; attention to file regarding same. | S R GOLDMAN | 7.00 | 2905.00 |
| 04/06/05 | Transported defendant's jewelry. | S RENAUD | .50 | 142.50 |

HERNAN SERRANO                                    May 5, 2005            PAGE    3
FILE NUMBER: 24997-002
INVOICE NO.: 8335252

| | | | |
|---|---|---|---|
| 04/06/05 | Meet with S. Renaud to discuss trip to hotel to meet with S. Goldman for exchange of product to be brought back to the Mintz Levin office; trip to meet S. Goldman and return to hotel; copy inventories | K T MACDONALD | .90 | 135.00 |
| 04/07/05 | Office conference with Hernan Serrano regarding issues regarding John Colon; exchanged e-mails with Hernan Serrano regarding same. | P B ZLOTNICK | .50 | 255.00 |
| 04/07/05 | Office conference with P. Zlotnick and H. Serrano concerning outstanding issues regarding Colons. | S R GOLDMAN | .50 | 207.50 |
| 04/11/05 | Exchanged e-mails with Hernan Serrano and Carole Paynter regarding exchange of property with John Colon; telephone call with Serrano regarding same. | P B ZLOTNICK | .30 | 153.00 |
| 04/12/05 | Exchanged e-mails with Hernan Serrano and Carole Paynter regarding issues of John Colon. | P B ZLOTNICK | .40 | 204.00 |
| 04/13/05 | Exchanged e-mails with Hernan Serrano and Carole Paynter. | P B ZLOTNICK | .40 | 204.00 |
| 04/13/05 | Met with defendants; drafted receipt; miscellaneous preparation for meeting with defendants. | S RENAUD | 1.30 | 370.50 |
| 04/14/05 | Telephone call with Carole Paynter regarding modifying consent order; exchanged e-mails with Carole Paynter and Hernan Serrano. | P B ZLOTNICK | .40 | 204.00 |

HERNAN SERRANO                                      May 5, 2005              PAGE    4
FILE NUMBER: 24997-002
INVOICE NO.: 8335252

| Date | Description | Professional | Hours | Amount |
|---|---|---|---|---|
| 04/15/05 | Review e-mails regarding asset and liquidations; telephone calls with counsel regarding outstanding litigations; review e-mails regarding same; office conference with P. Zlotnick regarding outstanding issues. | S R GOLDMAN | 1.50 | 622.50 |
| 04/18/05 | Drafted bill of sale for motor vehicles; telephone calls with Hernan Serrano regarding same and regarding vandalism to same; exchanged e-mails with Hernan Serrano regarding all of the above; attention to file regarding same. | P B ZLOTNICK | 1.40 | 714.00 |
| 04/18/05 | Review correspondence; office conference with P. Zlotnick regarding status; review e-mails; telephone call with counsel regarding litigations. | S R GOLDMAN | .50 | 207.50 |
| 04/19/05 | Exchanged e-mails with Christian Pederson regarding settlement of state court litigation; exchanged e-mails with Hernan Serrano regarding same and regarding scheduling meeting with Carole Paynter and IRA funds. | P B ZLOTNICK | .50 | 255.00 |
| 04/19/05 | Review correspondence and e-mails regarding assets and litigations; review documents. | S R GOLDMAN | .30 | 124.50 |
| 04/19/05 | Conversation with finance regarding rent check to be sent to H. Serrano. | S RENAUD | .40 | 114.00 |
| 04/20/05 | Telephone calls with Hernan Serrano regarding April 21, conference call with Carole Paynter regarding status of receivership; exchanged e-mails regarding same; reviewed consent order regarding same; reviewed file regarding same. | P B ZLOTNICK | .60 | 306.00 |

HERNAN SERRANO                                    May 5, 2005              PAGE    5
FILE NUMBER: 24997-002
INVOICE NO.: 8335252

