# Modified and Amended Financial Schedule of the Receiver

**Better Budget Financial Services Inc.- Hernan Serrano Receiver**
**Accounting Analysis**

| Date | Number | | Deposits | Withdrawals | End Balance | Incoming Funds | Rent Income | Insurance Reimbursement | Misc. Income | Sale of House Proceeds | Transfer to/from Money Market | Rent | Storage | Mortgage | Legal & Professional | Bank Charges | Insurance | Utilities | Telephone | Sale of House R & M | Alarm | Misc. | Comments/Memo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2004 | | Deposit | 0.01 | | 0.01 | 0.01 | | | | | | | | | | | | | | | | | |
| 12/22/2004 | | Incoming Transfer Century Bank | 405,131.86 | | 405,131.87 | 405,131.86 | | | | | | | | | | | | | | | | | |
| 1/10/2005 | | Incoming Transfer Century Bank | 5,596.02 | | 410,727.89 | 5,596.02 | | | | | | | | | | | | | | | | | |
| 1/10/2005 | | Incoming Transfer Julia & John Colon | 45,564.28 | | 456,292.17 | 45,564.28 | | | | | | | | | | | | | | | | | |
| 1/2/2005 | 85 | Cummings Property LLC | | 60,420.00 | 395,872.17 | | | | | | | 60,420.00 | | | | | | | | | | | |
| 3/4/2005 | | Deposit | 59,800.00 | | 455,672.17 | 59,800.00 | | | | | | | | | | | | | | | | | BBFS-Full and Final Payment |
| 3/9/2005 | 87 | Locker USA | | 71.27 | 455,600.90 | | | | | | | | 71.27 | | | | | | | | | | |
| 3/9/2005 | 88 | EZ Storage | | 172.00 | 455,428.90 | | | | | | | | 172.00 | | | | | | | | | | Storage Unit 2907 (thru March 31, 2005) |
| 3/9/2005 | 89 | John A Caruso, 66, N/A, ASI | | 1,060.00 | 454,368.90 | | | | | | | | | | | | | | | | | 1,060.00 | Lease #0440 Unit 283 |
| 3/9/2005 | | Transfer from Chk to MM | | 400,000.00 | 54,368.90 | | | | | (400,000.00) | | | | | | | | | | | | | Payment in Full - BBFS (jewelry appraisal) |
| 3/30/2005 | 90 | Litan Loan | | 7,867.09 | (146,501.81) | | | | | | | | | 7,867.09 | | | | | | | | | |
| 3/25/2005 | 91 | Mintz, Levin, Cohn, Ferris, Glousk & Popeo, P.C. | | 193,169.05 | (254,238.72) | | | | | | | | | | 193,169.05 | | | | | | | | BBFS Receivership - Order date 03/22/05 |
| 3/25/2005 | 92 | Walnick Sanders Leventhal & Co. | | 107,571.48 | (254,238.72) | | | | | | | | | | 107,571.48 | | | | | | | | BBFS Receivership - Order date 03/22/05 |
| 3/25/2005 | | Bank Charges | | 30.00 | (254,268.72) | | | | | | | | | | | 30.00 | | | | | | | Insufficient funds service fee |
| 3/25/2005 | | Transfer MM to CHK | 102,000.00 | | (152,268.72) | | | | | 102,000.00 | | | | | | | | | | | | | |
| 3/29/2005 | | Bank Charges | | 30.00 | (152,298.72) | | | | | | | | | | | 30.00 | | | | | | | Insufficient funds service fee |
| 3/30/2005 | 93 | EZ Storage | | 170.00 | (152,468.72) | | | | | | | | 170.00 | | | | | | | | | | |
| 3/30/2005 | 94 | Locker USA | | 100.00 | (152,568.72) | | | | | | | | 100.00 | | | | | | | | | | #0440 Unit 283 |
| 3/30/2005 | 95 | Litan Loan | | 7,867.09 | (160,435.81) | | | | | | | | | 7,867.09 | | | | | | | | | Locker #2907 - BBFS Receivership (thru April 30, 2005) |
| 3/30/2005 | | Transfer from MM to CHK | 193,200.00 | | 32,764.19 | | | | | 193,200.00 | | | | | | | | | | | | | Acct #001513420 / 4 Confer Way |
| 4/1/2005 | 96 | Metaxas, Norman & Pidgeon, LLP | | 1,774.50 | 30,989.69 | | | | | | | | | | 1,774.50 | | | | | | | | #44605 - BBFS |
