UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                                                                 :

FEDERAL TRADE COMMISSION,              :
                                                                                 :   **CIVIL ACTION NO.:**
                              Plaintiff,       :   04-12326 (WGY)

       v.

BETTER BUDGET FINANCIAL SERVICES,  :
INC., JOHN COLON, JR., and JULIE
FABRIZIO-COLON,

                            Defendants.

------------------------------------------------------------x

## AFFIDAVIT OF PETER B. ZLOTNICK IN
## SUPPORT OF MODIFIED JOINT FINAL FEE APPLICATION

**PETER B. ZLOTNICK**, being duly sworn, deposes and says:

1. I am a member of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. ("Mintz Levin"), counsel to Hernan Serrano, Jr. the receiver (the "Receiver") of Better Budget Financial Services, Inc. ("BBFS"). I submit this affidavit in order to modify and correct an error contained in the Final Fee Application of the Receiver and His Professionals filed with this Court on or about February 24, 2006.[1]

2. Due to a clerical error, the invoices originally submitted to the Court for payment by Mintz Levin wrongfully requests reimbursement for expert fees in the amount of $39,609.97.

---

[1] The Final Report of Hernan Serrano, Jr. (the "Receiver"), the Court-appointed receiver of Better Budget Financial Services, Inc., together with its subsidiaries and affiliates (collectively, "BBFS"), sworn to February 8, 2006, together with all of the exhibits annexed thereto (the "Final Report"); the joint application of the Receiver, Mintz Levin Cohn Ferris Glovsky & Popeo, P.C. ("Mintz Levin"), the Receiver's counsel, and Weinick Sanders Leventhal & Co. ("WSL") and Executive Sounding Board Associates, Inc. ("ESBA"), the Receiver's forensic accountants and business consultants, dated February 23, 2006 (collectively, the "Original Moving Papers"), are incorporated by reference herein.

Upon review of the Original Moving Papers, it has come to our attention that payment for this expert fee was previously sought and paid in conjunction with the Receiver's prior Fee Application dated March 1, 2005.  This payment however, was not properly reflected on Mintz Levin's invoices and mistakenly submitted again for payment.  We apologize to the Court for this error and respectfully submit that the amount of $39,609.97 must be deducted from the pending fee application.[2]

3. As such, the aggregate amount of professional fees and disbursements requested in the pending Fee Application for payment by the Receiver and His Professionals for the period of January 1, 2005 through and including December 31, 2005 (the "Application Period") is hereby reduced to $303,361.85 from $342,971.82.  This total reflects a reduction of $39,609.97 of the $342,971.82 requested in the Original Motion Papers.

4. As set forth in the Original Moving Papers, the $303,361.85 requested for payment reflects $117,971.82 of fees and disbursements incurred by the Receiver and his former forensic accounting firm Weinick, Sanders, Leventhal & Co. ("WSL") and current firm Executive Sounding Board Associates, Inc. ("ESBA").  This amount also reflects the time charges, disbursements and expenses of $185,390.43 incurred by Mintz Levin on behalf of the Receivership during the Application Period.  It should be noted that Mintz Levin voluntarily extended a courtesy discount of approximately $25,000 from its time charges for the Application Period, which is equivalent to approximately a 13% discount on its time charges (originally $196,178.00) for a total of $170,615.88.  Mintz Levin also incurred expenses of $14,774.15 during the Application Period.  Thus Mintz Levin's fees and expenses for the Application Period total $185,390.03.  A copy of Mintz Levin's corrected invoice dated March 3, 2005, wherein the

---

[2] As soon as we realized this inadvertent error, Mintz Levin advised the FTC that we would make this corrective filing.

erroneous expense fee is removed is attached hereto as Exhibit A. A copy of Mintz Levin's corrected final invoice dated January 9, 2006 is attached hereto as Exhibit B. Also attached hereto as Exhibit C is a Revised Proposed Order Authorizing Payment Of Compensation And Reimbursement Of Expenses To The Receiver And His Professionals.

     5. For all the foregoing reasons, including the reasons set forth in the Original Moving Papers, I respectfully submit that the Court should enter an Order, directing all of the relief sought therein, including but not limited to the payment of professional fees and disbursements the Receiver of BBFS, together with his forensic accountants, WSL and ESBA, and counsel, Mintz Levin, in the aggregate amount of $303,361.85 with respect to the substantial work and services we rendered during the Application Period, together with a $5,000.00 reserve to be applied the Receiver and his professionals to any additional work that may be required of us to wind down and terminate the Receivership.

                                                                 /s/ Peter B. Zlotnick
                                                                    Peter B. Zlotnick

Sworn to before me this
6th day of March, 2006

    /s/
Notary Public