**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
666 Third Avenue
New York, New York 10017

HERNAN SERRANO
WEINICK, SANDERS, LEVENTHAL & CO.
1375 BROADWAY
NEW YORK, NY 10018-7010

March 3, 2005
24997-002
Invoice # 8356338

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2005

RE:  BETTER BUDGET FINANCIAL SERVICES, INC.

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 01/03/05 | Telephone call with Hernan Serrano regarding employee wage issues; Cummings motion to intervene and sale and liquidation of 800 Cummings equipment and furniture; telephone calls with Seth Goldman regarding same; exchanged e-mails with Suzanne Renaud and Seth Goldman regarding Cummings motion to intervene; reviewed Cummings motion papers; researched law regarding same; attention to file regarding same. | P B ZLOTNICK | 3.50 | 1785.00 |
| 01/03/05 | Review motion papers regarding Cummings; telephone conferences with P. Zlotnick regarding same and status; office conferences with S. Riemer regarding research; review pertinent documents regarding same. | S R GOLDMAN | 2.20 | 913.00 |
| 01/03/05 | Reviewed Motion to Intervene; forwarded Motion to Intervene to counsel; reviewed photographs of Unimark offices. | S RENAUD | .20 | 57.00 |

```
HERNAN SERRANO                                    March 3, 2005        PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8356338
```

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/03/05 | Conf w/ P. Zlotnick re: service of subpoena on Providian credit cards; contact Providian; serve subpoena and follow up with their counsel; tele conf w/ H. Serrano. | S J RIEMER | 3.70 | 980.50 |
| 01/04/05 | Office conferences with Seth Goldman and Frank Earley regarding vacating BBFS premises; Cummings motion to intervene; issues regarding liquidation of assets; telephone calls with Hernan Serrano and Evan Phillips regarding all of the above; reviewed file regarding same. | P B ZLOTNICK | 3.50 | 1785.00 |
| 01/04/05 | Telephone call with P. Zlotnick regarding Cummings motion and various issues; telephone call with Cummings regarding same; telephone calls with H. Serrano regarding same; review e-mails; draft same; office conference with F. Earley regarding same; review pertinent documents. | S R GOLDMAN | 2.10 | 871.50 |
| 01/04/05 | Contact American Express and Pacific Life Insurance; ensure service of subpoena and that all relevant accounts of defendants have been frozen. | S J RIEMER | 2.80 | 742.00 |
| 01/04/05 | Review and revise response to subpoena. Conference call with S. Goldman and P. Zlotnick re: opposition to intervention motion. | F J EARLEY | 1.10 | 434.50 |
| 01/05/05 | Telephone calls with Hernan Serrano, Stuart Riemer, Seth Goldman, Lisa Lum and Frank Earley regarding issues regarding Cummings lease; liquidation of receivership assets and financial accounts; researched law regarding trade fixtures regarding BBFS workstations; | P B ZLOTNICK | 4.00 | 2040.00 |

HERNAN SERRANO
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

March 3, 2005          PAGE    3

|            | telephone calls with Cummings general counsel, Susan Brand, Esq., regarding settlement of landlord/tenant dispute; exchanged e-mails with Suzanne Renaud, Hernan Serrano, Seth Goldman, Stuart Riemer, Lisa Lum and Frank Earley regarding all of the above; attention to file regarding same. | | | |
|------------|---------|--------------|------|---------|
| 01/05/05 | Telephone calls with S. Riemer; P. Zlotnick regarding Cummings; telephone call with S. Brand regarding same; office conference with Frank Earley regarding motion and affidavit; review correspondence regarding same; telephone call with H. Serrano regarding status; telephone call with P. Zlotnick and F. Earley regarding motion and opposition; office conference with F. Earley regarding subpoena issues. | S R GOLDMAN | 1.80 | 747.00 |
| 01/05/05 | Reviewed Motion to Intervene; researched timing of response under local rules. | S RENAUD | .60 | 171.00 |
| 01/05/05 | Organize records sent by St. Jean's Credit Union; tele conf w/ Bob Weber to ensure wire transfer. | S J RIEMER | 3.50 | 927.50 |
| 01/05/05 | Review Cummings motion to intervene and to keep security deposit. Review TRO entered by Court appointing Hernan Serrano as receiver re: motion to intervene. Analyze Cummings motion re: opposition. | F J EARLEY | 1.30 | 513.50 |
| 01/06/05 | Telephone calls with Susan Brand regarding BBFS site inspection; office conferences with Suzanne Renaud and Seth Goldman | P B ZLOTNICK | 4.20 | 2142.00 |

HERNAN SERRANO                                    March 3, 2005        PAGE    4
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

        regarding same; telephone
        calls with Hernan Serrano
        regarding same; exchanged
        e-mails with Hernan Serrano,
        Lisa Lee Lum and Seth
        Goldman regarding same;
        office conferences with Seth
        Goldman and Stu Riemer
        regarding Providian credit
        card issues; reviewed file
        regarding same; telephone
        calls with Hernan Serrano
        regarding same; attention to
        file regarding same.

