**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 THIRD AVENUE
NEW YORK, NEW YORK  10017

HERNAN SERRANO
WEINICK, SANDERS, LEVENTHAL & CO.
1375 BROADWAY
NEW YORK, NY 10018-7010

January 9, 2006
24997-002
Invoice # 8362646

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2005

**RE:  BETTER BUDGET FINANCIAL SERVICES, INC.**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 12/01/05 | Reviewed and revised Final Report; exchanged e-mails with Hernan Serrano regarding same; reviewed file regarding same; attention to file regarding same. | P B ZLOTNICK | 1.80 | 918.00 |
| 12/05/05 | Reviewed and revised affidavit of Hernan Serrano in support of Final Report. | P B ZLOTNICK | .40 | 204.00 |
| 12/21/05 | Telephone call with Hernan Serrano regarding outstanding receivership issues.  Reviewed file regarding same. | P B ZLOTNICK | .80 | 408.00 |
| 12/22/05 | Reviewed and revised final report; reviewed file regarding same; attention to file regarding same. | P B ZLOTNICK | 4.50 | 2295.00 |

```
HERNAN SERRANO                                January 9, 2006    PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8362646

12/30/05  Drafted escrow agreement and    P B ZLOTNICK      6.50   3315.00
          order in connection with
          Receiver's Final Report;
          telephone call with Hernan
          Serrano regarding same;
          attention to file regarding
          same; exchanged e-mails with
          Hernan Serrano regarding
          same.


                                 TOTAL FOR SERVICES:     $   7,140.00

EXPENSES

     Reprographics                                              88.65
     Outside Service                                            10.00
     Auto Travel                                                27.00

                                 TOTAL EXPENSES:         $     125.65

                                 TOTAL THIS STATEMENT:   $   7,265.65

                                 OUTSTANDING BALANCE:    $203,686.10

                                 TOTAL DUE:             $210,951.75
```

```
HERNAN SERRANO                                    January 9, 2006
24997-002
8362646
```

********* REMITTANCE ADVICE *********

Please enclose this page with your check.

Amount Due:                          $210,951.75


                    AMOUNT ENCLOSED:_____



Please remit to the following address:

Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.
P.O. Box 4539
Boston, MA   02212-4539


For Wire Transfers:

Bank Name:      Bank of America
ABA Number:     026009593
Account Name:   Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
                Firm Account
Account No.:    000058386095


Questions regarding your account may be directed to George Cotton, at
617-542-6000, ext. 504842 .  Our tax I.D. number is 04 271 8459.