# ATTACHMENT  B

HERNAN SERRANO
FILE NUMBER: 24997-002
INVOICE NO.: 8332772

April 13, 2005          PAGE    3

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 03/04/05 | Telephone calls with Seth Goldman, Hernan Serrano, Ted Atkinson, Christian Pederson and Carole Paynter regarding issues regarding property in dispute at Conifer Way Home and transition of Colons to Elliott Street home; office conferences with Seth Goldman regarding same; reviewed files, including Consent Order and TRO regarding same; exchanged e-mails with above regarding same. | P B ZLOTNICK | 7.50 | 3825.00 |
| 03/04/05 | Telephone call with P. Zlotnick, H. Serrano, T. Atkinson, C. Peterson, C. Paynter regarding various issues regarding settlement and assets. | S R GOLDMAN | 2.20 | 913.00 |
| 03/07/05 | Telephone call with Hernan Serrano regarding realtor's inspection of home at Conifer Way and delivery of keys to Elliott Street house; exchanged e-mails with Hernan Serrano, Carole Paynter regarding same; attention to file regarding same. | P B ZLOTNICK | .50 | 255.00 ✳ |
| 03/07/05 | Review consent order regarding settlement; review e-mails regarding settlement; office conference with P. Zlotnick regarding outstanding issues. | S R GOLDMAN | 1.10 | 456.50 |
| 03/08/05 | Exchanged e-mails with Hernan Serrano and Ted Atkinson regarding Conifer mortgage issues and Elliott Street house issues. | P B ZLOTNICK | .50 | 255.00 |

HERNAN SERRANO
FILE NUMBER: 24997-002
INVOICE NO.: 8332772

April 13, 2005      PAGE    4

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 03/09/05 | Telephone calls with Hernan Serrano regarding Consent Order issues; reviewed invoices regarding plasma television and other fixtures and appliances in dispute; office conference with Seth Goldman regarding same. | P B ZLOTNICK | 1.00 | 510.00 |
| 03/09/05 | Telephone calls with H. Serrano and P. Zlotnick regarding Conifer Way home issues; settlement issues; office conference with P. Zlotnick regarding same; telephone calls with C. Peterson regarding state court issues. | S R GOLDMAN | 1.80 | 747.00 |
| 03/10/05 | Telephone call with Ted Atkinson regarding delays in Colons move from Conifer Way home; telephone call with Hernan Serrano regarding same; office conference with Seth Goldman regarding same; attention to file regarding same. | P B ZLOTNICK | 1.00 | 510.00 |
| 03/10/05 | Review e-mails regarding settlement issues; office conference with P. Zlotnick regarding same. | S R GOLDMAN | 1.20 | 498.00 |
| 03/11/05 | Exchanged e-mails with Hernan Serrano regarding photos of Conifer Way home; telephone call with Hernan Serrano regarding same; exchanged e-mails with Suzanne Renaud regarding court filings. | P B ZLOTNICK | 1.00 | 510.00 ✳ |
| 03/11/05 | Review e-mails regarding status; telephone call with C. Peterson regarding state court litigations; exchanged e-mails regarding fixture issues; review documents regarding same. | S R GOLDMAN | 1.80 | 747.00 |

