UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:
FEDERAL TRADE COMMISSION,           :
                                     :   **CIVIL ACTION NO.:**
                 Plaintiff,   :   04-12326 (WGY)
                                     :
     -against-                      :
                                     :
BETTER BUDGET FINANCIAL              :
SERVICES, INC., JOHN COLON, JR., and :
JULIE FABRIZIO-COLON,                :
                                     :
               Defendants.  :
                                     :
------------------------------------------------------------x

### RECEIVER'S MOTION SEEKING LEAVE TO FILE A REPLY TO THE OPPOSITION BY THE FTC TO THE RECEIVER'S JOINT APPLICATION FOR AN ORDER AUTHORIZING THE PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES

Pursuant to Local Rule 7.1(B)(3), Hernan Serrano, Jr. (the "Receiver"), the Court-appointed Receiver of defendant Better Budget Financial Services, Inc., its subsidiaries and affiliates ("BBFS"), together with the professionals he has engaged, Mintz Levin Cohn Ferris Glovsky & Popeo, P.C. ("Mintz Levin"), Weinick Sanders Leventhal & Co. ("WSL") and Executive Sounding Board Associates, Inc. ("ESBA"), (collectively, the "professionals") seek leave to file a reply to the opposition by the Federal Trade Commission (the "FTC") to the Joint Application that the Receiver and his professionals filed with this Court on February 24, 2006. A copy of the reply is attached hereto as Exhibit A.

The FTC is requesting that this Court reduce the amount sought by the Receiver and his professionals by a staggering 43%, despite acknowledging the substantial estate

that the Receiver has "amassed" and the savings he and his professionals have brought to that estate. FTC Opposition Papers, p. 1. Importantly, the FTC does not (and cannot) base its objection on the quality of work performed by the Receiver and his professionals. Instead, to support its objection to the fees and expenses, the FTC offers nothing more than unsubstantiated dissatisfaction with the Joint Application of the Receiver and his professionals. This is not enough.

A reply is appropriate to rebut the flawed bases for the FTC's Opposition, and to more fully inform this Court how (a) the FTC's Opposition fails to meet the applicable legal standard necessary to overcome the Receiver's *prima facie* showing of the reasonableness of the fees and expenses contained in the Joint Application, and (b) provide this Court with several critical facts that the FTC's opposition has omitted that undercut the FTC's largely unsubstantiated arguments, and which further support the Receiver's Joint Application.

WHEREFORE, for all of the above-stated reasons, the Receiver, WSL, ESB and Mintz Levin, respectfully request that this Court grant them leave to file the attached reply.

Dated: March 21, 2006

>Respectfully submitted,
>
>MINTZ LEVIN COHN FERRIS
>GLOVSKY & POPEO, P.C.
>
>By:    /s/ Breton Leone-Quick
>       Bret Leone-Quick BB0# 655571
>One Financial Center
>Boston, Massachusetts 02111
>(617) 542-6000
>
>Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.
>Peter B. Zlotnick (*Pro Hac Vice*)
>Seth R. Goldman (*Pro Hac Vice*)
>666 Third Avenue
>New York, New York 10017
>(212) 935-3000)
>
>*Attorneys for Hernan Serrano, Jr.,*
>*As Receiver of Better Budget Financial Services,*
>*Inc. et al.*

**Local Rule 7.1(A)(2) Certification**

      The above-signed counsel hereby certifies that, pursuant to Local Rule 7.1(A)(2), the Receiver has conferred in good faith with counsel for the FTC about this issue in an effort to resolve or narrow the issues presented by this Motion and the Receiver's Joint Application.

**Certificate of Service**

      I, Breton Leone-Quick, hereby certify that this document, and its attachments, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be mailed to those indicated as non registered participants on March 21, 2006.

 /s/ Breton Leone-Quick                                    Dated: March 21, 2006