# EXHIBIT C

Case 1:04-cv-12326-WGY  Document 82-18  Filed 03/22/2006  Page 24 of 25



UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION
NORTHEAST REGION

1 Bowling Green, Suite 318
New York, NY 10004

Barbara Anthony
Regional Director

December 19, 2005

**VIA FACSIMILE**
Paul Escobar, Esq.
Cummings Properties
200 West Cummings Park
Woburn, MA. 01801

      Re: <u>FTC v. Better Budget Financial Services</u>
           04-12326 (WGY)

Dear Mr. Escobar,

    I write as a follow-up to a voicemail message that I left for you earlier today, responding to your voicemail message of this past Friday regarding Cummings Properties' ("Cummings") claim in the above matter. I understand that you will be preparing Cummings' purported claim for monies owed and I wanted to reiterate what I told Susan Brand a few weeks ago about this issue to ensure that Cummings is clear on the status of the claims process.

    As you know, this case was filed to obtain redress for losses that consumers suffered because of Better Budget Financial Services' alleged deceptive conduct. The March 2005 Permanent Injunction order entered in this case provides for a redress process to consider the claims of consumers and not any claims of purported creditors of the defendants. Thus, please be advised that the FTC will not be conducting a claims process nor will otherwise consider any monetary claim that Cummings believes it may still have here.

    Please feel free to call me at 212-607-2813 if you have any questions about the above.

                                    Very truly yours,

                                    Carole A. Paynter
                                    Senior Attorney