# EXHIBIT 4

# EXHIBIT D

## CPL's Claims Against BBFS

*Rent Due*

| | |
|---|---:|
| Lease A unpaid rent ($16,535.45/mo. x 27 mos. (Jan. 22, 2005 - Apr. 30, 2007)) | $446,457.15 |
| Lease B unpaid rent ($5,005/mo. x 39 mos. (Jan. 22, 2005 - Apr. 30, 2008)) | $195,195.00 |
| Total owing: | $641,652.15 |

*Mitigation*

| | |
|---|---:|
| Build-out expenses at 152-T to accommodate new tenant | $37,000.00 |
| Mitigated rent 260-T (Feb. 1, 2005 - Jan. 31, 2006))* | ($85,608.00) |
| Mitigated rent 260-T (Feb. 1, 2006 - Jan. 31, 2007))* | ($107,010.00) |
| Mitigated rent 260-T ($10,701/mo. x 4 mos. (Feb. 1- Apr. 30, 2007)) | ($42,804.00) |
| Mitigated rent 152-T ($4,969.25/mo. x 28 mos. (Jan. 1, 2006 - Apr. 30, 2008)) | ($139,139.00) |
| Total Mitigation Amount: | ($337,561.00) |

*Other Offsets*

| | |
|---|---:|
| Security deposit: | ($42,500.00) |
| Proceeds paid per Stipulation and Settlement Agreement | ($5,200.00) |
| Other Offsets: | ($47,700.00) |

| | |
|---|---:|
| Total Offsets: | ($385,261.00) |
| Total Claim: | $256,391.15 |
| Total Secured Claim: | $59,800.00 |
| Total Unsecured Claim: | $196,591.15 |

M:\LEGAL\BLUMBERG\!EXHDTOENAAFFBBFS.DOC

---

* The lease at 260-T included a schedule of discounts from the monthly rent, so the rent for each year is different.