# EXHIBIT D

# ATTACHMENT B

```
HERNAN SERRANO                                    April 13, 2005         PAGE   3
FILE NUMBER: 24997-002
INVOICE NO.: 8332772
```

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 03/04/05 | Telephone calls with Seth Goldman, Hernan Serrano, Ted Atkinson, Christian Pederson and Carole Paynter regarding issues regarding property in dispute at Conifer Way Home and transition of Colons to Elliott Street home; office conferences with Seth Goldman regarding same; reviewed files, including Consent Order and TRO regarding same; exchanged e-mails with above regarding same. | P B ZLOTNICK | 7.50 | 3825.00 |
| 03/04/05 | Telephone call with P. Zlotnick, H. Serrano, T. Atkinson, C. Peterson, C. Paynter regarding various issues regarding settlement and assets. | S R GOLDMAN | 2.20 | 913.00 |
| 03/07/05 | Telephone call with Hernan Serrano regarding realtor's inspection of home at Conifer Way and delivery of keys to Elliott Street house; exchanged e-mails with Hernan Serrano, Carole Paynter regarding same; attention to file regarding same. | P B ZLOTNICK | .50 | 255.00 * |
| 03/07/05 | Review consent order regarding settlement; review e-mails regarding settlement; office conference with P. Zlotnick regarding outstanding issues. | S R GOLDMAN | 1.10 | 456.50 |
| 03/08/05 | Exchanged e-mails with Hernan Serrano and Ted Atkinson regarding Conifer mortgage issues and Elliott Street house issues. | P B ZLOTNICK | .50 | 255.00 |

Handwritten annotations on 03/07/05 entry:
- .5 = $127.50
- .5 = $127.50

```
HERNAN SERRANO                                April 13, 2005       PAGE    4
FILE NUMBER: 24997-002
INVOICE NO.: 8332772
```

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 03/09/05 | Telephone calls with Hernan Serrano regarding Consent Order issues; reviewed invoices regarding plasma television and other fixtures and appliances in dispute; office conference with Seth Goldman regarding same. | P B ZLOTNICK | 1.00 | 510.00 |
| 03/09/05 | Telephone calls with H. Serrano and P. Zlotnick regarding Conifer Way home issues; settlement issues; office conference with P. Zlotnick regarding same; telephone calls with C. Peterson regarding state court issues. | S R GOLDMAN | 1.80 | 747.00 |
| 03/10/05 | Telephone call with Ted Atkinson regarding delays in Colons move from Conifer Way home; telephone call with Hernan Serrano regarding same; office conference with Seth Goldman regarding same; attention to file regarding same. | P B ZLOTNICK | 1.00 | 510.00 |
| 03/10/05 | Review e-mails regarding settlement issues; office conference with P. Zlotnick regarding same. | S R GOLDMAN | 1.20 | 498.00 |
| 03/11/05 | Exchanged e-mails with Hernan Serrano regarding photos of Conifer Way home; telephone call with Hernan Serrano regarding same; exchanged e-mails with Suzanne Renaud regarding court filings. | P B ZLOTNICK | 1.00 | 510.00 * |
| 03/11/05 | Review e-mails regarding status; telephone call with C. Peterson regarding state court litigations; exchanged e-mails regarding fixture issues; review documents regarding same. | S R GOLDMAN | 1.80 | 747.00 |

(handwritten annotation: 0%)

```
HERNAN SERRANO                                    April 13, 2005      PAGE    5
FILE NUMBER: 24997-002
INVOICE NO.: 8332772

03/14/05  Exchanged e-mails with          P B ZLOTNICK        .40      204.00
          parties' counsel regarding
          dispute regarding consent
          order and furnishings at        0%
          Conifer Way home; exchanged
          e-mails with Seth Goldman
          and Hernan Serrano regarding
          same.

03/14/05  Review e-mails regarding        S R GOLDMAN        1.00      415.00
          status and settlement
          issues; telephone calls with
          S. Missry regarding BBFS
          litigation issues.

03/16/05  Telephone call with Hernan      P B ZLOTNICK        .40      204.00
          Serrano regarding status of
          Conifer Way home; exchanged
          e-mails with Hernan Serrano
          regarding same.

03/17/05  Exchanged e-mails with          P B ZLOTNICK        .30      153.00
          Christian Pederson and
          Hernan Serrano regarding
          deed for Conifer Way;
          attention to file regarding
          same.

03/17/05  Office conference with P.       S R GOLDMAN         .30      124.50
          Zlotnick regarding status;     0%
          review e-mails regarding
          same.

03/18/05  Exchanged e-mails with          P B ZLOTNICK        .40      204.00
          Hernan Serrano and Century
          Bank regarding issues
          regarding release of funds
          to Colons; attention to file
          regarding same.

03/21/05  Reviewed Conifer Way Deed       P B ZLOTNICK       4.50     2295.00
          and realtors agreement and     .4 = $918
          related documents regarding
          sale of Conifer Way home;
          exchanged e-mails with
          Suzanne Sumski of Century     .6 = $1377
          Bank; attention to file
          regarding same; and
          regarding outstanding issues
          in case.
```

