UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | Civ. No. 04-CV-12326 (WGY) |
| ) | |
| Plaintiff, ) | ENTRY OF APPEARANCE BY |
| ) | THOMAS A. COHN AND |
| v. ) | LEONARD L. GORDON ON |
| ) | BEHALF OF THE FEDERAL |
| BETTER BUDGET FINANCIAL SERVICES, INC., ) | TRADE COMMISSION. |
| JOHN COLON, JR., and JULIE FABRIZIO-COLON,) | |
| ) | |
| Defendants. ) | |

Please take notice that Thomas A. Cohn and Leonard L. Gordon,(Federal Trade Commission, One Bowling Green, Suite 318, New York, NY 10004, 212-607-2800) hereby enter their appearances as attorneys representing the Federal Trade Commission in this matter.

Date: March 28, 2006

Respectfully submitted,

s/Thomas A. Cohn.
Thomas A. Cohn (BBO 546083)
Leonard L. Gordon(LG 7074)
Theodore Zang Jr. (TZ 9450)
Attorneys for Plaintiff
Federal Trade Commission
One Bowling Green, Suite 318
New York, New York 10004
212-607-2808

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished this 28th day of March by electronic mail and first class mail to the following:

Peter B. Zlotnick
Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.
The Chrysler Center
666 Third Avenue
New York, NY 10017

Susan F. Brand
Cummins Properties
200 West Cummings Park
Woburn, MA 01801

John Colon, Jr. (Individually and on behalf of Better Budget Financial Services)
190 Jenness Street
Lynn, MA 01904 (first class mail only)

Julie Fabrizio-Colon
405-R Elliot Street
Beverly, MA 01915 (first class mail only)

s/Thomas A. Cohn.                                    Dated: March 28, 2006