UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **04-12326-WGY**

**FTCB**
**Plaintiff**

v.

**BETTER BUDGET FINANCIAL SERVICES,INC, ET AL**
**Defendant**

ORDER

**YOUNG, D.J.**

After a hearing on the Fee Application by the Receiver, the Court GRANTS the Application and awards the Receiver fees in the amount of $500,000.

**By the Court,**

**/s/ Elizabeth Smith**

**Deputy Clerk**

**March 30, 2006**

**To: All Counsel**