```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                            Civil Action
 3                                          No. 04-12326-WGY

 4
    * * * * * * * * * * * * * * * * *
 5                                   *
    FEDERAL TRADE COMMISSION,        *
 6                                   *
              Plaintiff,             *
 7                                   *
    v.                               *  HEARING
 8                                   *
    BETTER BUDGET FINANCIAL SERVICES,*
 9  INC., JOHN COLON, JR. and JULIE  *
    FABRIZIO-COLON,                  *
10                                   *
              Defendants.            *
11                                   *
    * * * * * * * * * * * * * * * * *
12              BEFORE:  The Honorable William G. Young,
                              District Judge
13

14
    APPEARANCES:
15
              LEONARD GORDON and THEODORE ZANG,
16       Attorneys, Federal Trade Commission, One Bowling
         Green, Suite 318, New York, New York 10004, on
17       behalf of the Plaintiff

18            MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO,
         P.C. (By Peter B. Zlotnick, Esq. and Breton L.
19       Leone-Quick, Esq.), One Financial Center, Boston,
         Massachusetts 02111, on behalf of the Receiver
20
              SUSAN F. BRAND, ESQ., 200 West Cummings
21       Park, Woburn, Massachusetts 01801, on behalf of
         Cummings Properties, LLC
22

23
                                           1 Courthouse Way
24                                         Boston, Massachusetts

25                                         March 29, 2006
```