# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | ) Civ. No. 04-CV-12326 (WGY) |
| Plaintiff, | ) FEDERAL TRADE COMMISSION'S MOTION FOR CLARIFICATION OF THE COURT'S MARCH 30, 2006 ORDER |
| v. | |
| BETTER BUDGET FINANCIAL SERVICES, INC., JOHN COLON, JR., and JULIE FABRIZIO-COLON, | |
| Defendants. | |

The Federal Trade Commission ("FTC") hereby moves to clarify the Court's March 30, 2006 Order, specifically, whether in awarding the Receiver fees in the amount of $500,000, the Order includes within that cap all fees and expenses.

The grounds for the motion are described in the accompanying Memorandum in Support of the FTC's Motion for Clarification of the Court's March 30, 2006 Order, and a Proposed Order is filed herewith..

Date: April 7, 2006

Respectfully submitted,

s/Thomas A. Cohn.
Thomas A. Cohn (BBO 546083)
Leonard L. Gordon (LG 7074)
Theodore Zang Jr. (TZ 9450)
Attorneys for Plaintiff
Federal Trade Commission
One Bowling Green, Suite 318
New York, New York 10004
212-607-2808

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the foregoing was furnished this 7th day of April by electronic mail and first class mail to the following:

Peter B. Zlotnick
Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.
The Chrysler Center
666 Third Avenue
New York, NY 10017

Susan F. Brand
Cummins Properties
200 West Cummings Park
Woburn, MA 01801

John Colon, Jr. (Individually and on behalf of Better Budget Financial Services)
190 Jenness Street
Lynn, MA 01904 (first class mail only)

Julie Fabrizion-Colon
405-R Elliot Street
Beverly, MA 01915 (first class mail only)

s/Thomas A. Cohn.                                           Dated: April 7, 2006