**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-CV-12326 (WGY) |
| ) | |
| BETTER BUDGET FINANCIAL SERVICES, INC., ) | |
| JOHN COLON, JR., and JULIE FABRIZIO-COLON,) | |
| ) | |
| Defendants. ) | |

EXHIBIT ONE TO THE FTC'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR CLARIFICATION OF THE COURT'S MARCH 30, 2006 ORDER

032906e.txt

1

```
 1              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
 2
                                         Civil Action
 3                                       No. 04-12326-WGY

 4
      * * * * * * * * * * * * * * * * *
 5                                      *
      FEDERAL TRADE COMMISSION,         *
 6                                      *
                Plaintiff,               *
 7                                      *
      v.                                * HEARING
 8                                      *
      BETTER BUDGET FINANCIAL SERVICES, *
 9    INC., JOHN COLON, JR. and JULIE   *
      FABRIZIO-COLON,                   *
10                                      *
                Defendants.              *
11                                      *
      * * * * * * * * * * * * * * * * *
12              BEFORE:  The Honorable William G. Young,
                         District Judge
13


14
      APPEARANCES:
15
                LEONARD GORDON and THEODORE ZANG,
16       Attorneys, Federal Trade Commission, One Bowling
         Green, Suite 318, New York, New York 10004, on
17       behalf of the Plaintiff

18              MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO,
         P.C. (By Peter B. Zlotnick, Esq. and Breton L.
19       Leone-Quick, Esq.), One Financial Center, Boston,
         Massachusetts 02111, on behalf of the Receiver
20
                SUSAN F. BRAND, ESQ., 200 West Cummings
21       Park, Woburn, Massachusetts 01801, on behalf of
         Cummings Properties, LLC
22
```

Page 1

032906e.txt

23

24                                          1 Courthouse Way
                                            Boston, Massachusetts

25                                          March 29, 2006

☐
                                                                    2

    1           THE CLERK:  Calling Civil Action 04-12326, the FTC

    2    v. Better Budget.

    3           THE COURT:  Good afternoon.  Would counsel identify

    4    themselves.

    5           MR. GORDON:  Leonard Gordon for the Federal Trade

    6    Commission.

    7           MR. ZANG:  Theodore Zang for the Federal Trade

    8    Commission.

    9           MR. ZLOTNICK:  Peter Zlotnick from Mintz Levin for

   10    the receiver, your Honor.

   11           MR. LEONE-QUICK:  Breton Leone-Quick from Mintz

   12    Levin, also for the receiver.

   13           MS. BRAND:  Susan Brand representing Cummings

   14    Properties which has filed a limited objection to the

   15    receiver's report.

   16           THE COURT:  Yes.  Well, let's start with you.

   17           I've read their objection to your being in on this

032906e.txt

```
        16      throughout this receivership.  In our initial fee
        17      application, Mintz Levin took a ten percent reduction off
of
        18      its fees, off of its fees, voluntarily, without any, any
        19      doing from the Court.
        20              In this fee application, without any prompting by
        21      the Court, without any prompting from anyone, we took a
        22      13 percent reduction, we reduced our fees by $25,000
coming
        23      in the door, because we looked to benefit the estate and
we
        24      wanted to act in the public interest.  We believe that's
        25      what is justifiable and reasonable under the
circumstances.

☐
                                                                      26


         1      And we would request that if the Court is going to grant
any
         2      fee application, it be granted in the amount that's been
         3      applied for.
         4              THE COURT:  Thank you.
         5              I am -- I think I've heard enough.  I am going to
         6      grant the fee application.  What is more, I conclude that
in
         7      all respects Mintz has acted faithfully to maximize the
         8      value of the estate both to consumers and to creditors.
```

Page 32

032906e.txt

9    Mintz was retained by the, by the receiver.  The Court
10   appointed the receiver.  The receiver entered into this
11   agreement dated October 28th or thereafter, the total amount
12   of fees shall not exceed $500,000.
13            That's the order of the Court.  And the stay on
14   proceedings in the bankruptcy court is lifted forthwith.
15            The remaining matter we can do in the lobby.  We'll
16   recess.
17            (Whereupon the Court and the Clerk conferred.)
18            MR. ZLOTNICK:  Your Honor?
19            THE COURT:  Yes, Mr. Zlotnick.
20            MR. ZLOTNICK:  We had some other forms of relief
21   that we requested of the Court as well.
22            THE COURT:  Such as?
23            MR. ZLOTNICK:  Such as we were asking the Court to
24   authorize the receiver to transfer the remaining assets of
25   the estate to the FTC, portions of the assets to go back to

27

1    the Colons to wind down and dissolve the estate for income
2    tax purposes and payroll tax purposes, et cetera.
3             THE COURT:  All those things are authorized.

Page 33

032906e.txt

4        MS. BRAND: Your Honor, is that judgment being

5   stayed for 60 days as you indicated previously?

6        THE COURT: Stayed? Nothing's being stayed now.

7   I've lifted the, I've lifted the stay on proceedings in the

8   bankruptcy court and everyone can make the transfers they

9   need to make, and you can proceed as best suits your

10  client's interests.

11       That's the order. We'll go the patent case.

12       (Whereupon the matter concluded.)

13                    C E R T I F I C A T E

14

15       I, Donald E. Womack, Official Court Reporter for

16  the United States District Court for the District of

17  Massachusetts, do hereby certify that the foregoing pages

18  are a true and accurate transcription of my shorthand notes

19  taken in the aforementioned matter to the best of my skill

20  and ability.

21

22

23       _____

24              DONALD E. WOMACK
                Official Court Reporter
                P.O. Box 51062
25         Boston, Massachusetts 02205-1062
                womack@megatran.com

Page 34