# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | Civ. No. 04-CV-12326 (WGY) |
| Plaintiff, | |
| v. | PROPOSED ORDER |
| BETTER BUDGET FINANCIAL SERVICES, INC., JOHN COLON, JR., and JULIE FABRIZIO-COLON, | |
| Defendants. | |

After a hearing on the Fee Application by the Receiver, and a Motion for Clarification of this Court's March 30, 2006 Order, the Court GRANTS the Application and awards the Receiver fees for professional services and actual out-of-pocket expenses during the final application period of $199,260, for a total amount of $500,000.

Date: _____