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 04/20/05 | Office conference with P. Zlotnick regarding status; review documents; review e-mails; attention to file regarding same. | S R GOLDMAN | .50 | 207.50 |
| 04/21/05 | Telephone call with Hernan Serrano and Carole Paynter regarding status update regarding receivership matters. | P B ZLOTNICK | 1.50 | 765.00 |
| 04/25/05 | Exchanged e-mail with Christian Pederson regarding settlement of state court litigation. | P B ZLOTNICK | .30 | 153.00 |
| 04/26/05 | Review e-mails; attention to file; exchange voice mails with counsel. | S R GOLDMAN | .60 | 249.00 |
| 04/28/05 | Telephone call with Carole Paynter regarding motion to extend receiver's time to file report; office conference with Suzanne Renaud regarding same; attention to file regarding same. | P B ZLOTNICK | .30 | 153.00 |
| 04/28/05 | Telephone call with counsel regarding litigations; office conference with P. Zlotnick regarding same; review e-mails. | S R GOLDMAN | .30 | 124.50 |
| 04/28/05 | Conversation with Peter Zlotnick; contacted court regarding motion to extend time. | S RENAUD | .10 | 28.50 |
| 04/29/05 | Exchanged e-mails with Carole Paynter, Hernan Serrano, and Seth Goldman regarding motion to extend time regarding receiver's report; reviewed file regarding same; office conference with Suzanne Renaud regarding same. | P B ZLOTNICK | .60 | 306.00 |
| 04/29/05 | Contacted court clerk regarding motion to extend. | S RENAUD | .10 | 28.50 |

HERNAN SERRANO                                          May 5, 2005              PAGE    6
FILE NUMBER: 24997-002
INVOICE NO.: 8335252

                    BILLABLE SERVICES BEFORE ADJUSTMENTS:          $ 15,509.50

                              LESS COURTESY DISCOUNT:                (1550.95)

                    TOTAL FOR SERVICES AFTER DISCOUNT:              $ 13,958.55


EXPENSES

        Telecopy                                          5.00
        Reprographics                                    18.90
        Postage                                           0.83
        Out/Town Travel                                 609.18
        Air Freight                                       7.71
        Outside Service                                  10.00
        Auto Travel                                     237.15
        Taxi and ground transportation                   23.85
        Meal Expense                                     10.25

                              TOTAL EXPENSES:      $      922.87

                    TOTAL THIS STATEMENT:          $   14,881.42

                    OUTSTANDING BALANCE:           $138,884.35


                    TOTAL AMOUNT DUE:              $153,765.77

HERNAN SERRANO
24997-002
8335252

May 5, 2005

**\*\*\*\*\*\*\*\*\* REMITTANCE ADVICE \*\*\*\*\*\*\*\*\***

Please enclose this page with your check.

Current Invoice Amount:                    $153,765.77

                    AMOUNT ENCLOSED:_____

**Please remit to the following address:**

**Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.**
**P. O. Box 4539**
**Boston, MA  02212-4539**

**For Wire Transfers:**

| | |
|---|---|
| **Bank Name:** | **Bank of America** |
| **ABA Number:** | **011000138** |
| **Account Name:** | **Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.** |
| | **Firm Account** |
| **Account No.:** | **58386095** |

Questions regarding your account may be directed to George Cotton, at
617-542-6000, ext. 504842.  Our tax ID number is 04 271 8459.

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York  10017


HERNAN SERRANO                              June 6, 2005
WEINICK, SANDERS, LEVENTHAL & CO.           24997-002
1375 BROADWAY                               Invoice # 8338806
NEW YORK, NY 10018-7010

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2005

RE:  **BETTER BUDGET FINANCIAL SERVICES, INC.**


| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 05/02/05 | Office conference with Seth Goldman regarding state court litigation matter. | P B ZLOTNICK | .30 | 153.00 |
| 05/03/05 | Telephone call with Hernan Serrano regarding status of receivership; attention to file regarding same. | P B ZLOTNICK | .60 | 306.00 |
| 05/04/05 | Telephone call with Hernan Serrano regarding draft claims letter; reviewed same; attention to file regarding same. | P B ZLOTNICK | .60 | 306.00 |
| 05/05/05 | Exchanged e-mails with Hernan Serrano and Carole Paynter regarding letter to consumers and communications with Massachusetts Attorney General's Office; reviewed same; attention to file regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 05/09/05 | Exchanged e-mail with Hernan Serrano regarding letter to consumers. | P B ZLOTNICK | .30 | 153.00 |

HERNAN SERRANO                                    June 6, 2005              PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8338806

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 05/10/05 | Telephone call with Hernan Serrano regarding letter to consumer and liquidation of assets; exchanged e-mails with Hernan Serrano and Carole Paynter regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 05/24/05 | Draft correspondence; office conference with P. Zlotnick regarding status. | S R GOLDMAN | .30 | 124.50 |
| 05/26/05 | Telephone call with Hernan Serrano regarding status of Conifer Way home; office conference with Seth Goldman regarding status of state court litigation. | P B ZLOTNICK | .80 | 408.00 |