| 4/12/2005 | 97 | New England Relocation Group | | 795.43 | 30,194.26 | | | | | | | | | | | | | | | 795.43 | | | 4 Confer Way - BBFS |
| 4/15/2005 | | Transfer in from Joseph Froklich | 180,000.00 | | 210,194.26 | 180,000.00 | | | | | | | | | | | | | | | | | Sale of automobiles |
| 4/19/2005 | | Deposit | 9,156.66 | | 219,350.92 | 9,156.66 | | | | | | | | | | | | | | | | | John Colon IRA & John Colon IRA |
| 4/22/2005 | | Deposit | 2,000.00 | | 221,350.92 | | 2,000.00 | | | | | | | | | | | | | | | | February & March rent from Colon re 4 Confer Way |
| 4/22/2005 | 98 | Joseph Froklich | | 5,000.00 | 216,350.92 | | | | | | | | | | | | | | | | | 5,000.00 | Reimbursement in full for damage to cars |
| 4/29/2005 | 99 | HJB International New England | | 5,845.04 | 210,505.88 | | | | | | | | | | | | 5,845.04 | | | | | | |
| 5/2/2005 | 1001 | Litan Loan | | 7,867.09 | 202,638.79 | | | | | | | | | 7,867.09 | | | | | | | | | Acct #001513420 / 4 Confer Way |
| 5/1/2005 | 1002 | Locker USA | | 200.00 | 202,438.79 | | | | | | | | 200.00 | | | | | | | | | | 978-762-4990, May & June 2005 |
| 5/1/2005 | | Deposit | 16,000.00 | | 218,438.79 | 16,000.00 | | | | | | | | | | | | | | | | | Settlement re: Preferred Financial Services |
| 5/10/2005 | 1003 | Metaxas, Norman & Pidgeon, LLP | | 1,443.00 | 216,995.79 | | | | | | | | | | 1,443.00 | | | | | | | | Inv #44340 re Preferred Financial Services |
| 5/16/2005 | 1004 | The New England Relocation Group | | 413.97 | 216,581.82 | | | | | | | | | | | | | | | 413.97 | | | 54/05 Invoice re alarm and locksmith |
| 6/6/2005 | 1005 | Litan Loan | | 8,767.09 | 207,814.73 | | | | | | | | | 8,767.09 | | | | | | | | | Acct #001513420 / 4 Confer Way |
| 7/6/2005 | 1006 | Litan Loan | | 8,767.09 | 199,047.64 | | | | | | | | | 8,767.09 | | | | | | | | | Acct #001513420 / 4 Confer Way |
| 7/11/2005 | 1007 | Locker USA | | 320.00 | 198,727.64 | | | | | | | | 320.00 | | | | | | | | | | 978-762-4990, July 2005 & Late fee (Acct #5750) |
| 8/7/2005 | 1008 | Metaxas, Norman & Pidgeon, LLP | | 41.58 | 198,686.06 | | | | | | | | | | 41.58 | | | | | | | | Inv #44831 - Paid in Full |
| 8/7/2005 | | Deposit | 2,323.00 | | 201,009.06 | | | 2,323.00 | | | | | | | | | | | | | | | |
| 8/7/2005 | 1009 | Litan Loan | | 8,767.09 | 192,241.97 | | | | | | | | | 8,767.09 | | | | | | | | | Acct #001513420 / 4 Confer Way |
| 8/9/2005 | 1010 | New England Relocation Group | | 2,101.08 | 190,140.89 | | | | | | | | | | | | | 412.60 | 43.19 | 1,014.00 | 631.29 | | 4 Confer Way - BBFS - 5/22 & 8/20/05 invoices |
| 8/16/2005 | | Deposit - AFG Florida EFT | 4,689.95 | | 194,830.84 | 4,689.95 | | | | | | | | | | | | | | | | | from frozen accounts |
| 8/1/2005 | | Transfer from Chk to MM | | 174,000.00 | 20,830.84 | | | | | (174,000.00) | | | | | | | | | | | | | |
| 8/29/2005 | 1011 | Scott Grimes | | 3,500.00 | 17,330.84 | | | | | | | | | | | | | | | | | 3,500.00 | Receivership reimbursement - 3 weeks |
| 9/1/2005 | 1012 | Litan Loan | | 8,767.09 | 8,563.80 | | | | | | | | | 8,767.04 | | | | | | | | | Acct #001513420 / 4 Confer Way |
| 9/14/2005 | 1013 | Locker USA | | 130.00 | 8,433.80 | | | | | | | | 130.00 | | | | | | | | | | 978-762-4990, Oct 2005 (Acct #5750) |
| 9/14/2005 | | Analysis fee for month of Sept 2005 | | 6.20 | 8,427.60 | | | | | | | | | | | 6.20 | | | | | | | |