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/06/05 | Office conference with P. Zlotnick regarding status; review documents regarding motion and Cummings issue; office conference with Frank Earley regarding same; exchange e-mails with S. Renaud regarding status; office conference with P. Zlotnick regarding Providian bank; office conferences with S. Riemer regarding status; review documents; telephone call with H. Serrano regarding same. | S R GOLDMAN | 3.50 | 1452.50 |
| 01/06/05 | Organized site visit; discussions with paralegal regarding visit to receivership site. | S RENAUD | .60 | 171.00 |
| 01/06/05 | Conf w/ S. Goldman; write letter to Mass. Cons. Affairs Division regarding complaints against Better Budget; email P. Zlotnick and S. Goldman. | S J RIEMER | 3.20 | 848.00 |
| 01/06/05 | Review Temporary Restraining Order and Stipulated order re: Cummings motion.  Review letter to CPL re: lease and rent payment. Draft letter re: response to Subpoena. Revise receiver's response to subpoena. | F J EARLEY | 5.60 | 2212.00 |

HERNAN SERRANO                                    March 3, 2005          PAGE    5
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

01/06/05  Coordinate plans for 1/8          K T MACDONALD        2.10     315.00
          meetings at 800 Cummings
          Center, Beverly, MA.; phone
          calls with Abe Goldstein,
          furniture appraiser;
          regarding meeting for 1/8;
          phone with S. Renaud to
          discuss logistics and obtain
          keys; phone with Lisa Lee
          Lum from Weinick Sanders to
          discuss requirements for 1/8
          meetings.

01/07/05  Office conferences with Seth      P B ZLOTNICK         4.50    2295.00
          Goldman and Stuart Riemer
          regarding Providian issues;
          lease issues and issues
          regarding Colons' use of
          their credit cards and
          violations of the TRO;
          telephone calls with Hernan
          Serrano regarding same;
          reviewed TRO and stipulation
          modifying same; reviewed
          Providian credit card
          statements and Century Bank
          documents; telephone calls
          with Susan Brand regarding
          site inspection by
          Sensitech; office conference
          with Frank Earley regarding
          Cummings' motion to
          intervene; attention to file
          regarding all of the above.

01/07/05  Office conferences with P.        S R GOLDMAN          3.30    1369.50
          Zlotnick, S. Riemer
          regarding Providian issues;
          use of credit card issues;
          review statement and
          documents related to same;
          telephone calls with H.
          Serrano regarding same;
          office conferences with P.
          Zlotnick regarding lease and
          site issues; attention to
          file regarding same.

01/07/05  Discussion with paralegal        S RENAUD              .30      85.50
          regarding visit to
          receivership site;
          discussion with Susan Brand
          regarding showing of offices.

HERNAN SERRANO                                    March 3, 2005        PAGE    6
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

01/07/05 Draft affidavit if              F J EARLEY          3.50    1382.50
         non-compliance re: Cummings
         Properties.  Review case law
         re: intervention and rights
         of a receiver.

01/07/05 Preparation for trip to         K T MACDONALD       6.30     945.00
         Beverly, MA; coordinate
         logistics for two meetings;
         meet with prospective
         tenants at property; meet
         with Abe Goldstein and
         associate for furniture
         appraisal; furniture
         inventory checked and
         updated for both property
         locations; phone with Lisa
         Lee Lum to discuss faxing of
         file and boxes needed to be
         shipped to NYC

01/08/05 Telephone calls with Hernan     P B ZLOTNICK        1.20     612.00
         Serrano and Seth Goldman
         regarding the arrest of John
         Colon and Providian issues;
         e-mailed to Ted Atkinson,
         Carole Paynter, Hernan
         Serrano and Seth Goldman
         regarding same; reviewed
         file regarding same.