HERNAN SERRANO
FILE NUMBER: 24997-002
INVOICE NO.: 8332772

April 13, 2005        PAGE    5

| 03/14/05 | Exchanged e-mails with parties' counsel regarding dispute regarding consent order and furnishings at Conifer Way home; exchanged e-mails with Seth Goldman and Hernan Serrano regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 03/14/05 | Review e-mails regarding status and settlement issues; telephone calls with S. Missry regarding BBFS litigation issues. | S R GOLDMAN | 1.00 | 415.00 |
| 03/16/05 | Telephone call with Hernan Serrano regarding status of Conifer Way home; exchanged e-mails with Hernan Serrano regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 03/17/05 | Exchanged e-mails with Christian Pederson and Hernan Serrano regarding deed for Conifer Way; attention to file regarding same. | P B ZLOTNICK | .30 | 153.00 |
| 03/17/05 | Office conference with P. Zlotnick regarding status; review e-mails regarding same. | S R GOLDMAN | .30 | 124.50 |
| 03/18/05 | Exchanged e-mails with Hernan Serrano and Century Bank regarding issues regarding release of funds to Colons; attention to file regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 03/21/05 | Reviewed Conifer Way Deed and realtors agreement and related documents regarding sale of Conifer Way home; exchanged e-mails with Suzanne Sumski of Century Bank; attention to file regarding same; and regarding outstanding issues in case. | P B ZLOTNICK | 4.50 | 2295.00 |

HERNAN SERRANO                                    April 13, 2005        PAGE    6
FILE NUMBER: 24997-002
INVOICE NO.: 8332772

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 03/22/05 | Telephone call with special investigator Charles McIntyre of Chubb regarding Colon's jewelry claim; conducted Internet search regarding Mark Thomson and Kurt Macquin. | P B ZLOTNICK | 1.50 | 765.00 |
| 03/23/05 | Telephone call with Hernan Serrano regarding issues re: Chubb investigation regarding Conifer Way and Elliott Street homes and regarding Colons' current business activities; telephone call with Joan Platt of Carson GMAC Realtors; telephone call with Ted Atkinson regarding Conifer Way home issues. | P B ZLOTNICK | 2.10 | 1071.00 |
| 03/24/05 | Telephone call with Hernan Serrano regarding issues regarding Conifer Way; exchanged e-mails with Hernan Serrano and Carol Paynter regarding same; attention to file regarding same. | P B ZLOTNICK | .70 | 357.00 |
| 03/25/05 | Telephone call with Hernan Serrano regarding new business and John and Julie Colon; conducted Internet search regarding same. | P B ZLOTNICK | .70 | 357.00 |
| 03/29/05 | Exchanged e-mails with Suzanne Renaud regarding court's erroneous termination of case. | P B ZLOTNICK | .40 | 204.00 |
| 03/30/05 | Prepared for meeting with Hernan Serrano on March 31, 2005 at WSL offices. | P B ZLOTNICK | 1.00 | 510.00 |
| 03/31/05 | Attended meeting at offices of Weinick Sanders Leventhal with Hernan Serrano and Lisa Lum; prepared for same; exchanged e-mails with same; attention to file regarding same. | P B ZLOTNICK | 4.30 | 2193.00 |

BILLABLE SERVICES BEFORE ADJUSTMENTS:    $ 30,993.00

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York  10017

HERNAN SERRANO
WEINICK, SANDERS, LEVENTHAL & CO.
1375 BROADWAY
NEW YORK, NY 10018-7010

May 5, 2005
24997-002
Invoice # 8335252

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2005

**RE:  BETTER BUDGET FINANCIAL SERVICES, INC.**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 03/02/05 | Confer with SGoldman regarding filing of motion. | S RENAUD | .10 | 28.50 |
| 03/04/05 | Follow-up with court regarding return date of motion. | S RENAUD | .20 | 57.00 |
| 03/25/05 | Called court; drafted Motion for Clarification. | S RENAUD | .70 | 199.50 |
| 03/30/05 | Contacted court regarding ability to file final motion. | S RENAUD | .10 | 28.50 |
| 04/01/05 | Office conference with Seth Goldman regarding status of receivership; reviewed Consent Order regarding same; attention to file regarding same. | P B ZLOTNICK | .80 | 408.00 |
| 04/01/05 | Office conference with P. Zlotnick regarding outstanding matters; review pertinent documents and e-mails regarding same. | S R GOLDMAN | .50 | 207.50 |
| 04/04/05 | Telephone call with Christian Pederson regarding status of receivership; office conference with Seth Goldman regarding same and regarding April 6 - 8 trip to Beverly, MA. | P B ZLOTNICK | .80 | 408.00 |