Case 1:04-cv-12326-WGY    Document 80    Filed 03/10/2006    Page 5 of 21

HERNAN SERRANO                                           April 13, 2005       PAGE    6
FILE NUMBER: 24997-002
INVOICE NO.: 8332772

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 03/22/05 | Telephone call with special investigator Charles McIntyre of Chubb regarding Colon's jewelry claim; conducted Internet search regarding Mark Thomson and Kurt Macquin. | P B ZLOTNICK | 1.50 | 765.00 |
| 03/23/05 | Telephone call with Hernan Serrano regarding issues re: Chubb investigation regarding Conifer Way and Elliott Street homes and regarding Colons' current business activities; telephone call with Joan Platt of Carson GMAC Realtors; telephone call with Ted Atkinson regarding Conifer Way home issues. | P B ZLOTNICK | 2.10 | 1071.00 * |
| 03/24/05 | Telephone call with Hernan Serrano regarding issues regarding Conifer Way; exchanged e-mails with Hernan Serrano and Carol Paynter regarding same; attention to file regarding same. | P B ZLOTNICK | .70 | 357.00 * |
| 03/25/05 | Telephone call with Hernan Serrano regarding new business and John and Julie Colon; conducted Internet search regarding same. | P B ZLOTNICK | .70 | 357.00 |
| 03/29/05 | Exchanged e-mails with Suzanne Renaud regarding court's erroneous termination of case. | P B ZLOTNICK | .40 | 204.00 |
| 03/30/05 | Prepared for meeting with Hernan Serrano on March 31, 2005 at WSL offices. | P B ZLOTNICK | 1.00 | 510.00 |
| 03/31/05 | Attended meeting at offices of Weinick Sanders Leventhal with Hernan Serrano and Lisa Lum; prepared for same; exchanged e-mails with same; attention to file regarding same. | P B ZLOTNICK | 4.30 | 2193.00 |

Handwritten annotations on 03/23/05 entry: `.5 = $535.50`, `.5 = $535.50`
Handwritten annotation on 03/24/05 entry: `0 %`

BILLABLE SERVICES BEFORE ADJUSTMENTS:      $ 30,993.00

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York  10017

HERNAN SERRANO
WEINICK, SANDERS, LEVENTHAL & CO.
1375 BROADWAY
NEW YORK, NY 10018-7010

May 5, 2005
24997-002
Invoice # 8335252

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2005

RE:  BETTER BUDGET FINANCIAL SERVICES, INC.

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 03/02/05 | Confer with SGoldman regarding filing of motion. | S RENAUD | .10 | 28.50 |
| 03/04/05 | Follow-up with court regarding return date of motion. | S RENAUD | .20 | 57.00 |
| 03/25/05 | Called court; drafted Motion for Clarification. | S RENAUD | .70 | 199.50 |
| 03/30/05 | Contacted court regarding ability to file final motion. | S RENAUD | .10 | 28.50 |
| 04/01/05 | Office conference with Seth Goldman regarding status of receivership; reviewed Consent Order regarding same; attention to file regarding same. | P B ZLOTNICK | .80 | 408.00 |
| 04/01/05 | Office conference with P. Zlotnick regarding outstanding matters; review pertinent documents and e-mails regarding same. | S R GOLDMAN | .50 | 207.50 |
| 04/04/05 | Telephone call with Christian Pederson regarding status of receivership; office conference with Seth Goldman regarding same and regarding April 6 - 8 trip to Beverly, MA. | P B ZLOTNICK | .80 | 408.00 |

```
HERNAN SERRANO                              May 5, 2005            PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8335252
```