                                    TOTAL FOR SERVICES:     $   1,858.50

EXPENSES

        Reprographics                                              15.75
        Postage                                                     1.80
        Out/Town Travel                                           341.46
        Air Freight                                                 7.93
        Outside Service                                            20.00
        Auto Travel                                               203.00
        Taxi and ground transportation                            240.21
        Telephone/Outside                                          17.00
        Meal Expense                                              150.00

                            TOTAL EXPENSES:      $     997.15

                    TOTAL THIS STATEMENT:        $   2,855.65

                    OUTSTANDING BALANCE:         $153,765.77

                        TOTAL AMOUNT DUE:        $156,621.42

HERNAN SERRANO                                             June 6, 2005
24997-002
8338806


**\*\*\*\*\*\*\*\*\* REMITTANCE ADVICE \*\*\*\*\*\*\*\*\***


Please enclose this page with your check.


Current Invoice Amount:                $156,621.42



                AMOUNT ENCLOSED:_____



**Please remit to the following address:**

**Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.**
**P. O. Box 4539**
**Boston, MA 02212-4539**


**For Wire Transfers:**

| | |
|---|---|
| **Bank Name:** | **Bank of America** |
| **ABA Number:** | **011000138** |
| **Account Name:** | **Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.** |
| | **Firm Account** |
| **Account No.:** | **58386095** |


Questions regarding your account may be directed to George Cotton, at
617-542-6000, ext. 504842.  Our tax ID number is 04 271 8459.

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York   10017


HERNAN SERRANO                                      July 12, 2005
WEINICK, SANDERS, LEVENTHAL & CO.                   24997-002
1375 BROADWAY                                       Invoice # 8342626
NEW YORK, NY 10018-7010

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2005

RE:   BETTER BUDGET FINANCIAL SERVICES, INC.


| | | | | |
|---|---|---|---|---|
| 06/03/05 | Telephone call with Hernan Serrano regarding sale of Conifer Way home and settlement of litigations; exchanged e-mails regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 06/07/05 | Office conference with Hernan Serrano regarding issues regarding possibly changing real estate broker to sell Conifer Way home. | P B ZLOTNICK | .50 | 255.00 |
| 06/08/05 | Telephone call with counsel regarding state court settlement and terms; telephone call with P. Zlotnick regarding same; telephone call with Hernan Serrano regarding house issues; telephone call with H. Serrano regarding same; review pertinent documents. | S R GOLDMAN | .80 | 332.00 |
| 06/27/05 | Review correspondence and documents; draft e-mails regarding state court litigations; review same. | S R GOLDMAN | .50 | 207.50 |

HERNAN SERRANO                                        July 12, 2005          PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8342626


06/29/05  Telephone call with H.          S R GOLDMAN              .50      207.50
          Serrano regarding issues;
          review documents; draft
          e-mails; telephone call with
          William Harris regarding
          settlement issues.


                                  TOTAL FOR SERVICES:    $  1,206.00


EXPENSES

          Reprographics                                             0.15
          Postage                                                   0.60

                                     TOTAL EXPENSES:     $      .75

                            TOTAL THIS STATEMENT:     $  1,206.75

                            OUTSTANDING BALANCE:     $156,621.42

                              TOTAL AMOUNT DUE:      $157,828.17

HERNAN SERRANO                                              July 12, 2005
24997-002
8342626


**\*\*\*\*\*\*\*\*\* REMITTANCE ADVICE \*\*\*\*\*\*\*\*\***


Please enclose this page with your check.


Current Invoice Amount:                    $157,828.17



                        AMOUNT ENCLOSED:_____




**Please remit to the following address:**


**Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.**
**P. O. Box 4539**
**Boston, MA 02212-4539**


**For Wire Transfers:**

| | |
|---|---|
| **Bank Name:** | **Bank of America** |
| **ABA Number:** | 026009593 |
| **Account Name:** | **Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.** |
| | **Firm Account** |
| **Account No.:** | 000058386095 |


Questions regarding your account may be directed to George Cotton, at
617-542-6000, ext. 504842.  Our tax ID number is 04 271 8459.

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York  10017

HERNAN SERRANO                          August 3, 2005
WEINICK, SANDERS, LEVENTHAL & CO.       24997-002
1375 BROADWAY                           Invoice # 8345207
NEW YORK, NY 10018-7010

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2005

RE:  BETTER BUDGET FINANCIAL SERVICES, INC.