| 10/1/2005 | 1014 | Litan Loan | | 8,767.04 | (339.44) | | | | | | | | | 8,767.04 | | | | | | | | | Acct #001513420 / 4 Confer Way |
| 10/4/2005 | 1015 | New England Relocation Group | | 732.23 | (1,071.67) | | | | | | | | | | | | | 90.52 | 21.71 | 620.00 | | | 4 Confer Way - BBFS - 10/11/05 invoice |
| 10/6/2005 | 1016 | New England Relocation Group | | 843.44 | (1,915.11) | | | | | | | | | | | | | 448.44 | 395.00 | | | | 4 Confer Way - BBFS - 9/11 invoice |
| 10/17/2005 | | Bank Charges | | 30.00 | (1,945.11) | | | | | | | | | | | 30.00 | | | | | | | |
| 10/20/2005 | | Bank Charges | | 60.00 | (2,005.11) | | | | | | | | | | | 60.00 | | | | | | | |
| 10/24/2005 | | Interest - Overdraft | | 1.06 | (2,006.17) | | | | | | | | | | | | | | | | | 1.06 | Interest expense |
| 10/24/2005 | | Deposit - McElhiney & Matson | 238,152.29 | | 236,146.12 | | | | 238,152.29 | | | | | | | | | | | | | | |
| 11/2/2005 | | Deposit - William Harris and add'l proceeds | 26,125.72 | | 262,271.84 | | | | 5,437.50 | | | | | | | | | | | | | | |
| 11/2/2005 | 1017 | William Harris | | 1,750.00 | 260,521.84 | | | | | | | | | | 1,750.00 | | | | | | | | William Harris (520,688.22) from litigation proceeds |
| 11/15/2005 | 1018 | New England Relocation Group | | 260.00 | 260,331.84 | | | | | | | | | | | | | 190.00 | | | | | Litigation fees |
| 11/15/2005 | 1019 | New England Relocation Group | | 560.39 | 259,771.45 | | | | | | | | | | | | | 538.40 | 21.99 | | | | 4 Confer Way - BBFS - Nov & Dec 2005 (Acct #5750) |
| 11/15/2005 | 1020 | New England Relocation Group | | 2,311.88 | 257,459.57 | | | | | | | | | | | | | 49.82 | 100.34 | 1,921.72 | 240.00 | | 4 Confer Way - BBFS - 6/22/05 invoice |
| 12/20/2005 | 1021 | Locker USA | | 182.00 | 257,277.57 | | | | | | | | 182.00 | | | | | | | | | | 4 Confer Way - BBFS - 10/14/05 invoice |
| 1/2/2006 | 1022 | Wire: Ranch Ends Miller & Co. | | 110.00 | 257,167.57 | | | | | | | | 110.00 | | | | | | | | | | |
| 1/2/2006 | | Transfer from MM to Chk (including $2,626.31) | 282,066.68 | | 539,234.25 | | | | 262,066.68 | | | | | | | | | | | | | | |
| 1/10/2006 | | Estimated Rent not Paid by the Defendants | | 3,000.00 | 535,234.25 | | | | | | | | | | | | | | | | | | |
| 1/20/2006 | | Bank Charges | | 30.00 | 535,204.25 | | | | | | | | | | | | | | | | | | |
| 1/30/2006 | 1023 | Locker USA/Extra Space Storage | | 202.00 | 538,532.25 | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | TOTALS | 1,571,626.47 | 1,035,074.22 | | 725,939.76 | 2,000.00 | 2,323.00 | 20,688.22 | 243,589.79 | 3,266.69 | 60,420.00 | 1,655.27 | 67,436.62 | 308,208.61 | 156.20 | 6,027.04 | 1,539.78 | 582.23 | 3,555.72 | 871.29 | 1,209.40 | 9,567.06 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Actual Funds Marshaled By the Receiver | $ 954,539.79 | | | | |
| | | Interest Earned | 2,626.31 | | | | |
| | | Total | $ 957,166.10 | | | | |
| | | Effect Street - (est. equity extracted by the Defendants) | 175,000.00 | | | | |
| | | Estimated Diamond Ring Value | 40,000.00 | | | | |
| | | Estimated Other Jewelry | 5,000.00 | | | | |
| | | Estimated Home Furnishings | 10,000.00 | | | | |
| | | Estimated Rent not Paid by the Defendants | 3,000.00 | | | | |
| | | Total Estimated Assets Reverted by Settlement | 235,000.00 | | | | |
| | | Revised Total Est. Receivership Estate | $ 1,292,166.10 | | | | |