01/10/05 Telephone call with Susan       P B ZLOTNICK        5.50    2805.00
         Brand regarding lease
         issues; telephone call with
         Ted Atkinson,Carole Paynter,
         Hernan Serrano and Seth
         Goldman regarding Providian
         credit card issues,
         discovery issues and lease
         issues; exchanged e-mails
         with same regarding above;
         office conferences with Seth
         Goldman, Frank Earley and
         Stu Riemer regarding same
         and regarding review of BBFS
         documents to be produced to
         defendants; attention to
         file regarding same.

```
HERNAN SERRANO                          March 3, 2005        PAGE    7
FILE NUMBER: 24997-002
INVOICE NO.: 8356338
```

| | | | | |
|---|---|---|---|---|
| 01/10/05 | Review e-mails; office conferences with P. Zlotnick regarding outstanding issues; telephone call with T. Atkinson regarding violations of order; telephone call with P. Zlotnick, T. Atkinson, C. Paynter and H. Serrano regarding same; review pertinent documents regarding same; office conference with P. Zlotnick regarding same. | S R GOLDMAN | 2.50 | 1037.50 |
| 01/10/05 | Review law as it applies to Cummings intervention motion.  Review law as it applies to landlord's interest in security deposits. Review TRO as it applies to assets of estate. Draft memorandum in opposition to Cummings motion to intervene. | F J EARLEY | 7.20 | 2844.00 |
| 01/11/05 | Office conferences with Seth Goldman, Frank Earley regarding lease issues, credit card issues, asset liquidation issues; reviewed file regarding same; exchanged e-mails with counsel for FTC regarding Cummings motion; telephone call with counsel for FTC regarding same; attention to file regarding same; telephone calls with Hernan Serrano regarding same; attention to file regarding same; exchanged e-mails with Ted Atkinson regarding scheduling meet and confer regarding Receiver's subpoena response; telephone call with Ted Atkinson regarding same. | P B ZLOTNICK | 6.50 | 3315.00 |

HERNAN SERRANO                                    March 3, 2005         PAGE    8
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| Date | Description | Name | Hours | Amount |
|---|---|---|---|---|
| 01/11/05 | Review e-mails regarding motion and outstanding issues; office conference with P. Zlotnick regarding same; office conference with Stu Riemer and Frank Earley regarding motion and subpoena. | S R GOLDMAN | .50 | 207.50 |
| 01/11/05 | Reviewed document production with paralegal. | S RENAUD | .10 | 28.50 |
| 01/11/05 | Revise affidavit of non-compliance against Cummings Properties, LLC. Research re: Cummings right of intervention.  Meeting with P. Zlotnick re: subpoena and document review. Meting with S. Riemer re: documents to be reviewed at Hernan Serrano's office. | F J EARLEY | 6.30 | 2488.50 |
| 01/11/05 | Corresponding with P. Zlotnick and Lisa Lee Lum regarding Fed-Exing of boxes from Beverly site; faxing documents to Weinick Sanders | K T MACDONALD | .40 | 60.00 |
| 01/12/05 | Telephone call with Hernan Serrano regarding lease issues, asset recovery and liquidation issues and regarding communications with counsel for FTC and defendants; office conference with Seth Goldman and Frank Earley regarding same; telephone call with Ted Atkinson regarding meet and confer issues and regarding Receiver's demand to take possession of vehicles and jewelry; telephone call with Hernan Serrano and counsel for FTC regarding same; telephone call with counsel for Cummings regarding issues regarding settlement of lease dispute; reviewed file regarding same; attention to file regarding same; drafted demand letter to defendants | P B ZLOTNICK | 7.50 | 3825.00 |

HERNAN SERRANO                                    March 3, 2005        PAGE    9
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

|  |  |  |  |  |
|---|---|---|---|---|
|  | regarding jewelry and vehicles. |  |  |  |
| 01/12/05 | Conversation with Lisa Lee Lum regarding documents; reviewed procedure for filing motion. | S RENAUD | .40 | 114.00 |
| 01/12/05 | Analyze documents in office of Hernan Serrano in order to determine responsiveness to Document Requests. | S J RIEMER | 4.20 | 1113.00 |
| 01/12/05 | Various telephone conferences with S. Riemer re: document review at Hernan Serrano's office. Prepare stipulation re: extension of time to respond to Cummings motion to intervene. Review local rules re: procedure for stipulation. Review case law re: treatment of security deposits in commercial leases. | F J EARLEY | 2.30 | 908.50 |
| 01/13/05 | Reviewed letter to Ted Atkinson regarding repossession of vehicles, jewelry and Elliott Street home; telephone calls with Hernan Serrano and Carole Paynter regarding same and regarding Cummings issues; office conference with Frank Earley regarding same; reviewed research results regarding same; reviewed file regarding same; attention to file regarding same. | P B ZLOTNICK | 4.20 | 2142.00 |
| 01/13/05 | Discussion with court regarding filing motion; reviewed Stipulated Motion to Extend Time. | S RENAUD | .40 | 114.00 |

```
HERNAN SERRANO                              March 3, 2005        PAGE   10
FILE NUMBER: 24997-002
INVOICE NO.: 8356338
```