HERNAN SERRANO
FILE NUMBER: 24997-002
INVOICE NO.: 8335252

May 5, 2005        PAGE    2

| 04/04/05 | Telephone call with C. Pederson regarding outstanding litigation issues; telephone call with P. Zlotnick regarding same; telephone call with P. Zlotnick and H. Serrano regarding liquidation issues. | S R GOLDMAN | .70 | 290.50 |
| 04/05/05 | Telephone calls with Hernan Serrano regarding April 6-8 trip to Beverly, MA; exchanged e-mails with Hernan Serrano, Christian Pedersen and Seth Goldman regarding same and regarding settlement of state court litigations; attention to file regarding same. | P B ZLOTNICK | 1.80 | 918.00 |
| 04/06/05 | Met with Hernan Serrano and Seth Goldman regarding sale of Conifer Way House, automobiles and other property; inspected Conifer Way Home and vehicles; met with prospective purchaser of vehicles; met with realtors regarding sale of home; retrieved jewelry from safe deposit box; telephone calls with Christian Pederson regarding issues regarding title to vehicle and missing property; attention to file regarding same. | P B ZLOTNICK | 7.50 | 3825.00 |
| 04/06/05 | Meeting with Hernan Serrano and P. Zlotnick regarding liquidation of assets; met with potential purchasers; retrieved assets; telephone call with S. Renaud regarding same; inventory of same; attention to file regarding same. | S R GOLDMAN | 7.00 | 2905.00 |
| 04/06/05 | Transported defendant's jewelry. | S RENAUD | .50 | 142.50 |

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York   10017

HERNAN SERRANO                           July 12, 2005
WEINICK, SANDERS, LEVENTHAL & CO.        24997-002
1375 BROADWAY                            Invoice # 8342626
NEW YORK, NY 10018-7010

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2005

RE:  BETTER BUDGET FINANCIAL SERVICES, INC.

---

| | | | | |
|---|---|---|---|---|
| 06/03/05 | Telephone call with Hernan Serrano regarding sale of Conifer Way home and settlement of litigations; exchanged e-mails regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 06/07/05 | Office conference with Hernan Serrano regarding issues regarding possibly changing real estate broker to sell Conifer Way home. | P B ZLOTNICK | .50 | 255.00 |
| 06/08/05 | Telephone call with counsel regarding state court settlement and terms; telephone call with P. Zlotnick regarding same; telephone call with Hernan Serrano regarding house issues; telephone call with H. Serrano regarding same; review pertinent documents. | S R GOLDMAN | .80 | 332.00 |
| 06/27/05 | Review correspondence and documents; draft e-mails regarding state court litigations; review same. | S R GOLDMAN | .50 | 207.50 |

HERNAN SERRANO                                          July 12, 2005        PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8342626

06/29/05  Telephone call with H.         S R GOLDMAN            .50      207.50
          Serrano regarding issues;
          review documents; draft
          e-mails; telephone call with
          William Harris regarding
          settlement issues.


                                    TOTAL FOR SERVICES:     $   1,206.00


EXPENSES

          Reprographics                                            0.15
          Postage                                                  0.60

                              TOTAL EXPENSES:     $       .75

                       TOTAL THIS STATEMENT:     $   1,206.75

                      OUTSTANDING BALANCE:       $156,621.42

                          TOTAL AMOUNT DUE:      $157,828.17

HERNAN SERRANO                                          July 12, 2005
24997-002
8342626


         ********** REMITTANCE ADVICE **********


Please enclose this page with your check.


Current Invoice Amount:              $157,828.17


              AMOUNT ENCLOSED:_____



**Please remit to the following address:**

**Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.**
**P. O. Box 4539**
**Boston, MA 02212-4539**


**For Wire Transfers:**

**Bank Name:**       **Bank of America**
**ABA Number:**      **026009593**
**Account Name:**    **Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
                 **Firm Account**
**Account No.:**     **000058386095**


Questions regarding your account may be directed to George Cotton, at
617-542-6000, ext. 504842.  Our tax ID number is 04 271 8459.