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 04/04/05 | Telephone call with C. Pederson regarding outstanding litigation issues; telephone call with P. Zlotnick regarding same; telephone call with P. Zlotnick and H. Serrano regarding liquidation issues. | S R GOLDMAN | .70 | 290.50 |
| 04/05/05 | Telephone calls with Hernan Serrano regarding April 6-8 trip to Beverly, MA; exchanged e-mails with Hernan Serrano, Christian Pedersen and Seth Goldman regarding same and regarding settlement of state court litigations; attention to file regarding same. | P B ZLOTNICK | 1.80 | 918.00 |
| 04/06/05 | Met with Hernan Serrano and Seth Goldman regarding sale of Conifer Way House, automobiles and other property; inspected Conifer Way Home and vehicles; met with prospective purchaser of vehicles; met with realtors regarding sale of home; retrieved jewelry from safe deposit box; telephone calls with Christian Pederson regarding issues regarding title to vehicle and missing property; attention to file regarding same. | P B ZLOTNICK | 7.50 | 3825.00 |
| 04/06/05 | Meeting with Hernan Serrano and P. Zlotnick regarding liquidation of assets; met with potential purchasers; retrieved assets; telephone call with S. Renaud regarding same; inventory of same; attention to file regarding same. | S R GOLDMAN | 7.00 | 2905.00 |
| 04/06/05 | Transported defendant's jewelry. | S RENAUD | .50 | 142.50 |

Handwritten annotations:
- Conifer Way - .4 = $1,530
- Other - .6 = $2,295
- 0%

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York  10017

HERNAN SERRANO
WEINICK, SANDERS, LEVENTHAL & CO.
1375 BROADWAY
NEW YORK, NY 10018-7010

July 12, 2005
24997-002
Invoice # 8342626

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2005

RE:  BETTER BUDGET FINANCIAL SERVICES, INC.

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 06/03/05 | Telephone call with Hernan Serrano regarding sale of Conifer Way home and settlement of litigations; exchanged e-mails regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 06/07/05 | Office conference with Hernan Serrano regarding issues regarding possibly changing real estate broker to sell Conifer Way home. | P B ZLOTNICK | .50 | 255.00 |
| 06/08/05 | Telephone call with counsel regarding state court settlement and terms; telephone call with P. Zlotnick regarding same; telephone call with Hernan Serrano regarding house issues; telephone call with H. Serrano regarding same; review pertinent documents. | S R GOLDMAN | .80 | 332.00 |
| 06/27/05 | Review correspondence and documents; draft e-mails regarding state court litigations; review same. | S R GOLDMAN | .50 | 207.50 |

*Handwritten annotations: .5 = $102, .5 = $102, .5 = $166, .5 = $166, 0%*

```
HERNAN SERRANO                                    July 12, 2005        PAGE   2
FILE NUMBER: 24997-002
INVOICE NO.: 8342626

06/29/05  Telephone call with H.        S R GOLDMAN         .50      207.50
          Serrano regarding issues;
          review documents; draft
          e-mails; telephone call with
          William Harris regarding
          settlement issues.

                                    TOTAL FOR SERVICES:   $    1,206.00

EXPENSES

     Reprographics                                              0.15
     Postage                                                    0.60

                                    TOTAL EXPENSES:       $      .75

                                    TOTAL THIS STATEMENT: $    1,206.75

                                    OUTSTANDING BALANCE:  $156,621.42

                                    TOTAL AMOUNT DUE:     $157,828.17
```

Handwritten annotation: "0%"

HERNAN SERRANO                                              July 12, 2005
24997-002
8342626


********* REMITTANCE ADVICE *********


Please enclose this page with your check.

Current Invoice Amount:             $157,828.17



                    AMOUNT ENCLOSED:_____


---

Please remit to the following address:

Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.
P. O. Box 4539
Boston, MA 02212-4539

For Wire Transfers:

Bank Name:       Bank of America
ABA Number:      026009593
Account Name:    Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
                 Firm Account
Account No.:     000058386095


Questions regarding your account may be directed to George Cotton, at 617-542-6000, ext. 504842.  Our tax ID number is 04 271 8459.

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.
666 Third Avenue
New York, New York  10017

HERNAN SERRANO  
WEINICK, SANDERS, LEVENTHAL & CO.  
1375 BROADWAY  
NEW YORK, NY 10018-7010

August 3, 2005  
24997-002  
Invoice # 8345207

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2005

RE:  BETTER BUDGET FINANCIAL SERVICES, INC.