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 07/01/05 | Conferred with Hernan Serrano regarding status of receivership; exchanged e-mails with Seth Goldman and Suzanne Renaud regarding delivery of documents. | P B ZLOTNICK | .70 | 357.00 |
| 07/01/05 | Review e-mails; respond to same regarding settlement and document issues. | S R GOLDMAN | .30 | 124.50 |
| 07/06/05 | Exchange e-mails with S. Renaud regarding BBFS documents. | S R GOLDMAN | .20 | 83.00 |
| 07/15/05 | Office conference with Seth Goldman regarding status of state litigations and sale of home. | P B ZLOTNICK | .30 | 153.00 |
| 07/15/05 | Office conference with P. Zlotnick regarding state court and house issues. | S R GOLDMAN | .30 | 124.50 |
| 07/20/05 | Review documents regarding litigation; draft letter regarding same; revise same. | S R GOLDMAN | .40 | 166.00 |
| 07/22/05 | Review documents; exchange e-mails regarding same. | S R GOLDMAN | .30 | 124.50 |
| 07/25/05 | Telephone call with counsel regarding litigations. | S R GOLDMAN | .30 | 124.50 |

HERNAN SERRANO                          August 3, 2005      PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8345207

07/28/05 Met with Hernan Serrano       P B ZLOTNICK      .50     255.00
         regarding status of sale of
         Conifer Way home; office
         conference with Seth Goldman
         regarding same.


                              TOTAL FOR SERVICES:    $   1,512.00


EXPENSES

         Reprographics                                          1.95
         Postage                                                0.60
         Air Freight                                            7.86

                       TOTAL EXPENSES:      $         10.41

                 TOTAL THIS STATEMENT:      $      1,522.41

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York  10017


HERNAN SERRANO                          September 9, 2005
WEINICK, SANDERS, LEVENTHAL & CO.       24997-002
1375 BROADWAY                           Invoice # 8349282
NEW YORK, NY 10018-7010

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2005

  RE:  **BETTER BUDGET FINANCIAL SERVICES, INC.**


| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 08/02/05 | Telephone call with counsel in re: settlements; office conference with P.Zlotnick in re: same and sale of house issues. | S R GOLDMAN | .50 | 207.50 |
| 08/11/05 | Exchange e-mails with Hernan Serrano regarding sale of Conifer Way home; attention to file regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 08/11/05 | Review e-mails regarding house sale; exchange same with H. Serrano. | S R GOLDMAN | .30 | 124.50 |
| 08/12/05 | Telephone call with B. Harris regarding state court litigations; review e-mails regarding house sale. | S R GOLDMAN | .30 | 124.50 |
| 08/15/05 | Exchanged e-mails with Hernan Serrano and Carole Paynter regarding sale of Conifer Way home; reviewed contract of sale; attention to file regarding same. | P B ZLOTNICK | .80 | 408.00 |
| 08/16/05 | Exchanged e-mails with H. Serrano regarding sale of Conifer Way home. | P B ZLOTNICK | .40 | 204.00 |
| 08/17/05 | Telephone call with counsel's office regarding litigation and status. | S R GOLDMAN | .20 | 83.00 |

HERNAN SERRANO                                    September 9, 2005   PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8349282

08/18/05  Exchanged e-mails with H.       P B ZLOTNICK          .80      408.00
          Serrano regarding sale of
          Conifer Way home; reviewed
          deed regarding same;
          exchanged e-mails with Joan
          Platt regarding same.

08/22/05  Review Conifer Way sale         P B ZLOTNICK          .50      255.00
          documents.

08/23/05  Reviewed and revised           P B ZLOTNICK         1.00      510.00
          purchase and sale agreement;
          office conferences with
          Jonathan Cosco; exchanged
          e-mails with Hernan Serrano,
          John Platt and Jonathan
          Cosco regarding sale of 4
          Conifer Way.

08/24/05  Review P&S form; attention      J M COSCO             .30      112.50
          to emails re: house
          inspection

08/24/05  Exchanged e-mails with Joan     P B ZLOTNICK          .50      255.00
          Platt regarding inspection
          issues regarding sale of
          Conifer Way home.

08/25/05  Exchanged e-mails with Joan     P B ZLOTNICK          .90      459.00
          Platt and Jonathan Cosco
          regarding deed issues;
          attention to file regarding
          same.

08/26/05  Exchanged e-mails with Joan     P B ZLOTNICK         3.50     1785.00
          Platt and Hernan Serrano
          regarding home inspection
          report; telephone call with
          Joan Platt, Tom Platt and
          Hernan Serrano regarding
          same; reviewed same;
          attention to file regarding
          same.

08/26/05  Review purchase and sale        J F URBAN            1.30      292.50
          agreement against GBREB
          form; conferences with A.
          Caggiano regarding comments
          to same.