| 01/13/05 | Conf w/ F. Earley, discuss Defendants' Document Requests, analyze documents in office of Hernan Serrano in order to determine responsiveness to Document Requests. | S J RIEMER | 4.50 | 1192.50 |
|---|---|---|---|---|
| 01/13/05 | Draft assented to motion to extend the Receiver and the FTC's time to respond to Cummings motion to intervene.  Telephone conference with S. Riemer re: document review at Hernan Serrano's office. Legal research re: security deposits and the duties of a secured creditor to obey a court order requiring turnover. | F J EARLEY | 6.10 | 2409.50 |
| 01/14/05 | Telephone call with Hernan Serrano regarding turnover of property; traveling to Beverly, MA on January 18 and January 19 regarding same; Cummings issues; telephone calls with Ted Atkinson and Carole Paynter regarding turnover issues; reviewed file regarding same; office conferences with Seth Goldman and Frank Earley regarding same; reviewed file regarding same; telephone calls with Susan Band and Paul Escobar of Cummings regarding lease issues; office conferences with Frank Earley regarding same; reviewed case law regarding same; attention to file regarding same. | P B ZLOTNICK | 6.00 | 3060.00 |
| 01/14/05 | Assembled and reviewed client documents for potential production of documents as HSBB per, FEarley and SReimer. Coordinated bates labeling and document production per, FEarley and SReimer. | H R DORSAINVIL | 1.00 | 215.00 |

HERNAN SERRANO
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

March 3, 2005        PAGE   11

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/14/05 | Edited assented-to Motion for Extension of Time; filed Motion. | S RENAUD | .30 | 85.50 |
| 01/14/05 | Analyze documents in our possession in order to determine responsiveness to Document Requests. Facilitate copy sets in order for delivery to opposing counsel; inspect all documents in order to ensure no improper documents included in production. Email w/ H. Dorsainvil and F. Earley in order to ensure proper handling of documents over long weekend and for delivery to opposing counsel first thing Tuesday morning. | S J RIEMER | 5.20 | 1378.00 |
| 01/14/05 | Revise assented motion to extend time to respond to Cummings motion to intervene. Conference call with C. Paytner re: security deposit. Various telephone conferences with S. Brand at Cummings re: motion to intervene. Review documents being produced to counsel for the Colon's pursuant to subpoena issued to Receiver. Draft letter to T. Atkinson re: document production. | F J EARLEY | 6.10 | 2409.50 |
| 01/15/05 | Continue facilitating of copy sets in order for delivery to opposing counsel; email w/ F. Earley. | S J RIEMER | .50 | 132.50 |
| 01/16/05 | Review documents being produced to counsel for the Colons by receiver pursuant to subpoena. | F J EARLEY | 2.00 | 790.00 |
| 01/17/05 | Conf w/ F. Earley; tele conf w/ Uniscribe Office Services; facilitate copy sets in order for delivery to opposing counsel; inspect all documents in order to ensure no improper documents included in production. | S J RIEMER | 4.30 | 1139.50 |

HERNAN SERRANO                                March 3, 2005        PAGE    12
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| | | | | |
|---|---|---|---|---|
| 01/17/05 | Review documents from the office of Hernan Serrano to be produced to counsel for the Colons in response to a subpoena. | F J EARLEY | 2.90 | 1145.50 |
| 01/18/05 | Met with representatives of Da Scienza jewelers regarding jewelry acquired by Colons with receivership assets; met with Joan Platt of Carlson GMAC Real Estate regarding real estate and storage issues; reviewed documents and things at offices of Better Budget; met with Susan Brand, Paul Escobar, Gerry McSweeney and Jack Simko of Cummings Properties regarding lease issues; telephone calls with Ted Atkinson regarding turnover issues; telephone call with Carole Paynter regarding all of the above; exchanged e-mails with Susan Brand regarding settlement of lease issues; reviewed and revised draft settlement agreement; exchanged e-mails with Ted Atkinson, Carole Paynter, Christian Pedersen and Hernan Serrano regarding property turnover issues; office conferences with Hernan Serrano regarding all of the above. | P B ZLOTNICK | 10.00 | 5100.00 |
| 01/18/05 | Review documents; review e-mails regarding lease issues, turnover issues; discuss document issues with Frank Earley; attention to file regarding same; exchange e-mails regarding same. | S R GOLDMAN | 1.10 | 456.50 |