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York  10017

HERNAN SERRANO                          August 3, 2005
WEINICK, SANDERS, LEVENTHAL & CO.       24997-002
1375 BROADWAY                           Invoice # 8345207
NEW YORK, NY 10018-7010

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2005

RE:  BETTER BUDGET FINANCIAL SERVICES, INC.

---

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 07/01/05 | Conferred with Hernan Serrano regarding status of receivership; exchanged e-mails with Seth Goldman and Suzanne Renaud regarding delivery of documents. | P B ZLOTNICK | .70 | 357.00 |
| 07/01/05 | Review e-mails; respond to same regarding settlement and document issues. | S R GOLDMAN | .30 | 124.50 |
| 07/06/05 | Exchange e-mails with S. Renaud regarding BBFS documents. | S R GOLDMAN | .20 | 83.00 |
| 07/15/05 | Office conference with Seth Goldman regarding status of state litigations and sale of home. | P B ZLOTNICK | .30 | 153.00 |
| 07/15/05 | Office conference with P. Zlotnick regarding state court and house issues. | S R GOLDMAN | .30 | 124.50 |
| 07/20/05 | Review documents regarding litigation; draft letter regarding same; revise same. | S R GOLDMAN | .40 | 166.00 |
| 07/22/05 | Review documents; exchange e-mails regarding same. | S R GOLDMAN | .30 | 124.50 |
| 07/25/05 | Telephone call with counsel regarding litigations. | S R GOLDMAN | .30 | 124.50 |

HERNAN SERRANO
FILE NUMBER: 24997-002
INVOICE NO.: 8345207

August 3, 2005     PAGE    2

07/28/05 Met with Hernan Serrano         P B ZLOTNICK     .50     255.00
         regarding status of sale of
         Conifer Way home; office
         conference with Seth Goldman
         regarding same.


                        TOTAL FOR SERVICES:    $  1,512.00

EXPENSES

         Reprographics                                  1.95
         Postage                                        0.60
         Air Freight                                    7.86

                           TOTAL EXPENSES:     $     10.41

                        TOTAL THIS STATEMENT:  $  1,522.41

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York  10017

HERNAN SERRANO
WEINICK, SANDERS, LEVENTHAL & CO.
1375 BROADWAY
NEW YORK, NY 10018-7010

September 9, 2005
24997-002
Invoice # 8349282

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2005

RE:  BETTER BUDGET FINANCIAL SERVICES, INC.

---

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 08/02/05 | Telephone call with counsel in re: settlements; office conference with P.Zlotnick in re: same and sale of house issues. | S R GOLDMAN | .50 | 207.50 |
| 08/11/05 | Exchange e-mails with Hernan Serrano regarding sale of Conifer Way home; attention to file regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 08/11/05 | Review e-mails regarding house sale; exchange same with H. Serrano. | S R GOLDMAN | .30 | 124.50 |
| 08/12/05 | Telephone call with B. Harris regarding state court litigations; review e-mails regarding house sale. | S R GOLDMAN | .30 | 124.50 |
| 08/15/05 | Exchanged e-mails with Hernan Serrano and Carole Paynter regarding sale of Conifer Way home; reviewed contract of sale; attention to file regarding same. | P B ZLOTNICK | .80 | 408.00 |
| 08/16/05 | Exchanged e-mails with H. Serrano regarding sale of Conifer Way home. | P B ZLOTNICK | .40 | 204.00 |
| 08/17/05 | Telephone call with counsel's office regarding litigation and status. | S R GOLDMAN | .20 | 83.00 |