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 07/01/05 | Conferred with Hernan Serrano regarding status of receivership; exchanged e-mails with Seth Goldman and Suzanne Renaud regarding delivery of documents. | P B ZLOTNICK | .70 | 357.00 |
| 07/01/05 | Review e-mails; respond to same regarding settlement and document issues. | S R GOLDMAN | .30 | 124.50 |
| 07/06/05 | Exchange e-mails with S. Renaud regarding BBFS documents. | S R GOLDMAN | .20 | 83.00 |
| 07/15/05 | Office conference with Seth Goldman regarding status of state litigations and sale of home. | P B ZLOTNICK | .30 | 153.00 |
| 07/15/05 | Office conference with P. Zlotnick regarding state court and house issues. | S R GOLDMAN | .30 | 124.50 |
| 07/20/05 | Review documents regarding litigation; draft letter regarding same; revise same. | S R GOLDMAN | .40 | 166.00 |
| 07/22/05 | Review documents; exchange e-mails regarding same. | S R GOLDMAN | .30 | 124.50 |
| 07/25/05 | Telephone call with counsel regarding litigations. | S R GOLDMAN | .30 | 124.50 |

Handwritten annotations on 07/15/05 entries:
- P B ZLOTNICK entry: "50/50  .5 = $76.5   .5 = $76.5" ✓
- S R GOLDMAN entry: "50/50  .5 = $62.25   .5 = $62.25" ✓

```
HERNAN SERRANO                              August 3, 2005         PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8345207

07/28/05  Met with Hernan Serrano       P B ZLOTNICK        .50      255.00
          regarding status of sale of
          Conifer Way home; office
          conference with Seth Goldman
          regarding same.


                              TOTAL FOR SERVICES:     $   1,512.00

EXPENSES

     Reprographics                                            1.95
     Postage                                                  0.60
     Air Freight                                              7.86
                              TOTAL EXPENSES:         $      10.41

                              TOTAL THIS STATEMENT:   $   1,522.41
```

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.
666 Third Avenue
New York, New York 10017

HERNAN SERRANO  
WEINICK, SANDERS, LEVENTHAL & CO.  
1375 BROADWAY  
NEW YORK, NY 10018-7010

September 9, 2005  
24997-002  
Invoice # 8349282

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2005

RE: BETTER BUDGET FINANCIAL SERVICES, INC.

---

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 08/02/05 | Telephone call with counsel in re: settlements; office conference with P.Zlotnick in re: same and sale of house issues. | S R GOLDMAN | .50 | 207.50 |
| | .6 = $124.5  .4 = $83 | | | |
| 08/11/05 | Exchange e-mails with Hernan Serrano regarding sale of Conifer Way home; attention to file regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 08/11/05 | Review e-mails regarding house sale; exchange same with H. Serrano. | S R GOLDMAN | .30 | 124.50 |
| 08/12/05 | Telephone call with B. Harris regarding state court litigations; review e-mails regarding house sale. | S R GOLDMAN | .30 | 124.50 |
| | .6 = $74.7  .4 = $49.8 | | | |
| 08/15/05 | Exchanged e-mails with Hernan Serrano and Carole Paynter regarding sale of Conifer Way home; reviewed contract of sale; attention to file regarding same. | P B ZLOTNICK | .80 | 408.00 |
| 08/16/05 | Exchanged e-mails with H. Serrano regarding sale of Conifer Way home. | P B ZLOTNICK | .40 | 204.00 |
| 08/17/05 | Telephone call with counsel's office regarding litigation and status.  0% | S R GOLDMAN | .20 | 83.00 |

```
HERNAN SERRANO                                    September 9, 2005    PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8349282
```

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---:|---:|
| 08/18/05 | Exchanged e-mails with H. Serrano regarding sale of Conifer Way home; reviewed deed regarding same; exchanged e-mails with Joan Platt regarding same. | P B ZLOTNICK | .80 | 408.00 |
| 08/22/05 | Review Conifer Way sale documents. | P B ZLOTNICK | .50 | 255.00 |
| 08/23/05 | Reviewed and revised purchase and sale agreement; office conferences with Jonathan Cosco; exchanged e-mails with Hernan Serrano, John Platt and Jonathan Cosco regarding sale of 4 Conifer Way. | P B ZLOTNICK | 1.00 | 510.00 |
| 08/24/05 | Review P&S form; attention to emails re: house inspection | J M COSCO | .30 | 112.50 |
| 08/24/05 | Exchanged e-mails with Joan Platt regarding inspection issues regarding sale of Conifer Way home. | P B ZLOTNICK | .50 | 255.00 |
| 08/25/05 | Exchanged e-mails with Joan Platt and Jonathan Cosco regarding deed issues; attention to file regarding same. | P B ZLOTNICK | .90 | 459.00 |
| 08/26/05 | Exchanged e-mails with Joan Platt and Hernan Serrano regarding home inspection report; telephone call with Joan Platt, Tom Platt and Hernan Serrano regarding same; reviewed same; attention to file regarding same. | P B ZLOTNICK | 3.50 | 1785.00 |
| 08/26/05 | Review purchase and sale agreement against GBREB form; conferences with A. Caggiano regarding comments to same. | J F URBAN | 1.30 | 292.50 |
| 08/29/05 | Attention to voice mails re: P&S agreement | J M COSCO | .30 | 112.50 |