08/29/05  Attention to voice mails re:    J M COSCO             .30      112.50
          P&S agreement

HERNAN SERRANO                                    September 9, 2005   PAGE   3
FILE NUMBER: 24997-002
INVOICE NO.: 8349282

| | | | | |
|---|---|---|---|---|
| 08/29/05 | Office conference with Hernan Serrano regarding sale of Conifer Way; telephone call with Joan Platt regarding same; attention to file. | P B ZLOTNICK | 1.10 | 561.00 |
| 08/30/05 | Attention to P&S revisions and calls from brokers. Beverly sale | J M COSCO | .60 | 225.00 |
| 08/30/05 | Telephone call with Joan Platt; exchanged e-mails with Jonathan Cosco; attention to file regarding same. | P B ZLOTNICK | .50 | 255.00 |
| 08/31/05 | Finalize purchase contract and send to M. Lamothe for execution; teleconference with J. Platt re: status | J M COSCO | 1.10 | 412.50 |

TOTAL FOR SERVICES:    $  6,998.50


EXPENSES

        Reprographics                                          3.90
        Postage                                                0.60
        Meal Expense                                          45.00

                        TOTAL EXPENSES:     $      49.50

                TOTAL THIS STATEMENT:     $   7,048.00

                OUTSTANDING BALANCE:      $159,350.58

                    TOTAL AMOUNT DUE:      $166,398.58

HERNAN SERRANO                                September 9, 2005
24997-002
8349282


                 ********* REMITTANCE ADVICE *********


Please enclose this page with your check.


Current Invoice Amount:              $166,398.58



              AMOUNT ENCLOSED:_____




**Please remit to the following address:**

**Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.**
**P. O. Box 4539**
**Boston, MA 02212-4539**


**For Wire Transfers:**

**Bank Name:**        **Bank of America**
**ABA Number:**       **026009593**
**Account Name:**     **Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
                      **Firm Account**
**Account No.:**      **000058386095**


Questions regarding your account may be directed to George Cotton, at
617-542-6000, ext. 504842.  Our tax ID number is 04 271 8459.

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York  10017

HERNAN SERRANO                          October 14, 2005
WEINICK, SANDERS, LEVENTHAL & CO.       24997-002
1375 BROADWAY                           Invoice # 8353327
NEW YORK, NY 10018-7010

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2005

RE:  **BETTER BUDGET FINANCIAL SERVICES, INC.**

| | | | | |
|---|---|---|---|---|
| 08/26/05 | Review voice mails; exchange e-mails with P. Zlotnick regarding state court settlement. | S R GOLDMAN | .30 | 124.50 |
| 09/01/05 | Arrange to record deed into the receiver | J M COSCO | .20 | 75.00 |
| 09/01/05 | Arrange for recordation of the deed for Conifer Way, Beverly. | K K DILORETO | .30 | 57.00 |
| 09/07/05 | Exchanged e-mails with Joan Platt regarding purchase agreement; telephone call with Hernan Serrano regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 09/12/05 | Telephone call with Joan Platt regarding extending time from buyer's to obtain mortgage commitment; e-mails with H. Serrano regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 09/13/05 | Telephone call with Joan Platt; e-mails with H. Serrano regarding mortgage contingency issues; reviewed fax from Joan Platt. | P B ZLOTNICK | 1.00 | 510.00 |

HERNAN SERRANO                                          October 14, 2005    PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8353327

09/14/05  Telephone call with Joan        P B ZLOTNICK          .50      255.00
          Platt regarding extending
          mortgage financing period;
          exchanged e-mails with Joan
          Platt and H. Serrano
          regarding same.

09/22/05  Telephone call with counsel     S R GOLDMAN           .30      124.50
          regarding status of
          litigation and settlement
          funds; office conference
          with Peter Zlotnick
          regarding same.


                              TOTAL FOR SERVICES:     $  1,554.00


EXPENSES

          Reprographics                                             1.20
          Postage                                                   0.60
          Filing Fees                                             126.00
          Air Freight                                               6.91

                              TOTAL EXPENSES:     $       134.71

                       TOTAL THIS STATEMENT:      $     1,688.71

                       OUTSTANDING BALANCE:       $166,398.58

                          TOTAL AMOUNT DUE:       $168,087.29

HERNAN SERRANO                              October 14, 2005
24997-002
8353327


**\*\*\*\*\*\*\*\* REMITTANCE ADVICE \*\*\*\*\*\*\*\***


Please enclose this page with your check.