HERNAN SERRANO
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

March 3, 2005        PAGE   13

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/19/05 | Reviewed and revised draft settlement agreement with Cummings; telephone call with Susan Brand regarding same; reviewed files at offices of BBFS; telephone calls with Ted Atkinson, Christian Pedersen and Carole Paynter regarding property turnover; office conferences with Hernan Serrano regarding all of the above; attention to file regarding all of the above. | P B ZLOTNICK | 6.80 | 3468.00 |
| 01/19/05 | Telephone call with P. Zlotnick; review e-mails regarding lease issue and turnover proceedings; review docket information; review agreements. | S R GOLDMAN | 1.70 | 705.50 |
| 01/19/05 | Receipt and review of settlement agreement with Cummings Property. | F J EARLEY | .30 | 118.50 |
| 01/20/05 | Telephone calls with Hernan Serrano regarding property turnover, bank issues, Unimark issues; office conferences with Seth Goldman regarding same; exchanged e-mails with Hernan Serrano and Carole Paynter regarding Unimark and Century Bank; exchanged e-mails with Stuart Riemer regarding UCC liens regarding Cummings; office conference with Stuart Riemer regarding same. | P B ZLOTNICK | 3.20 | 1632.00 |
| 01/20/05 | Review documents; office conference with P. Zlotnick regarding status; telephone call with R. Marder regarding Century Bank; review draft agreement; draft e-mails regarding same. | S R GOLDMAN | 1.60 | 664.00 |
| 01/20/05 | Corresponded with client regarding visit to BBFS offices. | S RENAUD | .30 | 85.50 |

HERNAN SERRANO                              March 3, 2005        PAGE   14
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/20/05 | Conf w/ P. Zlotnick; research UCC and lien judgment databases in Westlaw in order to determine whether any UCC liens exist against Better Budget; write email to P. Zlotnick. | S J RIEMER | .50 | 132.50 |
| 01/20/05 | Meeting with P. Zlotnick re: UniMark.  Draft letter to defendant's counsel re: UniMark issues. | F J EARLEY | .70 | 276.50 |
| 01/21/05 | Telephone call with Ted Atkinson regarding turnover of personal property to Colons and issues relating thereto; telephone calls with Hernan Serrano and Seth Goldman regarding same and regarding Cummings settlement; reviewed and revised Cummings settlement agreement; exchanged e-mails with Sensitech's counsel regarding sale of property to Sensitech. | P B ZLOTNICK | 1.20 | 612.00 |
| 01/21/05 | Review e-mails regarding cash registers and settlement agreement; draft e-mail regarding same. | S R GOLDMAN | 1.10 | 456.50 |
| 01/21/05 | Travel to and from BBFS; monitored removal of property; collected documents; conferred with client regarding documents to remain at site. | S RENAUD | 5.70 | 1624.50 |
| 01/22/05 | Drafted e-mail to Christian Pedersen regarding exchange of personal property. | P B ZLOTNICK | .40 | 204.00 |
| 01/24/05 | Exchanged e-mails with Hernan Serrano, Seth Goldman and Ted Atkinson regarding exchange of persona property with Colons. | P B ZLOTNICK | .50 | 255.00 |
| 01/24/05 | Coordinated entry into former BBFS offices with paralegal and client. | S RENAUD | .50 | 142.50 |

HERNAN SERRANO
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

March 3, 2005          PAGE   15

| | | | | |
|---|---|---|---|---|
| 01/24/05 | Review settlement agreement with Cummings Properties. | F J EARLEY | .40 | 158.00 |
| 01/24/05 | Reorganizing documents from site in Beverly to be sent to Weinick Sanders; prepare nine boxes of documents to be Fed Exed from Boston to New York | K T MACDONALD | 2.10 | 315.00 |
| 01/25/05 | Telephone call with Ted Atkinson, Hernan Serrano regarding property exchange with Colons and settlement with Cummings; telephone calls with Brian Moore and Susan Brand regarding Cummings/Sensitech agreement; office conference with Seth Goldman regarding all of the above; reviewed and revised Sensitech agreement; exchanged e-mails with interested parties' counsels regarding same; exchanged e-mails with Seth Goldman, Hernan Serrano, Suzanne Renaud regarding all of the above; attention to file regarding same. | P B ZLOTNICK | 5.70 | 2907.00 |
| 01/25/05 | Calls with P. Zlotnick in regards to status; calls with various counsel in regards to agreement; calls with H. Serrano in regards to same; review pertinent documents. | S R GOLDMAN | 2.00 | 830.00 |
| 01/25/05 | Corresponded with client regarding documents removed from BBFS office. | S RENAUD | .10 | 28.50 |
| 01/25/05 | Facilitate and finalize supplemental document production, re: Defendants' Document Requests. | S J RIEMER | 2.50 | 662.50 |
| 01/25/05 | Telephone conference with S. Riemer re: document review. review supplemental document production. | F J EARLEY | 1.80 | 711.00 |