HERNAN SERRANO                                      September 9, 2005   PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8349282

| 08/18/05 | Exchanged e-mails with H. Serrano regarding sale of Conifer Way home; reviewed deed regarding same; exchanged e-mails with Joan Platt regarding same. | P B ZLOTNICK | .80 | 408.00 |
| 08/22/05 | Review Conifer Way sale documents. | P B ZLOTNICK | .50 | 255.00 |
| 08/23/05 | Reviewed and revised purchase and sale agreement; office conferences with Jonathan Cosco; exchanged e-mails with Hernan Serrano, John Platt and Jonathan Cosco regarding sale of 4 Conifer Way. | P B ZLOTNICK | 1.00 | 510.00 |
| 08/24/05 | Review P&S form; attention to emails re: house inspection | J M COSCO | .30 | 112.50 |
| 08/24/05 | Exchanged e-mails with Joan Platt regarding inspection issues regarding sale of Conifer Way home. | P B ZLOTNICK | .50 | 255.00 |
| 08/25/05 | Exchanged e-mails with Joan Platt and Jonathan Cosco regarding deed issues; attention to file regarding same. | P B ZLOTNICK | .90 | 459.00 |
| 08/26/05 | Exchanged e-mails with Joan Platt and Hernan Serrano regarding home inspection report; telephone call with Joan Platt, Tom Platt and Hernan Serrano regarding same; reviewed same; attention to file regarding same. | P B ZLOTNICK | 3.50 | 1785.00 |
| 08/26/05 | Review purchase and sale agreement against GBREB form; conferences with A. Caggiano regarding comments to same. | J F URBAN | 1.30 | 292.50 |
| 08/29/05 | Attention to voice mails re: P&S agreement | J M COSCO | .30 | 112.50 |

HERNAN SERRANO                                September 9, 2005   PAGE    3
FILE NUMBER: 24997-002
INVOICE NO.: 8349282

| | | | | |
|---|---|---|---|---|
| 08/29/05 | Office conference with Hernan Serrano regarding sale of Conifer Way; telephone call with Joan Platt regarding same; attention to file. | P B ZLOTNICK | 1.10 | 561.00 |
| 08/30/05 | Attention to P&S revisions and calls from brokers. Beverly sale | J M COSCO | .60 | 225.00 |
| 08/30/05 | Telephone call with Joan Platt; exchanged e-mails with Jonathan Cosco; attention to file regarding same. | P B ZLOTNICK | .50 | 255.00 |
| 08/31/05 | Finalize purchase contract and send to M. Lamothe for execution; teleconference with J. Platt re: status | J M COSCO | 1.10 | 412.50 |

                              TOTAL FOR SERVICES:    $   6,998.50


EXPENSES

       Reprographics                                         3.90
       Postage                                               0.60
       Meal Expense                                         45.00

                         TOTAL EXPENSES:    $      49.50

                   TOTAL THIS STATEMENT:    $   7,048.00

                   OUTSTANDING BALANCE:     $159,350.58


                      TOTAL AMOUNT DUE:     $166,398.58

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York   10017

HERNAN SERRANO                                    October 14, 2005
WEINICK, SANDERS, LEVENTHAL & CO.                 24997-002
1375 BROADWAY                                     Invoice # 8353327
NEW YORK, NY 10018-7010

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2005

RE:   BETTER BUDGET FINANCIAL SERVICES, INC.

---

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 08/26/05 | Review voice mails; exchange e-mails with P. Zlotnick regarding state court settlement. | S R GOLDMAN | .30 | 124.50 |
| 09/01/05 | Arrange to record deed into the receiver | J M COSCO | .20 | 75.00 |
| 09/01/05 | Arrange for recordation of the deed for Conifer Way, Beverly. | K K DILORETO | .30 | 57.00 |
| 09/07/05 | Exchanged e-mails with Joan Platt regarding purchase agreement; telephone call with Hernan Serrano regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 09/12/05 | Telephone call with Joan Platt regarding extending time from buyer's to obtain mortgage commitment; e-mails with H. Serrano regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 09/13/05 | Telephone call with Joan Platt; e-mails with H. Serrano regarding mortgage contingency issues; reviewed fax from Joan Platt. | P B ZLOTNICK | 1.00 | 510.00 |