HERNAN SERRANO                                           September 9, 2005    PAGE   3
FILE NUMBER: 24997-002
INVOICE NO.: 8349282

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 08/29/05 | Office conference with Hernan Serrano regarding sale of Conifer Way; telephone call with Joan Platt regarding same; attention to file. | P B ZLOTNICK | 1.10 | 561.00 |
| 08/30/05 | Attention to P&S revisions and calls from brokers. Beverly sale | J M COSCO | .60 | 225.00 |
| 08/30/05 | Telephone call with Joan Platt; exchanged e-mails with Jonathan Cosco; attention to file regarding same. | P B ZLOTNICK | .50 | 255.00 |
| 08/31/05 | Finalize purchase contract and send to M. Lamothe for execution; teleconference with J. Platt re: status | J M COSCO | 1.10 | 412.50 |

                              TOTAL FOR SERVICES:    $   6,998.50

EXPENSES

        Reprographics                                           3.90
        Postage                                                 0.60
        Meal Expense                                           45.00

                              TOTAL EXPENSES:        $      49.50

                              TOTAL THIS STATEMENT:  $   7,048.00

                              OUTSTANDING BALANCE:   $159,350.58

                              TOTAL AMOUNT DUE:      $166,398.58

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York  10017

HERNAN SERRANO
WEINICK, SANDERS, LEVENTHAL & CO.
1375 BROADWAY
NEW YORK, NY 10018-7010

October 14, 2005
24997-002
Invoice # 8353327

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2005

RE:  BETTER BUDGET FINANCIAL SERVICES, INC.

---

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 08/26/05 | Review voice mails; exchange e-mails with P. Zlotnick regarding state court settlement. | S R GOLDMAN | .30 | 124.50 |
| 09/01/05 | Arrange to record deed into the receiver | J M COSCO | .20 | 75.00 |
| 09/01/05 | Arrange for recordation of the deed for Conifer Way, Beverly. | K K DILORETO | .30 | 57.00 |
| 09/07/05 | Exchanged e-mails with Joan Platt regarding purchase agreement; telephone call with Hernan Serrano regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 09/12/05 | Telephone call with Joan Platt regarding extending time from buyer's to obtain mortgage commitment; e-mails with H. Serrano regarding same. | P B ZLOTNICK | .40 | 204.00 |
| 09/13/05 | Telephone call with Joan Platt; e-mails with H. Serrano regarding mortgage contingency issues; reviewed fax from Joan Platt. | P B ZLOTNICK | 1.00 | 510.00 |

Case 1:04-cv-12326-WGY   Document 83-5   Filed 03/23/2006   Page 18 of 20
Case 1:04-cv-12326-WGY   Document 80   Filed 03/10/2006   Page 17 of 21
Case 1:04-cv-12326-WGY   Document 76   Filed 02/24/2006   Page 35 of 66

```
HERNAN SERRANO                                          October 14, 2005    PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8353327
```

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 09/14/05 | Telephone call with Joan Platt regarding extending mortgage financing period; exchanged e-mails with Joan Platt and H. Serrano regarding same. | P B ZLOTNICK | .50 | 255.00 |
| 09/22/05 | Telephone call with counsel regarding status of litigation and settlement funds; office conference with Peter Zlotnick regarding same. | S R GOLDMAN | .30 | 124.50 |

                                    TOTAL FOR SERVICES:    $ 1,554.00

**EXPENSES**

    Reprographics                                              1.20
    Postage                                                    0.60
    Filing Fees                                              126.00
    Air Freight                                                6.91