Current Invoice Amount:              $168,087.29



                    AMOUNT ENCLOSED:_____



**Please remit to the following address:**

**Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.**
**P. O. Box 4539**
**Boston, MA 02212-4539**


**For Wire Transfers:**

**Bank Name:        Bank of America**
**ABA Number:       026009593**
**Account Name:     Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
**                  Firm Account**
**Account No.:      000058386095**


Questions regarding your account may be directed to George Cotton, at
617-542-6000, ext. 504842.  Our tax ID number is 04 271 8459.

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.
666 Third Avenue
New York, New York  10017

HERNAN SERRANO                              November 7, 2005
WEINICK, SANDERS, LEVENTHAL & CO.           24997-002
1375 BROADWAY                               Invoice # 8355993
NEW YORK, NY 10018-7010

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2005

RE:  BETTER BUDGET FINANCIAL SERVICES, INC.

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 09/06/05 | Serrano - Review final Purchase and Sale Agreement. | J M COSCO | .40 | 150.00 |
| 09/28/05 | Email to J. Platt re potential dispute over square footage | J M COSCO | .20 | 75.00 |
| 09/30/05 | Teleconference with Buyer's counsel re: proposed reduction in purchase price. | J M COSCO | .40 | 150.00 |
| 09/30/05 | Exchanged e-mails with Jonathan Cosco; Hernan Serrano and Joan Platt regarding issues with sale of 4 Conifer Way. | P B ZLOTNICK | 1.00 | 510.00 |
| 10/03/05 | Teleconference with H. Serrano, P. Zlotnick and J. Platt re: buyer's request to terminate agreement and refund deposit due to alleged error in listing sheet | J M COSCO | .90 | 391.50 |
| 10/03/05 | Telephone call with Jonathan Cosco and Hernan Serrano regarding issues regarding sale of 4 Conifer Way; exchanged e-mails with above regarding same; reviewed file regarding same. | P B ZLOTNICK | 1.00 | 510.00 |

HERNAN SERRANO                                    November 7, 2005    PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8355993

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 10/04/05 | Draft reply to letter from M. LaMothe re: broker's misrepresentation of house size | J M COSCO | .40 | 174.00 |
| 10/05/05 | Finalize letter to M. LaMothe and circulate for comment | J M COSCO | .30 | 130.50 |
| 10/05/05 | Telephone call with Harris regarding check; office conference with P. Zlotnick regarding same. | S R GOLDMAN | .20 | 94.00 |
| 10/07/05 | Review correspondence; exchange e-mails regarding same; draft correspondence; revise stipulation; office conference with P. Zlotnick and A. Weiss regarding same. | S R GOLDMAN | .50 | 235.00 |
| 10/11/05 | Email to J. Platt re: status | J M COSCO | .10 | 43.50 |
| 10/11/05 | Exchanged e-mails with Hernan Serrano, Joan Platt and John Cosco; reviewed litigation settlement documents and check. | P B ZLOTNICK | .60 | 306.00 |
| 10/12/05 | Telephone call with counsel regarding status; office conference with P. Zlotnick regarding same. | S R GOLDMAN | .20 | 94.00 |
| 10/17/05 | Attention to mortgage payoff, authority as receiver to sell the home, and related closing preparations; review deed, bill of sale and draft closing agenda. | J M COSCO | 1.10 | 478.50 |
| 10/17/05 | Conference with Jon Cosco regarding closing status; Draft the agenda, deed and bill of sale; Telephone the lender for the payoff letter; | K K DILORETO | 1.40 | 280.00 |
| 10/18/05 | Call to M. LaMothe re: closing logistics; review payoff letter; review letter from LaMothe re: closing logistics; attention to related matters. | J M COSCO | .60 | 261.00 |