HERNAN SERRANO
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

March 3, 2005          PAGE   16

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 01/25/05 | Correspondence with L. Lum to arrange for shipment of boxes; assist S. Renaud in preparing boxes to be sent to H. Serrano's office | K T MACDONALD | 1.10 | 165.00 |
| 01/26/05 | Calls with Susan Brand. Brian Moore, Carole Paynter, Ted Atkinson and Hernan Serrano regarding Cummings/Sensitech lease/sale issues. Office conference with Set Goldman regarding same. Reviewed and revised Stipulation and Settlement Agreement and related document. Agreement and related documents. Exchanged emails with above regarding same. Calls with Hernan Serrano regarding turnover of receivership assets. Reviewed files regarding same. Exchanged e-mails with Hernan Serrano regarding same. Prepared for trip to Beverly, MA regarding same. Calls with Ted Atkinson regarding same. Attention to file regarding same. | P B ZLOTNICK | 7.00 | 3570.00 |
| 01/26/05 | Calls with P. Zlotnick in regards to status; calls with counsel in regards to same; review docs and emails in regards to settlement agreement; calls with H. Serrano and P. Zlotnick; review and revise agreement; review order. | S R GOLDMAN | 2.50 | 1037.50 |
| 01/26/05 | Arranged for filing of Stipulation. | S RENAUD | .10 | 28.50 |
| 01/26/05 | Various telephone conferences with S. Riemer re: document production. Review documents to be produced. | F J EARLEY | .50 | 197.50 |

HERNAN SERRANO                                    March 3, 2005        PAGE   17
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/27/05 | Met with Christian Pederson and Julie Colon regarding turnover of assets. Met with Hernan Serrano regarding same. Reviewed files at offices of BBFS. Met with representatives of Heritage Bank and E-Z Storage regarding securing receivership assets. Calls with Ted Atkinson and Set Goldman regarding all of the above. Attention to file regarding same. Calls wtih Susan Brand regarding Stipulation and Settlement Agreement. Met with representatives of Cummings regarding same. | P B ZLOTNICK | 8.00 | 4080.00 |
| 01/27/05 | Calls with P. Strong in regards to Heritage Bank; calls with P. Zlotnick in regards to status; Revise agreement in regards to Settlement ; calls with various counsel in regards to same. | S R GOLDMAN | 3.10 | 1286.50 |
| 01/27/05 | Arranged to file Stipulation. | S RENAUD | .10 | 28.50 |
| 01/27/05 | Facilitate and finalize supplemental document production, re: Defendants' Document Requests; call w/ S. Ostrow re: return of documents to her office; ensure proper documents are delivered as such. | S J RIEMER | 1.20 | 318.00 |
| 01/28/05 | Met with Hernan Serrano regarding asset turnover issues. Calls with Carole Paynter and Ted Atkinson regarding same. Met with representatives of Carlson Real Estate at Elliot Stuart home regarding securing same. Reviewed books and records regarding same. Attention to file regarding same. | P B ZLOTNICK | 7.00 | 3570.00 |

HERNAN SERRANO                                      March 3, 2005          PAGE  18
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/28/05 | Telephone conference w/P. Strong in re: Heritage Bank; telephone conferences w/ P. Zlotnick in re: status; review e-mails in re: stipulation; revise correspondence; draft e-mails | S R GOLDMAN | 2.30 | 954.50 |
| 01/28/05 | Prepared documents for filing; filed Stipulation in District of Massachusetts. | S RENAUD | .40 | 114.00 |
| 01/28/05 | Letter to Heritage Bank re: freezing of assets. Review stipulation extending temporary receiver. | F J EARLEY | .40 | 158.00 |
| 01/31/05 | Reviewed file regarding 1/27 - 28 trip to Beverly, MA. Reviewed Stipulation and Settlement Agreement and FTC's Motion for Summary Judgment papers. Drafted email to Ted Atkinson and Carole Paynter regarding turnover of receivership assets. Office conference with Set Goldman regarding same. | P B ZLOTNICK | 3.20 | 1632.00 |
| 01/31/05 | Office conference w/P. Zlotnick in re: status; telephone conferences w/Heritage Bank in re: assets; review pertinent docs | S R GOLDMAN | .40 | 166.00 |
| 01/31/05 | Follow-up for filing of Bill of Sale. | S RENAUD | .10 | 28.50 |
| 02/01/05 | Reviewed Cummings documents regarding payment issues; exchanged e-mails with Hernan Serrano and Seth Goldman regarding Unimark and computer issues; drafted e-mail to Ted Atkinson regarding same, and regarding declarations; attention to file regarding same. | P B ZLOTNICK | 1.80 | 918.00 |