Case 1:04-cv-12326-WGY   Document 80-2   Filed 03/10/2006   Page 17 of 21

HERNAN SERRANO
FILE NUMBER: 24997-002
INVOICE NO.: 8353327

October 14, 2005    PAGE    2

| | | | | |
|---|---|---|---|---|
| 09/14/05 | Telephone call with Joan Platt regarding extending mortgage financing period; exchanged e-mails with Joan Platt and H. Serrano regarding same. | P B ZLOTNICK | .50 | 255.00 |
| 09/22/05 | Telephone call with counsel regarding status of litigation and settlement funds; office conference with Peter Zlotnick regarding same. | S R GOLDMAN | .30 | 124.50 |

TOTAL FOR SERVICES:    $. 1,554.00

EXPENSES

Reprographics                1.20
Postage                      0.60
Filing Fees                126.00
Air Freight                  6.91

TOTAL EXPENSES:      $    134.71

TOTAL THIS STATEMENT:    $  1,688.71

OUTSTANDING BALANCE:    $166,398.58

TOTAL AMOUNT DUE:    $168,087.29

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.
666 Third Avenue
New York, New York  10017


HERNAN SERRANO                                   November 7, 2005
WEINICK, SANDERS, LEVENTHAL & CO.                24997-002
1375 BROADWAY                                    Invoice # 8355993
NEW YORK, NY 10018-7010

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2005

RE:  BETTER BUDGET FINANCIAL SERVICES, INC.

---

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 09/06/05 | Serrano - Review final Purchase and Sale Agreement. | J M COSCO | .40 | 150.00 |
| 09/28/05 | Email to J. Platt re potential dispute over square footage | J M COSCO | .20 | 75.00 |
| 09/30/05 | Teleconference with Buyer's counsel re: proposed reduction in purchase price. | J M COSCO | .40 | 150.00 |
| 09/30/05 | Exchanged e-mails with Jonathan Cosco; Hernan Serrano and Joan Platt regarding issues with sale of 4 Conifer Way. | P B ZLOTNICK | 1.00 | 510.00 |
| 10/03/05 | Teleconference with H. Serrano, P. Zlotnick and J. Platt re: buyer's request to terminate agreement and refund deposit due to alleged error in listing sheet | J M COSCO | .90 | 391.50 |
| 10/03/05 | Telephone call with Jonathan Cosco and Hernan Serrano regarding issues regarding sale of 4 Conifer Way; exchanged e-mails with above regarding same; reviewed file regarding same. | P B ZLOTNICK | 1.00 | 510.00 |

HERNAN SERRANO                              November 7, 2005    PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8355993

| 10/04/05 | Draft reply to letter from M. LaMothe re: broker's misrepresentation of house size | J M COSCO | .40 | 174.00 |
| 10/05/05 | Finalize letter to M. LaMothe and circulate for comment | J M COSCO | .30 | 130.50 |
| 10/05/05 | Telephone call with Harris regarding check; office conference with P. Zlotnick regarding same. | S R GOLDMAN | .20 | 94.00 |
| 10/07/05 | Review correspondence; exchange e-mails regarding same; draft correspondence; revise stipulation; office conference with P. Zlotnick and A. Weiss regarding same. | S R GOLDMAN | .50 | 235.00 |
| 10/11/05 | Email to J. Platt re: status | J M COSCO | .10 | 43.50 |
| 10/11/05 | Exchanged e-mails with Hernan Serrano, Joan Platt and John Cosco; reviewed litigation settlement documents and check. | P B ZLOTNICK | .60 | 306.00 |
| 10/12/05 | Telephone call with counsel regarding status; office conference with P. Zlotnick regarding same. | S R GOLDMAN | .20 | 94.00 |
| 10/17/05 | Attention to mortgage payoff, authority as receiver to sell the home, and related closing preparations; review deed, bill of sale and draft closing agenda. | J M COSCO | 1.10 | 478.50 |
| 10/17/05 | Conference with Jon Cosco regarding closing status; Draft the agenda, deed and bill of sale; Telephone the lender for the payoff letter; | K K DILORETO | 1.40 | 280.00 |
| 10/18/05 | Call to M. LaMothe re: closing logistics; review payoff letter; review letter from LaMothe re: closing logistics; attention to related matters. | J M COSCO | .60 | 261.00 |