                        TOTAL EXPENSES:         $      134.71

                        TOTAL THIS STATEMENT:   $    1,688.71

                        OUTSTANDING BALANCE:    $166,398.58

                        TOTAL AMOUNT DUE:       $168,087.29

Case 1:04-cv-12326-WGY   Document 83-5   Filed 03/23/2006   Page 19 of 20
Case 1:04-cv-12326-WGY   Document 80   Filed 03/10/2006   Page 19 of 21
Case 1:04-cv-12326-WGY   Document 76   Filed 02/24/2006   Page 58 of 66

```
HERNAN SERRANO                                      November 7, 2005    PAGE    2
FILE NUMBER: 24997-002
INVOICE NO.: 8355993

10/04/05  Draft reply to letter from      J M COSCO          .40      174.00
          M. LaMothe re: broker's
          misrepresentation of house
          size

10/05/05  Finalize letter to M.           J M COSCO          .30      130.50
          LaMothe and circulate for
          comment

10/05/05  Telephone call with Harris      S R GOLDMAN        .20       94.00
          regarding check; office
          conference with P. Zlotnick            0%
          regarding same.

10/07/05  Review correspondence;          S R GOLDMAN        .50      235.00
          exchange e-mails regarding
          same; draft correspondence;
          revise stipulation; office
          conference with P. Zlotnick
          and A. Weiss regarding same.

10/11/05  Email to J. Platt re: status    J M COSCO          .10       43.50

10/11/05  Exchanged e-mails with          P B ZLOTNICK       .60      306.00
          Hernan Serrano, Joan Platt    .3 = $91.8
          and John Cosco; reviewed
          litigation settlement          .7 = $214.2
          documents and check.

10/12/05  Telephone call with counsel     S R GOLDMAN        .20       94.00
          regarding status; office
          conference with P. Zlotnick
          regarding same.

10/17/05  Attention to mortgage           J M COSCO         1.10      478.50
          payoff, authority as
          receiver to sell the home,
          and related closing
          preparations; review deed,
          bill of sale and draft
          closing agenda.

10/17/05  Conference with Jon Cosco       K K DILORETO      1.40      280.00
          regarding closing status;
          Draft the agenda, deed and
          bill of sale; Telephone the
          lender for the payoff letter;

10/18/05  Call to M. LaMothe re:          J M COSCO          .60      261.00
          closing logistics; review
          payoff letter; review letter
          from LaMothe re: closing
          logistics; attention to
          related matters.
```

HERNAN SERRANO                                   November 7, 2005    PAGE   4
FILE NUMBER: 24997-002
INVOICE NO.: 8355993

10/24/05  Track down lien release at           J M COSCO          4.00    1740.00 ✓*
          assessment office; follow-up
          duplicate certificate of
          compliance with conservation
          commission; attend closing
          in Beverly; related travel;
          attention to post-closing
          emails.

10/24/05  Traveled to Beverly, MA to           P B ZLOTNICK       7.50    3825.00 ✓*
          attend closing of 4 Conifer
          Way home; met with Hernan
          Serrano, Jon Cosco and Joan          .7 = $2,677.5
          Platt regarding same;
          conducted walk-through
          inspection of home regarding
          same; participated in closing
          of same; reviewed BBFS files         .3 = $1,147.5
          at storage facility in
          Beverly, MA; reviewed
          documents regarding closing;
          attention to file regarding
          same.

10/25/05  Travel to NY from Beverly,           P B ZLOTNICK       7.50    3825.00 ✓*
          MA regarding home closing;
          met with Hernan Serrano               .5   $1,912.5
          regarding same and regarding
          outstanding receivership              .5 = $1,912.5
          issues.

10/26/05  Office conference with P.            S R GOLDMAN         .20      94.00 ✓*
          Zlotnick regarding update.

10/31/05  Attention to voicemail re            J M COSCO           .40     174.00 ✓*
          payment of management
          expenses; send closing
          documents to H. Serrano.

                                               TOTAL FOR SERVICES:   $ 18,819.50

EXPENSES

          Telecopy                                                        4.00
          Reprographics                                                  28.50
          Postage                                                         0.60
          Air Freight                                                    21.59
          Air/Train Travel                                              705.20
          Outside Service                                                22.90

                                               TOTAL EXPENSES:      $    782.79

                                               TOTAL THIS STATEMENT:  $ 19,602.29

✓* = Work FTC Claims Attributable = $27,631.35
     to Sale of Home

Work Unrelated to Home Sale = $13,874.90