HERNAN SERRANO                          November 7, 2005    PAGE    3
FILE NUMBER: 24997-002
INVOICE NO.: 8355993

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 10/18/05 | Exchanged e-mails with Jon Cosco, Hernan Serrano and Joan Platt regarding October 24th Closing. | P B ZLOTNICK | .70 | 357.00 |
| 10/19/05 | Attention to prepayment penalty provisions in mortgage; review letter from M. LaMothe regarding title and other issues. | J M COSCO | 2.60 | 1131.00 |
| 10/19/05 | Exchanged e-mails with Hernan Serrano, John Cosco and Joan Platt regarding closing issues. | P B ZLOTNICK | 1.00 | 510.00 |
| 10/19/05 | Research regarding existing mortgage; Review material in the letter from the Buyer's counsel; | K K DILORETO | .70 | 140.00 |
| 10/20/05 | Attention to closing logistics. | J M COSCO | 1.80 | 783.00 |
| 10/20/05 | Research regarding order of conditions and horticultural lien. | K K DILORETO | .40 | 80.00 |
| 10/21/05 | Attention to Buyer's title obligations related to prior Chapter 61 tax classification and wetlands permit; prepare closing documents; coordination on settlement statement. | J M COSCO | 2.50 | 1087.50 |
| 10/21/05 | Prepared for closing of 4 Conifer Way; exchanged e-mails with Hernan Serrano, Joan Platt and Jon Cosco regarding same; prepared for same; attention to file regarding same. | P B ZLOTNICK | 1.00 | 510.00 |
| 10/21/05 | Went to District Court to obtain certified copies of docket and judgment. | B LEONE-QUICK | 1.40 | 476.00 |
| 10/22/05 | Exchanged e-mails with Hernan Serrano regarding October 24 closing. | P B ZLOTNICK | .40 | 204.00 |

HERNAN SERRANO                           November 7, 2005    PAGE    4
FILE NUMBER: 24997-002
INVOICE NO.: 8355993

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 10/24/05 | Track down lien release at assessment office; follow-up duplicate certificate of compliance with conservation commission; attend closing in Beverly; related travel; attention to post-closing emails. | J M COSCO | 4.00 | 1740.00 |
| 10/24/05 | Traveled to Beverly, MA to attend closing of 4 Conifer Way home; met with Hernan Serrano, Jon Cosco and Joan Platt regarding same; conducted walk-through inspection of home regarding same; participated inclosing of same; reviewed BBFS files at storage facility in Beverly, MA; reviewed documents regarding closing; attention to file regarding same. | P B ZLOTNICK | 7.50 | 3825.00 |
| 10/25/05 | Travel to NY from Beverly, MA regarding home closing; met with Hernan Serrano regarding same and regarding outstanding receivership issues. | P B ZLOTNICK | 7.50 | 3825.00 |
| 10/26/05 | Office conference with P. Zlotnick regarding update. | S R GOLDMAN | .20 | 94.00 |
| 10/31/05 | Attention to voicemail re payment of management expenses; send closing documents to H. Serrano. | J M COSCO | .40 | 174.00 |

TOTAL FOR SERVICES:     $ 18,819.50

EXPENSES

|  |  |
|---|---|
| Telecopy | 4.00 |
| Reprographics | 28.50 |
| Postage | 0.60 |
| Air Freight | 21.59 |
| Air/Train Travel | 705.20 |
| Outside Service | 22.90 |

TOTAL EXPENSES:     $     782.79

TOTAL THIS STATEMENT:     $ 19,602.29

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 THIRD AVENUE
NEW YORK, NEW YORK  10017

HERNAN SERRANO                                      December 6, 2005
WEINICK, SANDERS, LEVENTHAL & CO.                  24997-002
1375 BROADWAY                                      Invoice # 8359127
NEW YORK, NY 10018-7010

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2005

RE:  BETTER BUDGET FINANCIAL SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| 11/01/05 | Telephone call from Attorney Bill Harris; office conference with Seth Goldman regarding same. | P B ZLOTNICK | .30 | 153.00 |
| 11/01/05 | Review correspondence in re: payment of bills; draft e-mails in re: same. | S R GOLDMAN | .30 | 124.50 |
| 11/02/05 | Telephone call with Counsel regarding payments; exchange e-mails regarding same; review correspondence. | S R GOLDMAN | .40 | 188.00 |
| 11/08/05 | Telephone call with A.G.; office conference with P. Zlotnick regarding same. | S R GOLDMAN | .20 | 83.00 |
| 11/10/05 | Conference call with Hernan Serrano and Carole Paynter regarding claims issues and liquidation of estate; reviewed final judgment regarding same. | P B ZLOTNICK | 1.30 | 663.00 |

HERNAN SERRANO                              December 6, 2005    PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8359127