HERNAN SERRANO                                    March 3, 2005              PAGE   19
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| 02/01/05 | Calls with B. Moore in regards to sensitech sale; calls with H. Serrano in regards to same; review documents and agreements; conference with P. Zlotnick in regards to status; draft email; review same. | S R GOLDMAN | 1.80 | 747.00 |
|---|---|---|---|---|
| 02/01/05 | Called court regarding dismissal of action. | S RENAUD | .10 | 28.50 |
| 02/02/05 | Telephone call from Former BBFS employee Erica Murphy; telephone calls with Hernan Serrano regarding mediation and regarding Unimark issues; office conferences with Seth Goldman regarding drafting letters regarding same; exchanged e-mails with above regarding same. | P B ZLOTNICK | 1.20 | 612.00 |
| 02/02/05 | Office conference with P. Zlotnick in regards to status; review documents; draft emails; Telephone calls with H. Serrano in regards to status; review documents. | S R GOLDMAN | 2.20 | 913.00 |
| 02/03/05 | Telephone call with Ted Atkinson regarding mediation issues and Unimark computer issues; telephone calls with Hernan Serrano and Seth Goldman regarding same and regarding Sensitech sale issues. | P B ZLOTNICK | 1.50 | 765.00 |
| 02/03/05 | Telephone call with P. Zlotnick and H. Serrano regarding status; finalize bill of sale and settlement issues; review correspondence; draft correspondence; telephone call with B. Moore; office conference with F. Earley regarding letter. | S R GOLDMAN | 2.50 | 1037.50 |
| 02/04/05 | Telephone call with Hernan Serrano regarding asset schedules; reviewed same. | P B ZLOTNICK | .30 | 153.00 |

HERNAN SERRANO                              March 3, 2005        PAGE   20
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

| | | | | |
|---|---|---|---|---|
| 02/04/05 | Review documents; telephone calls with H. Serrano regarding status; outstanding issues; review and revise letters regarding stipulation and conferences; office conferences with P. Zlotnick regarding same. | S R GOLDMAN | 1.60 | 664.00 |
| 02/04/05 | Draft letter to T. Atknison re: clients payment and UniMark computers. Draft letter to Cummings re: settlement. Draft letter to Paul Barlett re: loan. | F J EARLEY | 1.20 | 474.00 |
| 02/07/05 | Office conference with P. Zlotnick regarding status; telephone call with Susan Brand regarding settlement and payments; review pertinent documents. | S R GOLDMAN | .30 | 124.50 |
| 02/07/05 | Reviewed ECF notices from court regarding status conference. | S RENAUD | .10 | 28.50 |
| 02/09/05 | Office conferences with Seth Goldman and Suzanne Renaud regarding status conference; exchanged e-mails with receiver, Seth Goldman and Suzanne Renaud regarding same; reviewed letter from counsel for Robert Nekoroski regarding Unimark | P B ZLOTNICK | .80 | 408.00 |
| 02/09/05 | Office conference with P. Zlotnick regarding status; review e-mails regarding conference; telephone call with H. Serrano regarding same; review pertinent documents. | S R GOLDMAN | .40 | 166.00 |
| 02/09/05 | Travel to and from court; attended status conference; wrote summary of status conference. | S RENAUD | 1.80 | 513.00 |

HERNAN SERRANO
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

March 3, 2005        PAGE   21

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 02/10/05 | Office conference with Seth Goldman regarding pre-trial issues; reviewed court's order regarding pre-trial schedule; reviewed consumer complaints. | P B ZLOTNICK | 1.20 | 612.00 |
| 02/10/05 | Review documents and correspondence; office conference with P. Zlotnick regarding status. | S R GOLDMAN | .30 | 124.50 |
| 02/11/05 | Reviewed defendants opposition to FTC's summary judgment motion; attention to file regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 02/14/05 | Reviewed supporting documents to defendants papers in opposition to FTC's summary judgment motion. | P B ZLOTNICK | .60 | 306.00 |
| 02/14/05 | Office conference with P. Zlotnick regarding status; telephone call with H. Serrano regarding same; asset issues. | S R GOLDMAN | .40 | 166.00 |
| 02/15/05 | Telephone call with Ted Atkinson, Hernan Serrano and John Byrd of CoreFacts regarding defendants supplemental request for documents and electronic data regarding former BBFS employee, Davis Clement; office conferences with Suzanne Renaud and Seth Goldman regarding same; exchanged e-mails with Ted Atkinson, Hernan Serrano, John Byrd, Suzanne Renaud and Seth Goldman regarding same; telephone calls with Ted Atkinson and Hernan Serrano regarding mediation and asset valuation issues; office conference with Seth Goldman regarding same. | P B ZLOTNICK | 5.70 | 2907.00 |