HERNAN SERRANO                          November 7, 2005      PAGE    3
FILE NUMBER: 24997-002
INVOICE NO.: 8355993

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 10/18/05 | Exchanged e-mails with Jon Cosco, Hernan Serrano and Joan Platt regarding October 24th Closing. | P B ZLOTNICK | .70 | 357.00 |
| 10/19/05 | Attention to prepayment penalty provisions in mortgage; review letter from M. LaMothe regarding title and other issues. | J M COSCO | 2.60 | 1131.00 |
| 10/19/05 | Exchanged e-mails with Hernan Serrano, John Cosco and Joan Platt regarding closing issues. | P B ZLOTNICK | 1.00 | 510.00 |
| 10/19/05 | Research regarding existing mortgage; Review material in the letter from the Buyer's counsel; | K K DILORETO | .70 | 140.00 |
| 10/20/05 | Attention to closing logistics. | J M COSCO | 1.80 | 783.00 |
| 10/20/05 | Research regarding order of conditions and horticultural lien. | K K DILORETO | .40 | 80.00 |
| 10/21/05 | Attention to Buyer's title obligations related to prior Chapter 61 tax classification and wetlands permit; prepare closing documents; coordination on settlement statement. | J M COSCO | 2.50 | 1087.50 |
| 10/21/05 | Prepared for closing of 4 Conifer Way; exchanged e-mails with Hernan Serrano, Joan Platt and Jon Cosco regarding same; prepared for same; attention to file regarding same. | P B ZLOTNICK | 1.00 | 510.00 |
| 10/21/05 | Went to District Court to obtain certified copies of docket and judgment. | B LEONE-QUICK | 1.40 | 476.00 |
| 10/22/05 | Exchanged e-mails with Hernan Serrano regarding October 24 closing. | P B ZLOTNICK | .40 | 204.00 |

HERNAN SERRANO
FILE NUMBER: 24997-002
INVOICE NO.: 8355993

November 7, 2005    PAGE    4

| Date | Description | Attorney | Hours | Amount | |
|---|---|---|---|---|---|
| 10/24/05 | Track down lien release at assessment office; follow-up duplicate certificate of compliance with conservation commission; attend closing in Beverly; related travel; attention to post-closing emails. | J M COSCO | 4.00 | 1740.00 | |
| 10/24/05 | Traveled to Beverly, MA to attend closing of 4 Conifer Way home; met with Hernan Serrano, Jon Cosco and Joan Platt regarding same; conducted walk-through inspection of home regarding same; participated in closing of same; reviewed BBFS files at storage facility in Beverly, MA; reviewed documents regarding closing; attention to file regarding same. | P B ZLOTNICK | 7.50 | 3825.00 | |
| 10/25/05 | Travel to NY from Beverly, MA regarding home closing; met with Hernan Serrano regarding same and regarding outstanding receivership issues. | P B ZLOTNICK | 7.50 | 3825.00 | |
| 10/26/05 | Office conference with P. Zlotnick regarding update. | S R GOLDMAN | .20 | 94.00 | |
| 10/31/05 | Attention to voicemail re payment of management expenses; send closing documents to H. Serrano. | J M COSCO | .40 | 174.00 | |

                                TOTAL FOR SERVICES:    $ 18,819.50

EXPENSES

| | |
|---|---|
| Telecopy | 4.00 |
| Reprographics | 28.50 |
| Postage | 0.60 |
| Air Freight | 21.59 |
| Air/Train Travel | 705.20 |
| Outside Service | 22.90 |

                            TOTAL EXPENSES:    $    782.79

                    TOTAL THIS STATEMENT:    $ 19,602.29