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 11/17/05 | Drafted final report; reviewed file regarding same; reviewed and revised same; attention to file regarding same; e-mailed Hernan Serrano regarding same. | P B ZLOTNICK | 1.20 | 612.00 |
| 11/18/05 | Continued drafting receiver's final report; reviewed and revised same; attention to file regarding same. | P B ZLOTNICK | 2.10 | 1071.00 |
| 11/21/05 | Continued drafting receiver's final report; reviewed file regarding same; reviewed and revised same; attention to file regarding same. | P B ZLOTNICK | 6.20 | 3162.00 |
| 11/22/05 | Reviewed and revised Final Report; continued drafting same. | P B ZLOTNICK | 2.10 | 1071.00 |
| 11/23/05 | Continued drafting final report; reviewed file regarding same; reviewed and revised same; attention to file regarding same. | P B ZLOTNICK | 3.50 | 1785.00 |
| 11/30/05 | Continued drafting final report; reviewed file regarding same; exchanged e-mails with Hernan Serrano regarding same; attention to file regarding same. | P B ZLOTNICK | 1.30 | 663.00 |

                                  TOTAL FOR SERVICES:    $  9,575.50


EXPENSES

          Reprographics                                  21.30
          Postage                                         1.20
          Air/Train Travel                              135.90
          Outside Service                                 3.12
          Auto Travel                                   139.42
          Meal Expense                                  269.00

                          TOTAL EXPENSES:    $    569.94

                  TOTAL THIS STATEMENT:    $ 10,145.44

# MINTZ LEVIN

Peter B. Zlotnick | 212 692 6887 | pbzlotnick@mintz.com

Chrysler Center
666 Third Avenue
New York, NY 10017
212-935-3000
212-983-3115 fax
www.mintz.com

January 9, 2006

Mr. Hernan Serrano
Weinick, Sanders, Leventhal & Co.
1375 Broadway
New York, New York 10018-7010

Re:    Better Budget Financial Services, Inc.

Dear Hernan:

Enclosed herewith is our statement for services rendered and related disbursements through December 31, 2005.

In addition, please take a discount off of your entire outstanding balance in the amount of $25,561.72 for a total outstanding balance of $225,000.00.

Please contact me if you have any questions concerning this statement.

Best regards,

Peter B. Zlotnick

PBZ:jc
Encl.

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
BOSTON | WASHINGTON | RESTON | NEW YORK | STAMFORD | LOS ANGELES | LONDON

NYC 313968v1

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 THIRD AVENUE
NEW YORK, NEW YORK  10017

HERNAN SERRANO                                    January 9, 2006
WEINICK, SANDERS, LEVENTHAL & CO.                 24997-002
1375 BROADWAY                                     Invoice # 8362646
NEW YORK, NY 10018-7010

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2005

  RE:  BETTER BUDGET FINANCIAL SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| 12/01/05 | Reviewed and revised Final Report; exchanged e-mails with Hernan Serrano regarding same; reviewed file regarding same; attention to file regarding same. | P B ZLOTNICK | 1.80 | 918.00 |
| 12/05/05 | Reviewed and revised affidavit of Hernan Serrano in support of Final Report. | P B ZLOTNICK | .40 | 204.00 |
| 12/21/05 | Telephone call with Hernan Serrano regarding outstanding receivership issues.  Reviewed file regarding same. | P B ZLOTNICK | .80 | 408.00 |
| 12/22/05 | Reviewed and revised final report; reviewed file regarding same; attention to file regarding same. | P B ZLOTNICK | 4.50 | 2295.00 |

HERNAN SERRANO                          January 9, 2006    PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8362646

12/30/05 Drafted escrow agreement and    P B ZLOTNICK    6.50    3315.00
         order in connection with
         Receiver's Final Report;
         telephone call with Hernan
         Serrano regarding same;
         attention to file regarding
         same; exchanged e-mails with
         Hernan Serrano regarding
         same.


                          TOTAL FOR SERVICES:    $  7,140.00


EXPENSES

         Reprographics                                    88.65
         Outside Service                                  10.00
         Auto Travel                                      27.00

                              TOTAL EXPENSES:    $    125.65

                       TOTAL THIS STATEMENT:     $  7,265.65

                       OUTSTANDING BALANCE:      $243,296.07

                              TOTAL DUE:         $250,561.72

HERNAN SERRANO                                    January 9, 2006
24997-002
8362646


                **\*\*\*\*\*\*\*\* REMITTANCE ADVICE \*\*\*\*\*\*\*\***


Please enclose this page with your check.


Amount Due:                        $250,561.72



                    AMOUNT ENCLOSED:_____




Please remit to the following address:


Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.
P.O. Box 4539
Boston, MA  02212-4539


For Wire Transfers:

Bank Name:        Bank of America
ABA Number:       026009593
Account Name:     Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
                  Firm Account
Account No.:      000058386095


Questions regarding your account may be directed to George Cotton, at
617-542-6000, ext. 504842 .  Our tax I.D. number is 04 271 8459.