HERNAN SERRANO
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

                                        March 3, 2005          PAGE   22

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 02/15/05 | Office conference with P. Zlotnick regarding status; telephone call with H. Serrano regarding same; review pertinent documents regarding assets. | S R GOLDMAN | .50 | 207.50 |
| 02/15/05 | Discussion regarding visit to storage warehouse. | S RENAUD | .10 | 28.50 |
| 02/16/05 | Telephone calls with Ted Atkinson, John Byrd and John Ashley of CoreFacts regarding Davis Clements electronic data retrieval; telephone call with Hernan Serrano regarding same; attention to file regarding same. | P B ZLOTNICK | 2.30 | 1173.00 |
| 02/16/05 | Telephone call with Massachusetts Attorney General; review pertinent documents regarding same; office conference with P. Zlotnick regarding status. | S R GOLDMAN | .90 | 373.50 |
| 02/16/05 | Spoke with opposing counsel regarding document review at off-site storage facility. | S RENAUD | .20 | 57.00 |
| 02/17/05 | Telephone call with Ted Atkinson regarding outstanding asset issues; telephone call with Carole Paynter regarding supplemental document request; telephone call with Hernan Serrano regarding same; office conference with Seth Goldman regarding same. | P B ZLOTNICK | 1.00 | 510.00 |
| 02/17/05 | Coordinated trip to storage facility. | S RENAUD | .10 | 28.50 |
| 02/18/05 | Oversaw plaintiff's review of documents in storage locker; copied documents; follow-up from document review; mailed documents. | S RENAUD | 2.20 | 627.00 |

```
HERNAN SERRANO                           March 3, 2005        PAGE   23
FILE NUMBER: 24997-002
INVOICE NO.: 8356338
```

| | | | | |
|---|---|---|---|---|
| 02/22/05 | Calls with Hernan Serrano regarding status and settlement discussions between parties and inspection of those discussion on receiverships Exchanged emails with Hernan Serrano and Seth Goldman in regards to same. | P B ZLOTNICK | 1.00 | 510.00 |
| 02/22/05 | Review documents regarding status and settlement; draft e-mails regarding same. | S R GOLDMAN | .30 | 124.50 |
| 02/23/05 | Review documents regarding status; draft e-mail regarding same. | S R GOLDMAN | .30 | 124.50 |
| 02/24/05 | Calls with Hernan Serrano and Seth Goldman regarding settlement in principle of case. | P B ZLOTNICK | .50 | 255.00 |
| 02/24/05 | Calls with H. Serrano and P. Zlotnick in regards to status; review filings in regards to same. | S R GOLDMAN | .70 | 290.50 |
| 02/25/05 | Calls wuth H, Serrano in regards to Status. | S R GOLDMAN | .20 | 83.00 |
| 02/26/05 | Exchange e-mails with Christian Pedersen, Ted Atkinson, Carole Paynter, Hernan Serrano and Seth Goldman re: Settlement, state ct. proceedings and issues regardsing receivership assets. Attention to file in regards to same. | P B ZLOTNICK | .50 | 255.00 |
| 02/28/05 | Review documents; teleconference with T. Akinson and C. Peterson in re: outstanding issues; review documents in re: same; teleconference with H. Serrano in re: issues; conference-call with P. Zlotnick in re: issues; review documents; attention to file. | S R GOLDMAN | 3.00 | 1245.00 |

HERNAN SERRANO                                    March 3, 2005        PAGE   24
FILE NUMBER: 24997-002
INVOICE NO.: 8356338

                                TOTAL FOR SERVICES:     $105,661.35


EXPENSES

        Telecopy                                         558.00
        Color 11 x 17                                      7.50
        Number Labeling                                  414.35
        Reprographics                                   1673.24
        Oversize Copy                                     48.75
        Color Copy                                         9.35
        Postage                                            1.80
        Out/Town Travel                                  298.26
        Air Freight                                      296.28
        Outside Service                                  125.59
        Auto Travel                                      549.64
        Taxi and ground transportation                   653.56
        Lexis                                             30.57
        Westlaw                                         3529.46
        Meal Expense                                     184.40

                          TOTAL EXPENSES:      $8,380.75

                    TOTAL THIS STATEMENT:     $114,042.10

HERNAN SERRANO                                    March 3, 2005
24997-002
8356338


**\*\*\*\*\*\*\*\* REMITTANCE ADVICE \*\*\*\*\*\*\*\***


Please enclose this page with your check.


Current Invoice Amount:                    $114,042.10



            AMOUNT ENCLOSED:_____



**Please remit to the following address:**

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
**P. O. Box 4539**
**Boston, MA  02212-4539**


**For Wire Transfers:**

**Bank Name:        Bank of America**
**ABA Number:       026009593**
**Account Name:     Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
**                  Firm Account**
**Account No.:      000058386095**


Questions regarding your account may be directed to George Cotton, at
617-542-6000, ext. 504842 .  Our tax I.D. number is 04 271 8459.